LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile: 415-285-8092
Email: denniscunninghamlaw@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>     **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al<br>     **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**PROOF OF SERVICE**<br><br><br>**JURY TRIAL DEMANDED** |

    I, the undersigned, declare:    I am employed in the County of ALAMEDA, California. I am over the age of eighteen (18) and not a party to the within action. My business address is 528 GRAND AVENUE, OAKLAND, CA 94610.

    On dated listed below I served a true and correct copy of the following documents:

    Summons

    First Amended Complaint

1

**COMPLAINT; DEMAND FOR JURY TRIAL**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No_____

|   |   |
|---|---|
| 1 | Notice of Assignment to Magistrate Judge |
| 2 | Consent/Declination to a Magistrate Judge |
| 3 | Application to Relate Case |
| 4 | Exparte Application for Temporary Restraining Order |
| 5 | Proposed Order |
| 6 | |
| 7 | Declarations (Dkt. 2 -thru 20):  Cedric Henry, Adam Nelson, Lamont Williams, Eric Wayne, Jose Alonzo Herrera, Leonard Wakefield, Ocie Johnson, Saul Espinoza, Darryl Geyer, Dwight Adams, Jimmie Jones, Maria Moore, Troy Powell, Yolanda Huang, Tikisha Upshaw, Angelo Valdez, Marla Armstrong, Tyronne Jones, Dr. Christine Bourne |

\_\_\_\_\_US Mail: By depositing in the United States mail in Berkeley, California, copies of the documents described above, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as shown above.

\_\_x\_\_\_By Hand: By delivering by hand, copies of the documents described above, enclosed in a sealed envelope, addressed as shown below:

| | |
|---|---|
| Alameda County<br>Administration Building<br>1221 Oak Street, Suite 555<br>Oakland, CA 94612 | Alameda County Sheriff's Office<br>Administration Office<br>1401 LAKESIDE DRIVE, 7TH FLOOR<br>Oakland, CA 94612 |
| Sheriff Gregory Ahern<br>Alameda County Sheriff's Office<br>Administration Office<br>1401 LAKESIDE DRIVE, 7TH FLOOR<br>Oakland, CA 94612 | Commander Thomas Madigan<br>Alameda County Sheriff's Office<br>Administration Office<br>1401 LAKESIDE DRIVE, 7TH FLOOR<br>Oakland, CA 94612 |
| Captain Derrick Hesselein<br>Alameda County Sheriff's Office<br>Administration Office<br>1401 LAKESIDE DRIVE, 7TH FLOOR<br>Oakland, CA 94612 | Individual Defendants' deliveries included:<br> Notice of a Lawsuit and Request to Waive Service of a Summons<br>Waiver of the Service of Summons Form<br>Self-Addressed Stamped Envelope |

2

**COMPLAINT; DEMAND FOR JURY TRIAL**

*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No_____

I declare under penalty of perjury under the laws of the State of California that the above statements are true.

Executed May 8, 2020 at Berkeley, California.

_/s/ Yolanda Huang_
Yolanda Huang

2

**COMPLAINT; DEMAND FOR JURY TRIAL**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No_____