AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DANIEL GONZALEZ, ROCCI GARRETT, LAWRENCE GERRANS and MICHAEL LUCAS, MARTIN GALLARDO, and SERGIO MORALES-SERVIN, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN, D. HOUHTELLING, THOMAS F. MADIGAN, CAPTAIN DERRICK C. HESSELEIN, DEPUTY IGNONT (sp), DEPUTY JOE (sp), TECHNICIAN KAISER, ALAMEDA COUNTY , The CALIFORNIA FORENSIC MEDICAL GROUP, ARAMARK CORRECTIONAL SERVICES, LLC,<br>et al.<br><br>*Defendant(s)* | Civil Action No. C 19-7423 JSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN, THOMAS F. MADIGAN, CAPTAIN DERRICK C. HESSELEIN, DEPUTY IGNONT (sp), TECHNICIAN KAISER, ALAMEDA COUNTY , The CALIFORNIA FORENSIC MEDICAL GROUP, ARAMARK CORRECTIONAL SERVICES, LLC,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
YOLANDA HUANG
LAW OFFICE OF YOLANDA HUANG
475 14th Street, Suite 500
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 11/15/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. C 19-7423 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C 19-7423 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WELLPATH MANAGEMENT, INC.
was received by me on *(date)* 5/11/20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATE CREATIONS NETWORKING, who is
designated by law to accept service of process on behalf of *(name of organization)* WELLPATH
MANAGEMENT, INC. on *(date)* 5/13/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 150 .

I declare under penalty of perjury that this information is true.

Date: 5/15/20

*Server's signature*

PORFIRIO JUAREZ, PROCESS SERVER, LIC# 4519
*Printed name and title*

1220 MAPLE AVE. #508 LA, CA 90015
*Server's address*

Additional information regarding attempted service, etc:

<u>Documents served:</u>

Summons, First Amended Complaint, Consent to Magistrate Judge Jurisdiction, Notice of Related Case, Ex Parte Application for Temporary Restraining Order and Request for Briefing Schedule for Preliminary Injunction; [Proposed] Order for Temporary Restraining Order, and Declarations of :

    Cedric Henry,
    Adam Nelson,
    Lamont Williams,
    Eric Wayne,
    Jose Alonzo,
    Leonard Wakefield
    Ocie Johnson
    Saul Espinoza,
    Darrl Geyer
    Dwight Adams
    Jimmie Jones
    Maria Moore
    Troy Powell
    Yolanda Huang
    Tikisha Upshaw
    Angelo Valdez
    Marla Armstrong
    Dr. Christina Marie Bourne
    Tyronne Alexander Jones