UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY J. AHERN, et al., <br><br> Defendants. | Case No. 19-cv-07423-JSC <br><br> **SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Nathanael Cousins for consideration of whether the case is related to *Babu et al v. Ahern et al.*, No. 18-7677.

**IT IS SO ORDERED.**

Dated: June 5, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge