Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
528 Grand Avenue
Oakland, California 94610
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile:  415-285-8092
Email:  denniscunninghamlaw@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>    **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al<br><br><br><br><br>    **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF**<br>With Supporting Documents: Memorandum of Points and Authorities and Declarations<br><br> DATE:  Dec. 31, 2020<br> TIME:   9:30 a.m.<br> COURTROOM: E, 15th Floor<br><br> Hon. Jacqueline S. Corley, Presiding |

1

# NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF

Please take notice that plaintiffs ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass hereby move for a Preliminary Injunction, and submit their Notice and Motion for Provisional Relief with Memorandum.  This motion will be heard on December 31, 2020 in Courtroom E, 15th Floor at 9:30 a.m., located the United States District Court, 450 Golden Gate Avenue, San Francisco, California.

Plaintiffs hereby apply to the Court for a preliminary injunction for a writ of mandate pursuant to Fed. R. Civ. P. 65 for defendants to comply with California statute, regulations and caselaw to provide all male prisoners in Alameda County's Santa Rita Jail, 85% of whom are pretrial, with sanitary, safe, edible and sufficient food to sustain health… This motion is necessary because of defendants' policies and practices has resulted in all of the male prisoners in Santa Rita Jail, being regularly denied sanitary, safe, edible due to the fact that the food is prepared in unsanitary and unsafe conditions with vermin, insects, rodents and birds residing in the kitchen and contaminating the food; where the process for washing of food trays  does not meet statutory standards, food trays are not rinsed, and the inadequate tray washing process routinely leave significant food residue on the trays; where defendant Aramark packages new food into dirty trays with old food residue for service for inmate consumption; where packaged trays are improperly stored and not refrigerated; where packaged trays are excessively heated; where there is no quality control on portions or the content of trays; all resulting in contaminated food, unsafe food, food containing foreign objects, food that is spoilt, food that is inedible, insufficient food and food when eaten that causes ill health.  As a result of the contaminated, unsanitary, inedible and missing food, some Male Prisoners have suffered significant weight loss, are frequently hungry, have no energy and are lethargic due to their lack of food.

It is established caselaw that Jail officials must provide prisoners with food during their confinement.  The food must be adequate to maintain health.  A sanitary environment is a basic health need that penal institutions must provide for all inmates, including control of vermin and insects and sanitary food handling.  Unsanitary food handling states an Eighth Amendment Claim.  Even temporary unsanitary conditions may result in an Eighth Amendment violation.

Defendant Aramark and Santa Rita County Jail are aware of these ongoing sanitation, unsafe food, spoilt food and inedible food issues through a prior litigation regarding women prisoners at Santa Rita Jail who raised these same issues.

2

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC

This motion is brought on the grounds that Defendants' unlawful acts, omissions, policies, and practices result in deprivation of male prisoners' rights to safe, sanitary, uncontaminated food, sufficient to maintain health, access in violation of Plaintiffs' rights under the Eighth Amendment, and Fourteenth Amendments, and the California Constitution, Article I, Section 7.

Therefore, Plaintiffs request that the Court issue a preliminary injunction requiring Defendants, except in exigent circumstances, to:

1. Implement and maintain a jail kitchen that is constructed, equipped and operated in a clean and sanitary manner and is free of animals, birds, rodents, insects and vermin;
2. All dishware and trays shall have residual food scrapped off, washed, rinsed and sanitized per California Code and no dishware and tray shall be reused unless said dishware and tray is free of food residue and has been washed, rinsed and sanitized;
3. Institute procedures and quality control processes to insure that <u>all food served is edible</u> including:
    a. No spoiled food;
    b. No food with foreign objects – particularly non-food objects;
    c. No food which has been contaminated by animals, birds, rodents, insects and vermin; and,
    d. All food is properly handled, refrigerated and heated, without excessive heating;
4. Quality controls are implemented to insure that trays meet portion size and has all items called for in the menu;
5. Food production adheres to menus; and,
6. Special diet needs are met.

Such other and further relief as the case requires and the Court deems just and proper.

This Motion is based upon this Notice, the accompanying memorandum of points and authorities in support of the motion, and the Declarations of:

1. Leanna Zamora;
2. Tikisha Upshaw;
3. Miguel Vargas;
4. Domonique Swain;
5. Diontay Shackleford
6. Lina Garcia Schmidt;

3

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423 JSC

7. Eric Rivera;

8. Ebony Reeves;

9. Kajuan Paschal;

10. David Misch;

11. David Mellion;

12. Marcus Felder;

13. Lee Anderson.

## Conclusion

Plaintiffs make no bones about their firm belief that incarcerating human beings under these conditions is constitutionally unacceptable, and should not exist, under any circumstance, especially for pretrial detainees.

Plaintiffs will demonstrate (1) that they are likely to succeed on the merits of their claims herein; 2) that defendants' actions and practices are causing irreparable harm, and; 3) that the balance of equities and the public interest weigh heavily in favor of provisional relief in the form of requiring defendants to cease conduct, for which there is no penological reason, and which violates the basic human and constitutional rights of male prisoners.

WHEREFORE, the plaintiffs ask the Court to make the needed inquiry and take the needed steps to rescue these prisoners, from the depredations and maltreatment they suffer at defendants' hands in the ways outlined above, and they pray for such other and further relief as may be deemed just and appropriate in the premises of the case.

Dated: November 16, 2020                    Respectfully submitted,

**LAW OFFICE OF YOLANDA HUANG**

　　　*/s/ Yolanda Huang*　　　
YOLANDA HUANG

**DENNIS CUNNINGHAM**

　　　*/s/ Dennis Cunningham*
*Counsels for Plaintiffs*

4

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423 JSC