# EXHIBIT A

FOOD LOGS: 1.30.22 – 02.05.22
1.23.22 - 1.29.22
1.16.22 – 1.22.22
1.09.22 – 1.15.22
1.02.22 – 1.08.22

4

DECLARATION OF DAVID MISCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423 JSC

Missing Portion Required
Short on Portion Required
spoiled
watery
Burnt-Over Cooked-Unetable
Not on Religious Meals Menu

Worst Week Ever, To Date

Confidential- Legal Communication

# Santa Rita Jail Food Log

Yolanda Huang, Esq.
(510) 329-2140
P.O. Box 5475, Berkeley CA 94705

Week of: ~~1/23/22~~ 01/30/22 — 02/05/22

Type of Diet: Halal / kosher

| Required | Sunday 1/30 | Monday 1/31 | Tuesday 2/1 | Wed. 2/2 | Thurs. 2/3 | Friday 2/4 | Sat. 2/5 |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 0645 | 0615 | 0600 | 0600 | 0540 | 0545 | 0630 |
| Fruit or juice ½c | ½c Pineapple | ½c Sliced Peaches | ½c Sliced Peaches | ½c Pineapple | ½c Pineapple | ½c Pinapple | ½c Sliced Peaches |
| Milk 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP |
| Starch 1½c | Ø | Corn Flakes full | Oatmeal ½ full | Toasted Os -½c | Corn Flakes -¼c | Oatmeal ~~-50%~~ -¾c | Corn Flakes -¼c |
| Protein 3-PNut 1-HB 3oz Scram | 1-HB Egg | 2-P-Nut-But =2oz | 3oz Scram Egg | 1-P Nut Butter / -1PB | 1-HB Egg | 1-Garden Patty | 1-P Nut B / -1PB |
| Other: 2-Jelly 2-Sugar 1-Taco | 1-Taco Sauce 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 1-Jelly 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 1-Jelly 2-Sugar |
| 2-Bread/Torts | 2-Bread & 2-Torts | 2-RYE Bread | 2-RYE-Bread | 2-Bread | 2-Bread | 2-Flour Tort | 2-RYE Bread |
| **LUNCH** | 1230 | 1200 | ? | 1230 | 1250 | 1210 | 1120 |
| Vegetable 3oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrot -1oz | ~~Re~~ 1.6oz Carrots -1.4oz | 1.6oz Carrots / -1.4oz | 3.2oz Carrots 2-Pkts=1.6 ea |
| Fruit 1ea | 1-Orange | 1-Orange | 1-Orange | 1-Orange | Ø No Fruit | Ø No Fruit | 1-Orange |
| Starch 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread |
| Protein 3-PNut 1-HB 4oz Tuna | 1-HB Egg | 1-HB Egg | 4oz Tuna Cup | 3-PNut Butter | 1-HB Egg | 3 P-Nut Butter =3oz | 4oz Tuna cup |
| Other: 2-Mayo Jelly 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid | 2-Jelly 1-Koolaid | 2-Mayo 1-Koolaid | 2-Jelly 1-Koolaid | 2 Mayo 1-Koolaid |
| 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 3-Cookies -1 | 3-Cookies -1 | 4-Cookies |
| **DINNER** | 1605 | 1600 | ? | 1600 | 1620 | 1600 | 1600 |
| Vegetable 1c | 1c Salad | 1c Cole Slaw | 1c Salad | Ø | ½c Salad -½c | 1c Shredded Lettuce | ¾c Cabbage Slaw -¼c |
| ~~Fruit~~ Dressing | Italian | Vinigrette | Italian | Ø | Italian | Ø | Vinignett |
| Starch 1½c | lentels full | Sliced Potato | Rice full | Rice full | Sliced Potato | Rice ¾c / -¾c | Beans 1c / -½c |
| Protein ¾c | TVP O.C full | TVP full | TVP full | TVP full | TVP O.C full | TVP ½c / -¼c | TVP ½c / -¼c |
| Other: 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Koolaid | 1-Koolaid | 1-Koolaid | 1-Koolaid | 1-Koolaid |
| 2-RYE Bread | 2-RYE-B | 2-RYE-B | 2-Bread | 2-Bread | 2-RYE Bread | 2-Flour Tort | 2-RYE Bread |
| 2-Milk | 2-HP | 2-HP | 2-HP | 2-Milk | 2-Milk | 2-Milk | 2-Milk |

*Please be specific about what food fit in each of these categories. Thank you!*
Comments can continue on the back of this sheet:

* Dinner 2/2/22 cold Trays are now ½+ inch Shorter. They will look full but have less Volume available?

Your Name: David Misch - AMO-732 (please print)

Housing Unit/Pod/Cell: 2-E-5

* New trays small section - Approx 5oz liquid / old Tray 7oz full
New trays Large Section - Approx 10oz liquid / old Tray 14oz full

Once Again Trying to Cheat Us →
As our food is served by "Volume" Per Menu

Missing portion required
Short on portion required
Spoiled
Watery
Burnt, Inedible
Not on Religious Meals Menu

Confidential- Legal Communication

# Santa Rita Jail Food Log

Yolanda Huang, Esq.
(510) 329-2140
P.O. Box 5475, Berkeley CA 94705

Week of: 1/23/22 → 1/29/22

Type of Diet: Halal/Kosher

| | Sunday 1/23 | Monday _/24 | Tuesday _/25 | Wed. _/26 | Thurs. _/27 | Friday _/28 | Sat. 1/29 |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 0700 | 0545 | 0550 | 0535 | 0540 | 0550 | 0630 |
| Fruit or juice ½c | ½c Pineapple | ½c Pineapple | ½c Pineapple | ½c Pineapple | ½c Pineapple | ½c Pineapple | ½c Pineapple |
| Milk 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP |
| Starch 1½c | Toasted Os full | Corn Flakes full | Oatmeal full | Toasted Os full | Corn Flakes full | Oatmeal full | Corn Flakes full |
| Protein 2-P-Nut 1-Egg 3oz Scram Egg | NO Protein | 2-P-Nut Butter | 3oz Scram Egg | 2-P-Nut Butter | 1-HB Egg | Garden Patty | 2-P-Nut Butter |
| Other: 2-Jelly 1-Taco Sauce 2-Sugar | 2-Jelly 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 1-Jelly 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 1-Jelly 2-Sugar |
| 2-Bread/Tortilla | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-Flour Tort | 2-RYE Bread |
| **LUNCH** | 1100 | 1045 | 1000 | 1015 | 1200 | 1205 | 1130 |
| Vegetable 3oz | 2oz carrots -1oz | 2oz carrots -1oz | 2oz carrots -1oz | 2oz carrot -1oz | 2oz carrot -1oz | 2oz carrots -1oz | 2oz carrots -1oz |
| Fruit 1pc | 1-Orange | 1-Orang | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange |
| Starch 4 Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread |
| Protein 3-P-Nut 1-Egg 4oz Tuna | 4oz Tuna Cup | 4oz Tuna Cup | 4oz Tuna Cup | 4oz Tuna Cup | 4oz Tuna Cup | 3-P-Nut Butter | 3-P-Nut Butter |
| Other: 2-Mayo 2-Jelly 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid | 2-Jelly 1-Koolaid | 2-Jelly 1-Koolaid |
| 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies |
| **DINNER** | 1610 | 1600 | 1605 | 1610 | 1600 | 1605 | 1600 |
| Vegetable 1c | 1c Salad | 1c Salad | 1c Coleslaw | 1c Shredded Lettuce | 1c Salad | 1c Coleslaw | 1c Salad |
| ~~Fruit~~ Dressing | Italian | Italian | Vinigrett | Ø | Italian | Vinigrett | Italian |
| Starch 1½c | Rice full | Rice full | Rice full | White Beans | Sliced Potato | Pasta | Rice full |
| Protein ¾c | TVP -½ = 3/8c | TVP -½ = 3/8c | TVP full | TVP full | TVP full | TVP/Taste Nasty-Uneatable | TVP full |
| Other: 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Koolaid | 1-Marg 1-Koolaid | 1-Koolaid | 1-Koolaid |
| 2-Bread/Tortilla | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-Flour Tort | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread |
| 2-Milk-HP | 2-Milk | 2-Milk | 2-Milk | 2-Milk | 2-Milk | 2-Milk | 2-Milk |

1108

*Please be specific about what food fit in each of these categories. Thank you!*

Comments can continue on the back of this sheet:

Your Name: David Misch AMD-732 (please print)

Housing Unit/Pod/Cell: 2-E-5

Short on Portion Req
Spoiled
Watery
Burnt-Unettable
Not on Religious Meals Menu

Confidential- Legal Communication

# Santa Rita Jail Food Log

Yolanda Huang, Esq.
(510) 329-2140
P.O. Box 5475, Berkeley CA 94705

Week of: 01/06/22 — 01/22/22

Type of Diet: Kosher/Halal

| | Sunday 1/16 | Monday _/17 | Tuesday _/18 | Wed. _/19 | Thurs. _/20 | Friday _/21 | Sat. 1/22 |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 0645 | 0600 | 0550 | 0600 | 0605 | 0600 | 0615 |
| Fruit or juice 1/2c | 1/2c Pineapple | 1/2c Pineapple | No Ø Fruit | 1/2c Pineapple | 1/2c Pineapple | 1/2c Pineapple | 1/2c Pineapple |
| Milk 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP | 2-HP |
| Starch 1 1/2c | Toasted Os | Corn Flakes full | Oatmeal | Toasted Os full | Corn Flakes -1/2c | Oatmeal full | Corn Flakes full |
| Protein 2-P.Nut 1-Egg 3oz Scram | 1-HB Egg | 2-P.Nut Butter | 3oz Scram Egg | 2-P-Nut Butter =2oz | 1-HB Egg | Garden Patty | 2-P.Nut Butter |
| Other: Jelly 2-Sugar | 2-Jelly 2-Sugar | 2-Jelly 2-Sugar | No Jelly -2 No Sugar -2 | 1-Jelly 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 1-Jelly 2-Sugar |
| 2-Bread/Tortilla | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-Flour Torts | 2-RYE Bread |
| **LUNCH** | 1215 | 1120 | 1145 | 1100 | 1130 | 1200 | 1130 |
| Vegetable 3oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz |
| Fruit 1ea | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange |
| Starch 4-ea | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread |
| Protein 3-P.Nut 4oz Tuna | 2-P-Nut Butter -1 | 1-HB Egg | 1-HB Eggs | 2-P-Nut Butter -1=1oz | 3-P-Nut Butter | 1-HB Egg | 4oz Tuna Can |
| Other: 2-Jelly/Mayo | 2-Jelly 1-Koolaid | 2-Mayo 1-Koolaid | 2 Mayo 1-Koolaid | 2 Jelly 1-Koolaid | 2-Jelly 1-Koolaid | 2-Mayo 1-Koolaid | 2-Mayo 1-Koolaid |
| 1-Koolaid 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies |
| **DINNER** | 1605 | 1610 | 1620 | 1615 | 1600 | 1700 | 1615 |
| Vegetable 1c | 1c Salad | 1c Coleslaw | 3/4c Salad -1/4c | 3/4c Salad -1/4c | 1c Coleslaw | 1c Shredded Lettuce | 1c Coleslaw |
| ~~Fruit~~ Dressing | Italian | Vinigrett | Italian | Italian | Vinigrett | Ø | Vinignette |
| Starch 1 1/2c | Pasta full | White Beans | Sliced Potato | Sliced Potato | Rice -1/2c | Rice full | White Beans |
| Protein 3/4c | TVP (Nasty Taste) | TVP full | TVP 1/2 full -3/8c | TVP full | TVP full | TVP full | TVP full |
| Other: 1-Marg 1-Koolaid | 1-Koolaid | 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Marg 1-Koolaid | 1-Koolaid | 1-Koolaid | 1-Koolaid |
| 2-Bread/Tort | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-RYE Bread | 2-Flour Tort | 2-RYE Bread |
| | 2-Milk | 2-Milk | 2-Milk | 2-Milk | 2-Milk | | 2-Milk |

*Please be specific about what food fit in each of these categories. Thank you!*

Comments can continue on the back of this sheet:

AMO-732

Your Name: David Misch
(please print)

Housing Unit/Pod/Cell: 2-E-5

Missing Portion Required
Short on Portion Required
Spoiled
Watery
Burnt - Uneatable
Not on Religious Meals Menu

Confidential- Legal Communication

# Santa Rita Jail Food Log

Yolanda Huang, Esq.
(510) 329-2140
P.O. Box 5475, Berkeley CA 94705

Week of: 1/9/22 — 1/15/22

Type of Diet: Kosher / Halal

| | Sunday 1/9 | Monday 1/10 | Tuesday 1/11 | Wed. 1/12 | Thurs. 1/13 | Friday 1/14 | Sat. 1/15 |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 0630 | 0545 | 0545 | 0620 | 0545 | 0600 | 0645 |
| Fruit or juice ½c | ½c Pineapple | ¼c Pineapple / -¼c | ½c Pineapple | ½c Pineapple | ½c Pineapple | ½c Pineapple | Ø -½c |
| Milk 2ea | 2- HP | 2-HP | 2- HP | 2-HP | 2- HP | 2-HP | 2-HP |
| Starch 1½c | Toasted Os | Corn Flakes full | Oatmeal full | Toasted Os | Corn Flakes | Oatmeal | Toasted Os |
| Protein Egg / P-Nut B | 1-HB Egg | 1 P-Nut Butter / -1 | 3oz Scram Egg | Ø No Protein | 1-HB Egg | Garden Patty | 2-P-Nut Butt 1-Egg |
| Other: Jelly/Taco sugar | 2 Jelly 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 2-Jelly 2-Sugar | 2-Jelly 2-Sugar | 1-Taco Sauce 2-Sugar | 1 Jelly 2-Sugar |
| 2-Torts / Bread | 2-RYE Bread | 2-RYE Bread | 2-Flour Tort | 2-RYE Bread | 2- RYE Bread | 2-Flour Tort | 2-RYE Bread |
| **LUNCH** | 1030 | 1040 | 1030 | 1100 | 1115 | 1220 | 1130 |
| Vegetable 3oz | 2oz carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz |
| Fruit 1ea | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange | 1-Orange |
| Starch 4- | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread | 4-Bread |
| Protein Egg/Tuna P-Nut | 1-HB Egg | 1-4oz Tuna Cup | 3-P-Nut Butter = 3oz | 1-HB Egg | 3-P-nut Butter | 1-4oz Tuna Cup | 3-P-Nut Butter |
| Other: mayo, Jelly koolaid | 2-Mayo 1-koolaid | 2-Mayo 1-koolaid | 2-Jelly 1-koolaid | 2-Mayo 1-koolaid | 2-Jelly 1-koolaid | 2 Mayo 1-koolaid | 2-Jelly 1-koolaid |
| 4-Cookies | 4-cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies |
| **DINNER** | 1600 | 1600 | 1600 | 1600 | 1615 | 1545 | 1555 |
| Vegetable 1c | 1c Salad | 1c Salad | 1c lettuce | 1c Salad | ¼c Cole slaw -¾c | 1c Salad | 1c Coleslaw |
| ~~Fruit~~ Dressing | Italian | Italian | Ø | Italian | Ø | Ranch | Vinigrett |
| Starch 1½c | Sliced Potatos | Rice full | Rice full | White Beans | Rice full | Pasta full | Rice full |
| Protein ¾c | Watery TVP | TVP | TVP -⅜c | TVP -⅜c | TVP full | TVP full | TVP full |
| Other: | 1-Marg 1-koolaid | 1-koolaid | 1-koolaid | 1-koolaid | 1-koolaid | 1-koolaid | 1-koolaid |
| 2-Bread / Torts | 2-RYE Bread | 2-RYE Bread | 2 Flour Tort | 2-RYE Bread | 1-Marg 2 RYE Bread | 2-RYE Bread | 2-RYE Bread |
| | 2-Milk-HP | | 2-Milk | 2-Milk | 2-Milk | 2-Milk | 2-Milk |

*Please be specific about what food fit in each of these categories. Thank you!*

Comments can continue on the back of this sheet:

Your Name: David Misch, AMU-732 (please print)

Housing Unit/Pod/Cell: 2-E5

Missing Portion Required
Not on Religious Meals Menu
Short on Portion Required
Spoiled
Watery
Burnt & Unettable

Confidential- Legal Communication

# Santa Rita Jail Food Log

Yolanda Huang, Esq.
(510) 329-2140
P.O. Box 5475, Berkeley CA 94705

Week of: 1/2/22 — 1/8/22

Type of Diet: Kosher / Halal

| | Sunday _/2 | Monday _/3 | Tuesday _/4 | Wed. 1/5 | Thurs. 1/6 | Friday 1/7 | Sat. 1/8 |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | Time — | — | — | 0540 | 0630 | 0605 | 0645 |
| Fruit or juice ½c | | | Received | ½c Sliced Peaches | ½c Sliced Peaches | ½c Sliced Peaches | ½c Sliced Peaches |
| Milk 2-HP | | | | 2-HP | 2-HP | 2-HP | 2-HP |
| 1½c Starch Cereals Hot/Cold | | | | Toasted Os 1½c | Corn Flakes 1½c | Oatmeal -3/4 C | Corn Flakes full |
| Protein Egg/P-Nut Garden Patty | | | Logs | 2-P-Nut Butter =2oz | 1-HB Egg | 1-Smashed Rice Ball | 2-P-Nut Butter =2oz |
| Other: Jelly Sugar | | | | 2-Sugar 1-Jelly | 2 Jelly 2-Sugar | 2-Sugar 1-Taco Sauce | 2-Jelly 2-Sugar |
| Bread/Tortillas | | | | 2-RYE Bread | 2-RYE Bread | 2-Flour Tortilla | 2-RYE Bread |
| **LUNCH** | Time — | | 1-4-22 | 1110 | 1145 | 1200 | 1130 |
| Vegetable 3oz | | | | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz | 2oz Carrots -1oz |
| Fruit 1ea | | | Start | 1-Orange | 1-Orange | 1-Orange | 1-Orange |
| Starch 4 Bread | | | | 4-Bread | 4-Bread | 4-Bread | 4-Bread |
| Protein Tuna/Egg P-Nut | | | | 1-HB Egg | 3-P-Nut Butter =3oz | 4oz Tuna Cup | 3-P-Nut Butter =3oz |
| Other: Mayo-2 Jelly-2 | | | of | 2 Mayo 1-Koolaid | 2-Jelly 1-Koolaid | 2-Mayo 1-Koolaid | 2-Jelly 1-Koolaid |
| Koolaid-1 4-Cookies | | | | 4-Cookies | 4-Cookies | 4-Cookies | 4-Cookies |
| **DINNER** | Time — | | | 1600 | 1615 | 1545 | 1600 |
| Vegetable 1½c | | | Recods | ~~No~~ Ø Veg | Salad 1c | Lettuce, 1c | Shredded Cabbage |
| Fruit Dressing | | | | Ø | Italian | Ø | Vinignette |
| Starch 1½ Beans Rice | | | | White Beans full | Rice | Rice | Sliced Potatos |
| Protein TVP | | | | TVP -3/8c | TVP -½-3/8c | TVP full | TVP ½ full |
| Other: 2-Bread | | | Log | 2-Bread | 2-Bread | 2-Flour Tort | 2-Bread |
| | | | | 2-Milk | 2-Milk | 2-Milk | 2-Milk |
| | | | | ~~1-Koolaid~~ | 1-Margd ~~1-Koolaid~~ | ~~1-Koolaid~~ | 1-Koolaid |

*Please be specific about what food fit in each of these categories. Thank you!*
Comments can continue on the back of this sheet:

Every Wednesday missing Veg on Salad, Lettuce at Dinner

Your Name: David Misch, AMU-732 (please print) Housing Unit/Pod/Cell: 2-E-5

# *INMATE GRIEVANCE RESPONSE*

Inmate Copy

GRIEVANCE TRACKING NUMBER: **20-3520**

INMATE: **MISCH, DAVID** PFN: **AMU732** HOUSING UNIT LOCATION: **HU 2 B 02**

GRIEVANCE IS AFFIRMED: ____ DENIED: **X** WITHDRAWN: ____ RESOLVED: ____ REFERRED: ____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **October 18, 2020**. In your grievance, you made the following claim:

- Diet items and menu requirements.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The Aramark supervisor was contacted regarding your grievance. The supervisor advised you are not in possession of the current menu. All diet protocols are being met. Showed copy to deputy.

Your message request should be addressed to the kitchen deputies, the Aramark supervisor does not receive message requests from inmates.

Your grievance is **DENIED.**

Investigating Deputy: **A. Nederostek, Deputy** Date: **11/06/20**

Investigating Supervisor: **M. Carausu, Sergeant** Date: 110620

Inmate's Signature: David Misch

Do you wish to appeal this ruling? Yes X No ____ Refused to Answer ____ Date: 11-11-20

Appeal Officer: LT J. #1676 Recommendation: DENIED Date: 11/25/20

Reason for affirmation or denial: (If different from above)

Commanding Officer: Lt. Carrie Carone #1601 Recommendation: DENIED Date: 12/4/2020