1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

FILED GRIEVANCES ON FOOD SHORTAGES
22-0762
22-0754
22-0740

5

**DECLARATION OF DAVID MISCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423 JSC

*New Trays = Shortage of Food & Calories*

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM

[×] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

[ ] **ADA RELATED**

**NAME:** David Misch   **PFN:** AMV-732   **DATE:** 2/5/22   **HU/FLOOR:** 2E5

Only one grievance issue per form ---- (Subject to refusal if failure to comply) **DATE GRIEVANCE OCCURRED** 2-1 → 2-5-22

**Grievance Details:** Religious Meals/Kosher Halal Diet/Trays are arriving without the Required portions since implementation of New Smaller Trays. Since 2/1/22 The Breakfast trays - Cereal, Cold or Hot, Aramark/Alameda County Religious Meals Menu (Requires 1½ cups) of which ever is called For That Day - Oatmeal/Corn Flakes/Toasted Os. (This is easily checked by dumping contents into a 8oz paper cup - which is equivalent to 1 cup in "Volume". So it should fill the cup 1 and ½ times. Oatmeal Trays barely contain 1 cup on those days. Cold Cereals Barely over a cup, always short now of Required Portion size, every day so far.
* Dinners - Starches, Rice, Beans, Lentils etc (Require 1½ c). Not Receiving even a full 1 cup, so short at least ½ c.
— Main Protein Portion - TVP, multi-flvrs (Require ¾ C) Lucky to say we get ½ c, so short at least ¼ c.
— Salads/Lettuce/Cooked Kettle Veg/Mixed/menu (Requires 1 C) Only Receiving ½ to ¾ C max, so short 25% to 50%.
Alameda County - Religious Meals Menu - 2600 calories Per Day. Menu clearly states all side dishes are Volume measurement. Unless otherwise specified, as in each packet, or ozW = ounces by weight as in 3ozW Container Carrot sticks in lunch. All inmates on this diet are being denied Required Amnts. Please Comply w/ Menu.

**INMATE SIGNATURE:** D. Misch

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** D. NICHOLSON   **Badge#** 2469   **Date:** 2-5-22

[ ] Resolved at Deputy Level
[×] Cannot be resolved at Deputy Level

**Inmate Acceptance (Signature)** _____
**Grievance Tracking Number:** 22-0762
**PREA Tracking Number:** _____

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

Food

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA RELATED

[X] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

NAME: David Misch   PFN: AMU-732   DATE: 2-5-22   HU/FLOOR: 2E5

Only one grievance issue per form ---- (Subject to refusal if failure to comply) DATE GRIEVANCE OCCURRED 2-5-22

**Grievance Details:**

Kosher-Halal Trays are missing 1 of the 2 Peanut Butter Packets Required By: Aramark Religious Meals Menu

On Saturday 2-5-22 approx 0630 hrs Breakfast meals were passed out. Upon Receiving the tray I noticed it only had 1 of the 2 required Peanut Butter Pkts.

According to the Aramark/Alameda County Religious meals menu.

Any Breakfast calling for Peanut Butter - Mon/Wed/Sat Requires 2-1oz Packets each.

The tray was shown and opened in front of deputy: Jackson along with my copy of menu.

This is the second time in one week, this also occurred on 2-2-22. I sent a Message Request to kitchen to notify them of the ommision of required food item in Kosher-Halal Diet Trays.

Please instruct kitchen staff to supply the Required Amnts in all Kosher-Halal Breakfast Trays, per approved Menu.

**INMATE SIGNATURE:** David Misch

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** M JACKSON   **Badge#** 2497   **Date:** 02/05/22

[ ] Resolved at Deputy Level   Inmate Acceptance (Signature) _____

[X] Cannot be resolved at Deputy Level   Grievance Tracking Number: 22-0754

PREA Tracking Number: _____

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE FORM

[X] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

Food  [ ] ADA RELATED

**NAME:** David Misch   **PFN:** AMU-732   **DATE:** 2/4/22   **HU/FLOOR:** 2-E-5

Only one grievance issue per form ---- (Subject to refusal if failure to comply)   **DATE GRIEVANCE OCCURRED** 2/4/22

**Grievance Details:**

At Approx 1210 hrs my Kosher/Halal Religious Lunch meal was delievered by I/M worker and Deputy White.

I immediatly notified the Deputy that much lunch was missing the fruit - Orange, 1 each Required by Aramarks, Every Day Alameda County Religious Meals menu. (This was noted on body camera also.) I also noted it only had 3 - Duplex Cookies. The Religious meals menu Require 4 - Duplex Cookies every Day.

This is the second day this Ommission of Required Portions has occured. I thought One day was a fluke. 2 days in a row can become a standard if not immediatly corrected. Please Inform Kitchen staff the Aramark - Alameda County Religious Meals Menu Require 1pc of Fruit in each lunch and 4 duplex cookies every day.

**INMATE SIGNATURE:** D. Misch

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** SGT. C. SHEPARD   **Badge#** 1419   **Date:** 2/4/22

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____
[X] Cannot be resolved at Deputy Level   **Grievance Tracking Number:** 22-0740
   **PREA Tracking Number:** _____

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)