1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Santa Rita Jail Grievance Responses
Breakfast Had Wrong Ingredients
Breakfast Shortages:  TN 4316, TN 20-4302, 20-4351, 20-4389
Dinner Shortages 20-4390
Lunch Shortages 20-4390; 20-4216, 20-4348
Meals Missing Items 20-2816, 20-2803, 20-2857, 20-1880
Repeated Lack of Response to Food Shortages 20-3520

**DECLARATION OF DAVID MISCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC

**Inmate Copy**

## INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: __20-0371__

INMATE: __MISCH, DAVID__   PFN: __AMU732__   HOUSING UNIT LOCATION: __2 B-02__

GRIEVANCE IS   AFFIRMED: ___   DENIED: ___   WITHDRAWN: ___   RESOLVED: __X__   REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **January 29, 2020**. In your grievance, you made the following claim:

- Your breakfast meal contained the wrong ingredient.

**Response:**
The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Aramark was contacted regarding your claim. (Your claim was confirmed and the staff was counseled.) Aramark has recognized your concern and the staff has been instructed to follow the approved menu.

Your grievance is **RESOLVED.**

---

Investigating Deputy: __R. Firmeza, Deputy__   Date: __3/25/20__

Investigating Supervisor: __M. Carausu, Sergeant__   Date: __03/26/20__

Inmate's Signature: __D. Misch__

Do you wish to appeal this ruling?   Yes ___   No __X__   Refused to Answer ___   Date: __4-30-20__

Appeal Officer: ___   Recommendation: ___   Date: ___

Reason for affirmation or denial: (If different from above)

Commanding Officer: __Lt. Carrie Carone #1601__   Recommendation: __RESOLVED__   Date: __5/5/2020__

ML52 (Rev.06/18)

# *INMATE GRIEVANCE RESPONSE*

*Inmate Copy*

| | | |
|---|---|---|
| | GRIEVANCE TRACKING NUMBER: | 20-4302 |
| INMATE: MISCH, DAVID | PFN: AMU732   HOUSING UNIT LOCATION: | 2 B 02 |

GRIEVANCE IS   AFFIRMED: ____   DENIED: ____   WITHDRAWN: ____   RESOLVED: ____   REFERRED: X

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 16, 2020**. In your grievance, you made the following claim:

- Your breakfast tray was missing the required portions of food.

**Response:** The Grievance Unit reviewed your claim thoroughly and found that your issues were previously addressed in tracking 20-4215.

*Unfortunately, you did not believe the food contained within the meal was correct.*

*The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.*

Your grievance is **DENIED**.

Your grievance is **REFERRED** to grievance 20-4215.

| | | |
|---|---|---|
| Investigating Deputy: | A. Nederostek, Deputy | Date: 1/04/21 |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: 010521 |
| Inmate's Signature: | D. Misch | |
| Do you wish to appeal this ruling?   Yes ____ No X   Refused to Answer ____ | | Date: 1-6-21 |
| Appeal Officer: Gemmell | Recommendation: Denial / Referred to 20-4215 | Date: 1.9.21 |
| Reason for affirmation or denial: (If different from above) | | |
| Commanding Officer: Lt. Carrie Carone #1601 | Recommendation: **REFERRED** | Date: 1/19/2021 |

ML52 (Rev.06/18)

## *INMATE GRIEVANCE RESPONSE*

Inmate Copy

GRIEVANCE TRACKING NUMBER: **20-4351**

INMATE: **MISCH, DAVID**  PFN: **AMU732**  HOUSING UNIT LOCATION: **2 B 02**

GRIEVANCE IS    AFFIRMED: ___    DENIED: ___    WITHDRAWN: ___    RESOLVED: ___    REFERRED: **X**

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 19, 2020**. In your grievance, you made the following claim:

- Your breakfast tray was missing the required portions of food.

**Response:** The Grievance Unit reviewed your claim thoroughly and found that your issues were previously addressed in tracking 20-4215.

*Unfortunately, you did not believe the food contained within the meal was correct.*

*The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.*

Your grievance is DENIED.

Your grievance is **REFERRED** to grievance 20-4215.

| | | |
|---|---|---|
| Investigating Deputy: | A. Nederostek, Deputy | Date: 1/04/21 |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: 010521 |
| Inmate's Signature: | D. Misch | |
| Do you wish to appeal this ruling?  Yes ___  No **X**  Refused to Answer ___ | | Date: 1-6-21 |
| Appeal Officer: Cromwell | Recommendation: Denial Referral to 20-4215 | Date: 1.9.21 |
| Reason for affirmation or denial: (If different from above) | | |
| Commanding Officer: Carrie Carone #1601 | Recommendation: REFERRED | Date: 1/19/2021 |

ML52 (Rev.06/18)

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: **20-4389**

INMATE: **MISCH, DAVID**     PFN: **AMU732**     HOUSING UNIT LOCATION: **2 B 02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: ___   WITHDRAWN: ___   RESOLVED: ___   REFERRED: **X**

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 24, 2020**. In your grievance, you made the following claim:

- Your breakfast tray was missing the required portions of food.

**Response:** The Grievance Unit reviewed your claim thoroughly and found that your issues were previously addressed in tracking 20-4215.

*Unfortunately, you did not believe the food contained within the meal was correct.*

*The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.*

Your grievance is DENIED.

Your grievance is **REFERRED** to grievance 20-4215.

| | | |
|---|---|---|
| Investigating Deputy: | A. Nederostek, Deputy | Date: **1/04/21** |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: **010521** |
| Inmate's Signature: | D. Misch | |
| Do you wish to appeal this ruling?   Yes   No **X**   Refused to Answer | | Date: **1-6-21** |
| Appeal Officer: *Grinnell* | Recommendation: Denial / Referred to 20-4215 | Date: **1.9.21** |
| Reason for affirmation or denial: (If different from above) | | |
| Commanding Officer: Lt. Carrie Carone #1601 | Recommendation: REFERRED | Date: **1/19/2021** |

ML52 (Rev.06/18)

# INMATE GRIEVANCE RESPONSE

*Inmate Copy*

| | | | |
|---|---|---|---|
| | | GRIEVANCE TRACKING NUMBER: | **20-4390** |
| **INMATE:** MISCH, DAVID | **PFN:** AMU732 | **HOUSING UNIT LOCATION:** | **2 B 02** |

**GRIEVANCE IS**  **AFFIRMED:** ___  **DENIED:** ___  **WITHDRAWN:** ___  **RESOLVED:** ___  **REFERRED:** **X**

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 24, 2020**. In your grievance, you made the following claim:

- Your dinner meal was missing the required portions of food.

**Response:** The Grievance Unit reviewed your claim thoroughly and found that your issues were previously addressed in tracking 20-4215.

*Unfortunately, you did not believe the food contained within the meal was correct.*

*The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.*

Your grievance is DENIED.

Your grievance is **REFERRED** to grievance 20-4215.

| | | |
|---|---|---|
| Investigating Deputy: A. Nederostek, Deputy | Date: | 1/04/21 |
| Investigating Supervisor: M. Carausu, Sergeant | Date: | 010521 |
| Inmate's Signature: D. Misch | | |
| Do you wish to appeal this ruling? Yes ___ No X  Refused to Answer ___ | Date: | 1-6-21 |
| Appeal Officer: Greenwell   Recommendation: Denied/Referred to 20-4215 | Date: | 1.9.21 |
| Reason for affirmation or denial: (If different from above) | | |
| Commanding Officer: Lt. Carrie Carone #1601   Recommendation: **REFERRED** | Date: | 1/19/2021 |

ML52 (Rev.06/18)

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: **20-4215**

INMATE: **MISCH, DAVID**   PFN: **AMU732**   HOUSING UNIT LOCATION: **2 B 02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: **X**   WITHDRAWN: ___   RESOLVED: ___   REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 10, 2020**. In your grievance, you made the following claim:

- You received a lunch that had problems with the amounts required for your Halal/Kosher diet.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Unfortunately, you did not believe the food contained within the meal was correct.

The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.

Your grievance is **DENIED**.

Investigating Deputy: A. Nederostek, Deputy   Date: **1/04/21**
Investigating Supervisor: M. Carausu, Sergeant   Date: 01/05/21
Inmate's Signature: D. Misch
Do you wish to appeal this ruling?   Yes ___   No **X**   Refused to Answer ___   Date: 1-6-21
Appeal Officer: Gammell   Recommendation: Denied   Date: 1.9.21
Reason for affirmation or denial: (If different from above)

Commanding Officer: Lt. Carrie Carone #1601   Recommendation: DENIED   Date: 1/19/2021

ML52 (Rev.06/18)

## INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: **20-4216**

INMATE: **MISCH, DAVID**   PFN: **AMU732**   HOUSING UNIT LOCATION: **2 B 02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: ___   WITHDRAWN: ___   RESOLVED: ___   REFERRED: **X**

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 10, 2020**. In your grievance, you made the following claim:

- You received a lunch that had problems with the amounts required for your Halal/Kosher diet.

**Response:** The Grievance Unit reviewed your claim thoroughly and found that your issues were previously addressed in tracking 20-4215.

*Unfortunately, you did not believe the food contained within the meal was correct.*

*The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.*

Your grievance is **DENIED.**

Your grievance is **REFERRED** to grievance 20-4215.

| | | |
|---|---|---|
| Investigating Deputy: | A. Nederostek, Deputy | Date: 1/04/21 |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: 010521 |
| Inmate's Signature: | D. Misch | |
| Do you wish to appeal this ruling? Yes X  No ___  Refused to Answer ___ | | Date: 1/6/21 |
| Appeal Officer: Gemmell | Recommendation: Denied Refer to 20-4215 | Date: 1.9.21 |
| Reason for affirmation or denial: (If different from above) | | |
| Commanding Officer: Lt. Carrie Carone #1601 CMC | Recommendation: **REFERRED** | Date: 1/19/2021 |

ML52 (Rev.06/18)

## INMATE GRIEVANCE RESPONSE

*Inmate Copy*

GRIEVANCE TRACKING NUMBER: **20-4348**

INMATE: **MISCH, DAVID**   PFN: **AMU732**   HOUSING UNIT LOCATION: **2 B 02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: ___   WITHDRAWN: ___   RESOLVED: ___   REFERRED: **X**

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **December 19, 2020**. In your grievance, you made the following claim:

- Every day your lunch has been shortened the required portions of food.

**Response:** The Grievance Unit reviewed your claim thoroughly and found that your issues were previously addressed in tracking 20-4215.

*Unfortunately, you did not believe the food contained within the meal was correct.*

*The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy of the missing items before the food tray or bag of lunch is opened. The housing unit deputy can contact the kitchen to verify the contents and obtain a new food tray or bag of lunch if necessary.*

Your grievance is **DENIED**.

Your grievance is **REFERRED** to grievance 20-4215.

| | | | |
|---|---|---|---|
| Investigating Deputy: | A. Nederostek, Deputy | Date: | 1/04/21 |
| Investigating Supervisor: | M. Carausu, Sergeant | Date: | 01052l |
| Inmate's Signature: | D. Misch | | |
| Do you wish to appeal this ruling? Yes ___ No X | Refused to Answer | Date: | 1-6-21 |
| Appeal Officer: Grummell | Recommendation: Denied/Referred to 20-4215 | Date: | 1.9.21 |
| Reason for affirmation or denial: (If different from above) | | | |
| Commanding Officer: Lt. Carrie Carone #1601 | Recommendation: REFERRED | Date: | 1/19/2021 |

ML52 (Rev.06/18)

# INMATE GRIEVANCE RESPONSE

*Inmate Copy*

GRIEVANCE TRACKING NUMBER: **20-2816**

INMATE: **MISCH, DAVID**   PFN: **AMU732**   HOUSING UNIT LOCATION: **HU 2 B02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: **X**   WITHDRAWN: ___   RESOLVED: ___   REFERRED: ___

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance received on **08/30/20**. In your grievance, you made the following claim:

- You have been missing required items in your special diet meals.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Inmate meals are approved by a registered dietitian and the facility Commander. The inmate meals also meet the federal, state, and local guidelines for nutritional requirements, quantity and quality. Furthermore, Santa Rita Jail is an accredited facility that meets state and county mandates to serve Alameda County. Santa Rita Jail continually passes thorough inspections from outside agencies to remain an accredited facility. Among those entities are the Board of State and Community Corrections (BSCC), who is tasked with establishing and revising Minimum Standards for local adult and juvenile detention facilities in California. It also inspects those facilities for compliance with these standards and reports its findings to the State Legislature.

Unfortunately, you did not believe the food contained within the tray was correct.

The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy. The housing unit deputy can contact the kitchen to verify the contents.

Any requests, recommendations, or concerns you have, may be addressed using an Inmate Message Request addressed to Aramark/kitchen.

Your grievance is **DENIED**.

Investigating Deputy: A. Nederostek, Deputy   Date: **09/04/20**
Investigating Supervisor: M. Carausu, Sergeant   Date: 090420
Inmate's Signature: D. Misch
Do you wish to appeal this ruling?   Yes **X**   No ___   Refused to Answer ___   Date: 9/17/20
Appeal Officer: **LT. C. JONES #1763**   Recommendation: DENIED   Date: 9/18/20
Reason for affirmation or denial: (If different from above)

Commanding Officer: Lt. Carrie Carone #1601   Recommendation: **DENIED**   Date: 9/24/2020

ML52 (Rev.06/18)

# INMATE GRIEVANCE RESPONSE

*Inmate Copy*

GRIEVANCE TRACKING NUMBER: **20-2803**

INMATE: **MISCH, DAVID**   PFN: **AMU732**   HOUSING UNIT LOCATION: **HU 2 B02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: **X**   WITHDRAWN: ___   RESOLVED: ___   REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **08/29/20**. In your grievance, you made the following claim:

- You are missing cookies in your Halal/Kosher lunches.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Inmate meals are approved by a registered dietitian and the facility Commander. The inmate meals also meet the federal, state, and local guidelines for nutritional requirements, quantity and quality. Furthermore, Santa Rita Jail is an accredited facility that meets state and county mandates to serve Alameda County. Santa Rita Jail continually passes thorough inspections from outside agencies to remain an accredited facility. Among those entities are the Board of State and Community Corrections (BSCC), who is tasked with establishing and revising Minimum Standards for local adult and juvenile detention facilities in California. It also inspects those facilities for compliance with these standards and reports its findings to the State Legislature.

The Grievance Unit cannot track an assigned meal.

Any requests, recommendations, or concerns you have, may be addressed using an Inmate Message Request addressed to Aramark/kitchen.

Your grievance is **DENIED**.

Investigating Deputy:   A. Nederostek, Deputy   Date: **09/04/20**
Investigating Supervisor:   M. Carausu, Sergeant   Date: 09/04/20
Inmate's Signature: D. Misch
Do you wish to appeal this ruling?   Yes **X**   No ___   Refused to Answer ___   Date: 9/17/2
Appeal Officer: **LT. C. JONES #1763**   Recommendation: DENIED   Date: 9/18/20
Reason for affirmation or denial: (If different from above)
Commanding Officer: Lt. Carrie Carone #1601   Recommendation: **DENIED**   Date: 9/24/20

ML52 (Rev.06/18)



# INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: __20-2857__

INMATE: __MISCH, DAVID__   PFN: __AMU732__   HOUSING UNIT LOCATION: __HU 2 B 02__

GRIEVANCE IS   AFFIRMED: ____   DENIED: ____   WITHDRAWN: ____   RESOLVED: ____   REFERRED: __X__

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **09/02/20**. In your grievance, you made the following claim:

- You have missing required items in your special diet meals.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and found that your issues were previously addressed in tracking number 20-2816.

※ Inmate meals are approved by a registered dietitian and the facility Commander. The inmate meals also meet the federal, state, and local guidelines for nutritional requirements, quantity and quality. Furthermore, Santa Rita Jail is an accredited facility that meets state and county mandates to serve Alameda County. Santa Rita Jail continually passes thorough inspections from outside agencies to remain an accredited facility. Among those entities are the Board of State and Community Corrections (BSCC), who is tasked with establishing and revising Minimum Standards for local adult and juvenile detention facilities in California. It also inspects those facilities for compliance with these standards and reports its findings to the State Legislature.

Unfortunately, you did not believe the food contained within the tray was correct.

The Grievance Unit cannot track an assigned meal, however, if you have an issue, notify the housing unit deputy. The housing unit deputy can contact the kitchen to verify the contents.

Any requests, recommendations, or concerns you have, may be addressed using an Inmate Message Request addressed to Aramark/kitchen.

*[Handwritten:] Have sent close to 30 Msg Request with no Reply, A Sgt. Barnes is supposedly in Charge of Amarahs program/diets, 20 Electronic since 5-2020*

Your grievance is **DENIED**.

Your grievance is **REFERRED** to grievance 20-2816.

Investigating Deputy: __A. Nederostek, Deputy__   Date: __09/18/20__
Investigating Supervisor: __M. Carausu, Sergeant__   Date: __091820__
Inmate's Signature: __David Misch__
Do you wish to appeal this ruling?   Yes __X__   No ____   Refused to Answer ____   Date: __9-24-20__
Appeal Officer: __LT. A. LECA__   Recommendation: __REFERRED__   Date: __09 28 2020__
Reason for affirmation or denial: (If different from above)

Commanding Officer: __Lt. Carrie Carone #1601__   Recommendation: __REFERRED__   Date: __10/6/2020__

ML52 (Rev.06/18)

## INMATE GRIEVANCE RESPONSE

*Inmate Copy*

GRIEVANCE TRACKING NUMBER: **20-1880**

INMATE: **MISCH, DAVID**    PFN: **AMU732**    HOUSING UNIT LOCATION: **02 B 02**

GRIEVANCE IS   AFFIRMED: ___   DENIED: ___   WITHDRAWN: ___   RESOLVED: **X**   REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **May 24, 2020**. In your grievance, you made the following claim:

- You believe your lunch was missing a piece of fruit.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Aramark staff was contacted regarding your claim and were advised to ensure all Kosher/Halal lunches have sufficient fruit to satisfy your dietary needs.

If you have an issue with a meal, contact the housing unit deputy immediately. When appropriate, the deputy will replace your meal and/or contact the kitchen to remedy the situation.

Your grievance is **RESOLVED**.

Investigating Deputy: **O. O'Brien, Deputy**    Date: **05/27/20**
Investigating Supervisor: **M. Carausu, Sergeant**    Date: **052820**
Inmate's Signature: *D. Misch*
Do you wish to appeal this ruling?   Yes ___   No **X**   Refused to Answer ___   Date: **6-4-2**
Appeal Officer: ___   Recommendation: ___   Date: ___
Reason for affirmation or denial: (If different from above)

Commanding Officer: **Lt. Carrie Carone #1601**   Recommendation: **RESOLVED**   Date: **6/8/2020**

ML52 (Rev.06/18)

# INMATE GRIEVANCE RESPONSE

Inmate Copy

GRIEVANCE TRACKING NUMBER: __20-3520__

INMATE: __MISCH, DAVID__   PFN: __AMU732__   HOUSING UNIT LOCATION: __HU 2 B 02__

GRIEVANCE IS   AFFIRMED: ____   DENIED: __X__   WITHDRAWN: ____   RESOLVED: ____   REFERRED: ____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **October 18, 2020**. In your grievance, you made the following claim:

- Diet items and menu requirements.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The Aramark supervisor was contacted regarding your grievance. The supervisor advised you are not in possession of the current menu. All diet protocols are being met. Showed copy to deputy.

Your message request should be addressed to the kitchen deputies, the Aramark supervisor does not receive message requests from inmates.

Your grievance is **DENIED**.

Investigating Deputy: A. Nederostek, Deputy   Date: **11/06/20**

Investigating Supervisor: M. Carausu, Sergeant   Date: 11/06/20

Inmate's Signature: David Misch

Do you wish to appeal this ruling?   Yes __X__   No ____   Refused to Answer ____   Date: 11-11-20

Appeal Officer: LT J. P. #1676   Recommendation: DENIED   Date: 11/25/20

Reason for affirmation or denial: (If different from above)

Commanding Officer: Lt. Carrie Carone #1601   Recommendation: DENIED   Date: 12/4/2020

ML52 (Rev.06/18)