UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREGORY J. AHERN, et al.,<br><br>    Defendants. | Case No. 19-cv-07423-JSC<br><br>**ORDER RE: PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 166 |

Plaintiffs have filed an emergency application for a temporary restraining order regarding Plaintiff David Misch's food trays. (Dkt. No. 166.) According to Plaintiff's motion, Mr. Misch has been on hunger strikes since February 21, 2022. Plaintiffs seek access to Mr. Misch's food trays since the commencement of his hunger strike to obtain evidence in support of Plaintiffs' claims regarding inadequate food at Santa Rita Jail. On or before March 3, 2022, Defendants shall file a response to Plaintiffs' motion indicating whether they object to Plaintiffs' request, and if so, on what basis. The Court will take the matter under submission upon receipt of Defendants' response and notify the parties if a hearing is required. In the meantime, the food trays shall be preserved.

**IT IS SO ORDERED.**

Dated: February 28, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge