UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al., | Case No.  19-cv-07423-JSC |
| Plaintiffs, | |
| v. | **AMENDED PRETRIAL SCHEDULING ORDER** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

Following the case management conference December 1, 2022, the Court AMENDS the pretrial scheduling order (Dkt. No. 128) as follows:

| | |
|---|---|
| Deadline to Move for Class Certification: | December 8, 2022 |
| Opposition to Class Certification Motion: | December 22, 2022 |
| Reply in Support of Class Certification: | January 5, 2022 |
| Class Certification Hearing: | January 19, 2023, at 10:00 a.m. |
| Initial Disclosure Deadline: | January 20, 2023 |
| Expert Witness Disclosures: | August 25, 2023 |
| Rebuttal Expert Witness Disclosures: | September 22, 2023 |
| Fact and Expert Discovery Cutoff: | October 16, 2023 |
| Deadline for Filing Daubert and Dispositive Motions: | November 16, 2023 |
| Dispositive Motions Hearing: | January 18, 2024, at 10:00 a.m. |
| Pretrial Conference: | April 25, 2024, at 2:00 p.m. |
| Trial Date: | May 6, 2024 |

**IT IS SO ORDERED.**

Dated:  December 1, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge