Jonathan J. Belaga, Esq. (SBN 275229)
E-mail: jbelega@skanewilcox.com
SKANE MILLS LLP
33 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Tel: 415.431.4150   Fax: 415.431.4151

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA  94612-3520
Tel:  510.273.8780   Fax:  510.839.9104

Attorneys for Defendants
ALAMEDA COUNTY SHERIFF'S OFFICE,
ALAMEDA COUNTY, DEPUTY JOE, and
DEPUTY IGNONT (collectively "ALAMEDA
COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25;<br><br>WELL-PATH MANAGEMENT, INC., a Delaware Corporation, (formerly known as | Case No.  3:19-cv-07423-JSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALAMEDA COUNTY DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

OAK #4892-5477-7684 v1                          - 1 -                   REQ FOR JUDICIAL NOTICE ISO DEFTS' SUPP BRIEF IN OPP OF PLTFS' MOTION FOR CLASS CERTIFICATION

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

| | |
|---|---|
| 1 | California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos.26-50; |
| 2 | |
| 3 | |
| 4 | ARAMARK CORRECTIONAL SERVICES, LLC, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75, |
| 5 | |
| 6 | |
| 7 | Defendants. |

Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (hereinafter collectively, "Alameda County Defendants"), by and through their attorney, hereby request the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following document:

1. Consent Decree, filed in U.S.D.C. Northern District of California Case No. 5:18-CV-07677 [Dkt. No. 266-1], and Court approval of same [Dkt. Nos. 436, 437]. True and correct copies of these documents are attached hereto as **Exhibit "A."** *See EduMoz, LLC v. Republic of Mozambique*, 968 F.Supp.2d 1041, 1049 (C.D. Cal. 2013) (citing *U.S. v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir. 1993) (judicial notice of court records is appropriate).

2. Alameda County Sheriff's Office, Detentions and Corrections, Policy and Procedure 15.01, publically available via the following website: https://www.alamedacountysheriff.org/about-us/public-policies. A true and correct copy of Policy and Procedure 15.01 is attached here as **Exhibit "B."** *See Threshold Enterprises Lt. v. Pressed Juicery, Inc.*, 35 F.Supp.3d 139, 145 (N.D. Cal. 2020) (noting that "websites and their contents may be judicially notice").

3. Alameda County Sheriff's Office, Detentions and Corrections, Policy and Procedure 15.02, publically available via the following website: https://www.alamedacountysheriff.org/about-us/public-policies. A true and correct copy of Policy and Procedure 15.02 is attached here as **Exhibit "C."** *See Threshold Enterprises*, 35 F.Supp.3d at 145 (noting that "websites and their contents may be judicially notice").

4. Alameda County Sheriff's Office, Detentions and Corrections, Policy and

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4892-5477-7684 v1 - 2 - REQ FOR JUDICIAL NOTICE ISO DEFTS' SUPP BRIEF IN OPP OF PLTFS' MOTION FOR CLASS CERTIFICATION

Procedure 15.03, publically available via the following website:

https://www.alamedacountysheriff.org/about-us/public-policies.  A true and correct copy of Policy and Procedure 15.03 is attached here as **Exhibit "D."** *See Threshold Enterprises*, 35 F.Supp.3d at 145 (noting that "websites and their contents may be judicially notice").

5.   Alameda County Sheriff's Office, Detentions and Corrections, Policy and Procedure 10.05, publically available via the following website:

https://www.alamedacountysheriff.org/about-us/public-policies.  A true and correct copy of Policy and Procedure 10.05 is attached here as **Exhibit "E."** *See Threshold Enterprises*, 35 F.Supp.3d at 145 (noting that "websites and their contents may be judicially notice").

6.   Alameda County Sheriff's Office, Detentions and Corrections, Policy and Procedure 10.03, publically available via the following website:

https://www.alamedacountysheriff.org/about-us/public-policies.  A true and correct copy of Policy and Procedure 10.03 is attached here as **Exhibit "F."** *See Threshold Enterprises*, 35 F.Supp.3d at 145 (noting that "websites and their contents may be judicially notice").

Dated: March 9, 2023

By:   */s/ Temitayo O. Peters*
Jonathan J. Belaga
SKANE MILLS LLP

Gregory B. Thomas
Temitayo O. Peters
BURKE, WILLIAMS & SORENSEN, LLP

Attorneys for Defendants
ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT