Jonathan J. Belaga, Esq. (SBN 275229)
E-mail: jbelega@skanewilcox.com
SKANE MILLS LLP
33 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Tel: 415.431.4150   Fax: 415.431.4151

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA  94612-3520
Tel:  510.273.8780   Fax:  510.839.9104

Attorneys for Defendants
ALAMEDA COUNTY SHERIFF'S OFFICE,
ALAMEDA COUNTY, DEPUTY JOE, and
DEPUTY IGNONT (collectively "ALAMEDA
COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25;<br><br>WELL-PATH MANAGEMENT, INC., a Delaware Corporation, (formerly known as | Case No.  3:19-cv-07423-JSC<br><br>**DECLARATION OF LT. PHILLIP CORVELLO IN SUPPORT OF ALAMEDA COUNTY DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

OAK #4870-6849-6724 v1 — - 1 - — CORVELLO DECL. ISO ALAMEDA COUNTY DEFTS' SUPP BRIEF IN OPP TO PLTFS' MOTION FOR CLASS CERTIFICATION

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

1  California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos.26-50;

ARAMARK CORRECTIONAL SERVICES, LLC, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,

Defendants.

I, Lt. Phillip Corvello, declare:

1.  I am currently a lieutenant employed by the Alameda County Sheriff's Office (ACSO). Unless specifically stated to be made on information and belief, I possess personal knowledge of the matters set forth herein, and if called upon as a witness in this matter, I could and would competently testify thereto.

2.  I began working for ACSO as a deputy sheriff in 2006. I held a number of different assignments as a deputy sheriff, including as a deputy sheriff assigned to Santa Rita Jail and ACSO's patrol division. I was promoted to the ranks of Sergeant in 2019 and to the rank of Lieutenant in 2022. I am currently assigned to Santa Rita Jail's Compliance Management Unit. In my current position I am responsible for overseeing compliance and adherence to the Consent Decree in *Ashok Babu, et al. v. County of Alameda, et al.*, Case No. 5:18-cv-07677-NC (*Babu*), a true and correct copy of which is attached to Defendants' Request for Judicial Notice (RJN) as Exhibit "A." I am also responsible for overseeing compliance and adherence to all written directives related to Santa Rita Jail, many of which are being revised under my oversight to comply with the *Babu* Consent Decree's requirements.

3.  Several Detention and Corrections policies and procedures apply to inmate sanitation. Detention and Corrections Policy and Procedure 15.01 requires housing unit deputies to "inspect their housing areas during each shift" and address any "cleanliness or maintenance problems" immediately. Exh. "B" to RJN at 1. Security sergeants are also required to "inspect all housing units and other areas under their control at least once per shift (twice a day), including weekends and holidays, and report their findings to the Watch Commander" and to ensure that

their inspections are documented in the housing unit's Redbook. *Id.  See also* Exh. "C" to RJN (setting forth a mandatory safety and sanitation inspection schedule in Detention and Corrections Policy and Procedure 15.02); Exh. "F" to RJN (setting forth mandatory supervisory inspections each shift and Redbook documentation of same in Detention and Corrections Policy and Procedure 10.03).

4. Inmates are responsible for maintaining the cleanliness of their own cells and person under Policy 15.01 and 15.03.  *See* Exh. "B to RJN;" Exh. "D" to RJN.  Cleaning and personal hygiene materials are made available to inmates by the housing unit deputies in a reasonable timeframe upon request.  *Id.*  Deputies are also instructed to offer cleaning materials to inmates at least once per shift (twice a day), regardless of whether cleaning materials are requested, and to ensure that this offering is documented in the Redbook.

5. Inmate workers are responsible for maintaining the cleanliness of each housing unit's common areas, which are specified under Policy 15.01 and include the housing unit's multipurpose rooms, showers, quasi yards (walled outdoor areas adjacent to housing units), and hallways.  Exh. "B" to at 5-7.  Each housing unit has at least two – but typically more than two – assigned inmate workers.  Inmate workers are provided with regular monitored access to cleaning supplies throughout the day, including vacuums, mops, and other supplies, through the housing unit deputies.  Inmate workers are responsible for cleaning up after meal services and as needed. Inmate workers are generally very proactive at addressing self-identified and deputy-identified cleanliness issues in their assigned housing units.

6. ACSO contracts with Crime Scene Cleaners, a professional cleaning service, to address any potential biohazards (such as blood, fecal matter, etc.) identified in the housing units and elsewhere throughout the jail facility.  A memo is generated by staff every time a Crime Scene Cleaners request is made.

7. On December 2, 2020, Sheriff Yesenia Sanchez, in her former position as the Commander of Santa Rita Jail, issued a memorandum to all jail staff reiterating the above cleaning policies.  The memorandum specifically reminds jail staff that housing unit cleaning must be conducted twice daily, documented in the housing control Redbook, and confirmed by

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4870-6849-6724 v1 — - 3 - — CORVELLO DECL. ISO ALAMEDA COUNTY DEFTS' SUPP BRIEF IN OPP TO PLTFS' MOTION FOR CLASS CERTIFICATION

the Sergeant responsible for the housing unit.  The memorandum also reminds deputies to make an effort to encourage inmates to clean their cells and to have inmate/pod workers (or Crime Scene Cleaners if appropriate) clean cells that become disorderly and/or unsanitary when the inmate assigned to the cell is outside his/her cell (such as to attend an external appointment, for pod time, etc.).

8. A true and correct copy of Sheriff Sanchez's December 2, 2020 memorandum is attached as **Exhibit "G"** to my declaration.  This memorandum is kept and stored in the Santa Rita Jail's Administrative Unit's files in the regular course of business.  ACSO does not have any plans to halt any of the cleaning practices detailed in this memorandum and is working on ensuring that all of these current practices are reflected in written policy.

9. Policies and procedures are currently being developed under my direction to comply with Sections III(D)(1) and III(J)(4) of the *Babu* Consent Decree.  Section III(D)(1) requires ACSO, in conjunction with the Adult Forensic Behavioral Health department (AFBH), to "develop and implement policies requiring ACSO Staff to notify supervisors and AFBH Staff when incarcerated persons are, on a repeated basis, refusing to come out of their cells, refusing to shower, or are clearly neglecting other basic care and grooming and where they visually appear to be depressed, withdrawn or delusional."  Exh. "A" to RJN at 27.  Section III(J)(4) requires ACSO and AFBH to develop reasonable accommodation policies and procedures "[f]or individuals with cognitive, developmental and/or intellectual disabilities" such as "prompts for adaptive support needs (including but not limited to prompts to take showers, clean cells, attend appointments, etc.)." *Id.* at 60.

10. As noted above and detailed in Sheriff Sanchez's December 2020 memorandum, it is currently ACSO's practice to work with inmates to prevent inmate cells from becoming disorderly and/or unsanitary.  ACSO is currently working with the *Babu* Joint Experts to revise Detention and Corrections Policy and Procedure 10.03 to require supervisors to notate in the Redbook that they are reminding deputies during their daily housing unit inspections to work with the inmates in their charge to ensure good hygiene and cleanliness.  ACSO is also working with the *Babu* Joint Experts and AFBH staff to promote effective communication practices to ensure

1  that all inmates, including those with known or documented severe mental illness, cognitive,

2  developmental and/or intellectual disabilities, understand what is required to maintain good

3  hygiene and cleanliness.  Lastly, ACSO is also working with the *Babu* Joint Experts to update

4  Detention and Corrections Policy and Procedure 8.12, which governs inmate supervision and

5  observation, to require deputies to notate the cleanliness level of an inmate's cell during their

6  mandatory observation rounds when an issue is observed.

7  11. On March 8, 2023, I went to Housing Unit 1 and took photographs of the housing

8  unit's cleaning supplies, true and correct copies of which are attached to my declaration as

9  **Exhibit "H."**

10  12. The cleaning supplies attached to my declaration as Exhibit "H" are representative

11  of the cleaning supplies maintained by each housing unit at Santa Rita Jail and are stored in a

12  locked closet.  All inmates have reasonable access to these cleaning supplies, which includes

13  mops, buckets, vacuums, bleach, restroom cleaner, bathroom cleaner, and daily floor cleaner,

14  through their housing unit deputies in accordance with ACSO's policies and procedures as

15  detailed in the above paragraphs.

16  13. On March 9, 2023, I went to the Intake, Transfer and Release Unit and took a

17  photograph of the "new-book bag" (also referred to as the "free-line kit") made available to all

18  inmates upon intake.  There are select instances when the free-line kit is not produced to an

19  inmate, such as if they have previous restrictions for razor blade access, or if they have been

20  placed on suicide prevention protocols.  A true and correct copy of photographs of the free-line

21  kit are attached to my declaration as **Exhibit "I."**  Additional free-line kits can be ordered by

22  inmates through the commissary program, even if they do not have money on their books.  In

23  addition to free-line kits, which include a toothbrush, toothpaste, razor blade, body wash, and a

24  comb, inmates are also provided access to soap, razors, nail clippers, hair cutting implements, and

25  other personal hygiene materials in their housing units upon request and in accordance with their

26  classification restrictions.  Additional personal hygiene materials are also available for purchase

27  through commissary.

28  / / /

OAK #4870-6849-6724 v1                     - 5 -                     CORVELLO DECL. ISO ALAMEDA COUNTY DEFTS' SUPP BRIEF IN OPP TO PLTFS' MOTION FOR CLASS CERTIFICATION

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

14. Bathroom access during pod and out-of-cell time is governed by Detention and Corrections Policy and Procedure 10.05. Because the housing unit common areas do not have bathrooms, Policy 10.05 requires housing unit deputies to ensure that inmates are able to enter/exit their cells at least once per hour while they are out in the common areas. *See* Exh. "E" to RJN. Please note that in celled housing units, all cells have bathrooms. Inmate cell doors are closed and locked during pod time to prevent inmates from escaping observation, assaulting each other during pod time, limit un-authorized access to cells inmates are not assigned to, and to prevent inmates from manipulating the locks on their cell doors. In dormitory-style housing units, inmates share a common bathroom. During pod time in dormitory-style housing units, inmate access to their common bathroom is restricted for the same reasons. Deputies are trained to permit inmates to access the restroom when they are outside of their assigned living areas upon request. This common practice is not currently reflected in written policy, but will be incorporated into policy through the ongoing policy revision process related to implementing the *Babu* Consent Decree.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Dublin, California on March 9, 2023.

By: _____
Lt. Phillip Corvello

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4870-6849-6724 v1    - 6 -    CORVELLO DECL. ISO ALAMEDA COUNTY DEFTS' SUPP BRIEF IN OPP TO PLTFS' MOTION FOR CLASS CERTIFICATION