Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:         yolanda@yhuanglaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>        **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al,<br>        **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>PARTIES' REQUEST LEAVE TO FILE A REPLY TO COUNTY DEFENDANTS' EXTENSIVE THIRD SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br>AND [PROPOSED] ORDER<br><br>Hon. Jacqueline S. Corley, Presiding<br><br>Filing Date: Nov. 12, 2019<br>Trial Date: May 6, 2024 |

On March 9, 2023, county Defendants filed a third opposition to plaintiffs' motion for class certification. This filing consists of three separate documents, ECF 258, points and authorities, supported six exhibits, totaling 259 pages (ECF 259), and a second declaration with three exhibits totaling 20 pages (ECF 260). This latest filing is the third opposition County defendants have filed. The first opposition from County Defendants was ECF 231. The second was when the Court granted the County defendants leave to file a sur-rebuttal (ECF 248).

Plaintiffs to date, have only filed a single reply, which was filed before the County defendants filed its second opposition (ECF 248). Plaintiffs, who have the burden of proof, request an opportunity

1

Plaintiffs' Request for Leave to File a Reply to County Defendants' Third Opposition (ECF 258-260)
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423 JSC

to file an additional reply.

WHEREFORE, plaintiffs request ten days to file a reply to County defendants' third opposition. Respectfully submitted,

Dated:  March 10, 2023                               LAW OFFICE OF YOLANDA HUANG


                                                     By */s/ Yolanda Huang*_____
                                                        Yolanda Huang
                                                        Attorney for Plaintiffs

2

Plaintiffs' Request for Leave to File a Reply to County Defendants' Third Opposition (ECF 258-260)
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC

[Proposed] ORDER

Good cause appearing,

IT IS HEREBY ORDERED, Plaintiffs shall have until March 20, 2023 to file an additional reply to County defendants' Third Opposition (ECF 258-260).

Dated: _____, 2023

                                                _____
                                                Judge of the Federal District Court

3

Plaintiffs' Request for Leave to File a Reply to County Defendants' Third Opposition (ECF 258-260)
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC