UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. 19-cv-07423-JSC<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 261 |

Following the hearing on Plaintiffs' motion for class certification, the Court ordered the County Defendants to submit supplemental briefing addressing Plaintiffs' theory for the sanitation subclass as articulated at the hearing. (Dk. No. 257.)  Defendants have submitted their brief along with additional evidence in support thereof. (Dkt. Nos. 258-260.)  Plaintiffs now seek leave to file a response to Defendants' supplemental brief. (Dkt. No. 261.)  Plaintiffs' request is GRANTED. Plaintiffs may file a supplemental brief on or before March 23, 2023.  The Court will then take the motion for class certification under submission.

**IT IS SO ORDERED.**

Dated: March 13, 2023

JACQUELINE SCOTT CORLEY
United States District Judge