# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Alameda County Male Prisoners, et al.
                                    Plaintiff (s),
                        V.
Alameda County Sheriff's Office, et al.
                                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-07423-JSC

Notice is hereby given that, subject to approval by the court, **County of Alameda (erroneously sued as "Alameda County")** (Party (s) Name) substitutes **Gregory B. Thomas** (Name of New Attorney), State Bar No. **239870** as counsel of record in place of **Jonathan J. Belaga, Esq.** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Burke, Williams & Sorensen, LLP
Address: 1999 Harrison Street, Suite 1650, Oakland, CA 94612
Telephone: (510) 273-8780    Facsimile: (510) 839-9104
E-Mail (Optional): gthomas@bwslaw.com

I consent to the above substitution.
Date: May 24, 2023
*(Signature of Party (s))*

I consent to being substituted.
Date: May 24, 2023
Jonathan Belaga
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: May 24, 2023
*(Signature of New Attorney)*
Gregory B. Thomas

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]