Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (collectively "ALAMEDA COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>ALAMEDA COUNTY FEMALE PRISONERS And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>    Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**NOTICE OF APPEARANCE OF JASPER L. HALL ON BEHALF OF ALAMEDA COUNTY DEFENDANTS**<br><br>Judge:   District Judge Jacqueline Scott Corley<br><br>Trial Date:         May 6, 2024 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4880-2639-0888v1

1

Case No. 3:19-cv-07423-JSC
NOTICE OF APPEARANCE OF J. HALL ON BEHALF OF ALAMEDA COUNTY DEFTS

**TO THIS HONORABLE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney from the law firm of Burke, Williams & Sorensen, LLP hereby enters an appearance as one of the attorneys of record for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT ("ALAMEDA COUNTY DEFENDANTS" in the above captioned matter.

Mr. Hall respectfully requests that all the parties herein update their service list to reflect same, and that he be included in the service of all future documents, including, but not limited to all pleadings, notices, motions and discovery, as counsel for ALAMEDA COUNTY DEFENDANTS.

> Gregory B. Thomas (SBN 239870)
> E-mail:  gthomas@bwslaw.com
> Temitayo O. Peters (SBN 309913)
> E-mail:  tpeters@bwslaw.com
> Jasper L. Hall (SBN 341113)
> E-mail:  jhall@bwslaw.com
> BURKE, WILLIAMS & SORENSEN, LLP
> 1999 Harrison Street, Suite 1650
> Oakland, California 94612-3520
> Tel: 510.273.8780    Fax: 510.839.9104

Dated: June 5, 2023                     BURKE, WILLIAMS & SORENSEN, LLP

By:  ___*/s/ Jasper L. Hall*___
Gregory B. Thomas
Temitayo O. Peters
Jasper L. Hall
Attorneys for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (collectively "ALAMEDA COUNTY DEFENDANTS")