1
2 Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
3 PO Box 5475
Berkeley, California 94705
4 Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
5 E-Mail:       yolanda@yhuanglaw.com

6 Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
7 2217 W. 120th St.
Leawood, Kansas 66209
8 Phone: (816) 401-0047
Email: tomnanney@gmail.com
9
10 Attorneys for Plaintiffs

11
12
                   IN THE UNITED STATES DISTRICT COURT
13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO/OAKLAND DIVISION

15

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>     **PLAINTIFFS,** vs. **ALAMEDA COUNTY SHERIFF'S OFFICE**, et al,     **DEFENDANTS.** | No. 3:19-cv-07423 JSC ASSOCIATION OF COUNSEL Hon. Jacqueline S. Corley, Presiding Filing Date: Nov. 12, 2019 Trial Date: May 6, 2024 |

        TO THIS HONORABLE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF

RECORD:

        PLEASE TAKE NOTICE THAT the following attorney, Thomas Nanney hereby enters an

appearance as one of the attorneys of record for Plaintiffs in the above captioned matter.

        Mr. Nanney  respectfully requests that all the parties herein update their service list to reflect

1

same, and that he be included in the service of all future documents, including, but not limited to all pleadings, notices, motions and discovery, as counsel

Dated:  June 21, 2023           LAW OFFICE OF YOLANDA HUANG

By */s/ Yolanda Huang*
    Yolanda Huang
    Attorney for Plaintiffs

2

ASSOCIATION OF COUNSEL
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC