UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, et al., <br><br> Defendants. | Case No. 19-cv-07423-JSC <br><br> **ORDER REQUIRING PLAINTIFFS TO MAKE AN ADDITIONAL SUBMISSION IN ADVANCE OF JUNE 29, 2023 CMC** |

The Court granted Plaintiffs' motion for a Rule 23(b)(2) class on their inadequate sanitation claim on the condition that Plaintiffs' counsel obtain co-counsel to assist with prosecution of the action. (Dkt. No. 286.) The Order set a further case management conference for June 29, 2023 and directed Plaintiffs to identify in the case management conference statement the added co-counsel, if any, "as while as why the addition of co-counsel means counsel can adequately represent the class." (*Id.* at 21.) Thomas Nanney associated in as Plaintiffs' co-counsel on June 21, 2023. (Dkt. No. 286.) The joint cmc statement, however, does not acknowledge his association nor explain his qualifications and why his addition means counsel can adequately represent the class. (Dkt. No. 287.) The joint cmc statement does identify several witnesses/parties for whom Defendants are seeking deposition dates. (*Id.* at 9-10.)

Accordingly, on or before **noon on June 28, 2023**, Plaintiffs shall file a supplemental statement (1) explaining why the addition of Mr. Nanney makes counsel adequate to represent the class, and (2) providing available deposition dates for Daniel Gonzalez, Cedric Henry, Michael

//

//

//

Lockhart, Randy Harris, and Eric Rivera.

**IT IS SO ORDERED.**

Dated: June 26, 2023

JACQUELINE SCOTT CORLEY
United States District Judge