Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:          yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u> **PLAINTIFFS,** vs. **ALAMEDA COUNTY SHERIFF'S OFFICE**, et al, **DEFENDANTS.** | No. 3:19-cv-07423 JSC ASSOCIATION OF COUNSEL Hon. Jacqueline S. Corley, Presiding Filing Date: Nov. 12, 2019 Trial Date: May 6, 2024 |

TO THIS HONORABLE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the following attorney, Thomas Nanney, hereby enters an appearance as one of the attorneys of record for Plaintiffs in the above captioned matter.

Mr. Nanney respectfully requests that all parties update their service list to reflect that he is one of

1

ASSOCIATION OF COUNSEL
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC

the attorneys of record for Plaintiffs, and that he be included in the service of all future documents, including, but not limited to all pleadings, notices, motions and discovery, as counsel

Dated:  June 28, 2023                              LAW OFFICE OF THOMAS E. NANNEY

                                                            By /s/ *Thomas E. Nanney*
                                                                Thomas E. Nanney
                                                                Attorney for Plaintiffs

2

ASSOCIATION OF COUNSEL
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423 JSC