1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail: jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel: 510.273.8780    Fax: 510.839.9104
6
   Attorneys for Defendants ALAMEDA COUNTY
7  SHERIFF'S OFFICE, ALAMEDA COUNTY,
   DEPUTY JOE, and DEPUTY IGNONT
8  (collectively "ALAMEDA COUNTY
   DEFENDANTS")
9

10                UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass; <br><br> ALAMEDA COUNTY FEMALE PRISONERS And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated, <br><br>           Plaintiffs, <br><br>    v. <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25, <br><br>           Defendants. | Case No. 3:19-cv-07423-JSC <br><br> **[PROPOSED] ORDER GRANTING ALAMEDA COUNTY DEFENDANTS' MOTION TO AMEND ANSWER TO PLAINTIFFS' FIFTH AMENDED COMPLAINT** <br><br> *Filed concurrently with MPA & Declaration* <br><br> Judge: Hon. Jacqueline Scott Corley <br> Date:  August 3, 2023 <br> Time:  10:00 am <br> Crtrm.: Courtroom 8—19th Floor <br><br> Action Filed:  November 12, 2019 <br> Trial Date:    May 6, 2024 |

4873-2010-6347v2                          1           Case No. 3:19-cv-07423-JSC
                                                      [PROPOSED] ORDER GRANTING ALAMEDA
                                                      COUNTY DEFTS' MOTION TO AMEND
                                                      ANSWER TO PLTFS' COMPLAINT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1  On _____, 2023, Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT's (collectively "Alameda County Defendants") Motion to Amended Answer to Plaintiffs' Fifth Amended Complaint came on regularly for hearing before this Court.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

_____ The Court GRANTS the Alameda County Defendant's request for leave to amend their Answer to Plaintiffs' Fifth Amended Complaint.

[OR]

_____The Court DENIES the Alameda County Defendant's request for leave to amend their Answer to Plaintiffs' Fifth Amended Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATED DISTRICT JUDGE
JACQUELINE SCOTT CORLEY

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4873-2010-6347v2

2

Case No. 3:19-cv-07423-JSC
[PROPOSED] ORDER GRANTING ALAMEDA COUNTY DEFTS' MOTION TO AMEND ANSWER TO PLTFS' COMPLAINT