

# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 29, 2023    **Recording Time:** 1:43-1:54

**Judge:** Jacqueline Scott Corley

**Case Number:** 19-cv-07423-JSC

**Case Name:** Daniel Gonzalez, et al. v. County of Alameda, et al.

**Attorney for Plaintiff:** Yolanda Huang
**Attorney for Alameda County Defendants:** Temitayp Peters
**Attorney for Defendant Wellpath:** Peter Bertling
**Attorney for Defendant Aramark:** Emily Wheeling

**Deputy Clerk:** Ada Means

### PROCEEDINGS

Further case management conference held and recorded by Zoom videoconference. The Court ordered the following:

1) Mr. Nanney must appear in all future proceedings in this action.

2) In light of Alameda County's pending Motion to Amend, the expert disclosure deadline of August 24, 2023 is vacated. The Court will reset the deadline on August 3, 2023. The Court expects the motion to meet the Rule 16 standard.

3) The parties are to meet and confer on July 7, 2023 at David Misch's deposition to schedule the remaining fact depositions. The parties are to file a stipulation with confirmed dates for the remaining fact depositions by July 12, 2023.

4) A further case management conference is set for August 3, 2023 at 10:00 a.m. in San Francisco, to coincide with the hearing on Alameda County's Motion to Amend. Updated joint statement is due by July 27, 2023.