Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>    **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al,<br>    **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>PLAINTIFF DONALD CORSETTI'S WITHDRAWAL OF AGREEMENT TO DISMISS<br><br>Hon. Jacqueline S. Corley, Presiding<br><br>Filing Date: Nov. 12, 2019<br>Trial Date: May 6, 2024 |

On July 7, 2023, County defendants filed a stipulation to dismiss the complaint by plaintiff Donald Corsetti. (ECF 297). After the stipulation was filed plaintiff Corsetti contacted counsel and stated that he desires to pursue his claims and does not want to stipulate to withdraw or dismiss his claims. Mr. Corsetti is currently back in custody in Santa Rita Jail.

Dated:  July 8, 2023                                LAW OFFICE OF YOLANDA HUANG

                                                                        By */s/ Yolanda Huang*_____
                                                                            Yolanda Huang
                                                                            Attorney for Plaintiffs

1