1  **MORGAN, LEWIS & BOCKIUS LLP**
   CHARLES J. REITMEYER (pro hac vice)
2    Email: Charles.Reitmeye@morganlewis.com
   1701 Market Street
3  Philadelphia, Pennsylvania 19103
   Telephone: 215.963.5000
4  Facsimile: 215.963.5001

5  Attorneys for Defendant,
   ARAMARK CORRECTIONAL SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>ALAMEDA COUNTY FEMALE PRISONERS And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>      Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**STIPULATION RE: CONFIRMED DATES FOR REMAINING FACT DEPOSITIONS**<br><br>Judge:   Jacqueline Scott Corley<br><br>Trial Date:       May 6, 2024 |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to the Court's Order dated June 29, 2023 [Dkt. No. 295], the parties of the above-entitled action, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, the parties met and conferred on July 11 and agreed on dates for the remaining Plaintiff depositions;

2. WHEREAS, the parties also agreed to further meet and confer on August 15 to

1  schedule any depositions Plaintiffs desire to notice and reschedule any Plaintiff depositions taken
2  off calendar due to a unanticipated and presently unknown correctional facility scheduling
3  conflict;

4      3.      WHEREAS, Defendants do not presently intend to notice any additional fact
5  depositions other than the remaining Plaintiff depositions noted below in Paragraph 5;

6      4.      WHEREAS, the parties agree to file an updated status statement with the court,
7  after their August 15 meet and confer as detailed in Paragraph 2 by no later than the end of day,
8  August 18, 2023;

9      5.      NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,
10  that all remaining fact depositions will occur pursuant to the following schedule:

11      a.      **Daniel Gonzalez**: August 22;
12      b.      **Lawrence Gerrans**: August 23;
13      c.      **Cedric Henry**: August 24;
14      d.      **Michael Lockhart**: August 25;
15      e.      **Randy Harris**: August 29;
16      f.      **Eric Rivera**: September 1;
17      g.      **Eric Wayne**: September 11;
18      h.      **James Mallett**: September 18;
19      i.      **Timothy Phillips**: September 19;
20      j:      **Any Other Fact Depositions**: Update to be provided by August 18.

| | | |
|---|---|---|
| 1 | Dated: July 12, 2023 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | |
| 3 | | By: /s/ Temitayo O. Peters |
| 4 | |     Gregory B. Thomas |
| | |     Temitayo O. Peters |
| 5 | |     Jasper L. Hall |
| | |     Attorneys for Defendants |
| 6 | |     ALAMEDA COUNTY SHERIFF'S |
| | |     OFFICE, ALAMEDA COUNTY, |
| 7 | |     DEPUTY JOE, and DEPUTY IGNONT |
| 8 | Dated: July 12, 2023 | LAW OFFICES OF YOLANDA HUANG |
| 9 | | |
| 10 | | By:   /s/ Yolanda Huang |
| 11 | |     Yolanda Huang |
| | |     Attorneys for Plaintiffs |
| 12 | | |
| 13 | Dated:  July 12, 2023 | MORGAN LEWIS AND BOCKIUS LLP |
| 14 | | |
| 15 | | By:   /s/ Charles Reitmeyer |
| 16 | |     Charles J. Reitmeyer |
| | |     Attorneys for Defendant, Aramark |
| 17 | |     Correctional Services, LLC |
| 18 | | |
| 19 | Dated:  July 12, 2023 | BERTLING LAW GROUP, INC. |
| 20 | | |
| 21 | | By:   /s/ Peter G. Bertling |
| 22 | |     Peter G. Bertling |
| | |     Attorneys for Defendant |
| 23 | |     CALIFORNIA FORENSIC MEDICAL |
| | |     GROUP, INC. |

**DECLARATION REGARDING AUTHORIZATION**

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

DATED: July 12, 2023          MORGAN, LEWIS & BOCKIUS LLP

                                   /s/ Charles J. Reitmeyer
                                   Charles J. Reitmeyer
                                   Attorneys for Defendant Aramark Correctional Services, LLC