**MORGAN, LEWIS & BOCKIUS LLP**
CHARLES J. REITMEYER (pro hac vice)
Email: Charles.Reitmeyer@morganlewis.com
AMANDA F. LASHNER (pro hac vice)
Email: Amanda.Lashner@ morganlewis.com
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001

Attorneys for Defendant
ARAMARK CORRECTIONAL SERVICES LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, Daniel Gonzalez, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.<br><br>Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>JUDGE: Hon. Jacqueline Scott Corley<br><br>Action filed: November 12, 2019<br>Trial Date: May 6, 2024 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant Aramark Correctional Services, LLC through its undersigned counsel, hereby files its corporate disclosure statement and certification of interested entities or persons. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Aramark Correctional Services, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Pennsylvania.  The sole member of Aramark Correctional Services, LLC, is Aramark Services, Inc., a Delaware corporation with a principal place of business in Pennsylvania.  Aramark Intermediate HoldCo Corporation owns 100 percent of Aramark Services, Inc. and Aramark, the ultimate parent corporation, owns 100 percent of Aramark Intermediate HoldCo Corporation.  Aramark is a publicly held company.  There is no parent or public corporation owning more than 10% of Aramark's stock.

DATED:  August 1, 2023            MORGAN LEWIS & BOCKIUS LLP

                                  By:      /s/ *Charles J. Reitmeyer*
                                       CHARLES J. REITMEYER
                                       Attorneys for Defendant ARAMARK
                                       CORRECTIONAL SERVICES LLC