Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

 Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>    **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al<br><br><br>    **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**PLAINTIFFS' ADDENDUM TO THE PARTIES' JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:   August _24, 2023<br>TIME:   1:30 p.m.<br>LOC.:    450 Golden Gate Ave.,<br>            San Francisco, CA 94102<br>DEPT.:  Courtroom 8, 19th Floor<br><br><br> Hon. Jacqueline S. Corley, Presiding |

1

**TO ALL PARTIES AND THEIR ATTORNEYS:**

Plaintiffs submit this addendum to the parties' Joint Case Management. Statement (ECF, 306).

Shortly after the Joint Case Management Statement was filed, Plaintiffs realized that a motion to strike defendant Alameda County et al, was warranted, and prepared and filed said motion.

Therefore, plaintiffs amend Section 4 of the Joint Case Management Statement to include:

Plaintiffs anticipate and intend to file a motion to strike defendant Alameda County Defendants' affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f).

Respectfully submitted,

DATED: August 18, 2023                LAW OFFICES OF YOLANDA HUANG


By:   /s/ *Yolanda Huang*
      Yolanda Huang
      Attorney for Plaintiffs

DATED: August 18, 2023                LAW OFFICE OF THOMAS E. NANNEY


By:   /s/ *Thomas E. Nanney*
      Thomas E. Nanney
      Attorney for Plaintiffs

2