August 12, 2023

To: Clerk of Court
Northern District of California

From: Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

**FILED**
AUG 18 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Declarations with Exhibits to be Filed under Gonzales v. Ahern Case No. 3:19-cv-07423-JSC

Dear Clerk enclosed here-in are 2 (two) Seperate Declarations with respective Exhibits Attached.

Please File the Declarations with related exhibits under the Case No. 3:19-cv-07423-JSC Gonzales et al. v. Ahern et al.

Thank you and have a blessed day.

Respectively,
Keith H. Washington
AKA "Malik"

Please Visit:
Destination-Freedom.org / SRJ-Freedom-Collective

(1.)