Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568



OAKLAND CA 946
WED 16 AUG 2023 PM

Legal
Mail
===

Ronald V. Dellums Federal Bldg.
United States Court House
Attn: Clerk of Court
1301 Clay Street, Suite 400S
Oakland, CA 94612

MEADOWS #2525

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568