UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al., <br>         Plaintiffs, <br>    v. <br> COUNTY OF ALAMEDA, et al., <br>         Defendants. | Case No. 3:19-cv-07423-JSC <br><br> **AMENDED PRETRIAL ORDER NO. 2** |

The Order confirms the matters discussed at the August 24, 2023 case management conference.

The October 16, 2023 fact discovery cut-off remains in effect. The Court AMENDS the remainder of the pretrial schedule as follows:

| | |
|---|---|
| Expert Disclosures: | January 12, 2024 |
| Rebuttal Expert Disclosures: | February 2, 2024 |
| Close of Expert Discovery: | February 29, 2024 |
| Deadline for Filing Daubert and Dispositive Motions: | March 21, 2024 |
| Dispositive Motions Hearing: | May 2, 2024, at 10:00 a.m. |
| Pretrial Conference: | July 18, 2024, at 2:00 p.m. |
| Trial Date: | August 6, 2024 |

The Court intends to refer the parties to Magistrate Judge Laurel Beeler for a settlement conference to occur at a date which the parties and Judge Beeler agree would be most beneficial. The County Defendants shall notify the Courtroom Deputy if they consent to this referral by August 31, 2023.

The Court sets a further case management conference for November 2, 2023 at 1:30 p.m.

via Zoom video.  An updated case management conference statement is due October 26, 2023.

Plaintiffs' motion to strike is terminated as MOOT in light of the County Defendants' representation that they intend to file a motion to withdraw some of their affirmative defenses. (Dkt. No. 308.)  The County's amended answer is due September 1, 2023.

**IT IS SO ORDERED.**

Dated:  August 25, 2023

JACQUELINE SCOTT CORLEY
United States District Judge