Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705

Thomas E. Nanney (State Bar No. 214342)
LAW OFFICE OF THOMAS E. NANNEY
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass,</u><br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFFS OFFICE, et al.<br><br>Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**STIPULATION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINE** |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Plaintiffs and the Alameda County Defendants (collectively, "the parties") jointly submit this stipulation to extend fact discovery.

WHEREAS, the current fact discovery deadline is set for October 16, 2023;

WHEREAS, the Court recently amended its Pretrial Scheduling Order to extend all other case management deadlines;

WHEREAS, the next case management deadline, following the issuance of the Court's Amended Pretrial Scheduling Order, is the expert disclosure deadline, currently set for January 12,

2024;

WHEREAS, Plaintiffs are currently meeting and conferring with all Defendants about their discovery requests, are awaiting Defendants' document productions, and are evaluating whether to request supplemental responses;

WHEREAS, the parties' agreement to take the deposition of Plaintiff Randy Harris on a previously agreed-upon date was thwarted by a defense counsel's unexpected illness and Plaintiffs' counsel's subsequent unavailability;

WHEREAS, the parties are preparing an informal written discovery brief asking the Court to compel Plaintiff Michael Lockhart to appear for deposition or have his claims dismissed;

WHEREAS, Plaintiffs are currently meeting and conferring with Defendants to schedule a number of defense depositions;

WHEREAS, the parties agree that no additional written discovery requests are permitted;

WHEREAS, Defendants Wellpath and Aramark Correctional Services LLC and WELLPATH MANAGEMENT, INC. do not agree to this proposed limited fact discovery extension and have indicated that they intend to oppose it;

NOW, THEREFORE, Plaintiffs and the Alameda County Defendants hereby respectfully request that the Court grant a limited, 30-day extension of the fact discovery deadline, from October 16, 2023 to November 16, 2023, solely to permit the parties to:

1. Schedule, conduct and complete all depositions properly noticed in compliance with all applicable rules and the Court's standing orders;

2. Permit the parties to complete all currently, existing written discovery, to complete any necessary met and conferring, and to seek the Court's assistance resolving any remaining issues, if any;

3. Permit the Court to resolve the issues surrounding the parties' forthcoming informal written discovery brief to compel Plaintiff Michael Lockhart to appear for deposition or to have his claims dismissed.

Respectfully submitted.

| | | |
|---|---|---|
| 1 | DATED: September 21, 2023 | LAW OFFICES OF YOLANDA HUANG |
| 2 | | |
| 3 | | By: /s/ Yolanda Huang |
| 4 | | Yolanda Huang |
| 5 | | Attorney for Plaintiffs |
| 6 | DATED: September 21, 2023 | LAW OFFICE OF THOMAS E. NANNEY |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Thomas E. Nanney |
| 10 | | Thomas E. Nanney<br>Attorney for Plaintiffs |
| 11 | | |
| 12 | DATED:  September 21, 2023 | BURKE WILLIAMS & SORENSEN LLP |
| 13 | | |
| 14 | | |
| 15 | | By: /s/ Temitayo O. Peters |
| 16 | | Temitayo O. Peters<br>Attorneys for Defendants, County of Alameda, Alameda County Sheriff's Office, Deputy Joe, and Deputy Ignont |
| 17 | | |

### ATTESTATION PER LOCAL RULE 5-1(h)(3)

I, Yolanda Huang, attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 21 2023

                                     /s/ Yolanda Huang

[Proposed] ORDER

The stipulation of 2 the parties having been submitted, and good cause appearing,

IT IS HEREBY ORDERED that fact discovery is extended from October 16, 2023 to November 16, 2023 for the limited purpose of permitting the parties to:

1. Schedule, conduct and complete all depositions properly noticed in compliance with all applicable rules and the Court's standing orders;

2. Permit the parties to complete all currently, existing written discovery, to complete any necessary met and conferring, and to seek the Court's assistance resolving any remaining issues, if any;

3. Permit the Court to resolve the issues surrounding the parties' forthcoming informal written discovery brief to compel Plaintiff Michael Lockhart to appear for deposition or to have his claims dismissed.

No party shall be allowed to serve, nor required to respond to, any written discovery requests not timely served in compliance with the prior October 16, 2023 fact discovery cutoff date.

Dated: __September 21__, 2023

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA