**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SALAYHA K. GHOURY, SB# 315392
  E-Mail: Salayha.Ghoury@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

**MORGAN, LEWIS & BOCKIUS LLP**
CHARLES J. REITMEYER (pro hac vice)
  Email: Charles.Reitmeye@morganlewis.com
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001

Attorneys for Defendant,
ARAMARK CORRECTIONAL SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALAMEDA COUNTY SHERIFFS OFFICE, et al.<br><br>    Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR ARAMARK CORRECTIONAL SERVICES LLC** |

PLEASE TAKE NOTICE that Peter J. Van Zandt, formerly of Lewis Brisbois Bisgaard & Smith LLP, hereby withdraws as counsel for Defendant Aramark Correctional Services LLC in the above-entitled action.

/ / /

/ / /

/ / /

1  Salayha K. Ghoury of Lewis Brisbois Bisgaard & Smith LLP will continue to represent this
2  defendant, along with Charles J. Reitmeyer, Emily S. Kimmelman, and Amanda F. Lashner of
3  Morgan, Lewis & Bockius, LLP.

5  DATED:  September 22, 2023          LEWIS BRISBOIS BISGAARD & SMITH LLP

  By: _____
  SALAYHA K. GHOURY
  Attorneys for Defendant, ARAMARK
  CORRECTIONAL SERVICES LLC

