**LAW OFFICES OF YOLANDA HUANG**
Yolanda Huang (State Bar No. 104543)
2748 Adeline Street, Suite A
Berkeley, California 94703
Telephone:    (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass,</u><br><br>**PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al,<br><br>**DEFENDANTS** | No. 3:19-cv-07423 JSC<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR CLARIFICATION OF THIS COURT'S ORDER RE: CERTIFICATION OF A RULE 23(B)(2) CLASS (ECF 312)**<br><br>Hon. Jacqueline Scott Corley, Presiding<br><br>Trial Date: |

Plaintiffs' Administrative Motion for Clarification of the Court's Order Re: Certification of a Rule 23(B)(2) Class (ECF 312) was heard by the Court based upon written submissions only.

After reviewing the moving papers, and there being no opposition, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion for Clarification of the Court's Order Re: Certification of a Rule 23(b)(2) Class (ECF 312) is hereby Granted.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     IT IS FURTHER ORDERED that the Order Re: Certification of a Rule 23(B)(2) Class is hereby modified as follows, line 19, on page 1 of the order under Rule 23(B)(2) shall include  all detainees, male and female who are now or will be in the future subjected to the following sanitation policies and practices of the jail as more fully  described in the original Order (ECF 312).

    IT IS SO ORDERED.

Dated: _____, 2023

                             _____
                             Hon. Jacqueline Scott Corley
                             Judge of the United States District Court
                             For the Northern District of California