Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (collectively "ALAMEDA COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass; <br><br> ALAMEDA COUNTY FEMALE PRISONERS And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25, <br><br> Defendants. | Case No. 3:19-cv-07423-JSC <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR CLARIFICATION OF THIS COURT'S ORDER RE CERTIFICATION OF A RULE 23(B)(6) CLASS (ECF 312)** <br><br><br> Judge:   District Judge Jacqueline Scott Corley <br><br> Trial Date:            May 6, 2024 |

On _____, 2023, Plaintiffs' Administrative Motion For Clarification of This Court's Order re Certification of a Rule 23(B)(6) Class (ECF 312) came on regularly for hearing before this Court.

Having considered the moving and opposition papers, arguments, and all other matters

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4865-9030-3362 v1                                     1                           Case No. 3:19-cv-07423-JSC
                                                                              [PROP] ORDER DENYING PLTFS' ADMIN
                                                                       MOTION FOR CLARIFICATION RE CLASS CERT

1   presented to the Court, IT IS HEREBY ORDERED that: Plaintiffs' Administrative Motion For

2   Clarification of This Court's Order re Certification of a Rule 23(B)(6) Class (ECF 312) is DENIED.

3   The certified inadequate sanitation class is limited to male inmates as set forth in Dkt. No. 312.

6   **IT IS SO ORDERED.**

_____
UNITED STATED DISTRICT JUDGE
JACQUELINE SCOTT CORLEY

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4865-9030-3362 v1

2

Case No. 3:19-cv-07423-JSC
[PROP] ORDER DENYING PLTFS' ADMIN
MOTION FOR CLARIFICATION RE CLASS CERT