Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendants
WELLPATH MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>; **ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,<br><br>Defendants. | Case No.: 3:19-cv-07423 JSC<br><br>**DECLARATION OF JEMMA PARKER SAUNDERS RE ECF NO. 320, COURT'S ORDER TO PLAINTIFF MICHAEL LOCKHART TO APPEAR FOR DEPOSITION**<br><br><br>Action Filed: November 12, 2019<br>Judge: Hon. Jacqueline Scott Corley<br>Ctrm: E—15th Floor |

3:19-cv-07423 JSC

**DECLARATION OF JEMMA PARKER SAUNDERS RE ECF NO. 320, COURT'S ORDER TO PLAINTIFF MICHAEL LOCKHART TO APPEAR FOR DEPOSITION**

I, Jemma Parker Saunders Declare:

1. I am an attorney at law licensed to practice before all Courts of the State of California and before this District Court. I am a member of Bertling Law Group, counsel of record for Defendant Wellpath in this action. The facts set forth in this declaration are based on my personal knowledge.

2. On August 21, 2023, Plaintiffs' counsel advised Defendants Mr. Lockhart would not be appearing for his deposition and the deposition would not be rescheduled. Plaintiffs' counsel thereafter declined to join in a stipulation to dismiss Mr. Lockhart's claims. On September 22, 2023, at ECF No. 317, Defendants sought a court order compelling Mr. Lockhart to appear for deposition.

3. On September 25, 2023, at ECF No. 320, this Court Ordered Defendants to serve a deposition notice on plaintiffs' counsel noticing the deposition of Mr. Lockhart for October 5, 2023, by 5:00 p.m. on September 25, 2023. The Court also Ordered: "Plaintiffs' counsel shall serve Mr. Lockhart with a copy of this Order and the information regarding the time and place of the deposition. Plaintiffs' counsel shall file proof of service by noon, September 26, 2023." ECF No. 320, p.2.

4. On behalf of Wellpath, at 4:12 p.m. on September 25, 2023, my office served the Amended Notice of Taking Deposition of Mr. Lockhart on all counsel. Attached to this declaration as **Exhibit A** is a true and correct copy of my deposition notice, with the proof of service. Also attached at **Exhibit A** is a copy of the service email from my office denoting the date, time, and confirmation of service.

5. As of approximately 2:30 p.m. on September 26, 2023, plaintiffs' counsel has failed to comply with this Court's Order at ECF No. 320. Plaintiffs' counsel has not provided either my office or this Court with any form of proof of service on Mr. Lockhart of the deposition notice or the Order of this Court. Defendants have no assurance of plaintiffs' compliance with ECF No. 320 or any efforts to have Mr. Lockhart attend his deposition. Given plaintiffs' non-compliance, defendants respectfully submit Mr. Lockhart's claims should be dismissed in accord with the Order at ECF No. 320.

1      I declare under penalty of perjury under the laws of the United States of America
2  and the State of California that the forgoing is true and correct and that if called to do, I
3  could and would competently testify thereto.  Executed on September 26, 2023, at Santa
4  Barbara, California.
5
6
7                                                */s/ Jemma Parker Saunders*
                                              Jemma Parker Saunders
8                                                Declarant
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

3:19-cv-07423 JSC

DECLARATION OF JEMMA PARKER SAUNDERS RE ECF NO. 320, COURT'S ORDER TO PLAINTIFF MICHAEL LOCKHART TO APPEAR FOR DEPOSITION