**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF THOMAS E. NANNEY**
Thomas E. Nanney (State Bar No. 214342)
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass<br><br>**PLAINTIFFS,**<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br><br>**DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**PROOF OF SERVICE OF ECF 320 AND 317 TO MICHAEL LOCKHART** |

PROOF OF SERVICE – CCP } 1013(a), F.R.C.P. } 5

I, the undersigned, declare:   I am employed in the County of ALAMEDA, California.  I am over the age of eighteen (18) and not a party to the within action.  My business address 2748 Adeline Street, Suite A, Berkeley, CA 94703.

On dated listed below I served a true and correct copy of the following documents:

```
1)  COURT ORDER (ECF 320)
2)  DEFENDANTS' JOINT LETTER TO THE COURT (ECF 317)
```

On the following parties by the method indicated below.

MICHAEL LOCKHART
c/o mailing address
omitted due to attorney client privilege

w/ text message alerting Mr. Lockhart of the mailing

__x___US Mail: By depositing in the United States mail in Berkeley, California, copies of the documents described above, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as shown above.

I declare under penalty of perjury under the laws of the State of California that the above statements are true.

Executed September 26, 2023 at Berkeley, California.

_____
Yolanda Huang