**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF THOMAS E. NANNEY**
Thomas E. Nanney (State Bar No. 214342)
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass<br><br>**PLAINTIFFS,**<br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br><br>**DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**NOTICE OF APPEARANCE OF RICHARD A. BRODY ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Richard A. Brody hereby enters an appearance as additional counsel for Plaintiffs in this action. Please serve said counsel with all pleadings and notices in this action as follows.

Richard A. Brody, Esq. (California State Bar No. 100379)
rick@brodylaw.com
1206 Beattie Lane
Sebastopol, CA  95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982

Respectfully Submitted by:

Dated: 9/26/23

LAW OFFICE OF YOLANDA HUANG

By:  */s/ Yolanda Huang*

Yolanda Huang
ATTORNEY FOR PLAINTIFFS

LAW OFFICE OF THOMAS E. NANNEY
By */s/ Thomas E. Nanney*
Thomas E. Nanney
Attorney for Plaintiffs

LAW OFFICE OF RICHARD A. BRODY
By:  */s/ Richard A. Brody*
   Richard A. Brody
   Attorney for Plaintiffs