| | |
|---|---|
| 1 | Peter G. Bertling (SBN 131602) |
| 2 | Jemma Parker Saunders (SBN 227962) |
|   | Bertling Law Group |
| 3 | 21 East Canon Perdido Street, Suite 204B |
|   | Santa Barbara, CA 93101 |
| 4 | Telephone: 805-879-7558 |
| 5 | Facsimile: 805-962-0722 |
|   | peter@bertlinglawgroup.com |
| 6 | jemma@bertlinglawgroup.com |
|   | Attorneys for Defendants |
| 7 | WELLPATH MANAGEMENT, INC. |

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>; **ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75, <br><br> Defendants. | Case No.: 3:19-cv-07423 JSC <br><br> **DECLARATION OF JEMMA PARKER SAUNDERS IN RESPONSE TO ECF NO. 320, COURT'S ORDER TO PLAINTIFF MICHAEL LOCKHART TO APPEAR FOR DEPOSITION AND ECF NO. 324, PLAINTIFFS' PROOF OF SERVICE OF ECF 320 AND 317 TO MICHAEL LOCKHART** <br><br><br> Action Filed: November 12, 2019 <br> Judge: Hon. Jacqueline Scott Corley <br> Ctrm: E—15th Floor |

3:19-cv-07423 JSC

**DECLARATION OF JEMMA PARKER SAUNDERS IN RESPONSE TO ECF NO. 320, COURT'S ORDER TO PLAINTIFF MICHAEL LOCKHART TO APPEAR FOR DEPOSITION AND ECF NO. 324, PLAINTIFFS' PROOF OF SERVICE OF ECF 320 AND 317 TO MICHAEL LOCKHART**

I, Jemma Parker Saunders Declare:

1. I am an attorney at law licensed to practice before all Courts of the State of California and before this District Court. I am a member of Bertling Law Group, counsel of record for Defendant Wellpath in this action. The facts set forth in this declaration are based on my personal knowledge.

2. On August 21, 2023, Plaintiffs' counsel advised Defendants that Michael Lockhart ("Mr. Lockhart") would not be appearing for his deposition and the deposition would not be rescheduled. Plaintiffs' counsel thereafter declined to join in a stipulation to dismiss Mr. Lockhart's claims. On September 22, 2023, at ECF No. 317, Defendants sought a Court Order compelling Mr. Lockhart to appear for deposition.

3. On September 25, 2023, at ECF No. 320, this Court Ordered Defendants to serve a deposition notice on Plaintiffs' counsel noticing the deposition of Mr. Lockhart for October 5, 2023, by 5:00 p.m. on September 25, 2023. The Court also Ordered: "Plaintiffs' counsel shall serve Mr. Lockhart with a copy of this Order and the information regarding the time and place of the deposition. Plaintiffs' counsel shall file proof of service by noon, September 26, 2023." ECF No. 320, p.2.

4. On behalf of Wellpath, at 4:12 p.m. on September 25, 2023, my office served the Amended Notice of Taking Deposition of Mr. Lockhart on all counsel. Plaintiffs' counsel was Ordered to serve a copy of this deposition notice on Mr. Lockhart by no later than noon on September 26, 2023. Having not received any confirmation Plaintiffs' counsel complied with this Court Order, at approximately 2:42 p.m. on September 26, 2023, I filed a declaration alerting the Court to Plaintiffs' counsel's conduct and attesting to these facts. See ECF No. 323.

5. Subsequently, on September 26, 2023, at 11:05 p.m., Plaintiffs' counsel filed a Proof of Service purportedly as belated compliance with the Court's Order from ECF No. 320. See ECF No. 324. Plaintiffs' counsel's Proof of Service lists the documents that were served on Plaintiff Michael Lockhart: "1) a true and correct copy of the Court Order (ECF 320); and 2) Defendants' Joint Letter to the Court (ECF 317)." Per this

Proof of Service at ECF No. 324, Plaintiffs' counsel did **not** provide Mr. Lockhart with the deposition notice describing the time and place for his deposition on October 5, 2023.

6. This Court specifically Ordered Plaintiffs' counsel to "serve Mr. Lockhart with a copy of this Order **and the information regarding the time and place of the deposition**." ECF No. 320, emphasis added. Once again, in addition to the previous failure to adhere to the Court's Order, Plaintiffs' counsel has failed to comply with this Court's Order regarding Mr. Lockhart's deposition. The purpose of ordering Mr. Lockhart to be served with the deposition notice designating the time and place for his deposition was to ensure his appearance at the proceeding. There is no assurance of his knowledge of the time and location for his appearance.

7. Given Plaintiffs' repeated non-compliance with this Court's direct Order regarding Mr. Lockhart's deposition, Defendants respectfully submit Mr. Lockhart's claims should be dismissed in accord with the Order at ECF No. 320.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct and that if called to do, I could and would competently testify thereto. Executed on September 28, 2023, at Santa Barbara, California.

　　　　　　　　　　　　　　　　　/s/ *Jemma Parker Saunders*
　　　　　　　　　　　　　　　　　Jemma Parker Saunders
　　　　　　　　　　　　　　　　　Declarant