1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF THOMAS E. NANNEY**
Thomas E. Nanney (State Bar No. 214342)
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass<br><br>**PLAINTIFFS,**<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br><br>**DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' STATEMENT OF DISCOVERY DISPUTE RE: DEFENDANT WELLPATH** |

EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' STATEMENT OF DISCOVERY DISPUTE
Case No.: 3:19-cv-02724 SK

# EXHIBIT A

1
2
3
4
5
6
7

Peter G. Bertling [SBN 131602]
Jemma Parker Saunders [SBN 227962]
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendants
WELLPATH MANAGEMENT, INC.

8
9

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

**ALAMEDA COUNTY MALE PRISONERS**
And Former Prisoners, DANIEL GONZALEZ,
et al. on behalf of themselves and others
similarly situated, <u>as a Class, and Subclass</u>;
**ALAMEDA COUNTY FEMALE
PRISONERS** And Former Prisoners, JACLYN
MOHRBACHER, ERIN ELLIS, DOMINIQUE
JACKSON, CHRISTINA ZEPEDA, ALEXIS
WAH, AND KELSEY ERWIN, et al on behalf
of themselves and other similarly situated,

17

                                        Plaintiffs,

18    v.

19
20
21
22
23
24
25
26
27

**ALAMEDA COUNTY SHERIFF'S
OFFICE**, ALAMEDA COUNTY, Deputy Joe,
Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25;
**WELLPATH MANAGEMENT, INC.**, a
Delaware Corporation (formerly known as
California Forensic Medical Group) a
corporation; its Employees and Sub-
Contractors, and Rick & Ruth ROEs Nos. 26-
50; **ARAMARK CORRECTIONAL
SERVICES, LLC**, a Delaware Limited
Liability Company; its Employees and Sub-
Contractors, and Rick & Ruth ROES Nos.
51-75,

                                        Defendants.

Case No.: 3:19-cv-07423 JSC

**DEFENDANT WELLPATH
MANAGEMENT, INC.'S
RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S
*AMENDED*
INTERROGATORIES,
SET ONE (1)**

Action Filed: November 12, 2019
Judge: Hon. Jacqueline Scott Corley
Ctrm: E—15th Floor

28

PROPOUNDING PARTY:     Plaintiff TIKISHA UPSHAW

RESPONDING PARTY:      Defendant WELLPATH MANAGEMENT, INC.

SET NUMBER:            One (1) – *AMENDED*

Defendant WELLPATH MANAGEMENT, INC., responds to the *Amended* Interrogatories, Set One (1) propounded by Plaintiff TIKISHA UPSHAW on behalf of itself and others similarly situated as follows:

It should be noted that this responding party has not fully completed investigation of the facts of this case, has not fully completed discovery in this action, and has not completed preparation for trial.  All of the responses contained herein are based only upon such information and documents as are presently available to and specifically known to this responding party and disclose only those contentions which presently occur to such responding party.  It is anticipated that further discovery, independent investigation, legal research and analysis may supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth.  The following written responses to plaintiffs' Requests for Production of Documents are given without prejudice to responding party's right to produce evidence of any subsequently discovered fact or facts which this responding party may later recall or uncover.  Responding party accordingly reserves the right to amend any and all responses herein as additional facts are ascertained, analysis is made, legal research is completed, and contentions are made.

**RESPONSES TO *AMENDED* INTERROGATORIES, SET ONE (1)**

**_AMENDED_ INTERROGATORRY NO. 1:**

Please state each and every fact that **Sumeet Chagger, R.N.,** will testify regarding the treatment and care of Mr. Corsetti, Mr. Phillips, Mr. Geyer, Mr. Wayne, and Ms. Upshaw.

///

///

**RESPONSE TO *AMENDED* INTERROGATORRY. 1:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case.  Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)      Responding party will not respond to this interrogatory insofar as it requests information related to the care and treatment of Mr. Corsetti given his dismissal from this action.

(b)      Medical records related to Mr. Phillips previously produced at bates WELLPATH-DG 001769 – WELLPATH-DG 003269 and additional records produced in response to Request for Production of Documents, Set One, at bates WELLPATH-DG 011688 – WELLPATH-DG 011768 and WELLPATH-DG 011769 – WELLPATH-DG 011808.

(c)      Medical records related to Mr. Geyer previously produced at bates WELLPATH-DG 003270 – WELLPATH-DG 003804 and additional records produced in response to Request for Production of Documents, Set One, at bates WELLPATH-DG 011809 – WELLPATH-DG 011812 and WELLPATH-DG 011813 – WELLPATH-DG 011820.

(d)      Medical records related to Mr. Wayne previously produced at bates WELLPATH-DG 000001 – WELLPATH-DG 000964 and additional records produced in response to Request for Production of Documents, Set One, at bates WELLPATH-DG 011688 – WELLPATH-DG 011768 and WELLPATH-DG 011769 – WELLPATH-DG 011808.

///

3:19-cv-07423 JSC

- 2 -
DEFENDANT WELLPATH MANAGEMENT, INC.'S RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S *AMENDED* INTERROGATORIES, SET ONE (1)

attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

*AMENDED* **INTERROGATORRY NO. 4:**

Please state each and every fact that **Tori Garcia, WHNP-BC** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO *AMENDED* INTERROGATORRY. 4:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

*AMENDED* **INTERROGATORRY NO. 5:**

Please state each and each and every fact that **Katherine Conover, R.N.,** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO *AMENDED* INTERROGATORRY. 5:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the

3:19-cv-07423 JSC

- 4 -
**DEFENDANT WELLPATH MANAGEMENT, INC.'S RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S *AMENDED* INTERROGATORIES, SET ONE (1)**

(e)      Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

***AMENDED* INTERROGATORRY NO. 2:**

Please state each and every fact that **Gabriela Quaglia, R.N.,** will testify regarding the treatment and care of Mr. Geyer and Ms. Upshaw.

**RESPONSE TO *AMENDED* INTERROGATORRY. 2:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)      Medical records related to Mr. Geyer previously produced at bates WELLPATH-DG 003270 – WELLPATH-DG 003804 and additional records produced in response to Request for Production of Documents, Set One, at bates WELLPATH-DG 011809 – WELLPATH-DG 011812 and WELLPATH-DG 011813 – WELLPATH-DG 011820.

(b)      Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

***AMENDED* INTERROGATORRY NO. 3:**

Please identify each and every document **Laurie Anderson, R.N.,** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO *AMENDED* INTERROGATORRY. 3:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the

3:19-cv-07423 JSC

- 3 -
DEFENDANT WELLPATH MANAGEMENT, INC.'S RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S *AMENDED* INTERROGATORIES, SET ONE (1)

attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

*AMENDED* **INTERROGATORRY NO. 6:**

Please state each and each and every fact that **Tina Thomas-Robinson, P.A.,** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO** *AMENDED* **INTERROGATORRY. 6:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

*AMENDED* **INTERROGATORRY NO. 7:**

Please state each and each and every fact that **Neena C. Thomas, N.P.,** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO** *AMENDED* **INTERROGATORRY. 7:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the

3:19-cv-07423 JSC

- 5 -
DEFENDANT WELLPATH MANAGEMENT, INC.'S RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S *AMENDED* INTERROGATORIES, SET ONE (1)

attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

***AMENDED* INTERROGATORRY NO. 8:**

Please state each and each and every fact that **Jessica Jimenez, R.N.,** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO *AMENDED* INTERROGATORRY. 8:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

***AMENDED* INTERROGATORRY NO. 9:**

Please state each and each and every fact that **Sarah Manimbao** will testify regarding the treatment and care of Ms. Upshaw.

**RESPONSE TO *AMENDED* INTERROGATORRY. 9:**

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the

3:19-cv-07423 JSC

- 6 -
DEFENDANT WELLPATH MANAGEMENT, INC.'S RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S *AMENDED* INTERROGATORIES, SET ONE (1)

attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

### *AMENDED* INTERROGATORRY NO. 10:

Please state each and each and every fact that **Kawal Singh** will testify regarding the treatment and care of Ms. Upshaw.

### RESPONSE TO *AMENDED* INTERROGATORRY. 10:

Objection.  This interrogatory is compound in violation of FRCP Rule 33(a)(1).  Further objection the request is overly broad, prematurely seeks expert witness information in violation of FRCP Rule 26(a)(2) and seeks information protected from disclosure by the attorney-client privilege and attorney work product doctrines.  Responding party also objects that the request is not proportional to the needs of discovery of this case. Without waiving stated objections, and subject thereto, responding party responds as follows:  Purusant to FRCP Rule 33(d), responding party identifies the following responsive business records:

(a)     Medical records related to Ms. Upshaw previously produced at bates WELLPATH-DG 007886 – WELLPATH-DG 008597.

Respectfully submitted,

DATED: August 29, 2023          BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
WELLPATH MANAGEMENT, INC.

3:19-cv-07423 JSC

- 7 -
**DEFENDANT WELLPATH MANAGEMENT, INC.'S RESPONSE TO PLAINTIFF
TIKISHA UPSHAW'S *AMENDED* INTERROGATORIES, SET ONE (1)**

# EXHIBIT B

 Gmail

<div align="right">Yolanda Huang &lt;yhuang.law@gmail.com&gt;</div>

## GONZALEZ meet and confer

**Yolanda Huang** &lt;yhuang.law@gmail.com&gt;        Fri, Sep 8, 2023 at 10:40 AM
To: Peter Bertling &lt;peter@bertlinglawgroup.com&gt;, Tom Nanney &lt;tomnanney@gmail.com&gt;
Cc: Jemma &lt;jemma@bertlinglawgroup.com&gt;, Stephanie Aguiniga &lt;stephanie@bertlinglawgroup.com&gt;

Good morning,
The parties had a zoom meet and confer on Wednesday, September 6, 2023.  This is a summary of our meet and confer regarding Wellpath's responses to plaintiffs' written discovery and other discovery issues.

1). Interrogatory Responses
<u>Plaintiffs</u> contend that defendant Wellpath's written responses are deficient and not in compliance with Rule 26 specificity requirements.  Plaintiffs contend that responses which merely refer to a writing are inadequate.
<u>Wellpath</u> contends that most of the health providers most likely do not have specific recollections of additional facts beyond what is in the medical records.
The parties agreed that defense counsel will contact each of the individual health providers and confirm whether they have any recollections of additional facts beyond what is in the medical records.  For those who do not, the parties agreed to enter into a stipulation - limiting any potential trial testimony - to the specifics of the written medical records.

   <u>Timelines:</u>
Tom Nanney will be proposing language, and will circulate this proposal by Sept. 15, 2023.
Peter Bertling will respond no later than September 29, 2023 with the identification of those health care employees with and those without recollections of additional facts beyond what is in the medical records.  For those employees with recollections of additional facts, defendants will amend their interrogatory responses by October 6, 2023.
   <u>Unresolved Issue</u> - Plaintiffs raised concern that the timeline, while reasonable for defendant's needs, will not permit plaintiffs to adequately identify those individuals whose depositions are required, within the timeframe for the current fact discovery cut-off.

2.  Defendant Wellpath's Local Rule 3-15 Disclosures will be served by the end of this Week Sept. 8, 2023.

If I have mis-remembered, or left out any pertinent details, please advise.

Yours truly,

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

<u>Confidentiality Notice</u>: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

# EXHIBIT C

**iMessage**
Yesterday 10:25 AM

We are ready to proceed with this deposition if you will agree to proper behavior- and agree not to be verbally assaultive or interrupt and prevent me from speaking. If you claim you do not behave in this manner then it would be easy for you to agree. Since you are not willing to agree to these basic terms then it presents that you are not willing to cease this behavior.

The other defendants and I are ready and able to proceed with this deposition

# EXHIBIT D

Yesterday 9:38 PM

Your message is self serving.  I am not verbally abusive of you and the transcripts prove it.  You need to start acting professionally. People do not respect you because you are rude, almost alway late for scheduled matters.  Your use of foul language such as asshole and telling someone to fuck off is inexcusable.  I am going to bring these issues to Judge Corley's attention and ask her to set ground rules for the future.  I have consulted with Jemma and we believe our responses to your clients' interrogatories are appropriate and they will not be amended absent a Court order.

# EXHIBIT E

                             Yolanda Huang <yhuang.law@gmail.com>

## Proposed Joint Statement to Judge Corley

3 messages

---

**Yolanda Huang** <yhuang.law@gmail.com>            Wed, Sep 20, 2023 at 3:55 PM
To: Peter Bertling <peter@bertlinglawgroup.com>, Jemma <jemma@bertlinglawgroup.com>
Cc: Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>

> Mr. Bertling,
> In light of your text to me at 9:38 p.m. last evening, unilaterally declaring that you are reneging on the agreement reached last week in our meet and confer, I have drafted a joint pleading to Judge. Corley.  Judge Corley's standing order limits such to 5 pages totally.  I have indicated space for your statement.
> Please return no later than 5 p.m. tomorrow evening with what you wish to include.  I will finalize and circulate on Friday morning with the goal of filing it late Friday morning.
>
> If you have any attachments, please provide them when you return the draft with your insert.
>
> Yours truly
>
> --
>
> **Yolanda Huang, Esq.**
>
> PO Box 5475 • Berkeley • CA • 94705 •  Phone:510-329-2140 • Fax:510-580-9410
>
> <u>Confidentiality Notice</u>: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

 **2023-9-20 Parties' Jt. Statement.doc**
60K

---

**Peter Bertling** <peter@bertlinglawgroup.com>           Thu, Sep 21, 2023 at 7:12 AM
To: Yolanda Huang <yhuang.law@gmail.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>
Cc: Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Natie Flores Alvarado (Work)" <mz.reporter@yahoo.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Cyndi Sierra <cyndi@bertlinglawgroup.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>

Yolanda:


I will not have a response for you today. I am ordering rough drafts of the deposition transcripts for Mr. Mallet and Mr. Phillips that will be included as attachments to the pleading so Judge Corley can have accurate information regarding what transpired during these depositions.  Your allegation that I was abusive and rude during these depositions is self-serving.  I will let you know when the transcripts are available and when I will have my response to you.


You were the one who was verbally abusive during Mr. Mallet's deposition when you told me on multiple occasions to "fuck-off" and called me a White Supremist who should be ashamed to represent a company like Wellpath.  You accused me of disrespecting and discriminating against you because you are an Asian woman.  It is true I have little respect for you, but it has nothing to do with your gender or nationality.

Instead, it is because of your unprofessionalism and misconduct during the litigation and discovery process. For example, I was very concerned to learn you served interrogatory responses on behalf of Mr. Phillips when he testified, he had never seen them before I showed them to him during his deposition.

You still have not identified any Wellpath provider you want to depose.   Considering the upcoming discovery deadline, I suggest you identify which providers you intend to depose so I can determine whether they are still employed by Wellpath.  I will work with you and Tom to schedule the deposition of any Wellpath employee who is still employed by Wellpath but, as I have told you in the past, if a provider is no longer employed by Wellpath, you may need to subpoena them for deposition.

Regards,





21 East Canon Perdido Street, Suite 204B

Santa Barbara, CA 93101

805-879-7558 – Office

www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

[Quoted text hidden]

**Yolanda Huang** <yhuang.law@gmail.com>                          Thu, Sep 21, 2023 at 10:28 AM
To: Peter Bertling <peter@bertlinglawgroup.com>
Cc: Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Natie Flores Alvarado (Work)" <mz.reporter@yahoo.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Cyndi Sierra <cyndi@bertlinglawgroup.com>

Mr. Bertling,
We understand your email as stating that you decline to submit a statement on behalf of Wellpath.  Therefore Plaintiffs will submit the discovery requests today without any insert from defendant Wellpath.

You have listed 130 individuals in your Initial disclosures.  We  served interrogatories to clarify what these 130 people will testify to.  It is unreasonable and gamesmanship to demand that we take 130 depositions, nor is that number permitted under the federal rules.  Therefore, we properly served interrogatories to  clarify.

Instead of providing responses that comply with the federal code, you continued your gamesmanship by referring to the medical records. The resolution we negotiated during our meet and confer - which was agreed to by you because you admitted that your interrogatory responses did not comply with federal rules and which you agreed was eminently reasonable - you are reneging on out of pique all of which demonstrates your pettiness. Your verbal abuse and my response to your verbal abuse does not alter the requirement for Wellpath to amend its interrogatories. Your actions attempting to tie one to another is further demonstration of your pettiness and gamesmanship.

We will submit this to Judge Corley today, and she can decide.

Very truly yours,

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

[Quoted text hidden]

---

**6 attachments**



image001.jpg
110K



image002.jpg
684K



image003.jpg
149K



image001.jpg
110K

image002.jpg
684K

# EXHIBIT F

 Gmail

---

## Wellpath's Reneging on Agreement to Amend Responses to ROGS

---

**Yolanda Huang** <yhuang.law@gmail.com>                                                    Wed, Sep 27, 2023 at 8:41 AM
To: Peter Bertling <peter@bertlinglawgroup.com>
Cc: Rick Brody <rick@brodylaw.com>, Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Wheeling, Emily Kimmelman" <emily.wheeling@morganlewis.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Jemma <jemma@bertlinglawgroup.com>, "Thomas, Gregory B." <gthomas@bwslaw.com>

Mr. Bertling,
Today is day 8 from your unilateral decision to renege on the agreement reached in our meet and confer.  If you do not provide me with consent to file the joint statement by noon today, plaintiffs will file it with just plaintiffs' portion.

Yours truly,

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

 Gmail

Yolanda Huang <yhuang.law@gmail.com>

## Wellpath's Reneging on Agreement to Amend Responses to ROGS

**Peter Bertling** <peter@bertlinglawgroup.com>                    Wed, Sep 27, 2023 at 9:00 AM
To: Yolanda Huang <yhuang.law@gmail.com>
Cc: Rick Brody <rick@brodylaw.com>, Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J."
<charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Wheeling, Emily Kimmelman"
<emily.wheeling@morganlewis.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Jemma Parker Saunders
<jemma@bertlinglawgroup.com>, "Thomas, Gregory B." <gthomas@bwslaw.com>

I will provider you with Wellpath's portion of the Joint Statement by 4:00 p.m. today.


Regards,






21 East Canon Perdido Street, Suite 204B

Santa Barbara, CA 93101

805-879-7558 – Office

www.bertlinglawgroup.com


PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from
disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message
and its attachments and notify us immediately. Thank you.

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Date:** Wednesday, September 27, 2023 at 8:42 AM
**To:** Peter Bertling <peter@bertlinglawgroup.com>
**Cc:** Rick Brody <rick@brodylaw.com>, Tom Nanney <tomnanney@gmail.com>, Reitmeyer, Charles J. <charles.reitmeyer@morganlewis.com>, Peters, Temitayo O. <TPeters@bwslaw.com>, Wheeling, Emily Kimmelman <emily.wheeling@morganlewis.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Thomas, Gregory B. <gthomas@bwslaw.com>
**Subject:** Wellpath's Reneging on Agreement to Amend Responses to ROGS

[Quoted text hidden]

# EXHIBIT G

 Gmail

Yolanda Huang <yhuang.law@gmail.com>

## Wellpath's Reneging on Agreement to Amend Responses to ROGS

**Peter Bertling** <peter@bertlinglawgroup.com>                                    Wed, Sep 27, 2023 at 11:29 AM
To: Yolanda Huang <yhuang.law@gmail.com>
Cc: Rick Brody <rick@brodylaw.com>, Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J."
<charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Wheeling, Emily Kimmelman"
<emily.wheeling@morganlewis.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Jemma Parker Saunders
<jemma@bertlinglawgroup.com>, "Thomas, Gregory B." <gthomas@bwslaw.com>

I will not agree to your limited time constraints.  In order to properly present this issue to Judge Corley,
I am not willing to shotgun the pleading.  She deserves a complete, accurate account of what has
been transpiring in this case, including your unprofessional conduct throughout the discovery process.
I suggest you update your statement with whatever you believe is necessary and I will have a
response to you later this evening.  The document can them be filed with Judge Corely tomorrow after
we participate in our meet and confer process.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Regards,

**Error! Filename not specified.Error! Filename not specified.**

**Error! Filename not specified.**

21 East Canon Perdido Street, Suite 204B

Santa Barbara, CA 93101

805-879-7558 – Office

www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise
exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase

all copies of the message and its attachments and notify us immediately. Thank you.

[Quoted text hidden]

Gmail - Wellpath's Reneging on Agreement to Amend Responses to ROGS                                    9/28/23, 2:26 PM

 **Gmail**

Yolanda Huang <yhuang.law@gmail.com>

---

## Wellpath's Reneging on Agreement to Amend Responses to ROGS

**Yolanda Huang** <yhuang.law@gmail.com>                                 Wed, Sep 27, 2023 at 12:06 PM
To: Peter Bertling <peter@bertlinglawgroup.com>
Cc: Rick Brody <rick@brodylaw.com>, Tom Nanney <tomnanney@gmail.com>, "Reitmeyer, Charles J."
<charles.reitmeyer@morganlewis.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Wheeling, Emily Kimmelman"
<emily.wheeling@morganlewis.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Jemma Parker Saunders
<jemma@bertlinglawgroup.com>, "Thomas, Gregory B." <gthomas@bwslaw.com>

Mr. Bertling,
I will give you an additional extension of time until after the meet and confer Thursday morning.

Yours truly,

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

<u>Confidentiality Notice</u>: This electronic mail transmission is privileged and confidential and is intended only for the
review of the party to whom it is addressed. If you have received this transmission in error, please immediately return
it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

[Quoted text hidden]