1  Peter G. Bertling (SBN 131602)
2  Jemma Parker Saunders (SBN 227962)
   Bertling Law Group
3  21 East Canon Perdido Street, Suite 204B
   Santa Barbara, CA 93101
4  Telephone: 805-879-7558
   Facsimile: 805-962-0722
5  peter@bertlinglawgroup.com
6  jemma@bertlinglawgroup.com

7  Attorneys for Defendants
   WELLPATH MANAGEMENT, INC.
8

9              UNITED STATES DISTRICT COURT
10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  **ALAMEDA COUNTY MALE PRISONERS**          Case No.: 3:19-cv-07423 JSC
    And Former Prisoners, DANIEL GONZALEZ,
12  et al. on behalf of themselves and others
    similarly situated, <u>as a Class, and Subclass</u>;   **DECLARATION OF PETER G.**
13  **ALAMEDA COUNTY FEMALE**                   **BERTLING IN SUPPORT OF**
    **PRISONERS** And Former Prisoners, JACLYN  **PARTIES JOINT STATEMENT**
14  MOHRBACHER, ERIN ELLIS, DOMINIQUE          **OF DISCOVERY DISPUTE**
    JACKSON, CHRISTINA ZEPEDA, ALEXIS          **RE: INTERROGATORY**
15  WAH, AND KELSEY ERWIN, et al on behalf     **RESPONSES DATED**
    of themselves and other similarly situated, **SEPTEMBER 28, 2023**
16
17                          Plaintiffs,
18  v.
19  **ALAMEDA COUNTY SHERIFF'S**
20  **OFFICE**, ALAMEDA COUNTY, Deputy Joe,
    Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25;
21  **WELLPATH MANAGEMENT, INC.**, a
    Delaware Corporation (formerly known as
22  California Forensic Medical Group) a
    corporation; its Employees and Sub-
23  Contractors, and Rick & Ruth ROEs Nos. 26-
    50; **ARAMARK CORRECTIONAL**
24  **SERVICES, LLC**, a Delaware Limited
    Liability Company; its Employees and Sub-    Action Filed: November 12, 2019
25  Contractors, and Rick & Ruth ROES Nos.      Judge: Hon. Jacqueline Scott Corley
26  51-75,                                       Ctrm: E—15th Floor
27                          Defendants.
28

                                                       **3:19-cv-07423 JSC**

I, Peter G. Bertling declare:

1.   I am an attorney licensed to practice before all Courts of the State of California and before this District Court.  I am the owner of Bertling Law Group, counsel of record for Defendant Wellpath in this action.  The facts set forth in this declaration are based on my personal knowledge.

2.   On September 18, 2023, I personally attended the deposition of James Mallett at the Santa Rita Jail in Dublin, CA.  This was the second session of Mr. Mallett's deposition.  His deposition was continued in order to accommodate Ms. Huang's scheduling needs.  I attended this deposition in person because Ms. Huang informed defense counsel that she would be attending the deposition in person.  Earlier in the litigation, defense counsel agreed that whenever Ms. Huang represented that she would be  attending her client's deposition in person, one of the defense counsel should attend the deposition in person as well in order to protect the integrity of the deposition process and ensure Ms. Huang did not improperly coach her client.

3.   Mr. Mallett's deposition was scheduled to start at 10:00 a.m.  Before the deposition, Ms. Huang insisted that she be able to meet with her client or she would not allow him to be deposed.  The correctional officer, Deputy Snow, who escorted Mr. Mallett to his deposition, informed Ms. Huang that an attorney meeting had not been authorized and we needed to move forward with the deposition.  Ms. Huang again stated the deposition would not go forward unless she was allowed to meet with her client.  I informed Ms. Huang she should have met with Mr. Mallett during the intervening months that had passed since the first session of his deposition which took place on August 17, 2022.  Ms. Huang told me to "fuck off" and called me a "privileged, white male supremacist" who discriminated against and disrespected her because she was an Asain female.  She also asked me how I could sleep at night when I represented a company like Wellpath.

4.   Ms. Huang ordered Deputy Snow to contact someone that could approve of her predeposition meeting with Mr. Mallett or else the deposition would not go forward.  I

3:19-cv-07423 JSC

- 1 -
DECLARATION OF PETER G. BERTLING IN SUPPORT OF PARTIES JOINT STATEMENT
OF DISCOVERY DISPUTE RE: INTERROGATORY RESPONSES DATED SEPTEMBER 28, 2023

am not certain with whom Deputy Snow spoke, but Ms. Huang was given permission to speak with Mr. Mallett for 15 minutes before his deposition started. The deposition then started an hour late at 11:00 a.m.

5. Ms. Huang claims that I was rude to Mr. Mallett during his deposition and constantly interrupted him and her when they were speaking. Attached as Exhibit A is a true and accurate copy of the transcript of Mr. Mallett's deposition, which I had expedited for the purposes of this dispute. The deposition transcript establishes I was respectful to everyone during deposition and, at all times, my behavior was professional and complied with the rules of professional responsibility.

6. The deposition notice of Timothy Phillips was served on July 13, 2023 and scheduled to take place in person at Ms. Huang's office on September 19, 2023, at 10:00 a.m. As I was travelling to the deposition, I received an email from Ms. Huang which indicated the deposition had to be taken remotely. I would not agree to a remote deposition knowing that Ms. Huang would be personally present with Mr. Phillips, and because I had a number of hardcopy documentary exhibits prepared to discuss with Mr. Phillips. When I arrived at her office, Ms. Huang refused to let me in the office. I then informed all counsel the deposition would not go forward and I would bring the matter to the attention of Judge Corley. I then left Ms. Huang's office and walked back to the BART station. As I was about to leave the BART station, I received a call from Ms. Huang and she informed me the deposition could go forward if I agreed to certain rules of decorum. I informed her it was not necessary for me to agree to her rules because I had always acted professionally during her client's depositions and would continue to do so. The deposition then went forward without incident, other than learning Mr. Phillips had never reviewed, nor was aware of any of the discovery that Ms. Huang had served on his behalf.

///

///

///

**DECLARATION OF PETER G. BERTLING IN SUPPORT OF PARTIES JOINT STATEMENT OF DISCOVERY DISPUTE RE: INTERROGATORY RESPONSES DATED SEPTEMBER 28, 2023**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the forgoing is true and correct and that if called to do, I could and would competently testify thereto.  Executed on September 28, 2023, at Santa Barbara, California.

*/s/ Peter G. Bertling*

Peter G. Bertling
Declarant

**DECLARATION OF PETER G. BERTLING IN SUPPORT OF PARTIES JOINT STATEMENT OF DISCOVERY DISPUTE RE: INTERROGATORY RESPONSES DATED SEPTEMBER 28, 2023**

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAMEDA COUNTY MALE PRISONERS, et al.   ) Case No.:
                                        ) 3:19-CV-07423-
                   Plaintiffs,          )          JSC
                                        )
          vs.                           )
                                        )
ALAMEDA COUNTY SHERIFF'S OFFICE, et al. )
                                        )
                   Defendants.          )
_____)

VOLUME 2 OF THE

DEPOSITION OF JAMES ERIC MALLETT

SEPTEMBER 18, 2023

TAKEN REMOTELY VIA ZOOM

ALVARADO COURT REPORTERS

15508 Saddleback Road      24325 Crenshaw Boulevard #350
Canyon Country, CA 91387   Torrance, CA 90505
Off:  (626) 938-0042       Off:  (310) 224-5174
Mz.Reporter@yahoo.com      Off:  (310) 787-1024

*Natie Flores Alvarado, CSR No. 9016*

*23-5837*

```
1              VOLUME 2 OF THE DEPOSITION OF

2        JAMES ERIC MALLETT, taken remotely via Zoom on

3        behalf of Defendant, Wellpath Management, Inc.,

4        commencing at 11:00 A.M., on Monday,

5        September 18, 2023 before Natie Flores

6        Alvarado, CSR 9016, pursuant to Notice.

7

8

9   APPEARANCES OF COUNSEL:

10  For the Plaintiff:

11          LAW OFFICES OF YOLANDA HUANG
            BY:  Yolanda Huang, Esq.
12          2748 Adeline Street, Suite A
            Berkeley, CA 94703
13          (510) 329-2140
            Yhuang.law@gmail.com
14

15  For the Defendant:  Wellpath Management, Inc.:

16          BERTLING LAW GROUP
            BY:  Peter G. Bertling, Esq.
17          21 East Canon Perdido, Suite 204B
            Santa Barbara, CA 93101
18          (805) 879-7558
            Peter@bertlinglawgroup.com
19

20

21

22

23

24

25
                                                    134
```

ALVARADO COURT REPORTERS

```
 1              APPEARANCES OF COUNSEL (Continued)

 2

 3   For the Defendant:  Alameda County Sheriff's
                         Office, et al.:
 4
                    BURKE, WILLIAMS  & SORENSON, LLP
 5                  BY:  Temitayo O. Peters, Esq.
                    1999 Harrison Street, Suite 1650
 6                  Oakland, CA 94612-3520
                    (510) 273-8780
 7                  tpeters@bwslaw.com

 8

 9   For the Defendant:  Aramark Correctional
                         Services, LLC:
10
                    MORGAN, LEWIS & BOCKIUS, LLP
11                  BY:  Charles J. Reitmeyer, Esq.
                    1701 Market Street
12                  Philadelphia, PA 19103
                    (215) 963-5320
13                  charles.reitmeyer@morganlewis.com

14

15

16   Also Present:

17                  Deputy D. White

18

19

20

21

22

23

24

25
                                                          135
```

1                          <u>INDEX</u>

2     WITNESS:  JAMES ERIC MALLETT

3

4     EXAMINATION                                    PAGE

5              BY MR. BERTLING:                      137

6              BY MS. PETERS:                        182

7              BY MR. REITMEYER:                     199

8              BY MS. HUANG:                         206

9

10

11                         EXHIBITS

12                  (No exhibits offered.)

13

14

15                 INFORMATION REQUESTED

16                    Page 205, Line 7
                       Page 206, Line 7
17

18

19       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

20                        (None.)

21

22

23

24

25
                                                    136

ALVARADO COURT REPORTERS

```
 1              MONDAY, SEPTEMBER 18, 2023

 2                    11:00 A.M.

 3                    -- ** --

 4

 5              JAMES ERIC MALLETT,

 6         The Witness herein, having been first

 7         duly administered an oath remotely, was

 8         examined and testified as follows:

 9

10                    EXAMINATION

11   BY MR. BERTLING:

12       Q    Mr. Mallett, good morning.  Thank you for

13   being here this afternoon -- or, excuse me, this

14   morning.

15            Do you recall I participated in your

16   deposition back on August 17, 2022?

17       A    Yes, sir.

18       Q    Have you had a chance to review the

19   transcript of your deposition that you previously

20   gave in this case?

21       A    Yes.

22       Q    So have you actually seen the deposition

23   transcript of your prior testimony?

24       MS. HUANG:  Did you get a copy of the

25   transcript?
```

ALVARADO COURT REPORTERS

```
 1          THE WITNESS:  Oh, no.  No.
 2          Q    BY MR. BERTLING:  Okay.  So that's why I
 3     was just trying to clarify.
 4               You were deposed on August 17th, and your
 5     testimony was put into a transcript.  It's my
 6     understanding you have not seen that transcript; is
 7     that correct?
 8          MS. HUANG:  I believe it was July 17th.
 9          MR. BERTLING:  No.  It was August 17, 2022.
10          MS. PETERS:  I apologize for interrupting.
11     We're having a real hard timing hearing the witness.
12          Q    BY MR. BERTLING:  Okay, you're going to
13     have to speak up, Mr. Mallett.  Okay?
14          A    Yes, sir.
15          Q    Okay.  Have you reviewed any of your
16     medical records that were generated while you were
17     an incarcerated person here at the Santa Rita jail?
18          A    What do you mean review them?  I've seen
19     them, yes.  I have copies of them.
20          Q    Where do you keep the copies of the
21     medical records?
22          A    In my cell.
23          Q    And what medical records do you have?
24          A    Just like the inmate request forms, the
25     medicals requests, the records as far as the doctors
```

138

1    I've seen when I need an MRI and the results of the

2    MRI, stuff like that.

3         Q    Do you know if you have a complete copy of

4    the medical records here at Santa Rita jail

5    regarding your treatment and care?

6         A    I don't know if I have all of them, no.  I

7    have what they gave me.

8         Q    When did you request your medical records?

9         A    I've done it several times.  I don't know

10   the exact dates, but I had my legal lawyers do it,

11   and I had Yolanda do it.  Both lawyers had requested

12   copies.

13        Q    The records that you currently have, are

14   they in your cell?

15        A    Yeah.  Yeah.

16        Q    That's what I'm just trying to find out.

17   You do have copies of your records in your cell

18   currently; is that correct?

19        A    Yes, sir, whatever they sent me.

20        Q    When is the last time you can recall

21   requesting a copy of your medical records?

22        A    Probably about -- I don't know, around six

23   months ago.

24        Q    What was the purpose of requesting your

25   medical records six months ago?

                                                    139

```
1        A    Because my lawyer wanted to see them.

2        Q    Did you actually review those medical

3    records?

4        A    Yes.  When they sent them, I seen them.

5        Q    When you reviewed the medical records did

6    you see anything in those records that you

7    personally believed was inaccurate?

8        A    I mean, as far as the medical treatment,

9    yes, a lot of it.

10       Q    So what did you believe was inaccurate

11   about the medical treatment that was documented in

12   your medical records?

13       A    They have claimed that they have spoke to

14   me several times about my ACL, and I never went to a

15   meeting to see no doctor.  Or I did go, but it

16   wasn't the treatment he said he gave me as far as --

17            They said they gave me several braces and

18   all this stuff.  I have one knee brace in my cell,

19   and then -- I forgot his name, Baumgartner

20   (phonetic) or something like that, he previously

21   said he gave me treatment that I required for my

22   knee, which is -- They only gave me -- He only gave

23   me a sleeve, ACL sleeve or whatever it's called.

24            My knee constantly pops out of place, and

25   there's a certain brace that's needed.  But when I
```

140

1    ask for this brace, he denies me.  He tells me the

2    County won't allow it, yet you allow people with

3    crutches, canes, wheelchairs.  So how can they deny

4    me this knee brace?  I've had the knee brace in

5    custody before.  I came into prison with it on my

6    leg, and then it got took.  So I know it's allowed,

7    but they keep denying me.

8            My knee is bone on bone, and them just

9    giving me a sleeve, it's not the same thing.  And he

10   knows I need certain medical attention for this ACL,

11   and there's always an excuse of, "You can't have the

12   operation."  "You can't have this," and "You can't

13   have that."

14        Q    What operation are you talking about?

15        A    The knee replacement.  The ACL, MCL,

16   joint -- Because I have no cartilage in my knee, no

17   ACL, no MCL.  And they're supposed to fix it.

18        Q    Who has told you that you can't have that

19   surgery?

20        A    The doctor, Dr. Rosenbaum (phonetic) or

21   whatever his name is.

22        Q    When has he told you that?  When is the

23   last time he told you that?

24        A    The last time I saw him.  Every time I see

25   him, I ask for it.

                                                      141

```
1        Q     When is the last time you saw him and he
2   told you that?
3        A     I can't recall an exact date, but it was
4   probably three, four months ago.
5        Q     Has he given you an explanation regarding
6   why you can't have the surgery?
7        A     At first it was because the Covid thing.
8   He said with Covid, the hospital shut down.  Then
9   once Covid was over, he just said the County is not
10  going to pay for it.  I have to get it the next
11  place I go.
12              And when I asked for treatment as far as
13  the brace goes, he also said that I couldn't have
14  that brace because --
15       Q     Now, I'm not talking about the brace.  I'm
16  talking about the surgery.
17       A     Yeah.
18       Q     We'll talk about the brace in a moment.
19       A     Okay.
20       Q     But I'm just trying to find out, has this
21  doctor explained to you why you can't have the
22  surgery while you've been incarcerated here at the
23  Santa Rita jail?
24       A     Yes.  He said that Wellpath or Alameda
25  County will not pay for it.
```

                                                    142

```
 1        Q     Did he indicate to you why Wellpath would
 2   not pay for it?
 3        A     No.  He just told me they won't pay for
 4   it.
 5        Q     I want to focus for just a moment on the
 6   brace.  Have you ever had a brace while you've been
 7   incarcerated at the Santa Rita jail?
 8        A     I had a sleeve.
 9        Q     Can you please describe the sleeve for me.
10        A     It's like a little rubbery, flexible
11   thing.  It has no hinges, no screws, nothing,
12   nothing to stop the knee from popping out of place.
13        Q     Who is the first doctor that ever
14   prescribed a brace for you?
15              For your left leg; is this correct?
16        A     Yes, sir.
17        MS. HUANG:  Objection.  At any time or any
18   specific time?
19        MR. BERTLING:  At any time.
20        Q     Who is the doctor that first prescribed
21   the brace for you?
22        A     First doctor?  I can't recall his name.
23   I've had several operations.
24        Q     So, actually, I want to back up a little
25   bit.
```

143

 1            When were you first injured in your left
 2    knee?
 3       A    The first injury was in '97.
 4       Q    What was the nature of that injury?
 5       A    A torn ACL, a torn MCL.
 6       Q    How did you tear those ligaments?
 7       A    Sports.
 8       Q    Where did you get treatment for those torn
 9    ACL and MCL initially?
10       A    When I first went to jail.  I was
11    incarcerated the first time I got it.
12       Q    Did you sustain the injuries while you
13    were incarcerated playing ball during incarceration?
14       A    I tore it more when I was in jail playing
15    on concrete.  I fell on the basketball court at
16    jail, and that's when they took me to the doctor and
17    told me I had swelled up and I could get an
18    operation.  I got it when I was at Tehachapi.
19       MS. PETERS:  I'm sorry, I'm having a -- I'm
20    still having a hard time hearing the deponent.
21            Mr. Mallett, can you lean forward
22    toward -- When you lean forward we can hear you, but
23    when you're just sitting straight up, we're having a
24    hard time hearing you.
25       MS. HUANG:  There's also background noises

                                                      144

ALVARADO COURT REPORTERS

1    here.

2         MS. PETERS:  Uh-huh.

3         Q    BY MR. BERTLING:  Mr. Mallett, when were

4    you incarcerated in Tehachapi and injured your ACL

5    and MCL?

6         A    They sent me to Corcoran, which is the

7    medical hospital in prison, and that was in 2007,

8    ten years later.

9         Q    Ten years after injuring yourself you were

10   sent to Corcoran for treatment?

11        A    Yes, Corcoran State Prison for treatment,

12   yes.

13        Q    What type of medical treatment, if any,

14   did you receive for your ACL and MCL before you were

15   sent to Corcoran?

16        A    Nothing.  I hadn't -- It wasn't bothering

17   me.  I played basketball and, I guess, aggravated it

18   or whatever.

19        Q    What type of medical treatment did you

20   receive for your left knee at Corcoran?

21        A    They did a microscopic surgery, just a

22   little minor cut, and re-attached the ACL.

23        Q    Was that in 2007?

24        A    Yes, sir.

25        Q    After that surgery were you placed on any

                                                      145

1    kind of brace or sleeve?

2        A    Yeah.  They gave me a -- First I had a

3    demobilizer, and it turned into a regular knee brace

4    to turn it, so where it's not just straight.  And

5    they let me keep that.

6        Q    And this is while you were incarcerated at

7    Tehachapi, or had you been transferred to another

8    place?

9        A    I had been transferred to Salinas Valley,

10   I believe.

11       MS. HUANG:  So from Corcoran you went to

12   Salinas Valley?

13       THE WITNESS:  Yes.

14       MS. HUANG:  And you got the demobilizer when

15   you were at Salinas?

16       THE WITNESS:  I got the demobilizer from the

17   hospital, when I got out of the hospital.  And they

18   just let me keep it.

19       Q    BY MR. BERTLING:  After having surgery at

20   Corcoran in 2007, did you have any other surgery on

21   your left knee?

22       A    Yes.  I had another one in 2012.

23       Q    Where were you incarcerated at that time?

24       A    In 2012 I was incarcerated at, I believe,

25   Kern.

                                              146

ALVARADO COURT REPORTERS

```
 1        Q    What was the nature of the surgery --

 2        A    Delano, I believe.  I was at Delano.

 3        Q    Did you have the surgery while you were

 4   incarcerated at Delano in 2012?

 5        A    Yes, sir.

 6        Q    What was the surgery that you had done

 7   there?

 8        A    Reconstruct the knee.  Cut it open and get

 9   a graft.

10        Q    Were you hospitalized as a result of that

11   surgery?

12        A    Yes.  I was hospitalized for several days.

13        Q    Do you recall the name of the hospital

14   where that surgery was performed?

15        A    No.  Something Salinas.

16        Q    Was it in Delano, somewhere in Delano?

17        A    No.  Like Bakersfield, I believe.

18        Q    Do you recall the name of your surgeon?

19        A    No.  Some Indian dude, so it was a real

20   funny name.

21        Q    And when you were transferred back to the

22   facility, to the jail after having that surgery, did

23   you have any kind of brace or sleeve?

24        A    Yes.  They gave me, again, a demobilizer.

25   It was black, and you can lock it to where you don't
```

147

1    move and you keep the leg straight.  Or you can

2    unlock it and just keep the metal hinges on the

3    side.

4        Q    When is the next time you had any surgery

5    on your left knee, if at all?

6        A    In 2014 I had another surgery.

7        Q    What was that surgery, Mr. Mallett?

8        A    Same thing.  They reconstructed the ACL,

9    MCL.  They tried to put a cartilage in there and it

10   didn't take, so they did another graft.

11       Q    Did you have an understanding of why it

12   didn't take?

13       A    No.  They said it didn't take.  They said

14   the cartilage didn't take.  I will need a knee

15   replacement, like, in five years.

16       Q    Where did you have the surgery performed

17   in 2014?

18       A    Stanford Medical.

19       Q    Do you remember the name of your surgeon?

20       A    No.  He was from U.S. Health Works.  I was

21   working for the Oakland Coliseum, and their

22   insurance company sent me to U.S. Health Works when

23   I received the surgery.

24       Q    Were you incarcerated in 2014?

25       A    No, sir, I was working.

                                                    148

1      Q    Who was your employer?

2      A    Oakland -- The Oracle Arena.  I was

3    working for the Oracle Arena at the time.

4      Q    What did you do there?

5      A    Maintenance.

6      Q    When you say you went to Stanford, are you

7    talking about the medical center in Palo Alto, or

8    some other facility that was like a satellite

9    facility?

10      A    It was -- I don't think it was the school.

11    It was some Stanford outside medical center.

12      Q    Do you recall the name of your surgeon?

13      A    No, sir.

14      Q    Did you receive any kind of brace, sleeve,

15    or physical therapy after the surgery in 2014?

16      A    Yes, sir.

17      Q    What did you receive?

18      A    They gave me this -- I had this machine.

19    You got to put ice in it and wrap your leg up in it.

20    And then there was another machine.  They gave me,

21    like, two different machines.  And the other one

22    was, like, electrical vibration.  I had to wrap my

23    knee up, put these prongs on it, and you can put the

24    level up high, and it sends electricity through your

25    leg.  Then they gave me another knee brace like the

149

1    football players wear.

2        Q    And did they give you or recommend for you

3    any type of physical therapy?

4        A    Yes.  I had done physical therapy three

5    times a week.

6        Q    Do you recall where you got that physical

7    therapy?

8        A    At U.S. Health Works.

9        Q    How long did you receive physical therapy

10   three times a week, if you can recall?

11       A    At least six months later.  Then I was

12   ready to go back to work.

13       Q    After you did the surgery in 2014, were

14   you given any kind of medication to address the pain

15   and swelling?

16       A    Yes.

17       Q    What kind of medication did you take?

18       A    They put me on Norco.

19       Q    Norco?

20       A    Yeah, something like that.  Some pain

21   medication.  It's a yellow pill.

22       Q    How often did you have to take that pain

23   medication?

24       A    They gave it to me -- It was three times a

25   day, I think.

                                                      150

1        Q      How long did you require that medication

2    three times a day?

3        A      Well, I was on it when I was -- They put

4    me on it when I received the injury, all the way

5    until they took me off in 2015 or something.  So I

6    was on it for, like, a year and some change.

7        Q      Were you prescribed any other medication,

8    for example, a steroid or any other kind of

9    medication to help address your knee?

10       A      No, sir, not to my knowledge.

11       Q      After 2014 were you incarcerated again?

12       A      Yeah, in, like, 2017.

13       Q      And it's my understanding that in February

14   of 2017 you were incarcerated here at the Santa Rita

15   jail; is that correct?

16       A      I believe so.

17       Q      And at that time who was providing you any

18   kind of medical treatment for your left knee?

19       A      Nobody.

20       Q      At that time were you having any problems

21   with your left knee in February of 2017?

22       A      No, sir.

23       Q      Would I be correct, Mr. Mallett, if I say

24   that 2014 was the last time you had surgery

25   performed on your left knee?

151

```
 1      A    That was the last time.

 2      Q    Have you ever been convicted of or pled

 3  guilty to a felony?

 4      A    Yes, sir.

 5      Q    Could you please identify what felony or

 6  felonies you've been convicted of or pled guilty to.

 7      A    In 1997 I pled guilty to involuntary

 8  manslaughter.  In 2017 I pled guilty to --

 9      MS. HUANG:  Wait.  In 2017 you pled guilty?

10      THE WITNESS:  Yeah.  In 2017 I pled guilty to

11  receiving stolen property, grand larceny.  And in

12  2023 I just pled guilty to involuntary manslaughter

13  again.

14      Q    BY MR. BERTLING:  Was this for a different

15  person?

16      A    Yes.

17      Q    Do you have an understanding, Mr. Mallett,

18  of how long you're going to be incarcerated?

19      A    Yeah.  I just pled guilty to nine years.

20      Q    Do you understand where you're going to be

21  housed during that time?

22      A    Wherever CDC sends me.  I have no idea

23  where I'll be housed.

24      Q    But it's your understanding that you're

25  going to serve nine more years, or is there going to
```

152

1    be credit for time served?  If you know.  I don't

2    want you to guess.

3        A    Credit for time served.

4        Q    When is the last time --

5        MS. HUANG:  You're going to get credit from

6    2019?

7        THE WITNESS:  No.  I just got credit from

8    2020 -- They gave me, like, good time credit, so I

9    don't know how much time I'll actually get.  I'll

10   get sentenced on the 25th of this month.

11       Q    BY MR. BERTLING:  So on September 25th you

12   will be sentenced?

13       A    Yes, sir.

14       Q    Did you enter into some type of plea

15   agreement?

16       A    Yes, sir.

17       Q    And what was the nature of that plea

18   agreement?

19       A    No contest.

20       Q    When is the last time you were transferred

21   to the Santa Rita jail?

22       MS. HUANG:  Objection.  Vague.

23       Q    BY MR. BERTLING:  So how long have you

24   been in the Santa Rita jail?

25       A    On this trip?

                                                    153

```
1        Q    Yes, sir.

2        A    Since 2020, April.

3        Q    Has anybody indicated to you whether you

4   will probably spend the rest of your sentence here

5   at the Santa Rita jail, or do you have a reason to

6   believe that you may be transferred to some other

7   facility?

8        A    I've been told I'll be sent to CDC.

9        Q    Do you currently, Mr. Mallett, take any

10  type of medication?

11       A    Yes, sir.

12       Q    What medication are you currently taking?

13       A    They gave me Cymbalta for the nerve damage

14  to my back.  I have sciatic nerve damage.  They gave

15  me Suboxone for the pain and they gave me some other

16  meta -- something for pain too.  And then they gave

17  me allergy pills for my -- I don't know.  I have no

18  allergies.  They just said it helps with my ear.

19       Q    Do you currently have any kind of brace or

20  sleeve for your left leg?

21       A    I have a sleeve.

22       Q    And when you had your surgery done at

23  Stanford in 2014, did any of your health care

24  providers there tell you about any future surgeries

25  you may or may not need?
```

                                                    154

```
1        A     Yes.

2        Q     What did they tell you?

3        A     They told me that it's a possibility that

4   in five years I may need reconstructive knee

5   surgery.

6        Q     Did they explain to you why that may be a

7   possibility?

8        A     Yes, because of the torn ACL, MCL and the

9   cartilage being deteriorated.

10       Q     A moment ago, if I'm not mistaken, you

11  mentioned something about some nerve damage to your

12  back.

13       A     Yes, sir.

14       Q     Could you tell me how that injury

15  occurred.

16       A     In 2014, at work, when I sustained a leg

17  injury, I also sustained a back injury.  And it

18  affected my sciatic nerve, so I have sciatic nerve

19  damage on my left side.

20       Q     Have you had any kind of surgery for the

21  nerve damage in your back?

22       A     No, sir.  They don't give it to me here.

23       Q     You mentioned that it was a physician who

24  told you you couldn't have a knee brace while you

25  were incarcerated at Santa Rita jail; is that
```

155

ALVARADO COURT REPORTERS

1    correct?

2        A    He said I couldn't have a specific kind of

3    knee brace.  He said I could have a sleeve knee

4    brace, but the one with the hinges, he said it's

5    security or something like that.

6        Q    And you're kind of getting to the question

7    that I want to ask you about.

8             Is it your understanding that at

9    Santa Rita jail knee braces aren't allowed because

10   they're considered a security risk, a security

11   issue?

12       A    Yeah.  That's basically what he was

13   telling me.

14       Q    And this is what the doctor explained to

15   you?

16       A    Yes.  He said because of the prongs that

17   the knee brace has on the sides, you can't have it.

18   But crutches have 7- to 8-inch screws that you can

19   make an ice pick out of, so what's the difference?

20       Q    Well, have you ever asked Custody what's

21   the difference and why you can't have a knee brace

22   and others are allowed to have crutches?

23       A    No, they give me a crutch before when I

24   first injured my -- when I got the staph in my knee.

25   They gave me crutches.

                                                      156

ALVARADO COURT REPORTERS

1      Q    Mr. Mallett, what I'm trying to find out

2   is has Custody or anybody affiliated with Custody

3   explained to you why they don't allow you to have a

4   brace, but they are allowing you to have a sleeve?

5      A    No.

6      MS. HUANG:  I'm sorry, can you repeat that last

7   part.

8      Q    BY MR. BERTLING:  But they are allowing

9   you to have a sleeve.

10     A    No.  I wrote several grievances on this

11  matter, and each time they just said it's denied.

12  They don't give an explanation as to why on the

13  grievances.  They just said it's not in the Wellpath

14  provisions to assign a knee brace.  I'm not allowed

15  to have the knee brace.  It's in several grievances

16  I've written over the years.

17     Q    Do you know whether any health care

18  provider affiliated with Wellpath has recommended

19  that you be given a brace?

20     A    No, not that I know of.

21     Q    On April 20, 2022 there was a Fifth

22  Amended Complaint filed in which you've been named

23  as a Plaintiff.  And I want to read some language to

24  you from that Complaint and ask you some questions.

25          Some other attorneys may have other

                                                  157

ALVARADO COURT REPORTERS

1    questions about this, but my purpose, Mr. Mallett,

2    is just to focus on the medical treatment; okay?

3        A    Okay.

4        Q    So it indicates here that:

5                "When inmates are transferred and

6                placed into a different cell, Santa Rita

7                jail has no process for having cells

8                cleaned or disinfected prior to the

9                transfer.  Each inmate is required to do

10               his or her own cleaning.  During one of

11               these cell transfers, James Mallett was

12               placed in a filthy cell with human waste

13               on the floors and walls."

14           And I want to focus on that statement.

15   When was it, Mr. Mallett, that you were placed in a

16   filthy cell with human waste on the floors and

17   walls?

18       A    Okay, so I moved from Cell 9.  I was in

19   Housing Unit 3, Cell 9 when I first came to

20   Santa Rita in April of 2020.  I believe it was early

21   May -- I only spent a week or two in that cell, then

22   they moved me to Cell 5.  I was in Cell 5 before

23   because they had Covid and all of that.

24           However, to be A-holes on the police part,

25   they smeared the cell and dirtied it up; right?  So

                                                      158

1    the police had to clean it out, but when they put me

2    in the cell, they didn't clean it out.  I had to

3    clean it.  I had to clean that cell out.  So in my

4    cleaning procedures --

5              I mean, I'm touching other -- No gloves,

6    no nothing.  You know, this is all using a face

7    towel and my own soap and have to clean it out with

8    just my hands.  No disinfectant, none of that.

9              You have to beg the police -- Right now

10   they don't come by and do cell cleaning, none of

11   that.  That's something you have to ask the police

12   for and still not jeopardize pod time and have

13   everyone mad at you.  They make you pick cell

14   cleaning on pod time.  They're supposed to come by

15   and give you cell cleaning, yet they don't ask for

16   that anymore.

17             So when I moved into that cell, it was

18   dirty.  I had to clean it from top to bottom, all

19   the walls, the floor, move the mattress.  And there

20   was other people's hair and body -- like, you know,

21   fingernails and all type of stuff up under the

22   mattress.

23             So I cleaned it out.  And a few days

24   later -- like not a few days, the next day, I got a

25   bump on my knee.  It started hurting real bad, and

159

```
 1   then it bust.
 2       Q    So let me stop you there for a minute
 3   because I'm going to -- because your Complaint
 4   identifies that, and I want to read the language in
 5   the Complaint.
 6       A    Okay.
 7       Q    So let me just put this into context so
 8   you understand what's been said before the next
 9   sentence I'm going to focus on.  It says:
10               "During one of these cell transfers,
11           James Mallett was placed" --
12           By the way, is it Mallett or Mallet?
13       A    Mallett.  Like the hammer.
14       Q    Okay.
15               "James Mallett was placed in a filthy
16           cell with human waste on the floors and
17           wall.  As a first order of business, he
18           cleaned every inch of the cell, including
19           the floors and all walls as high as he
20           could reach.  However, because the jail
21           does not provide prisoners with
22           disinfectant, James Mallett was unable to
23           sterilize the cell.
24               "The next day or so, on his left
25           knee, he suddenly developed what looked
```

160

```
1                     like a white hard pimple sitting on the
2                     top of purple swelling on his left knee."
3            So I want to stop right there for just a
4   moment.
5        MS. HUANG:  No, wait.  You're stopping
6   yourself, not Mr. Mallett.
7        MR. BERTLING:  Yeah.
8        Q    So when it says "the next day or so," are
9   we still talking about May of 2020, or can you be
10  more specific?
11       A    Yeah.  It was in May, whenever they -- I'm
12  pretty sure they have it documented when they moved
13  me into that cell.  Because it was like a couple
14  days later when the knee started bothering me.
15       Q    Okay.  It indicates that you:
16                    "... developed what looked like a
17                    white hard pimple sitting on top of purple
18                    swelling on his left knee."
19       A    Yes.
20       Q    Can you tell me how big that pimple
21  looked.
22       A    It was pretty big.  I thought -- Everybody
23  thought it was a spider bite at first, but it was
24  the size of --
25       MS. HUANG:  Was it the size of a ping pong
```

161

1  ball, a tennis ball?

2       THE WITNESS:  No.  It was about the size of the

3  end of this pen right here (indicating).

4       MS. HUANG:  The white part?

5       THE WITNESS:  Yeah, the tip.

6       MS. HUANG:  So the record should reflect that

7  Mr. Mallett pointed to the tip of my pen, which to

8  me looks like it's maybe a centimeter, centimeter

9  and a half.

10       MR. BERTLING:  About, yeah.

11       MS. HUANG:  Yeah.

12       Q    BY MR. BERTLING:  It indicates that this

13  pimple was on top of purple swelling on your left

14  knee.

15       A    Yeah.

16       Q    When did you first notice the purple

17  swelling of your left knee?

18       A    I don't know if it was the next day or the

19  day before, but it was a day or two later.  At first

20  it was just pain.

21            And I had on thermals, and I looked and it

22  was like a knot, like a big bump; right?  I was

23  thinking it was a pimple.  And then it was -- I just

24  seen all the purple stuff, and I knew something was

25  wrong.  I had never had a pimple or a bump on my leg

162

1    like that.  Maybe on my face, a bump or pimple, but

2    not on my body.

3         So I asked them -- I did a "man down."

4    And when I tried to stand up -- When I got out of

5    bed, when I tried to stand up, it was like all the

6    blood like draining to my leg, and I couldn't do it,

7    so they had to carry me.  They carried me to

8    Medical.

9         And the lady, like, cleaned it with the --

10   What's that stuff?  It's like Iodine stuff.  She

11   cleaned it up and all that, but that was it.  They

12   wrapped it up and she told me to put a medical call

13   to see the doctor.

14   Q    Let me read the rest of the Complaint

15   here.  It says:  "The pain was so severe" -- Excuse

16   me.

17            "The pain was severe, so severe, he

18            could not walk and had to be carried by

19            fellow inmates to a wheelchair, where he

20            was wheeled to the nursing station."

21        Do you remember the name of the fellow

22   inmates who put you in a wheelchair?

23   A    They was pod workers.  So I can't recall

24   his name.  He just got sentenced.  Both of them got

25   sentenced.  But one was -- The name was Juanito.  I

163

1    forget the name.  The deputies, they know it.  I

2    just know one of them is Juanito.  And the other

3    one, I don't know.

4         Q    Where did they get the wheelchair that

5    they placed you on?

6         A    They eventually brought it to the office.

7    They took me into the medical office and put me in a

8    regular chair -- well, not on a chair, on a -- The

9    nurse asked them to put me on the little medical

10   bed.  And then I sat up there.  And I leaned over,

11   but -- I laid down, and she did whatever she did.

12            But then a few minutes later they wheeled

13   it in.  But once they took me back to the cell, they

14   took the wheelchair away.  So I still had to move

15   around without it.  And a few days later they

16   brought crutches, once I seen the doctor.

17        Q    How long was it after you noticed this

18   white pimple that was sitting on top of purple

19   swelling of your left knee before you were brought

20   to the nursing station?

21        A    Rephrase that.

22        Q    So I'm trying to find out.  You see this

23   white pimple on top of the purple swelling.  It's

24   painful for you.  It's severe pain.  You talk about

25   it in your Complaint.  How long did it take for you

                                                      164

```
 1    to see a medical person after you first saw that
 2    white pimple?
 3         A    I did the "man down."
 4         Q    Okay.  That's what -- Thank you for the
 5    clarification.
 6              Do you remember the name of the health
 7    care provider that you saw that day?
 8         A    No, I can't.  It was a regular nurse.  It
 9    was -- It wasn't even a doctor.  It was a regular
10    nurse, a lady nurse.
11         Q    Was it a male or female doctor?
12         A    It was a nurse.
13         Q    Was it a male or female health care
14    provider?
15         A    I can't recall.
16         Q    It goes on to say that:
17                   "The nurse diagnosed it as an abscess
18              and accused James Mallett of being a drug
19              user, which was not true."
20         A    Yeah.
21         Q    Now, during that encounter with the nurse,
22    what do you recall taking place?  I'd like to know
23    everything that you recall about that encounter.
24         A    I asked her what it was, what was going
25    on.  She tell me did I get bit by a spider or
```

                                                        165

1    whatever.  She said it looked like an abscess.  And

2    she said, "Do you shoot drugs on the street?"

3              And I'm, like, "What?"

4              (Reporter clarification.)

5         THE WITNESS:  She asked me did I shoot drugs on

6    the street.  Did I mainline drugs on the street.

7              And I'm, like, "What?  No, I don't shoot

8    drugs."

9              She said, "You have to have, because this

10   is an abscess."

11             And I'm, like, "I have never shot drugs

12   down my leg, so it can't be an abscess."

13             She's, like, "That's what it is."

14             Just looking at it she's saying all this.

15   She never took a swab, none of that.  So I took it

16   as being whatever she said it was.  I didn't argue

17   with her.

18             And then the next doctor seen me, and the

19   next doctor.  And it took like a whole two, three

20   months or whatever, maybe more, until they finally

21   swabbed it.  And that's when they said I had,

22   whatever, the staph.

23        Q    When you saw the nurse that day, how long

24   was it until you saw a person that you believed was

25   a doctor?

                                                    166

ALVARADO COURT REPORTERS

```
 1        A    The next day after that, after I was on
 2   the "man down" call, they took me to see the doctor.
 3        Q    And do you recall the name of the doctor
 4   you saw at that time?
 5        A    No.  It was -- She don't even work here
 6   anymore.  It was an Indian lady.  She doesn't work
 7   here anymore.
 8        Q    Do you know if it was Dr. Magat?
 9        A    I'm not sure.  Is it a lady?
10        Q    Yes.  Dr. Magat is a lady.
11        MS. HUANG:  Only if you remember.
12        THE WITNESS:  I don't know her name.  She's got
13   long hair.
14        Q    BY MR. BERTLING:  What do you recall about
15   the encounter that you had with this doctor?
16        A    She didn't -- Again, she didn't do nothing
17   outside of what the nurse did.  She just cleaned the
18   wound.  She put a bandage or whatever to sterilize
19   stuff on there.  She put some, like, ointment on it
20   and then wrapped it up and told me that I would be
21   seen later on in the day.  And they wrapped it twice
22   a day, in the morning and afternoon.
23        Q    And how long did they do this wound care
24   for you, where they wrapped it in the morning and
25   then in the afternoon?
```

167

```
 1        A    For a while.  It was a while.

 2        Q    And where were you when you would get this

 3   wound care treatment provided to you?  Were you in

 4   your cell?  Did they bring you to sick call?

 5        A    They would have me walk to sick call.

 6        Q    And when they were cleaning this wound and

 7   doing the wound care, what did you notice about the

 8   wound, if anything?

 9        A    That it was just a lot of discharge with

10   pus and it was purple-ish.  And at one time it

11   seemed to be getting larger.

12        Q    Did you start running any kind of fever?

13        A    No.  I don't think so.  I'm not sure.

14        Q    Did you start developing nausea or

15   vomiting?

16        A    No, just the extreme pain and, like,

17   dizziness from standing up.

18        Q    Did they ever do anything where they

19   pushed down on the area where there had been the

20   abscess or pimple and express and push out pus?

21        A    Yes.  She did it several times when she

22   cleaned it.  But she told me don't do it, that she

23   would do it.

24        Q    And that's one of the issues that I need

25   to ask you.  Had you been doing anything to touch or
```

168

ALVARADO COURT REPORTERS

1    deal with that?

2          A     No.  She tried to tell me that I cut it

3    with a razor or something.  And I was, like --

4                I mean, the same lady that accused me of

5    shooting drugs is the same lady that accused me of

6    cutting my own flesh with a razor, like I'm about to

7    do that to myself.

8                And I told her that there's no way I used

9    a razor of any kind to cut my leg.

10               And she was, like, "Then how is it open?"

11               And the doctor explained to her, "I busted

12   it open."  So she made herself look like a fool, but

13   she accused me of this.  And the doctor had to

14   explain to her, "No, I did this."

15        MS. HUANG:  The doctor said he did it?

16        THE WITNESS:  The doctor lady did it, busted it

17   open.

18               And she said, "You weren't supposed to

19   touch it.  What did you do, cut it with a razor?"

20               (Reporter clarification.)

21        THE WITNESS:  She asked me, "Well, how did it

22   bust open?  Did you cut yourself with a razor?"

23               And the doctor told her, "No, I bust it

24   open to release the pus out of it."

25               So she accused me of something that the

                                                          169

1   doctor clarified that I did not do.

2       Q    And how many times do you recall a doctor

3   doing that, where they would bust it open and allow

4   stuff to escape?

5       A    They cleaned it I don't know how many

6   times.  They cleaned it daily.  It was daily being

7   cleaned and drained.  But nobody actually did a

8   swab.

9       Q    And do you know what they were using to

10  clean and drain the pimple?

11      A    Like brownish stuff.

12      Q    Betadine?

13      A    Betadine, yeah.

14      Q    If you know.

15      A    I don't know the name of it.

16      MS. HUANG:  Was it liquidy?  Was the brownish

17  stuff very liquidy, like water?

18      THE WITNESS:  Yes.  It was like brownish

19  water-like stuff.  It made your leg turn reddish.

20      Q    BY MR. BERTLING:  The Complaint goes on to

21  say:

22              "Two or more weeks later a nurse came

23          to see James Mallett and finally took a

24          swab so the infection could be cultured.

25          It turned out that the infection was

                                                    170

ALVARADO COURT REPORTERS

```
 1              staph."
 2              And what I wanted to clarify is was it two
 3   weeks after you had first noticed the pimple, that
 4   white pimple, that they came and took a swab so the
 5   infection could be cultured?
 6         A    Approximately.
 7         Q    And then after they cultured it and the
 8   lab came back, it's my understanding you were told
 9   that you had a staph infection.
10         A    Yes, sir.
11         Q    Did anybody in Medical explain to you how
12   it was you developed this staph infection in your
13   left knee?
14         A    No.
15         Q    And then after you were told that you had
16   a staph infection, were you placed on antibiotics?
17         A    Yes.
18         Q    And how long after you were placed on
19   antibiotics, from your perspective, did it take
20   until your left knee cleared up from the infection?
21         A    It was about another week.
22         Q    And during that time were they still
23   continuing to clean the wound?
24         A    No.  That kind of, like, dwindled down.  I
25   was left to my own after a while.
```

171

1       Q    And is it your recollection that it was

2   about a week -- I don't want to put words in your

3   mouth -- after you were started on the antibiotics

4   that that infection cleared up, from your

5   perspective?

6       A    It may have been a week, yeah.  Maybe a

7   little longer.  I don't know exactly the date.

8       Q    Now, it goes on to say in the Complaint

9   that:

10              "Around this time, James Mallett

11              started getting an ear ache and was having

12              discharge from his left ear."

13      A    Yes.

14      Q    When do you recall -- I mean, do you

15   recall was it in May or June, or when do you recall

16   first having a problem with your left ear?

17      A    Right about the same time of the staph.

18   Right after.

19      Q    Did anybody explain to you what was

20   causing your ear issues?

21      A    No.  They just gave me some type of eye

22   drops and told me to put it in my ear.

23      Q    And so when you were having this

24   discharge, how long did you have discharge out of

25   your left ear?

                                                    172

ALVARADO COURT REPORTERS

```
1        MS. HUANG:  Until the discharge went away?
2        MR. BERTLING:  Yeah.
3        THE WITNESS:  Oh, it's still there.  I still
4   have it to this day.
5        Q    BY MR. BERTLING:  All right.  So what is
6   being done to treat the discharge?
7        A    Nothing.  Nothing at all.  I seen the
8   doctor yesterday, or the nurse, and she said she's
9   going to send me to the doctor, but this is an
10  ongoing thing.  It's like --
11       Q    How long have you had problems with this
12  discharge from your left ear?
13       A    Since -- It come and go.  That's what I'm
14  saying.  It's like the staph.  It lasted for a
15  good -- a while.  This pus stuff, I don't know.  It
16  come and go.  Like right now it came, and then it
17  went away.
18       Q    And do you know what they're doing to
19  treat the discharge?
20       A    No.  They're not cleaning it out or
21  nothing like that.
22       Q    Are you given any kind of antibiotics or
23  medication?
24       A    Not yet.  I haven't seen the doctor.
25       Q    Well, let me ask you, at any time since
```

                                                    173

1   you've had this discharge from your left ear, have

2   you been given antibiotics?

3        A    Yeah.  They put me on several different

4   antibiotics.

5        Q    And from your perspective what impact, if

6   any, have these antibiotics had on the discharge?

7        A    Well, the first antibiotics they gave me

8   wasn't working, and then they eventually had to give

9   me the strongest antibiotics that they have.  And

10  that one cleared it up.  It took the staph away.

11  But it took them a while to give it to me.  It took

12  a long while.

13           I was being put on antibiotics, I was put

14  on ear drops, I was put on this daily thing where

15  they told me to pour water in my ear.  And then I

16  had to clean it out and doing that.  But they was

17  basically guessing, trying to figure out what they

18  was doing.

19       Q    Did anybody explain to you why they

20  thought you developed this discharge in your left

21  ear?

22       A    No, they never took the culture of it.

23  They never took the swab to tell me what it was,

24  until later on.

25       Q    Have you sustained any hearing loss as a

                                                    174

1    result of this infection or issue in your left ear?

2         A    Yes, sir.

3         Q    Can you explain that to me.

4         A    I've been to Highland.  And they're

5    supposed to give me a hearing aid, but so far they

6    haven't given it to me.

7         Q    When were you sent to Highland?

8         A    Several times.  I don't know the exact

9    date, but I went to go see the ear specialist

10   several times.

11        Q    Have any of the health care providers at

12   Highland explained to you why you're having this

13   hearing loss?

14        A    Nope.  I mean, they all assume it's from

15   the staph.

16        Q    Did they tell you that?

17        A    No.  They basically said -- I mean, they

18   asked me after the staph when it started happening,

19   so --

20        Q    When did you first start seeing health

21   care providers at Highland after you first developed

22   the drainage in your left ear?

23        MS. HUANG:  Objection.  Vague and ambiguous.

24        Q    BY MR. BERTLING:  You can go ahead and

25   answer the question.

                                                    175

ALVARADO COURT REPORTERS

1          MS. HUANG:  Did you understand it?

2          THE WITNESS:  Can you repeat it.

3          Q    BY MR. BERTLING:  Yeah.  So you developed

4     this drainage from your left ear; is that correct?

5          A    Yes.

6          Q    And at some point after you developed the

7     drainage in your left ear you're sent to Highland;

8     is that correct?

9          A    Yes.

10         Q    How long after you developed the drainage

11    in your left ear was it before you were sent to

12    Highland the first time?

13         A    I have no idea.  I go to the same doctor

14    for my eyes too, so, like, you're asking me --

15              Because it's the ear, eyes, throat, nose

16    specialist, so I've been there before for my eyes.

17    So it's kind of, like --

18         Q    What is the problem that you've had with

19    your eyes, Mr. Mallett?

20         A    I have glaucoma.

21         Q    And are you treated for that glaucoma by

22    the ENT specialist at Highland?

23         A    Yes.

24         MS. HUANG:  EMT?

25         MR. BERTLING:  ENT, Ear, Nose, Throat.

                                                    176

ALVARADO COURT REPORTERS

1          MS. HUANG:  Ear, Nose, Throat.  Okay.

2          THE WITNESS:  Yeah, same doctor.

3          Q    BY MR. BERTLING:  And are you sent over

4     there where Custody takes you and you're seen by

5     them and they evaluate you and treat you?

6          A    Yes.  They take the pressure in my eyes,

7     test the pressure on my eyes --

8          Q    And --

9          A    -- every four months.

10         Q    I'm sorry, I didn't mean to cut you off.

11              Have they been doing anything to treat

12    your ear?

13         A    No.  They just did the ear test.  Like

14    they sent me to a specialist at that medical -- it's

15    on Foothill right by the Sheriff's Department, the

16    hospital.  Do you know what I'm talking about?

17              Well, there's an ear specialist up in

18    there.  They sent me in there.  She put these things

19    on my head, and there's this noise that gets louder,

20    and I had to point when I heard something and when I

21    didn't.  And so her recommendation was that I needed

22    hearing aids, I guess.

23              So she told me that I had lost some

24    hearing and did I want hearing aids.  And I told

25    her, "Yeah," and so far I haven't gotten those.  And

                                                  177

ALVARADO COURT REPORTERS

1     that was way over six months ago.

2          Q     The Complaint goes on to say that:

3                     "In addition to these issues,

4                James Mallett suffered a fracture of his

5                right hand."

6                When did you first suffer the fracture of

7     your right hand?

8          A     October '21.

9          Q     How did you sustain that fracture, if you

10    know?

11         A     A fight.

12         Q     And what treatment -- Well, first of all,

13    was the left hand -- Excuse me, was the right hand

14    ever x-rayed?

15         A     It was x-rayed.

16         Q     I'm sorry?

17         A     It was x-rayed.

18         Q     How long after your right hand was injured

19    was it until you got the X-ray?

20         A     A few days.

21         Q     Did any health care provider explain to

22    you what the X-ray showed?

23         A     No.  They just said my -- At first they

24    sent me a piece of paper saying that the X-rays were

25    not in normal standards, and I went to go see them.

                                                            178

1    And he told me I had a boxer fracture or something

2    like that.

3        Q    Who's the "he"?

4        A    Dr. Slaybaum (phonetic).

5        Q    And what treatment -- Well, what kind of

6    pain did you experience from this fracture?

7        A    It was -- I mean, it was, like, I couldn't

8    bend my hand.  I couldn't pick up nothing.  The pain

9    was extreme.  I mean, I made my own little

10   cardboard, like --

11       MS. HUANG:  Cast?

12       THE WITNESS:  Yeah.  Because they gave us these

13   horrible wraps.  I had about 15 of them, and I put

14   15 of them and wrapped my hand.  Because they

15   wouldn't give me -- They gave me a wrap, but it

16   wasn't straightening it out, so I had to do it on my

17   own.

18       Q    BY MR. BERTLING:  It indicates here:

19            "Defendant Wellpath's only medical

20            care was to provide James Mallett with an

21            ace badge."

22            Is that what you mean by "the wrap"?

23       A    Yeah, the wrap.

24       Q    And how long did you have to wear that

25   wrap?

                                                    179

```
1        A     For, like, three months.

2        Q     Do you continue to have any problems with

3   your right hand?

4        A     Yeah.

5        Q     What is the nature of the problem you

6   currently have?

7        A     Well, I can't -- I write a lot because I'm

8   a poet.  Plus I write letters to my family.  But I

9   can't sit there and do my artwork.  Because I used

10  to -- Because my hand gets stiff.  And the pain,

11  it's like from gripping the pen too long.  I have to

12  stop and exercise my hand.

13       Q     Mr. Mallett, I'm done with my questions.

14  Some of the other attorneys may have a question or

15  two.  And Ms. Huang may have questions as well.

16       MS. HUANG:  Ms. Peters?  Mr. Reitmeyer?  Do you

17  have questions?

18       MS. PETERS:  I do.  Could we take a five-minute

19  break?

20       MR. BERTLING:  It's fine with me.

21            Is that okay?  Can we take a five-minute

22  break?

23       DEPUTY WHITE:  Is that in the rules?

24       MS. HUANG:  No.  Call the Lieutenant.

25       DEPUTY WHITE:  If everyone agrees.
```

                                                          180

1        MR. BERTLING:  Yeah, okay.

2        DEPUTY WHITE:  Any objections?

3        MS. PETERS:  No.

4        MR. BERTLING:  No.

5        MS. PETERS:  Thank you.

6            (A brief recess was taken.)

7        MS. PETERS:  Let's go back on the record.

8        MR. BERTLING:  Put on your protest, Yolanda.

9        MS. HUANG:  I will.

10        MS. PETERS:  Are we on the record?

11        MR. BERTLING:  Yeah.

12        MS. HUANG:  I'm going to put on the record that

13   this is an objection to disparate treatment by the

14   jail.  I was specifically told that I could not have

15   my laptop with me today, and yet Peter has his

16   personal laptop in the jail.

17            I was also told the last time that I was

18   not allowed to have a laptop.  I've requested that

19   Lieutenant Modeste be contacted and that I be

20   informed and provided with a copy of that policy.

21            So I feel like there is discriminatory

22   treatment and that it is to handicap and give

23   preferential treatment to Defendants and to handicap

24   Plaintiffs.

25        MR. BERTLING:  And I'd just like the record to

                                                      181

ALVARADO COURT REPORTERS

1    establish that I'm not certain what my paralegal and

2    assistant filed, but I believe we were able to bring

3    the laptop at CDCR.

4           My briefcase was checked.  I was allowed

5    to bring in the laptop, and neither Ms. Huang nor I

6    were allowed to bring in our cell phones.  I had to

7    rent a locker and put my cell phone away.  So I

8    don't personally know what the policy is.  I just

9    know that I brought my laptop at CDCR for the

10   deposition last week, and I brought my laptop today.

11          So we're ready to go.  Let's go back on

12   the record so Mr. Mallett can have his questioning

13   completed.

14      MS. PETERS:  Okay.

15

16                       EXAMINATION

17   BY MS. PETERS:

18      Q    Mr. Mallett, my name is Temitayo Peters,

19   and I represent the County of Alameda.  Do you

20   understand that you're still under oath right now?

21      A    Yes, ma'am.

22      Q    All right.  So I just have a couple of

23   questions for you.  First, do you know a deputy by

24   the name of Deputy Ignont?

25      A    Not to my knowledge.

                                                      182

                   ALVARADO COURT REPORTERS

1      Q    So, to your knowledge, you've never

2    interacted with a Deputy Ignont; is that correct?

3      A    Not to my knowledge.  It's not ringing a

4    bell.

5      Q    Okay.  What about a Deputy Joe, does that

6    ring a bell, that name?

7      A    No.

8      Q    Was that a "no"?

9      A    No, ma'am.  I don't recall either one.

10      Q    Okay.  So to your knowledge you've never

11    interacted with a deputy by the name of Deputy Joe?

12      A    No, ma'am.

13      Q    Okay.  And Mr. Bertling earlier talked to

14    you about the allegations that you're making in the

15    Fifth Amended Complaint that was filed in this

16    lawsuit.  And you understand that you're one of the

17    named Plaintiffs in this lawsuit; correct?

18      A    Yes, ma'am.

19      Q    And you previously talked with

20    Mr. Bertling about, like, a white pimple on top of

21    purple swelling on your knee.

22          Do you recall that testimony?

23      A    Yes, ma'am.

24      Q    Did any medical provider ever tell you

25    that that white pimple was caused by a sanitation

183

1    issue in the cell that you testified previously

2    about?

3         A    They didn't tell me anything.  You know,

4    they finally swabbed it few weeks later.

5         Q    I'm so sorry, I did not understand you.

6    They didn't tell you anything about --

7         A    They didn't tell me anything until the

8    swab came back that it was staph.

9         Q    So at the point when the swab came back,

10   did any medical provider ever tell you that the

11   staph was caused by unclean cell conditions?

12        A    They did.  They tell me it came from being

13   around an unclean environment.  And it could be a

14   small cut or whatever inside your skin, where

15   bacteria gets in and causes the staph to fester on

16   it or whatever he said.

17        Q    And the issue occurred approximately a

18   month after you last came into custody; correct?

19        MS. HUANG:  Objection.  Misstates his

20   testimony.

21        Q    BY MS. PETERS:  You can answer.

22        A    I don't know the exact date it happened.

23   I know it happened when I moved into Cell 5.

24        Q    Okay.  Do you recall if it was soon after

25   you came into custody or a long time after?  Do you

                                                      184

1    have an estimate?

2        A    It was some weeks after I was already in

3    jail.  I was already in custody, so weeks later.

4        Q    Did you say "a few weeks"?  I didn't hear

5    you.

6        A    Well, I was in custody for at least a

7    month, month and a half.

8        Q    Okay.  So going back to your prior

9    testimony about the dirty cell you believe you were

10   placed in when you were moved, approximately how

11   long were you in the cell before you were provided

12   cleaning supplies?

13       MS. HUANG:  Assumes facts not in evidence that

14   he was ever provided cleaning supplies.

15       Q    BY MS. PETERS:  Go ahead.

16       A    The Sergeant at the time, Sergeant Nixon

17   (phonetic) wouldn't allow medical supplies to be

18   kept in the cell, so we were only allowed to get

19   them when we did cell cleaning.  They don't ever do

20   cell cleaning.  You have to ask -- You have to

21   basically ask them.  And whenever they get around to

22   it, they do it.

23       Q    But you were provided cleaning supplies;

24   right?  Is that accurate?

25       A    No.  Again, not right then, no.  Not right

                                                    185

ALVARADO COURT REPORTERS

1    then, no.

2         Q    So your testimony -- When you were first

3    transferred to that cell, you were not provided with

4    cleaning supplies; correct?

5         A    No.

6         Q    Approximately how long after you were

7    transferred to the cell were you provided with

8    cleaning supplies?

9         A    A while.  It depends on the deputy.

10   That's what I'm telling you, you don't get it --

11   It's not handed out.  Like you don't get.  It's not

12   handed out or something that you ask for it and they

13   immediately bring it to you.  It's when they feel

14   like it.  It's not something they do.

15            And if they do it, it's in a milk crate,

16   and there's shit and piss and all that on that

17   thing.  And then you're walking around with that in

18   your cell.  I don't want that in my cell.

19            So, no.  What you're asking is something

20   that don't happen.  It's not like that.  It's not

21   like they came and, "Here's a mop and a clean

22   bucket."  None of that.  None of that.  You're not

23   going to get no mop in your cell, none of that.

24   It's not going to happen.

25         Q    So you have been provided with a mop on

                                                    186

1    occasion; is that correct?

2         A    No.  You're never going to get a mop.

3    They're never going to give you a mop inside your

4    cell.  Never.  Never, ever will you receive a mop in

5    Santa Rita.

6         Q    I understand your testimony is that you're

7    not allowed to keep a mop in your cell.  Are you

8    provided access to a mop at all?

9         A    No.  You're not allowed a mop at all

10   whatsoever, ma'am.

11        Q    Okay.

12        A    They're not going to give you a mop to

13   clean your cell.

14        Q    Okay.  So going back, I'm not talking

15   generally about cleaning supplies.  I'm talking

16   about the specific time you were placed in that cell

17   that you testified about previously, when you were

18   being moved from 5 -- I think it was Cell 9 to

19   Cell 5.

20             Do you recall that testimony?

21        A    Yes, ma'am.

22        Q    And then you talked about cleaning the

23   cell, but not having gloves.

24             Do you recall that testimony?

25        A    Yes, ma'am.  I recall I said that I

                                                    187

ALVARADO COURT REPORTERS

1    cleaned the cell with my own soap.  No disinfectant,

2    my own soap.

3         Q    So approximately --

4              Go ahead.

5         A    That's what I cleaned it with, soap.  My

6    hands and soap.

7         Q    Okay.  So approximately how long were you

8    in the cell before you were able to begin cleaning

9    it?

10        MS. HUANG:  Excuse me?  I didn't hear that.

11        Q    BY MS. PETERS:  Approximately --

12             Ms. Alvarado, can you read back the

13   question.

14             (The record was read as follows:)

15                "Q   Okay.  So approximately how long

16             were you in the cell before you were able

17             to begin cleaning it?"

18        THE WITNESS:  I started cleaning it right then

19   and there, when I went to the cell, with soap and

20   water.  I told you that.

21        Q    BY MS. PETERS:  Okay.  And at any point

22   did you ask a deputy for cleaning supplies?

23        A    Yes.  I asked them, and I didn't receive

24   it.

25        Q    I didn't catch the end there.

                                                    188

1      A    I did, but I did not receive any.

2      Q    So at no point while you were in the cell

3  that you talked about earlier did you receive any

4  cleaning supplies.  Is that your testimony?

5      MS. HUANG:  Misstates his testimony.  You were

6  originally asking him about when he was cleaning the

7  cell after he was first put in there, and his

8  testimony is that he did it.

9           (Reporter clarification.)

10     MS. PETERS:  I didn't hear that either.  Can

11  you read back the last question.

12           (The record was read as follows:)

13           "Q   So at no point while you were in

14           the cell that you talked about earlier did

15           you receive any cleaning supplies.  Is

16           that your testimony?"

17     THE WITNESS:  No, that's not my testimony.

18  That's your testimony.

19     Q    BY MS. PETERS:  So when did you receive

20  cleaning supplies when you were in that cell?

21     MS. HUANG:  At any time while he was in Cell 5,

22  is that the question?

23     MS. PETERS:  That's not my question.

24     Q    My question is previously you testified,

25  when Mr. Bertling was questioning you, that you were

189

ALVARADO COURT REPORTERS

1    moved from Cell 9 to Cell 5 and that it was dirty.

2    So when you were initially moved, at what point did

3    you receive cleaning supplies?

4        MS. HUANG:  Vague and ambiguous.  He's already

5    testified that he never received cleaning supplies.

6        MS. PETERS:  Ms. Huang, you can object, but

7    speaking objections are not appropriate.  If you

8    don't like the question, object, and then let him

9    answer.

10       MS. HUANG:  Misstates his testimony.

11       Q    BY MS. PETERS:  All right, Mr. Mallett,

12   you can answer the question.

13       A    So, again, I did not receive any supplies

14   to clean the cell myself.

15       Q    At any point while you were in Cell 5 in

16   Housing Unit 3 did you receive cleaning supplies?

17       A    Yes, eventually.

18       Q    How often, if you can recall, did you

19   receive cleaning supplies when you were in that

20   cell?

21       A    I mean, I can't say, like, every day, but

22   periodically.  Maybe two -- Maybe two, three times a

23   week if you ask for it.

24            It all depends on the deputy and what

25   they're doing.  I mean, shit happens in jail, so

                                                      190

1    they be busy a lot.  They're human beings.  They

2    forget about you.  You're just a piece of shit in

3    there.  With other things that happen in there, they

4    forget you.  They leave you and you just have to

5    wait til pod time.

6            And then you have to remind the deputy,

7    and he's, like, "All right, I'll get you," but by

8    that time it's chow.  So it's, like, you know,

9    you're put on the back burner.  So find your own

10   way.  You get your soap and your water and you put

11   it in the bucket.  You get an old shampoo bottle and

12   clean the cell that way.

13       Q    So it sounds to me like sometimes they

14   can't provide the cleaning supplies immediately, but

15   eventually -- and sometimes you have to remind

16   them -- you get cleaning supplies?

17       MS. HUANG:  Objection.  Misstates his

18   testimony.

19       THE WITNESS:  No.  They give it to you if

20   they're reminded, yeah.  You can ask for it, and

21   they give it to you sometimes right then and there.

22   Sometimes not at all.  You know, it depends.

23            I mean, it's not an everyday thing.  It's

24   not mandatory.  You have some Sergeants that they

25   don't even like you to have disinfectant in your

                                                   191

ALVARADO COURT REPORTERS

1    cell.  They'll write you up.

2              There was a period of time when

3    Sergeant Nixon was our Sergeant where we couldn't

4    even have disinfectant in our cells.  He wouldn't

5    allow the pod workers to give us disinfectant to

6    clean our cells, so --

7         Q    So you talked about disinfectant.  What

8    other types of cleaning supplies are you generally

9    provided access to?

10        A    Nothing.  What other chemicals are there?

11        Q    I mean, do you get brooms?

12        A    I mean, they get you a handle to the

13   bedroom.  Not the stick, but the bottom part, the

14   little bitty -- where the brush is at.  They give

15   you that.

16        Q    Did you get dust pans?

17        A    Who?

18        Q    Do you get dust pans?

19        A    Dust pans?  You get dust pans and a broom.

20   And there's a cup with a toilet brush inside, and

21   it's -- Yeah.  It's not something that you would

22   want to clean with, let's put it like that.

23        Q    What else?

24        A    It's something you would rather throw away

25   rather clean with.  But that's what they give us.

192

```
 1       Q     Toilet brushes.  What else do you get?

 2       A     That's it.  A spray bottle with some

 3   watered down disinfectant.  Or maybe it might be

 4   blue window wipe.  It depends.  Not always

 5   disinfectant.  Sometimes window wipe spray, which is

 6   not a disinfectant, but they give it to you.

 7       Q     Anything else?

 8       A     No.

 9       Q     Have you ever been a pod worker?

10       A     No.  They won't allow people with my

11   charges to be pod workers.

12       Q     Have you ever seen pod workers working in

13   any of the housing units you've been assigned to?

14       A     Yeah.

15       Q     Was that a "yes"?

16       A     Yeah, they have pod workers in there.

17       Q     Have you ever seen pod workers cleaning?

18       A     It depends on the pod workers.  It's on

19   them.  Some pod workers don't clean at all.  Some

20   pod workers just, you know, run their mouths.

21       Q     My question, sir, was have you ever seen

22   any pod workers cleaning in any of the housing units

23   you've been assigned to?

24       A     I've seen them periodically, yes.

25       Q     And what are they -- What have you seen
```

                                                    193

1    the pod workers cleaning?

2         A    They vacuum the floor and sweep and mop

3    the floors, the little walk space.  That's it.

4         Q    Have you ever seen anyone other than a pod

5    worker cleaning in any of your housing units?

6         A    No.  There ain't anyone but pod workers.

7         Q    Have you seen any of the other inmates

8    assigned to your housing unit cleaning ever?

9         A    No.  No.  I don't see that.

10        Q    And the housing unit that you've been

11   assigned to, are they dorm style or are they single

12   cells?

13        A    Double cells.

14        Q    Got it.

15             Have you ever seen a copy of the Fifth

16   Amended Complaint?

17        A    I believe I answered that already.

18        Q    Yeah, I'm sorry.  Sometimes I can't hear

19   you, so I apologize if I ask you the same question.

20             So is that a "yes" or "no," have you ever

21   seen a copy of the Fifth Amended Complaint?

22        A    No.

23        Q    Okay.  I'm going to just ask you, there's

24   a number of other people who are named as Plaintiffs

25   in the Complaint, so I just want to know if you have

                                                    194

```
 1    ever talked to any of them.
 2              Do you know an inmate by the name of
 3    Daniel Gonzalez?
 4        A    No, not to my knowledge.
 5        Q    What about Lawrence Gerrans,
 6    G-e-r-r-a-n-s?
 7        A    No, ma'am, not to my knowledge.
 8        Q    Cedric Henry?
 9        A    No, ma'am.
10        Q    Michael Lockhart?
11        A    I know of him.
12        Q    Have you ever spoken to him?
13        A    No.
14        Q    What about Randy Harris?
15        A    No.
16        Q    Eric Rivera?
17        A    No.
18        Q    David Misch, M-i-s-c-h?
19        A    No, ma'am.
20        Q    What about an Eric Wayne?
21        A    No, ma'am.
22        Q    Rashid Tucker?
23        A    No, ma'am.
24        Q    Darryl Geyer, G-e-y-e-r?
25        A    No, ma'am.
```

195

```
1        Q     And, lastly, Timothy Phillips?

2        A     No, ma'am.  If I do know any of these

3   people, it's by a nickname.  It's not by their name.

4        Q     Have you spoken to any other inmate in

5   Santa Rita jail about the allegations you are

6   alleging in this lawsuit?

7        A     No.

8        Q     Are you claiming that you sustained any

9   injuries as a result of the sanitation conditions at

10  Santa Rita jail?

11       A     Am I claiming?

12       MS. HUANG:  Do you understand the question?

13       THE WITNESS:  Am I claiming that I received the

14  injuries from the sanitation?

15       Q     BY MS. PETERS:  Yes.

16       A     Yes, I am.

17       Q     What specific injury are you claiming that

18  you have sustained from the sanitation?

19       A     The staph infection that degraded my ear

20  and hearing.

21       Q     I'm so sorry --

22       A     The staph.  I'm claiming that the staph

23  that infected my knee and traveled to my ear has

24  caused me great pain and continues to be ongoing

25  pain in my knee and has taken the ability for me to
```

196

ALVARADO COURT REPORTERS

1    hear 100 percent in my left ear.  That's what I'm

2    claiming.

3           And an ongoing constant pain in my knee,

4    more cracking and popping of the bones and aching

5    and unable to straighten it fully.  All of that,

6    yeah.  That's what I'm claiming.  I didn't have all

7    this before that.

8        Q    Did any medical provider tell you that

9    your staph infection traveled to your ear?

10       A    I mean, yeah.  They said a lot of things.

11   They said that too.

12       Q    So my question is has any medical provider

13   told you that the staph infection from your knee

14   traveled to your ear?

15       MS. HUANG:  The question is did the specific

16   infection from your knee go to your ear, or did it

17   come from someplace else?

18       THE WITNESS:  No, it came from my knee.  That's

19   what they told me.

20       Q    BY MS. PETERS:  Which medical provider

21   told you that the staph infection traveled to your

22   ear?

23       A    I can't recall what names.  I just told

24   him, "I don't know what happened."  I've seen so

25   many different doctors, I don't know.

                                                    197

ALVARADO COURT REPORTERS

```
 1        Q     Was it a medical provider at Santa Rita
 2   jail?
 3        A     A medical provider here.  And they told me
 4   that I either -- When it was unwrapped, I either
 5   touched it and put some in my ear, or from me
 6   playing with it.  They said that I was the cause of
 7   it, that I put the staph in my ear, basically.  They
 8   blame me for it traveling to my ear.
 9        Q     Did any medical provider ever tell you to
10   stop scratching the staph infection on your knee to
11   prevent it from spreading?
12        MS. HUANG:  Objection.  Lacks -- Objection.
13   Objection.  Lack of foundation.
14        Q     BY MS. PETERS:  You can answer.
15        A     No, they never told me.
16        Q     Okay.  I have no further questions
17   currently.
18        MS. PETERS:  Buck, do you have any?
19             Oh, I'm sorry I have one follow-up.
20        Q     So besides the knee and the ear, those are
21   the only two sanitation injuries you're claiming in
22   this lawsuit; is that correct?
23        MS. HUANG:  Could you ask that question again.
24   I'm not sure I heard all of it.
25        MS. PETERS:  Ms. Alvarado, did you get it?
```

                                                          198

```
 1        THE COURT REPORTER:  Yes.

 2        MS. PETERS:  Can you please read it back.

 3            (The record was read as follows:)

 4              "Q   So besides the knee and the ear,

 5            those are the only two sanitation injuries

 6            you're claiming in this lawsuit; is that

 7            correct?"

 8        THE WITNESS:  You want me to answer?

 9        Q    BY MS. PETERS:  Yes, please.

10        A    Yes, ma'am.

11        MS. PETERS:  Thank you.  All right.

12

13                        EXAMINATION

14   BY MR. REITMEYER:

15        Q    Mr. Mallett, my name is Charles Reitmeyer.

16   I'm from the law firm Morgan, Lewis & Bockius.  Do

17   you remember previously you were deposed?  It was

18   August 17, 2022.  Do you remember that?

19        A    Yes, sir.

20        Q    Okay.  So all my instructions from then

21   still apply; is that okay?

22        A    Yes, sir.

23        Q    Okay.  Just for the sake of the

24   deposition, if I refer to "the jail," we're

25   referring to Santa Rita jail.
```

199

```
 1              Is that okay?

 2       A     Yes, sir.

 3       Q     Great.  Okay.  So my understanding is the

 4  last time that you were sent to Santa Rita jail was

 5  in 2020; is that correct?

 6       A     Yes, sir.

 7       Q     And when you were sent to Santa Rita jail

 8  in 2020, were you serving a sentence?

 9       MS. HUANG:  Mr. Reitmeyer, can you hold on just

10  a minute.

11              Are you okay, James?  Do you need to stand

12  up and move just for a moment?

13       THE WITNESS:  No.  I just need to stretch my

14  leg.

15       DEPUTY WHITE:  He's going to stand up for a

16  minute.

17       MS. HUANG:  He just seemed to have been in

18  pain, that's all.

19              (Brief pause in the proceedings.)

20       THE WITNESS:  Okay.

21       MS. HUANG:  If you need to take a break because

22  you're in pain, you can say so.

23       THE WITNESS:  It's just the leg.  I'm all

24  right.

25       MS. HUANG:  I'm sorry, Mr. Reitmeyer.  Please
```

ALVARADO COURT REPORTERS

1    continue.

2         Q    BY MR. REITMEYER:  When you were sent to

3    Santa Rita jail in 2020 were you serving a sentence?

4         THE WITNESS:  Yes, sir, I was.

5         MS. HUANG:  No, you were in pre-trial.

6         THE WITNESS:  Oh, pre-trial, yeah.

7         MR. REITMEYER:  Yolanda, you can't answer for

8    the deponent.

9         THE WITNESS:  I wasn't serving a sentence, no.

10        Q    BY MR. REITMEYER:  So where were you

11   before being sent to Santa Rita jail in 2020?

12        A    At home.

13        Q    At home.  Okay.  All right.  And at some

14   point in time you pled guilty to the charges that

15   brought you to Santa Rita jail in 2020; correct?

16        A    Yes, sir.

17        Q    And what was that period again, I

18   apologize?  I was having trouble hearing a lot.

19             When did you plead guilty to the charges

20   that brought you to Santa Rita jail?

21        A    I think it was the fifth or second of this

22   month, September, I pled.

23        Q    Since August 17, 2022 were you ever

24   hospitalized as a result of the food served to you

25   while you were incarcerated at the jail?

                                                      201

```
1        A    No, sir.

2        Q    Since August 17, 2022 did you ever receive

3    any medical treatment as a result of the food served

4    to you while you were incarcerated at the jail?

5        A    No, sir.

6        Q    Since August 17, 2022 did you ever seek

7    medical treatment as a result of the food served to

8    you while you were incarcerated at the jail?

9        A    No, sir.

10       Q    Okay.  Since August 17, 2022 has any

11   nurse, doctor, or other health care professional

12   ever diagnosed you with any injury as a result of

13   the food served to you while you were incarcerated

14   at the jail?

15       A    No, sir.

16       Q    Since August 17, 2022 has any nurse,

17   doctor, or other health care professional ever

18   diagnosed you as being malnourished or

19   undernourished?

20       A    No, sir.

21       Q    Since August 17, 2022 has there been any

22   change in your health as a result of the food served

23   to you at the jail?

24       A    No, sir.

25       Q    Mr. Mallett, have you ever prepared any
```

202

ALVARADO COURT REPORTERS

1    type of Declaration or statement concerning your

2    conditions of confinement at the Santa Rita jail?

3         A    Have I ever -- Say that again.

4         Q    Have you prepared any type of statement or

5    Declaration concerning your conditions of

6    confinement at the Santa Rita jail for this

7    litigation or any other litigation?

8         A    I wrote nothing no.  No.

9         Q    Okay.  Okay.  I'm going to try to share my

10   screen.

11             Okay, Mr. Mallett, do you see on this

12   screen a document that says:  "I, James Mallett,

13   declare," and it has --

14        MS. HUANG:  You're going so fast, he can't read

15   it.

16        MR. REITMEYER:  I understand.  I don't want him

17   to read it.

18        Q    And it has seven paragraphs or sections.

19        MS. HUANG:  We can't tell how many paragraphs

20   it has.

21        MR. REITMEYER:  Okay, Yolanda, you can object

22   to questions, okay?

23        Q    So, Mr. Mallett, I'm sharing on my screen

24   a document that says:  "I, James Mallett, declare,"

25   and it has seven sections.

                                                      203

ALVARADO COURT REPORTERS

```
 1            Have you ever seen this document before?
 2       A    Yeah, I've seen it.
 3       Q    All right.  So why did you just say you
 4  haven't prepared any Declarations?
 5       A    Because I didn't write it.  I mean, I
 6  don't have a typewriter.  I don't recall writing it.
 7  I know I signed it.
 8       Q    When did you see this document before,
 9  sir?
10       A    When me and my lawyer sat down and went
11  over it and I signed it.
12       Q    Okay.  So where did you sign it?  Because
13  I'm not seeing a signature.
14       A    Didn't I sign it?
15       MS. HUANG:  You signed it here.
16       Q    BY MR. REITMEYER:  I can't hear what
17  you're saying, sir.
18       A    I signed it when I talked to my lawyer in
19  here, in jail.
20       Q    Okay.  So was this a meeting in the jail?
21       A    Yes.
22       Q    Okay.  And it's your testimony that you
23  signed a document similar to this?
24       A    I signed a document.  I gave her Power of
25  Attorney to sign documents on my behalf.
```

204

1    Q    Okay.  So, sir, you just said that you

2    signed a document similar to this.  And I'm

3    wondering where that document is.

4    A    I signed a document that said Yolanda can

5    be my lawyer.  She filed this.  That's what I had

6    her do.

7    MR. REITMEYER:  So, Yolanda, I'm going to ask,

8    and I'll obviously follow up, but I'd like to see

9    that document.

10   THE WITNESS:  Well, I gave her a Power of

11   Attorney.  Yeah, I signed that document.  And she

12   filed it on my behalf.

13   Q    BY MR. REITMEYER:  Mr. Mallett, I want to

14   make sure I heard it right, because the volume here

15   or whatever, the sound hasn't been great.  But when

16   you were talking to Peter, you said that you have

17   documents in your cell concerning this litigation.

18        Is that correct?

19   A    Yes, sir.

20   Q    Have you ever provided any documents of

21   your own to your attorney, Ms. Huang?

22   A    Yes.  She got the documents, the medical

23   documents and the grievances and stuff.

24   Q    Okay.  Did any of those grievances concern

25   food?

205

ALVARADO COURT REPORTERS

```
1        MS. HUANG:  I didn't hear the question, sorry.
2        Q    BY MR. REITMEYER:  Did any of those
3   grievances that you provided to Ms. Huang concern
4   food?
5        A    Yes, sir.
6        Q    Okay.
7        MR. REITMEYER:  Yolanda, once again, I'll put
8   this on the record, and I'll follow up.  From what I
9   can see in the records, you have never produced any
10  documents from Mr. Mallett, but yet he's now
11  testified that he provided you documents concerning
12  this litigation.
13       MR. BERTLING:  Buck, I think what we'll do is
14  we'll just keep this deposition open until that
15  documentation is produced.
16       MR. REITMEYER:  That's fine.
17            Okay.  I have no further questions.
18       MS. HUANG:  I have a few questions.
19
20                       EXAMINATION
21  BY MS. HUANG:
22       Q    Mr. Mallett, in addition to sanitation
23  problems that you had with your cell being dirty, do
24  you have sanitation problems with other parts of
25  your housing, like the showers.
```

                                                         206

```
 1        A    Yes, the showers, they stink.  They're
 2   filthy.  They piss in the shower daily.  They only
 3   allow one door check an hour, so you've got 36 men
 4   in there, or more than 36, about 36, so you do the
 5   math how many people drinking coffee, working out,
 6   they piss in the shower.  Every five minutes, you
 7   know, you get the five-minute unlocks, door checks
 8   where you're able to -- If you're going in your
 9   cell, you have five minutes to use the bathroom
10   between the two men.  So if you've got diarrhea,
11   I've got to stand outside, stand and wait until you
12   go.  Then they're going to cut off the TV and all
13   that, I mean, you know, unless you tell them or ask
14   for more time.  It depends on the deputy.
15        Q    So what is the current schedule for
16   out-of-cell time?  Are you still in 3?
17        A    No, I'm at 8.
18        Q    8 now?
19        A    8.  They moved everybody from 3 to 8.
20        Q    Housing Unit 8.  And is that a general
21   population pod?
22        A    Yeah.
23        Q    And you're at 8 what?
24        A    Cell 5, C-five.
25        Q    C-5.  And in C-5 of Housing Unit 8, when
```

ALVARADO COURT REPORTERS

1    do you get pod time?

2         A    From 8:00 in the morning until 12:00,

3    sometimes 1:00, depending on the deputy.

4         Q    And do you get pod time in the evening?

5         A    Yeah.  Sometimes from 6:00 to 10:00.

6    Sometimes from 7:00 to 10:00.

7         Q    And when you guys get pod time, is there

8    someone using the shower every single pod time?

9         A    Yeah.

10        Q    And after you get pod time in the morning,

11   in the morning from 8:00 to 12 or 1:00, when is the

12   next time that the shower is cleaned?

13        MR. BERTLING:  Objection.  Lacks foundation.

14   Calls for speculation.  Outside his personal

15   knowledge.

16        Q    BY MS. HUANG:  Can you tell?

17        A    Sometimes the pod is cleaned one time

18   after every evening.  After every 12:00 o'clock

19   lockdown, the pod will be cleaned.  Vacuumed, clean

20   showers.  They do it once a day.

21        Q    In the afternoon?

22        A    About 12:00 o'clock, yes.

23        Q    And is the pod cleaned again after the

24   evening cell time?

25        A    No.

                                                      208

1      MR. BERTLING:  Objection.  Lacks foundation.

2  Calls for speculation.

3      THE WITNESS:  No.

4      Q    BY MS. HUANG:  So when you come out in the

5  morning from 8:00 to 12:00, whatever has been

6  deposited in the showers is still there?

7      MR. BERTLING:  Objection.  Lacks foundation.

8  Calls for speculation.  Outside his personal

9  knowledge.

10      THE WITNESS:  They only clean it once a day.

11      Q    BY MS. HUANG:  And can you tell that it

12  hasn't been cleaned?  Does it smell like it's not

13  been cleaned?

14      A    Yeah.  You see the body hair, pubic hair

15  on the ground.  You see dirt, soap wrappers, the

16  little top plastic -- white part of the soap.  You

17  see that.  You smell the urine.

18          It's only on the bottom shower.  We don't

19  go upstairs, so -- I can't walk upstairs because of

20  my leg, so I --

21      Q    And you just have one shower?

22      A    No.  You have a bottom and top shower, but

23  everybody uses the bottom to piss in.

24      MR. BERTLING:  Objection.  Lacks foundation.

25  Calls for speculation.  Outside his personal

209

1    knowledge.

2         Q    BY MS. HUANG:  Is it just one shower on

3    the bottom?

4         A    Just one shower on the bottom.

5         Q    And when people come out for pod time, do

6    both tiers come out at the same time?

7         A    Yes, ma'am.

8         Q    All right.  And when --

9         MS. PETERS:  I'm just going to do a belated

10   objection.  Vague.  Lacks foundation.

11        Q    BY MS. HUANG:  When people come out for

12   pod time, are they on the bottom tier for pod time

13   or on the top tier, or both?

14        MR. BERTLING:  Objection.  Lacks foundation.

15   Calls for speculation.

16        MS. PETERS:  Vague.

17        THE WITNESS:  People spend most of their time

18   on the bottom.  The only reason they go upstairs is

19   to use the shower or go in the cell.

20        Q    BY MS. HUANG:  All right.  And are there

21   any rules that you're aware of that say during pod

22   time inmates are not allowed to go upstairs, to go

23   to the top tier?

24        A    Not to my knowledge.  They probably have

25   them.

                                                    210

ALVARADO COURT REPORTERS

1      Q    Now, when you said cleaning solutions,

2   right, we were talking about cleaning solutions,

3   what color are the cleaning solutions that you get?

4      A    Some be like a clear-ish white/yellow,

5   some blue like Windex.  And another one is a mixture

6   of the yellow and blue, so it turns like a green

7   color.

8      Q    Okay.  Anything else?  Any other color?

9      A    No.

10     Q    So when you're talking about sanitizing

11   solutions, which bottle or color solution are you

12   referring to?

13     A    I assume it's the yellow one, because the

14   blue one is Windex.

15     Q    And how do you know that the yellow one is

16   sanitizer?

17     A    I don't.  I don't know.  It's just what

18   the pod workers tell us.  That's what they give

19   them.

20     Q    So they tell you it's sanitizer?

21     A    Yeah.  They tell us it's disinfectant.

22     Q    But you don't know for sure?

23     A    No, ma'am.

24     Q    Does it come in a bottle that's labeled

25   "Sanitizer"?

                                                    211

ALVARADO COURT REPORTERS

1       A    No.  It's just in a used bottle that they

2   swap out disinfectant when -- It's a bottle, a spray

3   bottle.  Or the pod worker dips a bucket inside the

4   mop bucket before it get all dirty and he give us

5   some of that, but it's still dirty mop water.

6       Q    Do you --

7       MS. PETERS:  Mr. Mallett, we can't hear you

8   when you're turning to your attorney.  Can you look

9   at the screen.

10      Q    BY MS. HUANG:  Do you get a bottle that's

11  labeled, or is it just a plain spray bottle?

12      A    It's just a plain, see-through spray

13  bottle.

14      Q    So the bottle is not labeled?

15      A    No, ma'am.

16      Q    So you don't get a bottle that says

17  "Windex"?

18      A    No.  The bottle is clean.

19      Q    You don't get a bottle that says

20  "Sanitizer"?

21      A    No, ma'am.

22      Q    So you don't get a bottle that tells you

23  what's in the ingredients that are in that spray

24  bottle that's yellow?

25      A    No, not to my knowledge.

                                                    212

```
1        Q    Okay.  When you're cleaning your cell --

2             How long have you been in Housing Unit 8?

3        A    I moved there about a year ago.

4    MS. PETERS:  We can't hear you.  We cannot hear

5    you.

6    THE WITNESS:  Almost about a year.  I believe

7    about a year ago.

8        Q    BY MS. HUANG:  And in the time that you've

9    been in Housing Unit 8, do you get that yellow,

10   solution every time you ask for it?

11       A    Yes, that and, like I said, the blue or

12   the mixture of blue and green, them two together.

13       Q    Do you get one bottle or two bottles?

14       A    Just one bottle, one spray bottle.

15       Q    So the spray bottle could be a blue

16   liquid.  Yeah?

17       A    It could be blue, it could be yellow, it

18   could be green.

19       Q    Okay.

20       A    I don't know how the pod worker fills the

21   bottle up.

22            And you have to realize, when it's filled

23   up and they do pass it out, it's going from one cell

24   to the next.  Each inmate is taking disinfectant out

25   and putting it in the water so we could have some.
```

213

1   So it's not handed out like that.  So we cheat the

2   system by taking it out and pouring --

3           Like I have a little soap bottle or

4   something, I take it out, fill it up, and then fill

5   the water up.  And then it goes to the next cell, so

6   it gets diluted as it goes.

7       Q    Does it affect you that your showers are

8   used as toilets?

9       MS. PETERS:  Objection.  Vague.

10      THE WITNESS:  Yes.

11      MR. BERTLING:  Objection.  Lacks foundation

12  that they're used as toilets.

13      Q    BY MS. HUANG:  Does it affect you?

14      A    Yeah.  I mean, before I take a shower I

15  client it myself.  I try to, anyway.

16      MS. PETERS:  We cannot hear you.

17      THE WITNESS:  Before I get in the shower, I

18  kind of like clean -- push all the stuff down the

19  drain.  I get a cup, throw water on the floor and

20  get all the body hair and stuff until it goes down

21  the drain.

22          I mean, I don't clean the walls, nothing

23  like that.  But I do do the floors so I'm not

24  stepping in it.

25      Q    BY MS. HUANG:  How does -- Are you injured

                                                    214

ALVARADO COURT REPORTERS

1    in any way from having showers that are used as

2    toilets?

3         MR. BERTLING:  Objection.  Lacks foundation.

4    Calls for speculation.  Outside his expertise.

5         MS. PETERS:  Vague.  Calls for expert opinion.

6         Q    BY MS. HUANG:  You can answer.  How are

7    you injured, if you are injured?

8         A    Well, just the mental aspect of having --

9    showering in the filth, along with the bacteria that

10   caused my staph.

11        I mean, it's like -- I wouldn't say I'm

12   OCD now, but I'm, like, almost there, to where

13   everything I touch now, it's, like, you know, I'm

14   skeptical of everything because of having the

15   injuries.

16        Q    Does it make you nervous?

17        A    Yeah.  I mean, it's, like -- I'm not

18   saying anxiety, but, like, you get anxious about

19   being in that environment and having to suffer that

20   kind of pain.

21        Q    Now, you testified earlier in response to

22   Mr. Bertling's question that your ear is now having

23   problems, your left ear.

24        A    Yeah.  I'm still --

25        Q    What are the problems?

 1      A     It has a discharge.  There's a
 2   brownish-yellow pus in there.
 3            And the nurse yesterday said she had
 4   signed me up to see a doctor and putting me on some
 5   type of antibiotic.
 6      Q     In the last year since August of 2022 how
 7   many times have you had pus come out of your left
 8   ear?
 9      A     Several.  Several times.  I mean, every
10   time I had it, I put in a medical request or asked
11   the nurse to see me.  Like I said, they gave me the
12   eye drops or this -- It's like an allergy pill.  But
13   lately I haven't been receiving that.
14      Q     Well, when you say eye drops, are they
15   drops that you're supposed to put in your ear?
16      A     Yes.  They said to put the eye drop in my
17   ear.
18      Q     And do you know that the eye drop is
19   called?
20      A     No.  No.  I don't know.  Normally they
21   tell me to put three or four drops inside my ear.
22      Q     Do they give you the bottle, or they do it
23   for you at pill call?
24      A     No, they give me the bottle and I have to
25   turn my head and do that.

                                                      216

1      Q    Now, other than coming into contact with

2   human feces in your cell and in the shower, do you

3   also come into contact with human waste in

4   multipurpose rooms?

5      A    No.  Sometimes you come in contact with,

6   like, blood and spit and stuff like that from people

7   fighting in the day room, I guess.

8           I mean, you don't know what's on their

9   hands.  I'm sure they have feces on their hands as

10   well.

11      Q    Do people -- Are there toilets in the Day

12   Room?

13      A    There's no toilets, none of that.

14      Q    And do people urinate in the multipurpose

15   room?

16      A    No.  They urinate in the bottom shower.

17   They urinate in the --

18      Q    In the shower?

19      A    In the shower.  There's a sign --

20      Q    I'm not talking about the Day Room where

21   you do pod time.

22      A    Oh, I'm sorry.

23      Q    I'm talking about the multipurpose room

24   where you're staying when you go to court.

25      A    Oh, there's nothing in there.  There's no

217

ALVARADO COURT REPORTERS

1    showers, just an empty room.

2         Q    And are there toilets in there?

3         A    No, ma'am.

4         Q    And do you know what people do when they

5    have to use a toilet and you're being held in the

6    multipurpose room?

7         MS. PETERS:  Objection.  Calls for speculation.

8    Lacks foundation.  Vague.

9         THE WITNESS:  I have seen people piss in the

10   corner my with my own eyes.  I've seen people

11   pissing in the corner.

12        Q    BY MS. HUANG:  And have you been forced to

13   come into contact with human urine?

14        MS. PETERS:  Objection.  Vague.

15        THE WITNESS:  Personally?  No.  I mean, just

16   the time in my cell, like the shit the deputies do.

17   They throw feces on the windows and walls and stuff,

18   and I had to clean that up.

19        Q    BY MS. HUANG:  Does it affect you that

20   people are urinating in the corner of the

21   multipurpose room --

22        MS. PETERS:  Objection.  Vague.

23        Q    BY MS. HUANG:  -- when you're in there?

24        MS. PETERS:  Objection.  Vague.  Lacks

25   foundation.

                                                    218

```
1          THE WITNESS:  I think everybody -- I mean, you
2   have to stand to smell it.  When you sit in there --
3          I mean, again, they are -- It's two
4   deputies per whatever hundred inmates, so they do
5   the best they can, I guess you can say.
6          When you come back from court, you're left
7   in this multipurpose room for an hour and a half.
8   But, mind you, you have already been sitting in
9   another room.  But that room has a bathroom at
10  the -- where they check your record at.  There's a
11  cell with a bathroom.  You wait in there and then
12  they bring you back and you sit in the multipurpose
13  room for about -- anywhere from an hour to an hour
14  and a half, when they normally come strip you out
15  and you smell the piss.
16      Q    BY MS. HUANG:  Are you held in the
17  multipurpose room on the way to court in the
18  morning?
19      A    No.  They used to.  They don't do it no
20  more.  They used to wake you up at 5:00 o'clock in
21  the morning for no reason, and you'd sit in the
22  multipurpose room for hours.
23          Now they only come get you when -- They
24  just started this.  Now they only come get you until
25  they escort you to court.  So now you stay in the
```

219

ALVARADO COURT REPORTERS

1    pod now until the deputy escorts you, is coming to

2    get you.  But you used to have to sit in the

3    multipurpose room.  You had to sit in there with

4    however many people had to go to court, no chairs,

5    no nothing.

6        Q    When did that change that you're held in

7    the pod and not in the multipurpose room?

8        A    This is recently, like last month.  It

9    just started to change.  They don't do it -- They

10   leave you in the pod.  And then when they're

11   ready --

12           Because most of the deputies, I guess the

13   two deputies we have, are currently flexible.  Like

14   you talk to them and it change up, like.  And so

15   they work with us.

16           And I don't know if he go in there or the

17   Sergeant go in there, but on his shift he don't come

18   get you until they're out there waiting.  They don't

19   put you in the multipurpose room.  They stopped

20   that.

21       Q    Okay.  Are they taking you out of your

22   cell early into the pod, or do they just leave you

23   in the cell until --

24       A    No.  After breakfast they just let you --

25   they leave the door open, and you can get ready,

                                                    220

ALVARADO COURT REPORTERS

```
1    brush your teeth, get your hot water.  And if they
2    allow it, you can put on the news and you watch the
3    news, but it didn't used to be that way.
4         Q    So if you need to use the bathroom, you
5    can use the toilet in your cell?
6         A    Now you can.
7         Q    And that's a new policy?
8         A    Yes, something new.  I don't know if
9    they're doing it everywhere, but that's something
10   they're doing recently when you go to court.
11        Q    When you talk to medical people at
12   Wellpath about medical care, do they ever tell you
13   that you need to get that care at the next place
14   you're going?
15        A    Yes, ma'am.
16        Q    Did they ever explain to you why Wellpath
17   would not pay for more medical care?
18        MR. BERTLING:  Lacks foundation.  Calls for
19   speculation.
20        THE WITNESS:  They told me that they would not
21   pay for it.  That's all I know.  First they blamed
22   it on Covid, then they said Wellpath is not going to
23   pay for it.
24        MS. HUANG:  I have no further questions.
25        MR. BERTLING:  Does anybody else have
```

221

ALVARADO COURT REPORTERS

```
 1    questions?

 2         MS. PETERS:  I do not.

 3         MR. REITMEYER:  No.

 4         MR. BERTLING:  Okay.

 5              Natie, we're just going to keep this

 6    deposition open pending receipt of the documentation

 7    that should have been provided.  So I'm not going to

 8    agree that it's closed at this point.  Otherwise

 9    we're done for this session.

10              And, Natie, if you could prepare a

11    transcript of today's proceedings, I'd appreciate

12    it.

13         THE COURT REPORTER:  Okay.  Anybody else need

14    copies?

15         MS. PETERS:  Yes, please.

16         MS. HUANG:  Ms. Alvarado, would you make sure I

17    get notified as well when copies are available?

18         THE COURT REPORTER:  Yes.

19         MR. REITMEYER:  We would like a copy and just

20    electronic is fine.  And in addition to the formal

21    transcript, if we could get a mini I would really

22    appreciate that.

23         THE COURT REPORTER:  Ms. Peters, digital for

24    you?

25         MS. PETERS:  Yes, please.  Thank you.
```

ALVARADO COURT REPORTERS

```
1        MR. REITMEYER:  Thank you for your work today,
2   Natie.  I know it was tough.
3        MR. BERTLING:  Thank you.  We're off.
4        MR. REITMEYER:  Thank you, Mr. Mallett.
5
6             (Whereupon the deposition proceedings
7             adjourned at 1:00 P.M.)
8
9                      *   *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
                                                       223

ALVARADO COURT REPORTERS

```
1    STATE OF _____ )

2    COUNTY OF _____ )

3

4

5              I, JAMES ERIC MALLETT, declare under penalty of

6    perjury that I have read the foregoing transcript and I

7    have made corrections, additions, or deletions that I was

8    desirous of making; that the foregoing is a true and

9    correct transcript of my testimony contained herein.

10

11

12             Executed this _____ day of _____, 2023

13   at _____, _____.
                   City                            State
14

15

16

17

18                      _____
                              JAMES ERIC MALLETT
19

20

21

22

23

24

25
                                                          224
```

```
 1                REPORTER'S CERTIFICATE

 2

 3

 4           I, NATIE FLORES ALVARADO, Certified Shorthand

 5   Reporter, License No. 9016, do hereby certify:

 6           That prior to being examined, the witness

 7   named in the foregoing Deposition (Volume 2), to wit,

 8   JAMES ERIC MALLETT, was by me first duly administered an

 9   oath to testify the truth, the whole truth, and nothing

10   but the truth;

11           That said Deposition was taken at the time and

12   place therein set forth and was taken down by me in

13   shorthand and thereafter reduced to computerized

14   transcription under my direction;

15           I further certify that I am neither counsel for

16   nor related to any party to said action, nor in any way

17   interested in the outcome thereof.

18

19           Dated this 25th day of September, 2023.

20

21

22           _____
                    NATIE FLORES ALVARADO
23

24

25
                                                        225
```

ALVARADO COURT REPORTERS

1                          ERRATA

2

3     Page/Line:                        Notes:

4     _____          _____

5     _____          _____

6     _____          _____

7     _____          _____

8     _____          _____

9     _____          _____

10    _____          _____

11    _____          _____

12    _____          _____

13    _____          _____

14    _____          _____

15    _____          _____

16    _____          _____

17    _____          _____

18    _____          _____

19    _____          _____

20    _____          _____

21    _____          _____

22    _____          _____

23    _____          _____

24    _____          _____

25    _____          _____

ALVARADO COURT REPORTERS

ATTORNEY NOTES

Page/Line:                                    Notes:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

1    REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4        I, NATIE FLORES ALVARADO, CSR No. 9016, a

5   Certified Shorthand Reporter in an for the State of

6   California, certify that the foregoing Pages 133

7   through 225 constitute a true and correct copy of the

8   original Deposition of JAMES ERIC MALLETT, (Volume 2),

9   taken on September 18, 2023.

10

11       I declare under penalty of perjury, under the

12  laws of the State of California, that the foregoing is

13  true and correct.

14

15       Dated this 25th day of September, 2023.

16

17

18

19       _____

20            NATIE FLORES ALVARADO, CSR

21

22

23

24

25

ALVARADO COURT REPORTERS