**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF THOMAS E. NANNEY**
Thomas E. Nanney (State Bar No. 214342)
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass<br><br>**PLAINTIFFS,**<br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br><br>**DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>[Proposed] ORDER RE DISCOVERY DISPUTE |

     Plaintiffs' Statement Regarding Discovery Dispute was reviewed.  Defendant Wellpath declined to submit a statement.

     WHEREAS, the parties had a meet and confer on September 6, 2023, and counsel for Wellpath agreed that the responses to interrogatories were not sufficient.  As a result of the meet and confer, all agreed that defendant Wellpath would do further investigation, by contacting each witness referenced in an interrogatory and produce amended interrogatory responses no later than October 6, 2023.  The agreement contemplated that if the witness had no further recollection than the limited

notes or comments in a medical record, the parties would craft a stipulation limiting any trial testimony of said witnesses to the four corners of the medical record notation.   For those witnesses with independent or supplemental recollections of matters beyond what was recorded in a medical record,  defendant Wellpath would provide amended interrogatories.

  IT IS HEREBY ORDERED that  Wellpath shall have up to and until October 6, 2023 to amend their responses to interrogatories.  For those witnesses identified in Wellpath's Initial Disclosures which defendant Wellpath does not provide amended responses to interrogatories,  their trial testimony shall be limited to the actual language within the four corners of the medical records that they themselves notated, and be barred from introducing any additional testimony, at the time of trial.

Dated: September __, 2023

_____
JUDGE OF THE FEDERAL DISTRICT COURT