Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:   (510) 580-9410
E-Mail:      yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

 Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>     **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al<br><br><br>    **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**DECLARATION OF YOLANDA HUANG IN SUPPORT OF OPPOSITION TO DEFENDANTS' REQUEST FOR DEPOSITION OF MICHAEL LOCKHART, REQUEST FOR RECONSIDERATION**<br><br>LOC.:   450 Golden Gate Ave.,<br>         San Francisco, CA 94102<br>DEPT.: Courtroom 8, 19th Floor<br><br><br>Hon. Jacqueline S. Corley, Presiding |

1

I, Yolanda Huang declare:

1. I am one of the counsels for plaintiffs in this matter.

2. To date, defendants have noticed and taken 11 depositions, including:

    1. Tiara Arnold
    2. L. Gerrans
    3. D. Gonzalez
    4. C..Henry
    5. J. Mallet
    6. D. Misch
    7. T. Phillips
    8. E. Rivera
    9. T. Upshaw
    10. E. Wayne
    11. K. Moule

3. On September 28, 2023, the parties had a meet and confer regarding deposition scheduling. The matter of Rule 30(a) and the 10 deposition limit arose. Counsel for County defendants stated she would object to any plaintiffs' depositions beyond the statutory limit.

4. Thereafter I circulated an email requesting dates and times to meet and confer on this matter. I confirmed that the deposition of Michael Lockhart would number deposition 12. In addition, defendants are demanding a 13th deposition, that of Randy Harris. To date, none of the defense counsels have responded.

I make this declaration under penalty of perjury under the laws of the State of California, executed this 29th day of September, 2023 in Berkeley, California.

      /s/ *Yolanda Huang*
      Yolanda Huang

2