Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendants
WELLPATH MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass;</u> **ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,<br><br>Defendants. | Case No.: 3:19-cv-07423 JSC<br><br>**DEFENDANT WELLPATH MANAGEMENT, INC.'S REQUEST FOR CLARIFICATION OF THIS COURT'S SEPTEMBER 29, 2023, DISCOVERY ORDER AT ECF NO. 328**<br><br><br>Action Filed: November 12, 2019<br>Judge: Hon. Jacqueline Scott Corley<br>Ctrm: E—15th Floor |

3:19-cv-07423 JSC

Defendant Wellpath Management, Inc. ("Wellpath") appreciates the Court's September 29, 2023, Order regarding the parties' current discovery dispute. However, Wellpath seeks clarification of September 29, 2023, Order as to the following issue: Will the Court please clarify which medical providers need to be identified? Many of the Plaintiffs received treatment for medical conditions that are not identified in the Fifth Amended Complaint or their discovery responses. This is why Wellpath objected to the interrogatories as being overbroad. Will the Court please clarify that to comply with ECF No. 328, Wellpath is only required to identify the providers who treated Plaintiffs for the medical conditions alleged in the Fifth Amended Complaint and/or medical conditions identified in Plaintiffs' responses to written discovery and not any and all medical treatment they received during each of their incarcerations?

Respectfully submitted,

DATED: September 29, 2023  BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
WELLPATH

Dated: October 2, 2023



3:19-cv-07423 JSC