Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

 Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u><br>    **PLAINTIFFS,**<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al<br>    **DEFENDANTS.** | No. 3:19-cv-07423 JSC<br><br>**PLAINTIFFS RESPONSE TO DEFENDANT WELLPATH'S REQUEST TO ENLARGE TIME**<br><br>Hon. Jacqueline S. Corley, Presiding |

**PENDING DATES**

Fact discovery cutoff is November 16, 2023 (ECF 316).  Pursuant to this Court's standing civil order, the last date to notice depositions is October 17, 2023, pursuant to this Court's standing civil order.

1

**PROCEDURAL HISTORY.**

This Court ordered (ECF 328) defendant Wellpath to identify which of its 130 witnesses named in its initial disclosures have an independent recollection of Plaintiffs and the nature of that independent recollection. The Court gave defendant Wellpath till October 9, 2023 to respond.

Defendant Wellpath on October 6, 2023, filed an administrative motion requesting two additional days to respond.

**PLAINTIFFS' REQUEST**

Plaintiffs have been seeking this additional information from defendant Wellpath to better inform Plaintiffs as to which of the 130 potential witnesses listed in defendant Wellpath's initial disclosures, plaintiffs should depose. Plaintiffs do not otherwise object to defendant Wellpath's request to enlarge time to respond except to express concern that the pending deadline to notice depositions is fast approaching. Therefore, if the Court is inclined to grant defendant Wellpath's request to enlarge time, plaintiffs would ask that this Court waive the deadline for noticing depositions.

Respectfully submitted,

Dated: October 8, 2023.                   YOLANDA HUANG

                                          By:   /s/ Yolanda Huang
                                                Yolanda Huang

                                          THOMAS E. NANNEY

                                          By:   /s/ Thomas E. Nanney
                                                Thomas E. Nanney

                                          RICHARD A. BRODY

                                          By:   /s/ Richard A. Brody
                                                Richard A. Brody

                                          ATTORNEYS FOR PLAINTIFFS