Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:   (510) 580-9410
E-Mail:      yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

 Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>  **PLAINTIFFS,**  vs.  **ALAMEDA COUNTY SHERIFF'S OFFICE**, et al  **DEFENDANTS.** | No. 3:19-cv-07423 JSC  **[Proposed] ORDER ON DEFENDANT WELLPATH'S REQUEST TO ENLARGE TIME**  Hon. Jacqueline S. Corley, Presiding |

    This Court, having considered defendant Wellpath's administrative motion to enlarge time for its response to this Court's order (ECF 328), and having reviewed Plaintiffs' response to defendant Wellpath's administrative motion,

    **Good cause appearing,**

IT IS HEREBY ORDERED as follows:

Defendant Wellpath shall have up to and including October 11, 2023, to comply with Court Order ECF No. 328 as modified by ECF. No. 331.

The requirement that notices of depositions must be given at least 30 days prior to the close of fact discovery, as specified in this Court's standing order, is hereby waived.

By: _____
JUDGE OF THE FEDERAL DISTRICT COURT