UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**ORDER RE: WELLPATH'S ADMINISTRATIVE MOTION REQUESTING EXTENSION OF TIME TO RESPOND**<br><br>Re: Dkt. No. 334 |

Wellpath's administrative motion seeking a two-day extension of time to comply with the Court's September 29, 2023 Order is GRANTED. (Dkt. No. 334.) Plaintiffs' request that the Court waive the October 17, 2023 deadline for noticing depositions is DENIED. The parties shall meet and confer in in person or by video regarding any discovery concerns, and present any remaining issues, as necessary, via a joint discovery letter brief.

This Order disposes of Docket No. 334.

**IT IS SO ORDERED.**

Dated: October 10, 2023

JACQUELINE SCOTT CORLEY
United States District Judge