1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail:  tpeters@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail:  jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel:  510.273.8780     Fax:  510.839.9104
6
   Attorneys for Defendants ALAMEDA COUNTY
7  SHERIFF'S OFFICE, ALAMEDA COUNTY,
   DEPUTY JOE, and DEPUTY IGNONT
8  (collectively "ALAMEDA COUNTY
   DEFENDANTS")
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass; <br><br> ALAMEDA COUNTY FEMALE PRISONERS And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated, <br><br>             Plaintiffs, <br><br>      v. <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25, <br><br>             Defendants. | Case No. 3:19-cv-07423-JSC <br><br> **NOTICE OF APPEARANCE OF KYLE ANNE PIASECKI ON BEHALF OF DEFENDANTS** <br><br> Judge:    District Judge Jacqueline Scott Corley <br><br> Trial Date:              May 6, 2024 |
|---|---|

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Kyle Anne Piasecki hereby enters an appearance as additional counsel for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (collectively "ALAMEDA COUNTY DEFENDANTS") in this action.  Please serve said counsel with all pleadings and notices in this action as follows.

Kyle Anne Piasecki, Esq. (California State Bar No.311961)
kpiasecki@bwslaw.com
444 S. Flower Street, Suite 2400
Los Angeles, CA  90071
Telephone:  (213)236-0600
Facsimile:  (213)236-2700

Dated:  October 12, 2023                         BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Kyle Anne Piasecki*
Gregory B. Thomas
Temitayo O. Peters
Jasper L. Hall
Kyle Anne Piasecki
Attorneys for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (collectively "ALAMEDA COUNTY DEFENDANTS")