# EXHIBIT A

Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendant
WELLPATH MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS**, et al.<br><br>                    Plaintiffs,<br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al.,<br><br>                    Defendants. | Case No.: 3:19-cv-07423-JSC<br><br>**DEFENDANT WELLPATH'S NOTICE OF TAKING DEPOSITION OF MICHAEL LOCKHART**<br><br>Date:     **AUGUST 25, 2023**<br>Time:    **10:00 A.M. PST**<br>Location:<br>  **Law Offices of<br>  Yolanda Huang<br>  2748 Adeline Street<br>  Suite A<br>  Berkeley, CA 94703** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant WELLPATH, will take the deposition of **MICHAEL LOCKHART** on **FRIDAY, AUGUST 25, 2023, at 10:00 A.M. PST.**, Law Offices of Yolanda Huang, 2748 Adeline Street, Suite A, Berkeley, CA 94703.

PLEASE TAKE FURTHER NOTICE that the deposing party intends to cause the proceedings to be recorded both stenographically, before a certified court reporter, and by videotape. The deposing party specifically reserves the right to use the videotape of the

deposition at the time of trial. Said deposition will be taken before a duly qualified certified court reporter, pursuant to the provisions of Federal Rules of Civil Procedure, Rule 30, and will continue until completed, or until the end of seven hours of recorded testimony, pursuant to Federal Rule of Civil Procedure 30(d)(1).

DATED: July 13, 2023

Respectfully submitted,

BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
WELLPATH

| | |
|---|---|
| 1 | Peter G. Bertling [SBN 131602] |
| 2 | Jemma Parker Saunders [SBN 227962]<br>Bertling Law Group |
| 3 | 21 East Canon Perdido Street, Suite 204B<br>Santa Barbara, CA 93101 |
| 4 | Telephone: 805-879-7558<br>Facsimile: 805-962-0722 |
| 5 | peter@bertlinglawgroup.com |
| 6 | jemma@bertlinglawgroup.com<br>Attorneys for Defendants |
| 7 | WELLPATH MANAGEMENT, INC. |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>;<br>**ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,<br><br>        Defendants. | Case No.: 3:19-cv-07423 JSC<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br><br><br>Action Filed: November 12, 2019<br>Judge: Hon. Jacqueline Scott Corley<br>Ctrm: E—15th Floor |

3:19-cv-07423-JSC

CERTIFICATE OF SERVICE

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 years and not a party to the within action. My business address is 21 E. Canon Perdido Street, Suite 204B, Santa Barbara, California 93101. My e-mail address is stephanie@bertlinglawgroup.com.

On **July 13, 2023,** I served a true copy of the following documents:
- **DEFENDANT WELLPATH'S NOTICE OF TAKING DEPOSITION OF MICHAEL LOCKHART**
- **DEFENDANT WELLPATH'S *THIRD AMENDED* NOTICE OF TAKING DEPOSITION OF JAMES ERIC MALLETT**
- **DEFENDANT WELLPATH'S *SECOND AMENDED* NOTICE OF TAKING DEPOSITION OF ERIC LAMORE WAYNE**
- **DEFENDANT WELLPATH'S *FIRST AMENDED* NOTICE OF TAKING DEPOSITION OF TIMOTHY WAYNE PHILLIPS**

**Counsel for Plantiffs:**
Yolanda Huang
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: 510-329-2140
Facsimile: 510-580-9410
yhuang.law@gmail.com
yhuang.lawoffice@protonmail.com

Thomas E. Nanney
LAW OFFICE OF THOMAS E. NANNEY
2217 W. 120th St.
Leawood, KS 66209
Telephone: 816-401-0047
tomnanney@gmail.com

**Counsel for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, (ERRONEOUSLY SUED HEREIN AS "ALAMEDA COUNTY"), DEPUTY JOE, AND DEPUTY IGNONT:**
Temitayo O. Peters
Gregory B. Thomas
Jasper L. Hall
BURKE, WILLIAMS & SORENSON, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612-3520
Telephone: 510-273-8780
Facsimile: 510-839-9104
tpeters@bwslaw.com
gthomas@bwslaw.com
jhall@bwslaw.com
tlee@bwslaw.com
mprakash@bwslaw.com

3:19-cv-07423-JSC

**Counsel for Defendants ARAMARK CORRECTIONAL SERVICES LLC:**
Charles J. Reitmeyer
Emily S. Kimmelman Wheeling
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5320
charles.reitmeyer@morganlewis.com
emily.wheeling@morganlewis.com
robert.kirsch@morganlewis.com
mitchell.benson@morganlewis.com
amanda.lashner@morganlewis.com

Salayha K. Ghoury
Peter J. Van Zandt
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882
salayha.ghoury@lewisbrisbois.com
peter.vanzandt@lewisbrisbois.com

[X]   **ELECTRONIC SERVICE**
Based on a court order or an agreement of the parties to accept electronic service, I caused the document to be sent to the person(s) at the electronic service address(es) above.

[X]   **FEDERAL**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 13, 2023,** at Santa Barbara, California.

_____
Stephanie S. Aguiniga

3:19-cv-07423-JSC

- 2 -
CERTIFICATE OF SERVICE