# EXHIBIT C

| | |
|---|---|
| **Subject:** | Re: Michael Lockhart |
| **Date:** | Tuesday, October 3, 2023 at 4:28:32 PM Pacific Daylight Time |
| **From:** | Jemma Parker Saunders |
| **To:** | Peter Bertling, Yolanda Huang, Peters, Temitayo O., Reitmeyer, Charles J., Wheeling, Emily Kimmelman, Tom Nanney, Stephanie Aguiniga, Thomas, Gregory B., Rick Brody, Cyndi Sierra |
| **Attachments:** | image001.png, image002.jpg, image003.jpg, image004.jpg, p-Stip to Voluntary Dismissal of Plt Lockhart [Gonzalez].doc |

Counsel:
Per Pete's email, attached please find the proposed stipulation and order regarding Michael Lockhart. Please advise if I have your authorization to e-sign and file, or if you have revisions, please track them. Thank you.

Sincerely,
Jemma



Jemma Parker Saunders | Attorney
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Main 805-879-7558 x 1007
Direct 805-456-2735
jemma@bertlinglawgroup.com
www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL
This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Peter Bertling <peter@bertlinglawgroup.com>
**Date:** Tuesday, October 3, 2023 at 1:26 PM
**To:** Yolanda Huang <yhuang.law@gmail.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Wheeling, Emily Kimmelman" <emily.wheeling@morganlewis.com>, Tom Nanney <tomnanney@gmail.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, "Thomas, Gregory B." <gthomas@bwslaw.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Rick Brody <rick@brodylaw.com>
**Subject:** Re: Michael Lockhart

Yolanda:

We will only agree to a dismissal *with* prejudice.  We will proceed with his deposition and taking a certificate of non-appearance.  We will then ask Judge Corley for an order of dismissal and award of costs.  This can be avoided if Mr. Lockhart agrees to a dismissal with prejudice.

Regards,



21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
805-879-7558 – Office

www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL
This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

---

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Date:** Tuesday, October 3, 2023 at 1:23 PM
**To:** Peters, Temitayo O. <TPeters@bwslaw.com>, Reitmeyer, Charles J. <charles.reitmeyer@morganlewis.com>, Wheeling, Emily Kimmelman <emily.wheeling@morganlewis.com>, Tom Nanney <tomnanney@gmail.com>, Peter Bertling <peter@bertlinglawgroup.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Thomas, Gregory B. <gthomas@bwslaw.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Rick Brody <rick@brodylaw.com>
**Subject:** Michael Lockhart

I have just confirmed with Michael Lockhart that he does not want to appear at his deposition on Oct. 5th and that I have his consent to dismiss his claims, without prejudice.  If you prepare the documents, I will sign on his behalf.


--

Yolanda Huang, Esq.

PO Box 5475 • Berkeley • CA • 94705 •  Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.