# EXHIBIT D

| | |
|---|---|
| **Subject:** | Re: Michael Lockhart |
| **Date:** | Wednesday, October 4, 2023 at 11:17:02 AM Pacific Daylight Time |
| **From:** | Yolanda Huang |
| **To:** | Jemma Parker Saunders |
| **CC:** | Peter Bertling, Peters, Temitayo O., Reitmeyer, Charles J., Wheeling, Emily Kimmelman, Tom Nanney, Stephanie Aguiniga, Thomas, Gregory B., Rick Brody, Cyndi Sierra |
| **Attachments:** | image001.png, image001.png |

Ms. Saunders,

You do not have my consent to file a dismissal with prejudice.


Yours truly,
--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 •  Phone:510-329-2140 • Fax:510-580-9410

<u>Confidentiality Notice</u>: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


Yours truly,

On Wed, Oct 4, 2023 at 11:09 AM Jemma Parker Saunders <jemma@bertlinglawgroup.com> wrote:

> Ms. Huang,
>
> We reject your revision.  As stated by Pete yesterday, "should plaintiffs not agree to a dismissal *with* prejudice, we will proceed with Mr. Lockhart's deposition and taking a certificate of non-appearance.  We will then ask Judge Corley for an order of dismissal and award of costs."
>
> Please advise whether Mr. Lockhart consents to a dismissal with prejudice by 3:00 p.m. Thank you.
>
>
> Sincerely,
>
> Jemma
>
> 
>
> Jemma Parker Saunders | Attorney
>
> Bertling Law Group

21 East Canon Perdido Street, Suite 204B

Santa Barbara, CA 93101

Main 805-879-7558 x 1007

Direct 805-456-2735
[jemma@bertlinglawgroup.com](jemma@bertlinglawgroup.com)

[www.bertlinglawgroup.com](www.bertlinglawgroup.com)

PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Yolanda Huang <[yhuang.law@gmail.com](yhuang.law@gmail.com)>
**Date:** Wednesday, October 4, 2023 at 8:50 AM
**To:** Jemma Parker Saunders <[jemma@bertlinglawgroup.com](jemma@bertlinglawgroup.com)>
**Cc:** Peter Bertling <[peter@bertlinglawgroup.com](peter@bertlinglawgroup.com)>, "Peters, Temitayo O." <[TPeters@bwslaw.com](TPeters@bwslaw.com)>, "Reitmeyer, Charles J." <[charles.reitmeyer@morganlewis.com](charles.reitmeyer@morganlewis.com)>, "Wheeling, Emily Kimmelman" <[emily.wheeling@morganlewis.com](emily.wheeling@morganlewis.com)>, Tom Nanney <[tomnanney@gmail.com](tomnanney@gmail.com)>, Stephanie Aguiniga <[stephanie@bertlinglawgroup.com](stephanie@bertlinglawgroup.com)>, "Thomas, Gregory B." <[gthomas@bwslaw.com](gthomas@bwslaw.com)>, Rick Brody <[rick@brodylaw.com](rick@brodylaw.com)>, Cyndi Sierra <[cyndi@bertlinglawgroup.com](cyndi@bertlinglawgroup.com)>
**Subject:** Re: Michael Lockhart

see edited copy attached.  As edited, you have plaintiffs' consent to file.

On Tue, Oct 3, 2023 at 4:28 PM Jemma Parker Saunders <[jemma@bertlinglawgroup.com](jemma@bertlinglawgroup.com)> wrote:

> Counsel:
>
> Per Pete's email, attached please find the proposed stipulation and order regarding Michael Lockhart.  Please advise if I have your authorization to e-sign and file, or if you have revisions, please track them.  Thank you.
>
> Sincerely,
>
> Jemma

Jemma Parker Saunders | Attorney

Bertling Law Group

21 East Canon Perdido Street, Suite 204B

Santa Barbara, CA 93101

Main 805-879-7558 x 1007

Direct 805-456-2735
jemma@bertlinglawgroup.com

www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Peter Bertling <peter@bertlinglawgroup.com>
**Date:** Tuesday, October 3, 2023 at 1:26 PM
**To:** Yolanda Huang <yhuang.law@gmail.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Wheeling, Emily Kimmelman" <emily.wheeling@morganlewis.com>, Tom Nanney <tomnanney@gmail.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, "Thomas, Gregory B." <gthomas@bwslaw.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Rick Brody <rick@brodylaw.com>
**Subject:** Re: Michael Lockhart

Yolanda:

We will only agree to a dismissal *with* prejudice.  We will proceed with his deposition and taking a certificate of non-appearance.  We will then ask Judge Corley for an order of dismissal and award of costs.  This can be avoided if Mr. Lockhart agrees to a dismissal with prejudice.

Regards,

Logo Description automatically generated

21 East Canon Perdido Street, Suite 204B

Santa Barbara, CA 93101

805-879-7558 – Office

www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL

This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Date:** Tuesday, October 3, 2023 at 1:23 PM
**To:** Peters, Temitayo O. <TPeters@bwslaw.com>, Reitmeyer, Charles J. <charles.reitmeyer@morganlewis.com>, Wheeling, Emily Kimmelman <emily.wheeling@morganlewis.com>, Tom Nanney <tomnanney@gmail.com>, Peter Bertling <peter@bertlinglawgroup.com>, Stephanie Aguiniga <stephanie@bertlinglawgroup.com>, Thomas, Gregory B. <gthomas@bwslaw.com>, Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Rick Brody <rick@brodylaw.com>
**Subject:** Michael Lockhart

I have just confirmed with Michael Lockhart that he does not want to appear at his deposition on Oct. 5th and that I have his consent to dismiss his claims, without prejudice.  If you prepare the documents, I will sign on his behalf.


--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705   Phone:510-329-2140 • Fax:510-580-9410

<u>Confidentiality Notice</u>: This electronic mail transmission is privileged and confidential and is intended

only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 •   Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.