# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION


ALAMEDA COUNTY MALE PRISONERS
and former prisoners, Daniel
Gonzalez, et al. on behalf of
themselves and others similarly
situated, as a Class, and Subclass,

          Plaintiffs,

                         **CERTIFIED COPY**

vs.                       No. 3:19-cv-07423-JSC

ALAMEDA COUNTY SHERIFF'S OFFICE,
et al.,

          Defendants.

_____/



Zoom Videoconference

STATEMENT OF NON-APPEARANCE OF

MICHAEL LOCKHART

Thursday, October 5, 2023

---oOo---




Reported By:  STACY L. LOZANO, CSR No. 12831

Michael Lockhart
October 5, 2023

```
 1                A P P E A R A N C E S

 2          (All Appearances via Zoom Videoconference)

 3

 4    For the Defendant:  WELL-PATH MANAGEMENT, INC.

 5                   BERTLING LAW GROUP, INC.

 6                   BY:  JEMMA PARKER SAUNDERS, ESQ.

 7                   21 East Canon Perdido Street, Suite 204B

 8                   Santa Barbara, California  93101

 9                   Phone:  (805) 879-7558

10                   Email:  Jemma@bertlinglawgroup.com

11

12    For the Defendant:  ARAMARK CORRECTIONAL SERVICES, LLC

13                   MORGAN, LEWIS & BOCKIUS, LLP

14                   BY:  CHARLES J. REITMEYER, ESQ.

15                   1701 Market Street

16                   Philadelphia, Pennsylvania  19013

17                   Phone:  (215) 963-5000

18                   Email:  charles.reitmeyer@morganlewis.com

19

20

21

22

23

24

25
```

Page 2

**Michael Lockhart**
**October 5, 2023**

```
 1                    A P P E A R A N C E S

 2              (All Appearances via Zoom Videoconference)

 3

 4    For the Defendants:  COUNTY OF ALAMEDA, ALAMEDA COUNTY

 5    SHERIFF'S OFFICE, DEPUTY JOE AND DEPUTY IGNONT

 6                     BURKE, WILLIAMS & SORENSEN, LLP

 7                     BY:  TEMITAYO O. PETERS, ESQ.

 8                     1999 Harrison Street, Suite 1650

 9                     Oakland, California  94612

10                     Phone:  (510) 273-8780

11                     Email:  tpeters@bwslaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**CAL Reporting   925-425-9669**

**Michael Lockhart**
**October 5, 2023**

1                          I N D E X

2                                                        PAGE

3   STATEMENT BY JEMMA P. SAUNDERS                         5

4

5

6                        E X H I B I T S

7   DEFENDANT'S
    NUMBER                                               PAGE
8

9      1        Notice of Deposition                       7

10     2        Email re: Lockhart non-appearance          7

11     3        Zoom link for Lockhart depo                7

12     4        Bertling email confirming depo             7

13     5        320 Order re: Lockhart depo on 10/5/23     7

14

15

16

17

18

19

20

21

22

23

24

25

**CAL Reporting   925-425-9669**

**Michael Lockhart**
**October 5, 2023**

```
 1          STATEMENT OF NON-APPEARANCE OF MICHAEL LOCKHART
 2               BE IT REMEMBERED that pursuant to Notice, and on
 3      Thursday, October 5, 2023, commencing at the hour of
 4      9:07 a.m. thereof, via Zoom Videoconference, before me,
 5      STACY L. LOZANO, CSR No. 12831, a Certified Shorthand
 6      Reporter, in and for the State of California, reported the
 7      following Statement of Non-Appearance:
 8
 9               STATEMENT BY JEMMA P. SAUNDERS
10          BY MS. SAUNDERS:  Good morning.  I'm Jemma
11      Saunders.  I'm here with co-counsel from Aramark, and
12      Alameda County, appearing for the noticed and
13      court-ordered deposition of Michael Lockhart, Plaintiff.
14               It is now 9:08.  Plaintiff's counsel nor
15      plaintiff have appeared yet.  We had indications
16      previously that Mr. Lockhart did not want to appear, yet
17      was unwilling to enter into a stipulation for dismissal
18      with prejudice.
19               So at this time, we'd like to make a record of
20      Mr. Lockhart's non-appearance at this court-ordered
21      deposition.  And I'm going to attach a couple of exhibits.
22      Hopefully, there won't be any objections to that.
23               And before I do that, Mr. Reitmeyer or
24      Ms. Peters, did you want to make any statements?
25               MS. PETERS:  No, thank you.
```

Page 5

**Michael Lockhart**
**October 5, 2023**

```
 1          MS. SAUNDERS:  So the first exhibit I'd like to

 2   attach is the Amended Notice of Taking Deposition for

 3   October 5th, and the certificate of service accompanying

 4   it, which was served on September 25th.  So that would be

 5   the first exhibit.

 6          The second exhibit is an email from Ms. Huang,

 7   dated October 3rd, confirming with Michael Lockhart that

 8   he does not want to appear at his deposition, and he will

 9   dismiss his claims without prejudice.

10          The third exhibit is the October 4, 3:14 p.m.

11   email from my office, with the Zoom link for this

12   deposition sent by Stephanie Aguiniga.

13          The fourth exhibit is an email from October 4th,

14   2023, at 5:19, from Peter Bertling, noting to all counsel

15   that the deposition for today will go forward tomorrow,

16   i.e. right now.

17          And then the fifth exhibit is what has been --

18   let's see, Document 320 on the court's docket for this

19   case, filed 9/25/23, ordering that plaintiff Lockhart

20   should appear -- must appear for deposition on

21   October 5th.  And given Mr. Lockhart's prior refusal if he

22   fails to appear for the October 5th deposition, his claims

23   will be dismissed for failure to prosecute cited to FRCP

24   Rule 37.  And this was signed by Judge Crowley.

25          And I believe -- yep, that's all of them.  So,
```

Page 6

**Michael Lockhart**
**October 5, 2023**

```
 1  with that, I think we can go off the record.  And unless

 2  Ms. Peters or Mr. Reitmeyer might have any other

 3  additional comments.

 4      (DEFENDANT'S EXHIBITS 1-5 MARKED FOR IDENTIFICATION)

 5          MR. REITMEYER:  Just one statement.

 6          My name is Charles Reitmeyer from Morgan, Lewis &

 7  Bockius.  I represent Aramark in this matter.

 8          If it turns out that plaintiff is unwilling to

 9  enter into a stipulation for dismissal, and we are forced

10  to move to dismiss this claim of Mr. Lockhart, Aramark

11  does not waive, and in fact, reserves the right to seek

12  all costs associated with this deposition and the

13  preparation therefore.

14          Thank you.

15          MS. SAUNDERS:  On behalf of Well-Path, I'll join

16  that as well.

17          MS. PETERS:  Likewise, on behalf of the County.

18          THE COURT REPORTER:  Okay.

19          And Ms. Peters, do you want a copy of this?

20          MS. PETERS:  No, thank you.

21          THE COURT REPORTER:  Okay.  Mr. Reitmeyer?

22          MR. REITMEYER:  No, thank you.

23          THE COURT REPORTER:  Okay.

24          MS. SAUNDERS:  I will take a copy.  Electronic is

25  fine.
```

**Michael Lockhart**
**October 5, 2023**

1          THE COURT REPORTER:  Okay.  Thank you, everyone.

2             (Conclusion of proceedings at 9:12 a.m.)

3

4

5                        ---oOo---

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Michael Lockhart**
**October 5, 2023**

```
 1                    CERTIFICATE OF REPORTER
 2           I, STACY L. LOZANO, hereby certify the
 3   following:
 4
 5           That said Statement of Non-Appearance was taken
 6   in shorthand by me, a Certified Shorthand Reporter of the
 7   State of California, and was thereafter transcribed into
 8   typewriting, and that the foregoing transcript constitutes
 9   a full, true, and correct report of said statement and of
10   the proceedings which took place;
11
12           That I am a disinterested person to the said
13   action.
14
15           IN WITNESS WHEREOF, I have hereunto set my hand
16   this 6th day of October, 2023.
17
18           _____
19                STACY L. LOZANO, CSR No. 12831
20                       ---oOo---
21
22
23
24
25
                                                    Page 9
```



Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendant
WELLPATH MANAGEMENT, INC.

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS**, et al.<br><br>                           Plaintiffs,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, et al.,<br><br>                           Defendants. | Case No.: 3:19-cv-07423-JSC<br><br>**DEFENDANT WELLPATH'S *AMENDED* NOTICE OF TAKING DEPOSITION OF MICHAEL LOCKHART**<br><br>Date:    **OCTOBER 5, 2023**<br>Time:    **9:00 A.M. PST**<br>Location:<br><br>     **Law Offices of<br>     Yolanda Huang<br>     2748 Adeline Street<br>     Suite A<br>     Berkeley, CA 94703** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant WELLPATH, will take the deposition of **MICHAEL LOCKHART** on **THURSDAY, OCTOBER 5, 2023, at 9:00 A.M. PST.,** Law Offices of Yolanda Huang, 2748 Adeline Street, Suite A, Berkeley, CA 94703.

PLEASE TAKE FURTHER NOTICE that the deposing party intends to cause the proceedings to be recorded both stenographically, before a certified court reporter, and by videotape. The deposing party specifically reserves the right to use the videotape of the

deposition at the time of trial. Said deposition will be taken before a duly qualified certified court reporter, pursuant to the provisions of Federal Rules of Civil Procedure, Rule 30, and will continue until completed, or until the end of seven hours of recorded testimony, pursuant to Federal Rule of Civil Procedure 30(d)(1).

Respectfully submitted,

DATED: September 25, 2023          BERTLING LAW GROUP

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
WELLPATH

-2-
DEFENDANT WELLPATH'S *AMENDED* NOTICE OF TAKING DEPOSITION OF MICHAEL LOCKHART

Peter G. Bertling [SBN 131602]
Jemma Parker Saunders [SBN 227962]
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendants
WELLPATH MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>; **ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated, | Case No.: 3:19-cv-07423 JSC **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| **ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75, | Action Filed: November 12, 2019 Judge: Hon. Jacqueline Scott Corley Ctrm: E—15th Floor |
| Defendants. | |

3:19-cv-07423-JSC

I am employed in the County of Santa Barbara, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 21 E. Canon Perdido Street, Suite 204B, Santa Barbara, California 93101.  My e-mail address is stephanie@bertlinglawgroup.com.

On **September 25, 2023,** I served a true copy of the following document:

- **DEFENDANT WELLPATH'S *AMENDED* NOTICE OF TAKING DEPOSITION OF MICHAEL LOCKHART**

**Counsel for Plantiffs:**
Yolanda Huang
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: 510-329-2140
Facsimile: 510-580-9410
yhuang.law@gmail.com
yhuang.lawoffice@protonmail.com

Thomas E. Nanney
LAW OFFICE OF THOMAS E. NANNEY
2217 W. 120th St.
Leawood, KS 66209
Telephone: 816-401-0047
tomnanney@aol.com

**Counsel for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, (ERRONEOUSLY SUED HEREIN AS "ALAMEDA COUNTY"), DEPUTY JOE, AND DEPUTY IGNONT:**
Temitayo O. Peters
Gregory B. Thomas
Jasper L. Hall
BURKE, WILLIAMS & SORENSON, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612-3520
Telephone: 510-273-8780
Facsimile: 510-839-9104
tpeters@bwslaw.com
gthomas@bwslaw.com
jhall@bwslaw.com
tlee@bwslaw.com
mprakash@bwslaw.com

///
///
///
///

3:19-cv-07423-JSC

**Counsel for Defendants ARAMARK CORRECTIONAL SERVICES LLC:**
Charles J. Reitmeyer
Emily S. Kimmelman Wheeling
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5320
charles.reitmeyer@morganlewis.com
emily.wheeling@morganlewis.com
robert.kirsch@morganlewis.com
mitchell.benson@morganlewis.com
amanda.lashner@morganlewis.com
ronald.hasman@morganlewis.com

Salayha K. Ghoury
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882
salayha.ghoury@lewisbrisbois.com

**[X]** **ELECTRONIC SERVICE**
Based on a court order or an agreement of the parties to accept electronic service, I caused the document to be sent to the person(s) at the electronic service address(es) above.

**[X]** **FEDERAL**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 25, 2023,** at Santa Barbara, California.

_____
Stephanie S. Aguiniga

Michael Lockhart
10/5/23

**Exhibit 2**

Stacy L. Lozano, #12831

**Subject:** Michael Lockhart

**Date:** Tuesday, October 3, 2023 at 1:23:05 PM Pacific Daylight Time

**From:** Yolanda Huang

**To:** Peters, Temitayo O., Reitmeyer, Charles J., Wheeling, Emily Kimmelman, Tom Nanney, Peter Bertling, Stephanie Aguiniga, Thomas, Gregory B., Jemma Parker Saunders, Rick Brody

I have just confirmed with Michael Lockhart that he does not want to appear at his deposition on Oct. 5th and that I have his consent to dismiss his claims, without prejudice.  If you prepare the documents, I will sign on his behalf.

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 •  Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**Subject:** Re: ELECTRONIC SERVICE ONLY | Gonzalez v. ACSO, et al | Wellpath Amended Deposition Notices of Michael Lockhart

**Date:** Wednesday, October 4, 2023 at 3:14:53 PM Pacific Daylight Time

**From:** Stephanie Aguiniga

**To:** Yolanda Huang, THOMAS NANNEY, Thomas, Gregory B., Peters, Temitayo O., Hall, Jasper L., Lee, Tawnya, Prakash, Mrinalini V., Reitmeyer, Charles J., Wheeling, Emily Kimmelman, Kirsch, Rob, Benson, Mitch, amanda.lashner@morganlewis.com, Hasman, Ronald D., salayha.ghoury@lewisbrisbois.com, Rick Brody

**CC:** Jemma Parker Saunders, Peter Bertling, Cyndi Sierra

**Attachments:** image001.jpg

Please use this link for the deposition of Michael Lockhart on Thu 10/5/23 at 9:00 a.m. PST:

https://us02web.zoom.us/j/83691636983?pwd=U1VQbmd2MnZLQWlXc2RRWGJsaUJlZz09

Meeting ID: 836 9163 6983
Passcode: 667042



Best,
Stephanie
Bertling Law Group
www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL
This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**From:** Stephanie Aguiniga <stephanie@bertlinglawgroup.com>
**Date:** Monday, September 25, 2023 at 4:12 PM
**To:** Yolanda Huang <yhuang.law@gmail.com>, Law Office of Yolanda Huang <yhuang.lawoffice@protonmail.com>, THOMAS NANNEY <tomnanney@aol.com>, "Thomas, Gregory B." <GThomas@bwslaw.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Hall, Jasper L." <JHall@bwslaw.com>, "Lee, Tawnya" <TLee@bwslaw.com>, "Prakash, Mrinalini V." <MPrakash@bwslaw.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Wheeling, Emily Kimmelman" <emily.wheeling@morganlewis.com>, "Kirsch, Rob" <robert.kirsch@morganlewis.com>, "Benson, Mitch" <mitchell.benson@morganlewis.com>, "amanda.lashner@morganlewis.com" <amanda.lashner@morganlewis.com>, "Hasman, Ronald D." <ronald.hasman@morganlewis.com>, "salayha.ghoury@lewisbrisbois.com" <salayha.ghoury@lewisbrisbois.com>
**Cc:** Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Pete Bertling <peter@bertlinglawgroup.com>, Cyndi Sierra <cyndi@bertlinglawgroup.com>
**Subject:** ELECTRONIC SERVICE ONLY | Gonzalez v. ACSO, et al | Wellpath Amended Deposition Notices of Michael Lockhart

Counsel:

Attached please find Wellpath's amended deposition notice of Michael Lockhart on 10/5/23, 9:00 a.m. PST at Law Offices of Yolanda Huang, 2748 Adeline Street Suite A, Berkeley, CA 94703.

Best,
Stephanie

Stephanie



Stephanie S. Aguiniga I Assistant
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Main: 805-879-7558
Direct: 805-456-2736
Facsimile: 805-869-1597
stephanie@bertlinglawgroup.com
www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL
This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

**Subject:** Re: ELECTRONIC SERVICE ONLY | Gonzalez v. ACSO, et al | Wellpath Amended Deposition Notices of Michael Lockhart

**Date:** Wednesday, October 4, 2023 at 5:19:39 PM Pacific Daylight Time

**From:** Peter Bertling

**To:** Stephanie Aguiniga, Yolanda Huang, THOMAS NANNEY, Thomas, Gregory B., Peters, Temitayo O., Hall, Jasper L., Lee, Tawnya, Prakash, Mrinalini V., Reitmeyer, Charles J., Wheeling, Emily Kimmelman, Kirsch, Rob, Benson, Mitch, amanda.lashner@morganlewis.com, Hasman, Ronald D., salayha.ghoury@lewisbrisbois.com, Rick Brody

**CC:** Jemma Parker Saunders, Cyndi Sierra

**Attachments:** image001.jpg



Counsel:

This deposition will go forward tomorrow.

Regards,

Peter G. Bertling
Bertling Law Group
21 East Canon Perdido St., Suite 204B
Santa Barbara, Calif. 93101
(805)-879-7558: Office
(805) 452-8305: Cell

---

**From:** Stephanie Aguiniga <stephanie@bertlinglawgroup.com>
**Sent:** Wednesday, October 4, 2023 3:14:53 PM
**To:** Yolanda Huang <yhuang.law@gmail.com>; THOMAS NANNEY <tomnanney@aol.com>; Thomas, Gregory B. <GThomas@bwslaw.com>; Peters, Temitayo O. <TPeters@bwslaw.com>; Hall, Jasper L. <JHall@bwslaw.com>; Lee, Tawnya <TLee@bwslaw.com>; Prakash, Mrinalini V. <MPrakash@bwslaw.com>; Reitmeyer, Charles J. <charles.reitmeyer@morganlewis.com>; Wheeling, Emily Kimmelman <emily.wheeling@morganlewis.com>; Kirsch, Rob <robert.kirsch@morganlewis.com>; Benson, Mitch <mitchell.benson@morganlewis.com>; amanda.lashner@morganlewis.com <amanda.lashner@morganlewis.com>; Hasman, Ronald D. <ronald.hasman@morganlewis.com>; salayha.ghoury@lewisbrisbois.com <salayha.ghoury@lewisbrisbois.com>; Rick Brody <rick@brodylaw.com>
**Cc:** Jemma Parker Saunders <jemma@bertlinglawgroup.com>; Peter Bertling <peter@bertlinglawgroup.com>; Cyndi Sierra <cyndi@bertlinglawgroup.com>
**Subject:** Re: ELECTRONIC SERVICE ONLY | Gonzalez v. ACSO, et al | Wellpath Amended Deposition Notices of Michael Lockhart

Please use this link for the deposition of Michael Lockhart on Thu 10/5/23 at 9:00 a.m. PST:

https://us02web.zoom.us/j/83691636983?pwd=U1VQbmd2MnZLQWlXc2RRWGJsaUJlZz09

Meeting ID: 836 9163 6983
Passcode: 667042

Best,
Stephanie
Bertling Law Group
www.bertlinglawgroup.com

www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL
This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

---

**From:** Stephanie Aguiniga <stephanie@bertlinglawgroup.com>
**Date:** Monday, September 25, 2023 at 4:12 PM
**To:** Yolanda Huang <yhuang.law@gmail.com>, Law Office of Yolanda Huang <yhuang.lawoffice@protonmail.com>, THOMAS NANNEY <tomnanney@aol.com>, "Thomas, Gregory B." <GThomas@bwslaw.com>, "Peters, Temitayo O." <TPeters@bwslaw.com>, "Hall, Jasper L." <JHall@bwslaw.com>, "Lee, Tawnya" <TLee@bwslaw.com>, "Prakash, Mrinalini V." <MPrakash@bwslaw.com>, "Reitmeyer, Charles J." <charles.reitmeyer@morganlewis.com>, "Wheeling, Emily Kimmelman" <emily.wheeling@morganlewis.com>, "Kirsch, Rob" <robert.kirsch@morganlewis.com>, "Benson, Mitch" <mitchell.benson@morganlewis.com>, "amanda.lashner@morganlewis.com" <amanda.lashner@morganlewis.com>, "Hasman, Ronald D." <ronald.hasman@morganlewis.com>, "salayha.ghoury@lewisbrisbois.com" <salayha.ghoury@lewisbrisbois.com>
**Cc:** Jemma Parker Saunders <jemma@bertlinglawgroup.com>, Pete Bertling <peter@bertlinglawgroup.com>, Cyndi Sierra <cyndi@bertlinglawgroup.com>
**Subject:** ELECTRONIC SERVICE ONLY | Gonzalez v. ACSO, et al | Wellpath Amended Deposition Notices of Michael Lockhart

Counsel:

Attached please find Wellpath's amended deposition notice of Michael Lockhart on 10/5/23, 9:00 a.m. PST at Law Offices of Yolanda Huang, 2748 Adeline Street Suite A, Berkeley, CA 94703.

Best,
Stephanie



Stephanie S. Aguiniga | Assistant
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Main: 805-879-7558
Direct: 805-456-2736
Facsimile: 805-869-1597
stephanie@bertlinglawgroup.com
www.bertlinglawgroup.com

PRIVILEGED AND CONFIDENTIAL
This message and any attached files are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that the viewing, copying or any dissemination of this information is prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

Michael Lockhart
10/5/23
**Exhibit 5**
Stacy L. Lozano, #12831

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al., | Case No. 3:19-cv-07423-JSC |
| Plaintiffs, | |
| v. | **ORDER TO PLAINTIFF MICHAEL LOCKHART TO APPEAR FOR DEPOSITION** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | Re: Dkt. No. 317 |

Plaintiff Michael Lockhart brings individual claims regarding the denial of medical care while he was incarcerated in an Alameda County jail. (Dkt. No. 180 at ¶ 14.3.4.) Following a meet and confer, Defendants noticed Mr. Lockhart's deposition for the mutually agreed upon date of August 25, 2023. (Dkt. No. 317 at 1.) On August 21, 2023, Plaintiffs' counsel advised Defendants Mr. Lockhart would not be appearing for his deposition and "he will not be rescheduling his deposition." (*Id*. at 11-12.) Plaintiffs' counsel thereafter declined to join in a stipulation to dismiss Mr. Lockhart's claims. (*Id*. at 7-10.) Plaintiffs also declined to join in Defendants' now pending discovery letter brief seeking a court order compelling Mr. Lockhart to appear for deposition. (*Id*. at 45.)

**Plaintiff Michael Lockhart is ORDERED to appear for deposition on October 5, 2023 at a location and time to be identified by Defendants. Given Mr. Lockhart's prior refusals to appear for deposition, if he fails to appear for the October 5 deposition, his claims will be dismissed for failure to prosecute. *See* Fed. R. Civ. Pro. 37(b)(2)(A)(v).**

Defendants shall provide Plaintiffs' counsel the location and time of the October 5, 2023

deposition by 5:00 p.m., September 25, 2023, and Plaintiffs' counsel shall serve Mr. Lockhart

with a copy of this Order and the information regarding the time and place of the deposition.

Plaintiffs' counsel shall file proof of service by noon, September 26, 2023.

This Order disposes of Docket No. 317.

**IT IS SO ORDERED.**

Dated: September 25, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

**Michael Lockhart**
**October 5, 2023**

```
1                    CERTIFICATE OF REPORTER

2          I, STACY L. LOZANO, hereby certify the

3     following:


4

5          That said Statement of Non-Appearance was taken

6     in shorthand by me, a Certified Shorthand Reporter of the

7     State of California, and was thereafter transcribed into

8     typewriting, and that the foregoing transcript constitutes

9     a full, true, and correct report of said statement and of

10    the proceedings which took place;


11

12         That I am a disinterested person to the said

13    action.


14

15         IN WITNESS WHEREOF, I have hereunto set my hand

16    this 6th day of October, 2023.


17

18    _____

19         STACY L. LOZANO, CSR No. 12831

20                 ---oOo---

21

22

23

24

25
```

Page 9

**CAL Reporting   925-425-9669**