# EXHIBIT F

# CAL Reporting
*Certified Shorthand Reporters*

www.cal-reporting.com
depos@cal-reporting.com

PO Box 519
Pleasanton, CA  94566
Phone:  925-425-9669
Fax:  925-462-0263

## Invoice

Attn:  Jemma P. Saunders, Esq.
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, California  93101

Invoice #:  5100
Invoice Date:  October 9, 2023
Job #: 16423
Customer ID:  BERT21
Terms:  Due upon receipt

Case Name:  Alameda County Male Prisoners vs. Alameda County Sheriff's Office, et al.
Deponent:    Certificate of Non-Appearance of Michael Lockhart
Date Taken:  October 5, 2023

| Description | | | Amount |
|---|---|---|---|
| Certificate of Non-Appearance | | | $300.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Shipping & Handling (emailed 10/9/23) | | | N/C |
| | | | |
| | | TOTAL | $300.00 |

✂  Please detach and mail with your payment.  ✂

Customer ID:  BERT21   Invoice #: 5100
Amount Due:  $ 300.00
Amount Enclosed:  $_____

*Please make checks payable to:*
**CAL Reporting**
PO Box 519
Pleasanton, CA  94566
Phone:  925-425-9669



EIN ID#
85-1123713
Stacy L. Lozano
dba CAL Reporting

We appreciate your business.
Thank you!