Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendants
WELLPATH MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>; **ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated,<br><br>                           Plaintiffs,<br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,<br><br>                           Defendants. | Case No.: 3:19-cv-07423 JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLPATH MANAGEMENT, INC.'S MOTION TO DISMISS PLAINTIFF MICHAEL LOCKHART PER FRCP RULE 37(b)(2)(A); REQUEST FOR EXPENSES AND FEES**<br><br>Hearing Date: November 16, 2023<br>Hearing Time: 10:00 a.m.<br>Hearing Dept: 8<br><br><br>Action Filed: November 12, 2019<br>Judge: Hon. Jacqueline Scott Corley<br>Ctrm: 8—19th Floor |

3:19-cv-07423 JSC

[PROPOSED] ORDER GRANTING DEFENDANT WELLPATH MANAGEMENT, INC.'S MOTION TO DISMISS PLAINTIFF MICHAEL LOCKHART PER FRCP RULE 37(b)(2)(A); REQUEST FOR EXPENSES AND FEES

| | |
|---|---|
| 1 | |
| 2 | Having considered Defendant Wellpath Management, Inc.'s ("Wellpath") Motion to Dismiss Plaintiff Michael Lockhart's claim with prejudice against Defendant Wellpath as alleged in Plaintiffs' Fifth Amended Complaint, and for an order of expenses in the sum of $1,300 per FRCP Rule 37(b)(2)(C), the papers filed in support of and in opposition thereto, all records on file with the Court in this case, and the oral arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Wellpath's Motion to Dismiss Plaintiff Lockhart with prejudice and for expenses in the sum of $1,300 is GRANTED in its entirety. |

Having considered Defendant Wellpath Management, Inc.'s ("Wellpath") Motion to Dismiss Plaintiff Michael Lockhart's claim with prejudice against Defendant Wellpath as alleged in Plaintiffs' Fifth Amended Complaint, and for an order of expenses in the sum of $1,300 per FRCP Rule 37(b)(2)(C), the papers filed in support of and in opposition thereto, all records on file with the Court in this case, and the oral arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Wellpath's Motion to Dismiss Plaintiff Lockhart with prejudice and for expenses in the sum of $1,300 is GRANTED in its entirety.

**IT IS SO ORDERED.**

DATED: _____     _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

3:19-cv-07423 JSC

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT WELLPATH MANAGEMENT, INC.'S
MOTION TO DISMISS PLAINTIFF MICHAEL LOCKHART PER FRCP RULE 37(b)(2)(A);
REQUEST FOR EXPENSES AND FEES