1

2  Yolanda Huang (State Bar No. 104543)
   LAW OFFICES OF YOLANDA HUANG
3  2748 Adeline Street, Suite A
   Berkeley, California 94705
4  Telephone:   (510) 329-2140
   Facsimile:   (510) 580-9410
5  E-Mail:      yhuang.law@gmail.com

6  Thomas E. Nanney (State Bar No. 214342)
   Law Office of Thomas E. Nanney
7  2217 W. 120th St.
   Leawood, Kansas 66209
8  Telephone: (816) 401-0047
   Email: tomnanney@gmail.com
9
   Richard A. Brody, Esq. (State Bar No. 100379)
10 1206 Beattie Lane
   Sebastopol, CA 95472
11 Telephone: (707) 235-6982
   Facsimile: (707) 235-6982
12 Email:  rick@brodylaw.com

13
   Attorney for Plaintiffs
14

15              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17             SAN FRANCISCO/OAKLAND DIVISION

18 **ALAMEDA COUNTY MALE PRISONERS**        No. 3:19-cv-07423 JSC
   And Former Prisoners, DANIEL GONZALEZ,
19 et al. on behalf of themselves and others
   similarly situated, as a Class, and Subclass   **PLAINTIFFS AND DEFENDANT**
20         **PLAINTIFFS,**                   **WELLPATH MANAGEMENT, INC.'S**
                                             **JOINT STATEMENT RE:**
21                                           **DISCOVERY DISPUTE -**
   vs.                                       **ATTACHMENT A**
22
   **ALAMEDA COUNTY SHERIFF'S**             DATE:   October 19, 2023
23 **OFFICE**, et al                         TIME:   9:30 a.m.
                                             LOC.:   450 Golden Gate Ave.,
24                                                    San Francisco, CA 94102
                                             DEPT.:  Courtroom 8, 19th Floor
25

26                                            Hon. Jacqueline S. Corley, Presiding

27

28         **DEFENDANTS.**

                                    1
   **PLAINTIFFS AND DEFENDANT WELLPATH MANAGEMENT, INC.'S JOINT STATEMENT RE: DISCOVERY DISPUTE**
                          Case No. 3:19-cv-07423  JSC

Peter G. Bertling [SBN 131602]
Jemma Parker Saunders [SBN 227962]
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
WELLPATH MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, <u>as a Class, and Subclass</u>; **ALAMEDA COUNTY FEMALE PRISONERS** And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; **WELLPATH MANAGEMENT, INC.**, a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,<br><br>Defendants. | Case No.: 3:19-cv-07423 JSC<br><br>**DEFENDANT WELLPATH MANAGEMENT, INC.'S INITIAL DISCLOSURES [FRCP RULE 26 (a)]**<br><br><br><br>Action Filed: November 12, 2019<br>Judge: Hon. Jacqueline Scott Corley<br>Ctrm: E—15th Floor |

3:18-cv-00050-JD

In accordance with Federal Rules of Civil Procedure Rule 26(a), Defendant WELLPATH hereby provides the names of witnesses and identity of documents currently available to her.  This information is based on Defendant's information and beliefs, known to her at the time of this initial disclosure, and is made with the understanding that investigation and discovery in this matter have only recently commenced. Defendant reserves the right to supplement, change, or correct the within information as additional facts are discovered and documents located.

## I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

1.   Plaintiff Daniel Gonzalez, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

2.   Plaintiff Lawrence Gerrans, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

3.   Plaintiff Cedric Henry, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

4.   Plaintiff Michael Lockhart, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

5.   Plaintiff Randy Harris, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

6.   Plaintiff Eric Rivera, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

///

7.      Plaintiff David Misch, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

8.      Plaintiff Tikisha Upshaw, c/o Law Offices of Yolanda Huang, will testify regarding the medical care she received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

9.      Plaintiff Eric Wayne, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

10.     Plaintiff James Mallett, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

11.     Plaintiff Rasheed Tucker, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

12.     Plaintiff Darryl Geyer, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

13.     Plaintiff Timothy Phillips, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

14.     Plaintiff Donald Corsetti, c/o Law Offices of Yolanda Huang, will testify regarding the medical care he received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

15.     Plaintiff Tiara Arnold, c/o Law Offices of Yolanda Huang, will testify regarding the medical care she received as an inmate at Santa Rita Jail including denial of medical care and denied access to food that is adequate to maintain health.

16.     Individuals from or identified by Plaintiffs.

17.    Individuals from defendant entity County of Alameda to be identified by this Defendant, including, but not limited to, custody staff and Deputies who had interaction with Plaintiffs.

18.    Individuals from defendant entity Aramark Correctional Services, LLC, to be identified by this Defendant, including, but not limited to, staff who had interaction with Plaintiffs.

19.    Plaintiff Daniel Gonzalez's preceding treating medical care providers to be identified during discovery including, but not limited to Santa Clara Valley Medical Center and Stanford Health Care.

20.    Plaintiff Lawrence Gerrans' preceding treating medical care providers to be identified during discovery including, but not limited to Labcorp and CVS Pharmacy.

21.    Plaintiff Cedric Henry's preceding treating medical care providers to be identified during discovery.

22.    Plaintiff Michael Lockhart's preceding treating medical care providers to be identified during discovery.

23.    Plaintiff Randy Harris' preceding treating medical care providers to be identified during discovery including, but not limited to Diagnostic Laboratories and Labcorp.

24.    Plaintiff Eric Rivera's preceding treating medical care providers to be identified during discovery including, but not limited to Inview Imaging.

25.    Plaintiff Tikisha Upshaw's preceding treating medical care providers to be identified during discovery.

26.    Plaintiff Eric Wayne's preceding treating medical care providers to be identified during discovery including, but not limited to UCSF.

27.    Plaintiff James Mallet's preceding treating medical care providers to be identified during discovery.

28.    Plaintiff Rasheed Tucker's preceding treating medical care providers to be identified during discovery.

29.     Plaintiff Timothy Phillips' preceding treating medical care providers to be identified during discovery including, but not limited to UCSF and Labcorp.

30.     Plaintiff Donald Corsetti's preceding treating medical care providers to be identified during discovery including, but not limited to Stanford Health Care, Labcorp, and Inview Imaging.

31.     Onsite emergency medical services personnel who provided care to plaintiffs.

32.     Maria Magat, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gonzalez, Mr. Corsetti, Mr. Rivera, Mr. Gerrans, Mr. Lockhart, Mr. Harris, Mr. Phillips, Mr. Geyer, Mr. Mallett, Mr. Wayne, and Ms. Upshaw. Testimony regarding CFMG's policies, procedures, and protocols for inmates.

33.     Jess Waldura, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Gonzalez, Mr. Rivera, Mr. Gerrans, Mr. Lockhart, Mr. Phillips, Mr. Geyer, Mr. Mallett, and Mr. Wayne.

34.     Szilvia Molitorisz, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Gonzalez, Mr. Corsetti, Mr. Rivera, Mr. Lockhart, Mr. Phillips, Mr. Geyer, and Mr. Mallett.

35.     Pardeep Kahlon, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Gonzalez, Mr. Corsetti, Mr. Rivera, Mr. Lockhart, Mr. Phillips, Mr. Geyer, Mr. Mallett, and Mr. Wayne.

36.     Alden Harken, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Gonzalez, Mr. Corsetti, Mr. Rivera, Mr. Lockhart, Mr. Harris, Mr. Phillips, Mr. Tucker, Mr. Mallett, and Mr. Wayne.

37.     Lane Melgarejo, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Hennry, Mr. Lockhart, Mr. Harris, Mr. Phillips, Mr. Geyer, and Mr. Mallett.

38.     John Nienow, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Rivera, Mr. Lockhart, and Mr. Phillips.

39.     Sambrajya Palagummi, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Gonzalez, Mr. Corsetti, Mr. Gerrans, Mr. Harris, Mr. Phillips, Mr. Tucker, Mr. Mallett, and Mr. Wayne.

40.     Indu Talwar, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Phillips, and Mr. Wayne.

41.     Josephine Agbowo, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Harris, Mr. Phillips, Mr. Mallett, and Mr. Wayne.

42.     Kerry-Ann Kelly, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Lockhart, Mr. Rivera, Mr. Phillips, and Mr. Mallett.

43.     Prithvi Shankar, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Phillips.

44.     Conrad Schmitt, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

45.     Asaad Traina, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Rivera.

46.     Peter Slaubaugh, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Harris, Mr. Mallett, Mr. Wayne, and Mr. Geyer.

47.     Rajendra Mahajan, M.D., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Harris.

48.     Hector Luz, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gerrans.

49.     Carol Stevenson, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gerrans.

50.     Hyun Choi, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry.

///

///

51.    Navdeep Kaur, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Corsetti, Mr. Lockhart, Mr. Harris, Mr. Tucker, Mr. Mallett, and Mr. Wayne.

52.    Dashmeet Kaur, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gonzalez, Mr. Corsetti, Mr. Rivera, Mr. Lockhart, Mr. Harris, and Ms. Upshaw.

53.    Thomas Bacon, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart.

54.    Maryna Clark, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart.

55.    Mary Anne Fahey, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart.

56.    Jeny Bazar, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Phillips, Mr. Geyer, and Mr. Mallett.

57.    David Donoho, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Henry, Mr. Lockhart, Mr. Harris, Mr. Phillips, Mr. Mallett, and Mr. Wayne.

58.    N. Malhi, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Corsetti, Mr. Harris, Mr. Phillips, and Mr. Wayne.

59.    Melynda Logan, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Corsetti, Mr. Rivera, Mr. Harris, Mr. Phillips, Mr. Geyer, and Mr. Tucker.

60.    Stella Lewis, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Harris.

61.    Kacey Lebon, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Lockhart, Mr. Phillips, Mr. Geyer, Mr. Tucker, Mr. Mallett, and Mr. Wayne.

///

62.    H. Dhatt, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Harris.

63.    Judy Lebon, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

64.    D. Mageloff, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Corsetti, Mr. Phillips, and Mr. Geyer.

65.    Rosa Leider, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart.

66.    Ping Zhao, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Phillips, and Ms. Upshaw.

67.    Pearlie Almeyda, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Corsetti, Mr. Rivera, Mr. Harris, and Mr. Wayne.

68.    Rasheesa Shipp, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Mr. Corsetti, Mr. Lockhart, Mr. Phillips, Mr. Wayne, and Ms. Upshaw.

69.    Sapandeep Baath, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry and Mr. Corsetti.

70.    Mira Yune, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry and Mr. Corsetti.

71.    Rachel Yohannes, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry and Mr. Lockhart.

72.    Gabriela Pamintuan, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry and Mr. Rivera.

73.    Regina Renee Hallera, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry, Gonzalez, Mr. Rivera, Mr. Tucker, and Ms. Upshaw.

74.    Jeffrey Cooper, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Henry and Mr. Tucker.

///

75.     Joyce Laforga, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gonzalez and Mr. Phillips.

76.     Zenaida Gutman, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gonzalez, Mr. Corsetti, and Mr. Lockhart.

77.     Karen Brown, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Gonzalez, Mr. Corsetti, Mr. Phillips, and Mr. Geyer.

78.     Anita Negen, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

79.     J. Divinagracia, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Gerrans.

80.     R. Washington, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Harris, and Mr. Wayne.

81.     Joan Fabro, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Rivera, Mr. Lockhart, Mr. Phillips, and Mr. Mallett.

82.     Zuhai Amiri, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

83.     D. Lordan, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

84.     Lisa Goodspeed, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Harris, and Mr. Mallett.

85.     H. Singh, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Lockhart.

86.     Mary Jane Ferrer, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart.

87.     V. Singh, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

88.     Sandy Yeung, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

89.     K. Park, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

90.     Katherine Wilson, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

91.     K. Cantillas, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Harris, and Mr. Tucker.

92.     Ping Zhao, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

93.     Roxanna Guzman, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Harris.

94.     A. Mand, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Harris, and Mr. Wayne.

95.     Sumeet Chagger, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Phillips, Mr. Geyer, Mr. Wayne, and Ms. Upshaw.

96.     Grace Nekki Nacis, LPN., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Harris.

97.     Jane Mwangi, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

98.     Jennifer Voyne, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

99.     Hye Weon Hwang, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

100.    J. Valdez, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

101.    Barbara Nguyen, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

///

102.   M. Bankhead, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Rivera, Mr. Harris, Mr. Phillips, and Mr. Geyer.

103.   Maryna Clark, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

104.   Kim Sadia, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Lockhart, Mr. Harris, Mr. Mallett, and Mr. Wayne.

105.   Ahmad Rasuli, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

106.   Shelby Moore, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti.

107.   Evelyn Hirsch, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti, Mr. Tucker, and Mr. Geyer.

108.   Meghean Cain, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart.

109.   Amalia Loyola, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Corsetti and Mr. Geyer.

110.   R. Kapoor, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Rivera.

111.   Michael Fabito, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Rivera, Mr. Lockhart, Mr. Harris, Mr. Geyer, and Mr. Mallett.

112.   Aryam Yohannes, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Rivera, Mr. Phillips, Mr. Tucker, Mr. Mallett, and Ms. Upshaw.

113.   Guadalupe Garcia, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Rivera.

114.   Heidi Lignell, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Lockhart and Mr. Phillips.

///

115.   Samantha Johnson, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Rivera.

116.   Sarah Tobin, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Phillips.

117.   Mira Yune, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Phillips, Mr. Geyer, and Mr. Tucker.

118.   Gabriela Quaglia, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Geyer and Ms. Upshaw.

119.   Kim Sook, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Geyer.

120.   H. Hundal, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Geyer and Mr. Mallett.

121.   Julia Valdez, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Geyer.

122.   Cheryl Clark, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Mr. Wayne.

123.   Laurie Anderson, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

124.   Tori Garcia, WHNP-BC, c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

125.   Katherine Conover, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

126.   Tina Thomas-Robinson, P.A., c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

127.   Neena C. Thomas, N.P., c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

128.   Jessica Jimenez, R.N., c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

129.    Sarah Manimbao, c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

130.    Kawal Singh, c/o Bertling Law Group, will testify regarding treatment and care of Ms. Upshaw.

131.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Daniel Gonzalez, not limited to those individuals named above.

132.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Larry Gerrans, not limited to those individuals named above.

133.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Cedric Henry, not limited to those individuals named above.

134.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Michael Lockhart, not limited to those individuals named above.

135.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Randy Harris, not limited to those individuals named above.

136.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Eric Rivera, not limited to those individuals named above.

137.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Tikisha Upshaw, not limited to those individuals named above.

138.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Eric Wayne, not limited to those individuals named above.

139.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff James Mallett, not limited to those individuals named above.

140.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Rasheed Tucker, not limited to those individuals named above.

141.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Darryl Geyer, not limited to those individuals named above.

142.    CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Timothy Phillips, not limited to those individuals named above.

143.   CFMG/Wellpath medical staff in the Santa Rita Jail who provided care to plaintiff Donald Corsetti, not limited to those individuals named above.

144.   Individuals and witnesses to be identified during the course and scope of discovery.  Defendant specifically reserves the right herein to supplement and update their Rule 26 disclosures pursuant to Federal Rule of Civil Procedure Rule 26(e).

## II.     DOCUMENTS IN SUPPORT OF DEFENDANTS' DEFENSES

1.     Medical records related to Mr. Wayne from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 000001 – WELLPATH-DG 000964.

2.     Medical records related to Mr. Mallett from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 000965 – WELLPATH-DG 001655.

3.     Medical records related to Mr. Tucker from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 001656 – WELLPATH-DG 001768.

4.     Medical records related to Mr. Phillips from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 001769 – WELLPATH-DG 003269.

5.     Medical records related to Mr. Geyer from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 003270 – WELLPATH-DG 003804.

6.     Medical records related to Mr. Henry from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 003805 – WELLPATH-DG 004140.

7.     Medical records related to Mr. Gonzalez from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 004141 – WELLPATH-DG 004421.

8.     Medical records related to Mr. Corsetti from Santa Rita Jail are produced herewith at Bates numbers WELLPATH-DG 004422 – WELLPATH-DG 006044.

9.     Medical records related to Mr. Rivera from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 006045 – WELLPATH-DG 006382.

10.     Medical records related to Mr. Gerrans from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 006383 – WELLPATH-DG 006467.

11.     Medical records related to Mr. Lockhart from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 006468 – WELLPATH-DG 007303.

12.     Medical records related to Mr. Harris from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 007304 – WELLPATH-DG 007885.

13.     Medical records related to Ms. Upshaw from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 007886 – WELLPATH-DG 008597.

14.     Medical records related to Mr. Misch from Santa Rita Jail were previously produced at Bates numbers WELLPATH-DG 008598 – WELLPATH-DG 009924.

15.     Medical records related to Ms. Arnold from Santa Rita Jail were previously produced at WELLPATH-DG 009925 – WELLPATH-DG 010498.

16.     Documents identified by Plaintiffs.

17.     Documents identified by Defendants County of Alameda, Alameda County Sheriff's Office, Deputy Joe, and Deputy Ignont (sp), Deputy Lenahan, Sergeant MacBride, Deputy John Roe and Deputy Jane Roe.

18.     Documents identified by Defendant Aramark Correctional Services, LLC.

19.     Documents to be identified during the course and scope of discovery. Defendant specifically reserves the right herein to supplement and update their Rule 26 disclosures pursuant to Federal Rule of Civil Procedure Rule 26(e).

**III.    INSURANCE**

Defendant California Forensic Medical Group is insured by ProAssurance Specialty Insurance Company, Policy Number ES1866-1. Insurance policy information, including limitations of liability, is produced herewith at Bates numbers WELLPATH-DG 010499.

Dated: May 18, 2023

Respectfully submitted,
BERTLING LAW GROUP, INC.

/s/ Peter G. Bertling
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant WELLPATH

3:18-cv-00050-JD

1  Peter G. Bertling [SBN 131602]
   Jemma Parker Saunders [SBN 227962]
2  Bertling Law Group
   21 East Canon Perdido Street, Suite 204B
3  Santa Barbara, CA 93101
   Telephone: 805-879-7558
4  Facsimile: 805-962-0722
   peter@bertlinglawgroup.com
5  jemma@bertlinglawgroup.com
6  Attorneys for Defendants
7  WELLPATH MANAGEMENT, INC.

8              **UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 **ALAMEDA COUNTY MALE PRISONERS**          Case No.: 3:19-cv-07423 JSC
   And Former Prisoners, DANIEL GONZALEZ,
11 et al. on behalf of themselves and others         **CERTIFICATE OF SERVICE**
   similarly situated, <u>as a Class, and Subclass</u>;
12 **ALAMEDA COUNTY FEMALE**
   **PRISONERS** And Former Prisoners, JACLYN
13 MOHRBACHER, ERIN ELLIS, DOMINIQUE          Action Filed: November 12, 2019
   JACKSON, CHRISTINA ZEPEDA, ALEXIS          Judge: Hon. Jacqueline Scott Corley
14 WAH, AND KELSEY ERWIN, et al on behalf     Ctrm: E—15th Floor
   of themselves and other similarly situated,
15

16                    Plaintiffs,

17 v.

18 **ALAMEDA COUNTY SHERIFF'S**
   **OFFICE**, ALAMEDA COUNTY, Deputy Joe,
19 Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25;
   **WELLPATH MANAGEMENT, INC.**, a
20 Delaware Corporation (formerly known as
   California Forensic Medical Group) a
21 corporation; its Employees and Sub-
   Contractors, and Rick & Ruth ROEs Nos. 26-
22 50; **ARAMARK CORRECTIONAL**
   **SERVICES, LLC**, a Delaware Limited
23 Liability Company; its Employees and Sub-
   Contractors, and Rick & Ruth ROES Nos.
24 51-75,
25
26                    Defendants.
27

28

                                                           **3:19-cv-07423-JSC**

1

2    I am employed in the County of Santa Barbara, State of California.  I am over the
age of 18 years and not a party to the within action.  My business address is 21 E. Canon

3    Perdido Street, Suite 204B, Santa Barbara, California 93101.  My e-mail address is

4    stephanie@bertlinglawgroup.com.
On **May 18, 2023,** I served a true copy of the following documents:

5    • **DEFENDANT WELLPATH MANAGEMENT, INC.'S INITIAL
DISCLOSURES [FRCP RULE 26(a)]**

6    • **BATES WELLPATH-DG 004422 – WELLPATH-DG 006044,
WELLPATH-DG 010499**

7

8    <u>Counsel for Plantiffs:</u>
Yolanda Huang

9    LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A

10   Berkeley, CA 94703
Telephone: 510-329-2140

11   Facsimile: 510-580-9410

12   yhuang.law@gmail.com

13   <u>Counsel for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN,
THOMAS F. MADIGAN, D. HOUGHTELLING, CAPTAIN DERRICK C. HESSELEIN,</u>

14   <u>DEPUTY IGNONT, DEPUTY JOE, TECHNICIAN KAISER and COUNTY OF ALAMEDA:</u>

15   Jonathan J. Belaga
SKANE MILLS LLP

16   33 New Montgomery Street, Suite 1250
San Francisco, CA  94105

17   Telephone: 415-431-4150
Facsimile: 415-431-4151

18   jbelaga@skanemills.com

19   wwilcox@skanewilcox.com

20

21

22   Temitayo O. Peters
Gregory B. Thomas

23   BURKE, WILLIAMS & SORENSON, LLP
1999 Harrison Street, Suite 1650

24   Oakland, CA 94612-3520
Telephone: 510-273-8780

25   Facsimile: 510-839-9104
tpeters@bwslaw.com

26   gthomas@bwslaw.com
tlee@bwslaw.com

27   mprakash@bwslaw.com

28

**Counsel for Defendants ARAMARK CORRECTIONAL SERVICES LLC:**

Charles J. Reitmeyer
Emily S. Kimmelman Wheeling
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5320
charles.reitmeyer@morganlewis.com
emily.wheeling@morganlewis.com
robert.kirsch@morganlewis.com
mitchell.benson@morganlewis.com
amanda.lashner@morganlewis.com

Salayha K. Ghoury
Peter J. Van Zandt
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882
salayha.ghoury@lewisbrisbois.com
peter.vanzandt@lewisbrisbois.com

[X]    **ELECTRONIC SERVICE**
       Based on a court order or an agreement of the parties to accept electronic service,
       I caused the document to be sent to the person(s) at the electronic service
       address(es) above.

[X]    **FEDERAL**
       I declare under penalty of perjury under the laws of the United States of America
       that the above is true and correct and that I am employed in the office of a
       member of the bar of this Court at whose direction the service was made.

       Executed on **May 18, 2023,** at Santa Barbara, California.

       _____
       Stephanie S. Aguiniga