| | |
|---|---|
| **From:** | Reitmeyer, Charles J. |
| **Sent:** | Sunday, October 15, 2023 2:03 PM |
| **To:** | Yolanda Huang |
| **Cc:** | Tom Nanney; Rick Brody; Wheeling, Emily Kimmelman; Thomas, Gregory B.; Peters, Temitayo O.; Peters, Temitayo O.; Jemma Parker Saunders; Stephanie Aguiniga |
| **Subject:** | RE: meet and confer issues |

Yolanda,

As to the time parameters for Aramark's Rule 30(b)(6) deposition, we are willing to go a little over the seven hour limit and we will not count any examination by the other defendants against the seven hour limit, but the requested 21 hours of examination is excessive, unreasonable and burdensome.

Thanks.

                                                      Buck

**Charles J. Reitmeyer**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.4841 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.267.334.8723
charles.reitmeyer@morganlewis.com | www.morganlewis.com
Assistant: Angela P. Garden | +1.215.963.5463 | angela.garden@morganlewis.com





---

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Sent:** Thursday, October 12, 2023 1:10 AM
**To:** Reitmeyer, Charles J. <charles.reitmeyer@morganlewis.com>
**Cc:** Tom Nanney <tomnanney@gmail.com>; Rick Brody <rick@brodylaw.com>
**Subject:** meet and confer issues

[EXTERNAL EMAIL]
Chuck,
Tom just phoned. He is in Norway, says hi, and wishes you were there.

He wanted me to follow-up with you on the meet and confer issues he's raised, particularly on the time parameters for the 30(b)(6) deposition. That needs to be resolved before the deposition, and since you will be in Europe visiting your

daughter the week before the depo, it would be best to try and resolve this next week. Tom said he could try and participate in the informal conference with Judge Corley if he had a few days notice (or I could be the stand in).

If you wish to discuss this with me further, I am available Thursday morning anytime. Or, we could just draft up an informal discovery letter for submission to Judge Corley?

Please let me know.

Yours truly,


--

Yolanda Huang, Esq.

PO Box 5475 • Berkeley • CA • 94705 •   Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.