*Alameda County Make Prisoners, et al. vs. ACSO, et al.*, Case No. 3:19-cv-07423-JSC

# EXHIBIT A

Plaintiffs' Noticed Depositions

|   | **Deposition Notice Title** | **Deponent** | **Noticed Date** | **Noticed Time** |
|---|---|---|---|---|
| 1 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Maria Magat, M.D. | October 30, 2023 | 9:00 AM PDT |
| 2 | Notice of Taking Oral Deposition of Defendant Alameda County Sheriff's Office (Sanitation) | "One or more officers, directors or managing agents, or other designated person(s) to testify on behalf of Alameda County Sheriff's Office" | October 31, 2023 | 10:00 AM PDT |
| 3 | Notice of Taking Depositions of Individuals Listed as Percipient Witnesses by Defendant Wellpath Management, Inc. in its Rule 26 Initiation Disclosures | Lt. M. Pickett | October 31, 2023 | 10:00 AM PDT |
| 4 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Dawnielle Mageloff, R.N. | October 31, 2023 | 9:00 AM PDT |
| 5 | Notice of Taking Oral Deposition of Defendant Alameda County Sheriff's Office (Food) | "One or more officers, directors or managing agents, or other designated person(s) to testify on behalf of Alameda County Sheriff's Office" | November 1, 2023 | 10:00 AM PDT |
| 6 | Notice of Taking Depositions of Individuals Listed as Percipient Witnesses by Defendant Wellpath Management, Inc. in its Rule 26 Initiation Disclosures | Capt. J. Miguel | November 1, 2023 | 10:00 AM PDT |
| 7 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Peter Slaubaugh, M.D. | November 1, 2023 | 9:00 AM PDT |
| 8 | Notice of Taking Oral Deposition of Defendant Alameda County Sheriff's Office (Affirmative Defenses & Grievances) | "One or more officers, directors or managing agents, or other designated person(s) to testify on behalf of | November 2, 2023 | 10:00 AM PDT |

*Alameda County Make Prisoners, et al. vs. ACSO, et al.*, Case No. 3:19-cv-07423-JSC

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Alameda County Sheriff's Office" |  |  |
| 9 | Notice of Taking Oral Deposition of Defendant Alameda County Sheriff's Office (Medical) | "One or more officers, directors or managing agents, or other designated person(s) to testify on behalf of Alameda County Sheriff's Office" | November 2, 2023 | 10:00 AM PDT |
| 10 | Notice of Taking Depositions of Individuals Listed as Percipient Witnesses by Defendant Wellpath Management, Inc. in its Rule 26 Initiation Disclosures | Comm. T. Schellenberg | November 2, 2023 | 10:00 AM PDT |
| 11 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Alden Harken, M.D. | November 2, 2023 | 9:00 AM PDT |
| 12 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Lane Melgarejo, M.D | November 2, 2023 | 1:00 PM PDT |
| 13 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Sambrajya Palagummi, M.D. | November 3, 2023 | 9:00 AM PDT |
| 14 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Indu Talwar, M.D. | November 3, 2023 | 1:00 PM PDT |
| 15 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Prithvi Shankar, M.D. | November 6, 2023 | 9:00 AM PDT |
| 16 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Conrad Schmitt, M.D. | November 6, 2023 | 1:00 PM PDT |
| 17 | Notice of Taking Deposition of the Person Most Qualified and Custodian Wellpath Management, Inc. and Request for Production of Documents at Deposition | "Person(s) Most Qualified of WELLPATH" | November 6, 2023 | 9:00 AM PDT |
| 18 | Notice of Taking Depositions of Individuals Listed as Percipient Witnesses by Defendant Wellpath Management, Inc. in its Rule 26 Initiation Disclosures | Capt. O. Perez | November 7, 2023 | 10:00 AM PDT |

Case 3:19-cv-07423-JSC   Document 343-1   Filed 10/18/23   Page 3 of 4

*Alameda County Make Prisoners, et al. vs. ACSO, et al.*, Case No. 3:19-cv-07423-JSC

| | | | | |
|---|---|---|---|---|
| 19 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Asaad Traina, M.D. | November 7, 2023 | 9:00 AM PDT |
| 20 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Rajendra Mahajan, M.D. | November 7, 2023 | 1:00 PM PDT |
| 21 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Josephine Agbowo, M.D. | November 8, 2023 | 9:00 AM PDT |
| 22 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Pardeep Kahlon, M.D. | November 8, 2023 | 1:00 PM PDT |
| 23 | Notice of Taking Depositions of Individuals Listed as Percipient Witnesses by Defendant Wellpath Management, Inc. in its Rule 26 Initiation Disclosures | Capt. R. Clippinger | November 9, 2023 | 10:00 AM PDT |
| 24 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Kerry-Ann Kelly, M.D. | November 9, 2023 | 9:00 AM PDT |
| 25 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Szilvia Molitorisz, M.D. | November 10, 2023 | 9:00 AM PDT |
| 26 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | John Nienow, M.D. | November 10, 2023 | 1:00 PM PDT |
| 27 | Notice of Taking Oral Deposition of Witness Alyssa Devilla or Her Designee | Alyssa Devilla, or her designee | November 10, 2023 | 10:00 AM PDT |
| 28 | Notice of Taking Oral Deposition of Derrick Hesselein | Derrick Hesselin | November 10, 2023 | 9:00 AM PDT |
| 29 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Jess Waldura, M.D. | November 13, 2023 | 9:00 AM PDT |
| 30 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Jeffrey Cooper, R.N. | November 13, 2023 | 1:00 PM PDT |

Case 3:19-cv-07423-JSC   Document 343-1   Filed 10/18/23   Page 4 of 4

*Alameda County Make Prisoners, et al. vs. ACSO, et al.*, Case No. 3:19-cv-07423-JSC

| # | Notice | Deponent | Date | Time |
|---|---|---|---|---|
| 31 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Tori Garcia, WHNP-BC | November 14, 2023 | 9:00 AM PDT |
| 32 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Tina Thomas-Robinson, P.A. | November 14, 2023 | 1:00 PM PDT |
| 33 | Notice of Taking Depositions of Individuals Indicated by Defendant Aramark as Percipient Witnesses in its Initial Disclosures | Willie Singleton | November 15, 2023 | 9:00 AM PDT |
| 34 | Notice of Taking Depositions of Individuals Indicated by Defendant Aramark as Percipient Witnesses in its Initial Disclosures | Kenneth Flynn | November 15, 2023 | 1:00 PM PDT |
| 35 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Gabriela Quaglia, R.N. | November 15, 2023 | 9:00 AM PDT |
| 36 | Notice of Taking Depositions of Individuals Listed As Percipient Witnesses By Defendant Wellpath Management, Inc. in its Rule 26 Initial Disclosures | Roxanna Guzman, R.N. | November 15, 2023 | 1:00 PM PDT |
| 37 | Notice of Taking Depositions of Individuals Indicated by Defendant Aramark as Percipient Witnesses in its Initial Disclosures | Rick Huking | November 16, 2023 | 9:00 AM PDT |