Alameda County Make Prisoners, et al. vs. ACSO, et al., Case No. 3:19-cv-07423-JSC

# PLAINTIFFS' EXHIBIT C

# Responses to Requests for Admissions from Deputy Joe

# With Proofs of Service Attached

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br> v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY,** Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF DARYL GEYER'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY JOE, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:       May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff DARRYL GEYER

**PROPOUNDING PARTY:**       Defendant DEPUTY JOE

**SET NO.:**                              ONE (1)

1

2        Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE

3    hereby serves the following Requests for Admission on Plaintiff DARRYL GEYER, to be

4    answered, under oath, within thirty (30) days from the date of service.

5

6                    **RESPONSE TO REQUEST FOR ADMISSION**

7    **REQUEST FOR ADMISSION NO. 1:**

8        Admit that YOU are not asserting any claims in this action against DEFENDANT.

9    **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

10        Plaintiff DARRYL GEYER denies this request for admission on the grounds that plaintiff

11   was not informed of and does not know the name of all deputies he came into contact with while

12   at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this

13   particular deputy violated any of plaintiff's constitutional rights.

14   Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG

15

16                                    By */s/ Yolanda Huang*_____

17                                       Yolanda Huang
                                         Attorney for Plaintiffs

18

19

20

21

22

23

24

25

## PROOF OF SERVICE
### Gonzalez, et al. v. Alameda County Sheriff's Office, et al.
### Case No. 3:19-cv-07423-JSC

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Daryl Geyer's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF  DARYL GEYER, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

| | |
|---|---|
| Gregory B. Thomas (SBN 239870)<br>E-mail:  gthomas@bwslaw.com<br>Temitayo O. Peters (SBN 309913)<br>E-mail:  tpeters@bwslaw.com<br>Jasper L. Hall (SBN 341113)<br>E-mail:  jhall@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1999 Harrison Street, Suite 1650<br>Oakland, California 94612-3520<br>Tel:  510.273.8780    Fax:  510.839.9104 | Charles Reitmeyer<br>Amanda F Lashner<br>Emily S. Kimmelman<br>MORGAN LEWIS AND BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001<br>Email:<br>charles.reitmeyer@morganlewis.com<br>amanda.lashner@morganlewis.com<br>emily.kimmelman@morganlewis.com |
| Peter G. Bertling<br>Jemma S. Parker Saunders<br>BERTLING LAW GROUP, INC.<br>21 East Canon Perdido Street, Suite 204B<br>Santa Barbara, CA 93101-8215<br>Phone: (805) 879-7558  Fax: (805) 869-1597<br>Email: peter@bertlinglawgroup.com<br>          jemma@bertlinglawgroup.com | Peter James Van Zandt<br>Salayha Khaliq Ghoury<br>LEWIS BRISBOIS BISGAARD & SMITH<br>45 Fremont Street, Ste 3000<br>San Francisco, CA 94105<br>Phone: (415) 362-2580<br>Fax: (415) 434-0882<br>Email: peter.vanzandt@lewisbrisbois.com<br>          salayha.ghoury@lewisbrisbois.com |

Case No. 3:19-cv-07423-JSC
PLTF DARRYL GEYER'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY JOE (1)

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY,** Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS.** | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF DANIEL GONZALEZ'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY JOE, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:        May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff DANIEL GONZALEZ

**PROPOUNDING PARTY:**        Defendant DEPUTY JOE

**SET NO.:**        ONE (1)

1

1    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE

2  hereby serves the following Requests for Admission on Plaintiff DANIEL GONZALEZ, to be

3  answered, under oath, within thirty (30) days from the date of service.

4

5    **RESPONSE TO REQUEST FOR ADMISSION**

6  **REQUEST FOR ADMISSION NO. 1:**

7    Admit that YOU are not asserting any claims in this action against DEFENDANT.

8  **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

9    DENY.

10 Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG

11

12                                            By */s/ Yolanda Huang*_____
                                              Yolanda Huang
13                                            Attorney for Plaintiffs

## PROOF OF SERVICE
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Daniel Gonzalez's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF DANIEL GONZALEZ, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

1

2  Yolanda Huang (State Bar No. 104543)
   LAW OFFICES OF YOLANDA HUANG
3  PO Box 5475
   Berkeley, California 94705
4  Telephone: (510) 329-2140
   Facsimile: (510) 580-9410
5  E-Mail: yolanda@yhuanglaw.com

6  Thomas E. Nanney (State Bar No. 214342)
   Law Office of Thomas E. Nanney
7  2217 W. 120th St.
   Leawood, Kansas 66209
8  Phone: (816) 401-0047
   Email: tomnanney@gmail.com

9
   Attorneys for Plaintiffs
10

11               UNITED STATES DISTRICT COURT

12    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13  **ALAMEDA COUNTY MALE PRISONERS**       Case No. 3:19-cv-07423-JSC
    And Former Prisoners, DANIEL GONZALEZ,
14  et al. on behalf of themselves and others   PLAINTIFF RANDY HARRIS' RESPONSE
    similarly situated, as a Class, and Subclass,  TO INTERROGATORIES FROM
                                             DEFENDANT DEPUTY JOE,
15                                           SET ONE
              **PLAINTIFFS**,
16
                                             Judge:    District Judge Jacqueline Scott
17         v.                                Corley

    **ALAMEDA COUNTY SHERIFF'S**
18  **OFFICE, ALAMEDA COUNTY**, Deputy       Trial Date:      May 6, 2024
    Joe, Deputy Ignont (sp) John and Jane ROEs,
19  Nos. 1 – 25,

20            **DEFENDANTS**.

21

22  **RESPONDING PARTY:**            Plaintiff RANDY HARRIS

23  **PROPOUNDING PARTY:**           Defendant DEPUTY JOE

24  **SET NO.:**                     ONE (1)

25
                                    1

1    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE

2   hereby serves the following Requests for Admission on Plaintiff ERIC WAYNE, to be answered,

3   under oath, within thirty (30) days from the date of service.

4

5    **<u>RESPONSE TO REQUEST FOR ADMISSION</u>**

6   **<u>REQUEST FOR ADMISSION NO. 1</u>:**

7    Admit that YOU are not asserting any claims in this action against DEFENDANT.

8   **<u>RESPONSE TO REQUEST FOR ADMISSION NO.1</u>:**

9    Plaintiff RANDY HARRIS denies this request for admission on the grounds that plaintiff

10   was not informed of and does not know the name of all deputies he came into contact with while

11   at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this

12   particular deputy violated any of plaintiff's constitutional rights.

13

14

Dated:  JULY 19, 2023                LAW OFFICE OF YOLANDA HUANG

15

16

                        By */s/ Yolanda Huang*_____
17                          Yolanda Huang
                            Attorney for Plaintiffs
18

19

20

21

22

23

24

25

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff RANDY HARRIS' Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF ERIC WAYNE, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

| | |
|---|---|
| Gregory B. Thomas (SBN 239870)<br>E-mail:  gthomas@bwslaw.com<br>Temitayo O. Peters (SBN 309913)<br>E-mail:  tpeters@bwslaw.com<br>Jasper L. Hall (SBN 341113)<br>E-mail:  jhall@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1999 Harrison Street, Suite 1650<br>Oakland, California 94612-3520<br>Tel:  510.273.8780    Fax:  510.839.9104 | Charles Reitmeyer<br>Amanda F Lashner<br>Emily S. Kimmelman<br>MORGAN LEWIS AND BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001<br>Email:<br>charles.reitmeyer@morganlewis.com<br>amanda.lashner@morganlewis.com<br>emily.kimmelman@morganlewis.com |
| Peter G. Bertling<br>Jemma S. Parker Saunders<br>BERTLING LAW GROUP, INC.<br>21 East Canon Perdido Street, Suite 204B<br>Santa Barbara, CA 93101-8215<br>Phone: (805) 879-7558  Fax: (805) 869-1597<br>Email: peter@bertlinglawgroup.com<br>        jemma@bertlinglawgroup.com | Peter James Van Zandt<br>Salayha Khaliq Ghoury<br>LEWIS BRISBOIS BISGAARD & SMITH<br>45 Fremont Street, Ste 3000<br>San Francisco, CA 94105<br>Phone: (415) 362-2580<br>Fax: (415) 434-0882<br>Email: peter.vanzandt@lewisbrisbois.com<br>        salayha.ghoury@lewisbrisbois.com |

4

1

2  Yolanda Huang (State Bar No. 104543)
   LAW OFFICES OF YOLANDA HUANG
3  PO Box 5475
   Berkeley, California 94705
4  Telephone: (510) 329-2140
   Facsimile: (510) 580-9410
5  E-Mail: yolanda@yhuanglaw.com

6  Thomas E. Nanney (State Bar No. 214342)
   Law Office of Thomas E. Nanney
7  2217 W. 120th St.
   Leawood, Kansas 66209
8  Phone: (816) 401-0047
   Email: tomnanney@gmail.com

9
   Attorneys for Plaintiffs
10

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13  **ALAMEDA COUNTY MALE PRISONERS**      Case No. 3:19-cv-07423-JSC
    And Former Prisoners, DANIEL GONZALEZ,
14  et al. on behalf of themselves and others    PLAINTIFF CEDRIC HENRY'S RESPONSE
    similarly situated, as a Class, and Subclass;  TO INTERROGATORIES FROM
                                                 DEFENDANT DEPUTY JOE,
15                                               SET ONE
              **PLAINTIFFS**,
16
                                                 Judge:   District Judge Jacqueline Scott
17        v.                                     Corley

    **ALAMEDA COUNTY SHERIFF'S**
18  **OFFICE, ALAMEDA COUNTY,** Deputy          Trial Date:      May 6, 2024
    Joe, Deputy Ignont (sp) John and Jane ROEs,
19  Nos. 1 – 25,

20            **DEFENDANTS**.

21

22  **RESPONDING PARTY:**           Plaintiff CEDRIC HENRY

23  **PROPOUNDING PARTY:**          Defendant DEPUTY JOE

24  **SET NO.:**                    ONE (1)

25                                    1

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE hereby serves the following Requests for Admission on Plaintiff CEDRIC HENRY, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff CEDRIC HENRY denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


                                              By /s/ Yolanda Huang_____
                                                 Yolanda Huang
                                                 Attorney for Plaintiffs

2

Plaintiff Cedric Henrys Response to Def. Joe's RFA Set One
*Gonzalez v. Alameda County Sheriff's Office* United States District Court, Northern District of California, Case No. 3:19-cv-07423  JSC

## PROOF OF SERVICE

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Cedric Henry's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF CEDRIC HENRY, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

3

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
          jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
          salayha.ghoury@lewisbrisbois.com

4

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF MICHAEL LOCKHART'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY JOE, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:    May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff MICHAEL LOCKHART

**PROPOUNDING PARTY:**          Defendant DEPUTY JOE

**SET NO.:**          ONE (1)

1    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE

2   hereby serves the following Requests for Admission on Plaintiff MICHAEL LOCKHART, to be

3   answered, under oath, within thirty (30) days from the date of service.

4

5                    **RESPONSE TO REQUEST FOR ADMISSION**

6   **REQUEST FOR ADMISSION NO. 1:**

7    Admit that YOU are not asserting any claims in this action against DEFENDANT.

8   **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

9    Plaintiff MICHAEL LOCKHART denies this request for admission on the grounds that

10   plaintiff was not informed of and does not know the name of all deputies he came into contact

11   with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state

12   whether this particular deputy violated any of plaintiff's constitutional rights.

13   Dated:  JULY 19, 2023                LAW OFFICE OF YOLANDA HUANG

14

15                           By */s/ Yolanda Huang*_____

16                              Yolanda Huang
                              Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25                            2                Case No. 3:19-cv-07423-JSC

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Michael Lockhart's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF MICHAEL LOCKHART, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
         jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
         salayha.ghoury@lewisbrisbois.com

1

2  Yolanda Huang (State Bar No. 104543)
   LAW OFFICES OF YOLANDA HUANG
3  PO Box 5475
   Berkeley, California 94705
4  Telephone: (510) 329-2140
   Facsimile: (510) 580-9410
5  E-Mail: yolanda@yhuanglaw.com

6  Thomas E. Nanney (State Bar No. 214342)
   Law Office of Thomas E. Nanney
7  2217 W. 120th St.
   Leawood, Kansas 66209
8  Phone: (816) 401-0047
   Email: tomnanney@gmail.com

9
   Attorneys for Plaintiffs
10

11             UNITED STATES DISTRICT COURT

12    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13  **ALAMEDA COUNTY MALE PRISONERS**          Case No. 3:19-cv-07423-JSC
    And Former Prisoners, DANIEL GONZALEZ,
14  et al. on behalf of themselves and others     PLAINTIFF JAMES MALLETT'S
    similarly situated, as a Class, and Subclass;  RESPONSE TO INTERROGATORIES
15                                                 FROM DEFENDANT DEPUTY JOE,
              **PLAINTIFFS**,                      SET ONE
16
           v.                                      Judge:   District Judge Jacqueline Scott
17                                                 Corley
    **ALAMEDA COUNTY SHERIFF'S**
18  **OFFICE, ALAMEDA COUNTY**, Deputy            Trial Date:      May 6, 2024
    Joe, Deputy Ignont (sp) John and Jane ROEs,
19  Nos. 1 – 25,

20            **DEFENDANTS**.

21

22  **RESPONDING PARTY:**          Plaintiff JAMES MALLETT

23  **PROPOUNDING PARTY:**         Defendant DEPUTY JOE

24  **SET NO.:**                   ONE (1)

25                            1           Case No. 3:19-cv-07423-JSC

1    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE

2    hereby serves the following Requests for Admission on Plaintiff JAMES MALLETT, to be

3    answered, under oath, within thirty (30) days from the date of service.

4

5                    **RESPONSE TO REQUEST FOR ADMISSION**

6    **REQUEST FOR ADMISSION NO. 1:**

7        Admit that YOU are not asserting any claims in this action against DEFENDANT.

8    **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

9        Plaintiff JAMES MALLETT denies this request for admission on the grounds that plaintiff

10   was not informed of and does not know the name of all deputies he came into contact with while

11   at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this

12   particular deputy violated any of plaintiff's constitutional rights.

13   Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG

14

15                                    By /s/ Yolanda Huang_____

16                                      Yolanda Huang
                                        Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

## PROOF OF SERVICE
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff James Mallett's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF JAMES MALLETT, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC
PLTF JAMES MALLETT'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY JOE (1)

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

1

2
Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG

3
PO Box 5475
Berkeley, California 94705

4
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

5
E-Mail: yolanda@yhuanglaw.com

6
Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney

7
2217 W. 120th St.
Leawood, Kansas 66209

8
Phone: (816) 401-0047
Email: tomnanney@gmail.com

9

Attorneys for Plaintiffs

10

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13
**ALAMEDA COUNTY MALE PRISONERS**
And Former Prisoners, DANIEL GONZALEZ,

Case No. 3:19-cv-07423-JSC

14
et al. on behalf of themselves and others
similarly situated, as a Class, and Subclass;

PLAINTIFF DAVID MISCH'S RESPONSE
TO INTERROGATORIES FROM

15

**PLAINTIFFS**,

DEFENDANT DEPUTY JOE,
SET ONE

16

v.

Judge:    District Judge Jacqueline Scott
Corley

17
**ALAMEDA COUNTY SHERIFF'S
OFFICE, ALAMEDA COUNTY**, Deputy

18
Joe, Deputy Ignont (sp) John and Jane ROEs,
Nos. 1 – 25,

Trial Date:        May 6, 2024

19

20

**DEFENDANTS**.

21

22
**RESPONDING PARTY:**            Plaintiff DAVID MISCH

23
**PROPOUNDING PARTY:**       Defendant DEPUTY JOE

24
**SET NO.:**                              ONE (1)

25

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE hereby serves the following Requests for Admission on Plaintiff DAVID MISCH, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff DAVID MISCH denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU did not assert any claims for "adequate sanitation" against COUNTY in YOUR Fifth Amended Complaint.

**RESPONSE TO REQUEST FOR ADMISSION NO.2:**

ADMIT.  Plaintiff David Misch is asserting claims for "inadequate sanitation" against COUNTY in YOUR Fifth Amended Complaint.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU did not assert any claims for "adequate sanitation" against ACSO in the Fifth Amended Complaint.

**RESPONSE TO REQUEST FOR ADMISSION NO.3:**

ADMIT.  Plaintiff David Misch is asserting claims for "inadequate sanitation" against ACSO in the Fifth Amended Complaint.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


                                         By /s/ Yolanda Huang_____
                                            Yolanda Huang
                                            Attorney for Plaintiffs

## PROOF OF SERVICE
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff David Misch's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF DAVID MISCH, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

1

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
2
**Case No. 3:19-cv-07423-JSC**

3
Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Charles Reitmeyer
Amanda F Lashner
4
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
Jasper L. Hall (SBN 341113)
5
E-mail:  jhall@bwslaw.com
1701 Market Street
Philadelphia, PA 19103
BURKE, WILLIAMS & SORENSEN, LLP
6
1999 Harrison Street, Suite 1650
Phone: (215) 963-5000
Fax: (215) 963-5001
Oakland, California 94612-3520
7
Tel:  510.273.8780    Fax:  510.839.9104
Email:
charles.reitmeyer@morganlewis.com
8
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com
9

10
Peter G. Bertling
Peter James Van Zandt
Jemma S. Parker Saunders
Salayha Khaliq Ghoury
11
BERTLING LAW GROUP, INC.
LEWIS BRISBOIS BISGAARD & SMITH
21 East Canon Perdido Street, Suite 204B
45 Fremont Street, Ste 3000
12
Santa Barbara, CA 93101-8215
San Francisco, CA 94105
Phone: (805) 879-7558  Fax: (805) 869-1597
Phone: (415) 362-2580
13
Email: peter@bertlinglawgroup.com
Fax: (415) 434-0882
    jemma@bertlinglawgroup.com
Email: peter.vanzandt@lewisbrisbois.com
14
    salayha.ghoury@lewisbrisbois.com

15

16

17

18

19

20

21

22

23

24

25

5

1

2   Yolanda Huang (State Bar No. 104543)
    LAW OFFICES OF YOLANDA HUANG
3   PO Box 5475
    Berkeley, California 94705
4   Telephone: (510) 329-2140
    Facsimile: (510) 580-9410
5   E-Mail: yolanda@yhuanglaw.com

6   Thomas E. Nanney (State Bar No. 214342)
    Law Office of Thomas E. Nanney
7   2217 W. 120th St.
    Leawood, Kansas 66209
8   Phone: (816) 401-0047
    Email: tomnanney@gmail.com
9
    Attorneys for Plaintiffs
10

11                  UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13  **ALAMEDA COUNTY MALE PRISONERS**        Case No. 3:19-cv-07423-JSC
    And Former Prisoners, DANIEL GONZALEZ,
14  et al. on behalf of themselves and others   PLAINTIFF TIMOTHY PHILLIPS'
    similarly situated, as a Class, and Subclass;   RESPONSE TO INTERROGATORIES
15                                               FROM DEFENDANT DEPUTY JOE,
              **PLAINTIFFS**,                    SET ONE
16
          v.                                     Judge:    District Judge Jacqueline Scott
17                                               Corley
    **ALAMEDA COUNTY SHERIFF'S**
18  **OFFICE,** ALAMEDA COUNTY, Deputy Joe,     Trial Date:        May 6, 2024
    Deputy Ignont (sp) John and Jane ROES, Nos. 1
19  – 25,

20            **DEFENDANTS**.

21
    _____
22  **RESPONDING PARTY:**           Plaintiff TIMOTHY PHILLIPS

23  **PROPOUNDING PARTY:**          Defendant DEPUTY JOE

24  **SET NO.:**                    ONE (1)

25
                              1          Case No. 3:19-cv-07423-JSC

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE hereby serves the following Requests for Admission on Plaintiff TIMOTHY PHILLIPS, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff TIMOTHY PHILLIPS denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of Plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


                                         By /s/ Yolanda Huang_____
                                            Yolanda Huang
                                            Attorney for Plaintiffs

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Timothy Phillips' Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF TIMOTHY PHILLIPS, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

1

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

2

3  Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
4  Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
5  Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
6  1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
7  Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
8  Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
9  emily.kimmelman@morganlewis.com

10  Peter G. Bertling
Jemma S. Parker Saunders
11  BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
12  Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
13  Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

14

15

16

17

18

19

20

21

22

23

24

25

4

1

2  Yolanda Huang (State Bar No. 104543)
   LAW OFFICES OF YOLANDA HUANG
3  PO Box 5475
   Berkeley, California 94705
4  Telephone: (510) 329-2140
   Facsimile: (510) 580-9410
5  E-Mail: yolanda@yhuanglaw.com

6  Thomas E. Nanney (State Bar No. 214342)
   Law Office of Thomas E. Nanney
7  2217 W. 120th St.
   Leawood, Kansas 66209
8  Phone: (816) 401-0047
   Email: tomnanney@gmail.com
9
   Attorneys for Plaintiffs
10

11              UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13 **ALAMEDA COUNTY MALE PRISONERS**   Case No. 3:19-cv-07423-JSC
   And Former Prisoners, DANIEL GONZALEZ,
14 et al. on behalf of themselves and others   PLAINTIFF ERIC RIVERA'S RESPONSE
   similarly situated, as a Class, and Subclass;   TO INTERROGATORIES FROM
                                                    DEFENDANT DEPUTY JOE,
15          **PLAINTIFFS**,                         SET ONE

16                                          Judge:   District Judge Jacqueline Scott
        v.                                  Corley
17
   **ALAMEDA COUNTY SHERIFF'S**            Trial Date:      May 6, 2024
18 **OFFICE, ALAMEDA COUNTY**, Deputy
   Joe, Deputy Ignont (sp) John and Jane ROEs,
19 Nos. 1 – 25,

20          **DEFENDANTS**.

21

22 **RESPONDING PARTY:**          Plaintiff ERIC RIVERA

23 **PROPOUNDING PARTY:**         Defendant DEPUTY JOE

24 **SET NO.:**                   ONE (1)

25
                                    1       Case No. 3:19-cv-07423-JSC

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE hereby serves the following Requests for Admission on Plaintiff ERIC RIVERA, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff ERIC RIVERA denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                      LAW OFFICE OF YOLANDA HUANG


By /s/ Yolanda Huang_____
Yolanda Huang
Attorney for Plaintiffs

## PROOF OF SERVICE
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Eric Rivera's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF ERIC RIVERA, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC
PLTF ERIC RIVERA'S RESPONSE TO REQ FOR
ADMISSION FROM DEFT DEPUTY JOE (1)

1

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**

2

**Case No. 3:19-cv-07423-JSC**

3
Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com

4
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com

5
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP

6
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520

7
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com

8
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

9

10
Peter G. Bertling
Jemma S. Parker Saunders

11
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B

12
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597

13
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

14

15

16

17

18

19

20

21

22

23

24

25

4

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY,** Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF RASHEED TUCKER'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY JOE, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:        May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff RASHEED TUCKER

**PROPOUNDING PARTY:**        Defendant DEPUTY JOE

**SET NO.:**                ONE (1)

1

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE hereby serves the following Requests for Admission on Plaintiff RASHEED TUCKER, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff RASHEED TUCKER denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


                                          By /s/ Yolanda Huang_____
                                             Yolanda Huang
                                             Attorney for Plaintiffs

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Rasheed Tucker's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF RASHEED TUCKER, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC

1

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**

2

**Case No. 3:19-cv-07423-JSC**

3

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com

Charles Reitmeyer
Amanda F Lashner

4

Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com

Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP

5

Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com

1701 Market Street
Philadelphia, PA 19103

6

BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650

Phone: (215) 963-5000
Fax: (215) 963-5001

Oakland, California 94612-3520

Email:

7

Tel:  510.273.8780    Fax:  510.839.9104

charles.reitmeyer@morganlewis.com

8

amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

9

10

Peter G. Bertling

Peter James Van Zandt

Jemma S. Parker Saunders

Salayha Khaliq Ghoury

11

BERTLING LAW GROUP, INC.

LEWIS BRISBOIS BISGAARD & SMITH

21 East Canon Perdido Street, Suite 204B

45 Fremont Street, Ste 3000

12

Santa Barbara, CA 93101-8215

San Francisco, CA 94105

Phone: (805) 879-7558  Fax: (805) 869-1597

Phone: (415) 362-2580

13

Email: peter@bertlinglawgroup.com

Fax: (415) 434-0882

       jemma@bertlinglawgroup.com

Email: peter.vanzandt@lewisbrisbois.com

14

       salayha.ghoury@lewisbrisbois.com

15

16

17

18

19

20

21

22

23

24

25

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS.** | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF TIKISHA UPSHAW'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY JOE, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:       May 6, 2024 |

**RESPONDING PARTY:**            Plaintiff TIKISHA UPSHAW

**PROPOUNDING PARTY:**        Defendant DEPUTY JOE

**SET NO.:**                              ONE (1)

1    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE

2 hereby serves the following Requests for Admission on Plaintiff TIKISHA UPSHAW, to be

3 answered, under oath, within thirty (30) days from the date of service.

4

5              **RESPONSE TO REQUEST FOR ADMISSION**

6 **REQUEST FOR ADMISSION NO. 1:**

7    Admit that YOU are not asserting any claims in this action against DEFENDANT.

8 **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

9    Plaintiff TIKISHA UPSHAW denies this request for admission on the grounds that

10 plaintiff was not informed of and does not know the name of all deputies she came into contact

11 with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state

12 whether this particular deputy violated any of plaintiff's constitutional rights.

13 Dated:  JULY 19, 2023              LAW OFFICE OF YOLANDA HUANG

14

15                    By /s/ Yolanda Huang_____

16                       Yolanda Huang
                        Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25
                                   Case No. 3:19-cv-07423-JSC
                                   PLTF TIKISHA UPSHAW'S RESPONSE TO REQ
                                   FOR ADMISSION FROM DEFT DEPUTY JOE (1)

1

## PROOF OF SERVICE
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

2

3

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

5

6

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Tikisha Upshaw's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF TIKISHA UPSHAW, SET ONE** on the interested parties in this action as follows:

7

## SEE ATTACHED SERVICE LIST

8

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9

10

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

11

12

Executed on July 19, 2023, at Berkeley, California.

13

*Joshua Paiz*

14

_____
JOSHUA PAIZ

15

16

17

18

19

20

21

22

23

24

25

Case No. 3:19-cv-07423-JSC
PLTF TIKISHA UPSHAW'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY JOE (1)

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
         jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
         salayha.ghoury@lewisbrisbois.com

Case No. 3:19-cv-07423-JSC
PLTF TIKISHA UPSHAW'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY JOE (1)

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF ERIC WAYNE'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY JOE, SET ONE<br><br>Judge:   District Judge Jacqueline Scott Corley<br><br>Trial Date:      May 6, 2024 |

**RESPONDING PARTY:**         Plaintiff ERIC WAYNE

**PROPOUNDING PARTY:**      Defendant DEPUTY JOE

**SET NO.:**                          ONE (1)

1

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY JOE hereby serves the following Requests for Admission on Plaintiff ERIC WAYNE, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff ERIC WAYNE denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated: JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


                                        By /s/ Yolanda Huang_____
                                           Yolanda Huang
                                           Attorney for Plaintiffs

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Eric Wayne's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF ERIC WAYNE, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

1

2

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

3

4

5

6

7

8

9

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

10

11

12

13

14

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

15

16

17

18

19

20

21

22

23

24

25

4