Alameda County Make Prisoners, et al. vs. ACSO, et al., Case No. 3:19-cv-07423-JSC

# PLAINTIFFS' EXHIBIT D

# Responses to Requests for Admissions from Deputy Ignont

# With Proofs of Service Attached

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF DARRRYL GEYER'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:      May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff DARRYL GEYER

**PROPOUNDING PARTY:**          Defendant DEPUTY IGNONT

**SET NO.:**          ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY IGNONT hereby serves the following Requests for Admission on Plaintiff DARRYL GEYER, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff DARRYL GEYER denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                          LAW OFFICE OF YOLANDA HUANG


By */s/ Yolanda Huang*_____
Yolanda Huang
Attorney for Plaintiffs

## PROOF OF SERVICE

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Darryl Geyer's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF DARRYL GEYER, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS.** | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF DANIEL GONZALEZ'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:   District Judge Jacqueline Scott Corley<br><br>Trial Date:   May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff DANIEL GONZALEZ

**PROPOUNDING PARTY:**       Defendant DEPUTY IGNONT

**SET NO.:**                            ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY

IGNONT hereby serves the following Requests for Admission on Plaintiff DANIEL

GONZALEZ, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

DENY

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU did not assert any claims for "adequate sanitation" against COUNTY in

YOUR Fifth Amended Complaint.

**RESPONSE TO REQUEST FOR ADMISSION NO.2:**

ADMIT.  Plaintiff Daniel Gonzalez is asserting claims for "inadequate sanitation" against

COUNTY in the Fifth Amended Complaint.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU did not assert any claims for "adequate sanitation" against ACSO in

YOUR Fifth Amended Complaint.

**RESPONSE TO REQUEST FOR ADMISSION NO.3:**

ADMIT.  Plaintiff Daniel Gonzalez is asserting claims for "inadequate sanitation" against ACSO

in the Fifth Amended Complaint.

1

Dated:  JULY 19, 2023                          LAW OFFICE OF YOLANDA HUANG

2

3                                                            By /s/ Yolanda Huang
                                                                  Yolanda Huang
4                                                                 Attorney for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Daniel Gonzalez's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF DANIEL GONZALEZ, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.
  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

| | |
|---|---|
| Gregory B. Thomas (SBN 239870)<br>E-mail: gthomas@bwslaw.com<br>Temitayo O. Peters (SBN 309913)<br>E-mail: tpeters@bwslaw.com<br>Jasper L. Hall (SBN 341113)<br>E-mail: jhall@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1999 Harrison Street, Suite 1650<br>Oakland, California 94612-3520<br>Tel:  510.273.8780    Fax:  510.839.9104 | Charles Reitmeyer<br>Amanda F Lashner<br>Emily S. Kimmelman<br>MORGAN LEWIS AND BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001<br>Email:<br>charles.reitmeyer@morganlewis.com<br>amanda.lashner@morganlewis.com<br>emily.kimmelman@morganlewis.com |
| Peter G. Bertling<br>Jemma S. Parker Saunders<br>BERTLING LAW GROUP, INC.<br>21 East Canon Perdido Street, Suite 204B<br>Santa Barbara, CA 93101-8215<br>Phone: (805) 879-7558  Fax: (805) 869-1597<br>Email: peter@bertlinglawgroup.com<br>          jemma@bertlinglawgroup.com | Peter James Van Zandt<br>Salayha Khaliq Ghoury<br>LEWIS BRISBOIS BISGAARD & SMITH<br>45 Fremont Street, Ste 3000<br>San Francisco, CA 94105<br>Phone: (415) 362-2580<br>Fax: (415) 434-0882<br>Email: peter.vanzandt@lewisbrisbois.com<br>          salayha.ghoury@lewisbrisbois.com |

Case No. 3:19-cv-07423-JSC
PLTF DANIEL GONZALEZ'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY IGNONT (1)

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br> v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF RANDY HARRIS' RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:   District Judge Jacqueline Scott Corley<br><br>Trial Date:      May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff RANDY HARRIS

**PROPOUNDING PARTY:**       Defendant DEPUTY IGNONT

**SET NO.:**                               ONE (1)

1

2      Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY

3  IGNONT hereby serves the following Requests for Admission on Plaintiff RANDY HARRIS, to

4  be answered, under oath, within thirty (30) days from the date of service.

5

6                    **RESPONSE TO REQUEST FOR ADMISSION**

7  **REQUEST FOR ADMISSION NO. 1:**

8      Admit that YOU are not asserting any claims in this action against DEFENDANT.

9  **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

10     Plaintiff RANDY HARRIS denies this request for admission on the grounds that plaintiff

11  was not informed of and does not know the name of all deputies he came into contact with while

12  at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this

13  particular deputy violated any of plaintiff's constitutional rights.

14  **REQUEST FOR ADMISSION NO. 2:**

15     Admit that YOU did not assert any claims for "adequate sanitation" against COUNTY in

16  YOUR Fifth Amended Complaint.

17  **RESPONSE TO REQUEST FOR ADMISSION NO.2:**

18  ADMIT.  Plaintiff Randy Harris is asserting claims for "inadequate sanitation" against COUNTY

19  in the Fifth Amended Complaint.

20  **REQUEST FOR ADMISSION NO. 3:**

21     Admit that YOU did not assert any claims for "adequate sanitation" against ACSO in

22  YOUR Fifth Amended Complaint.

23  **RESPONSE TO REQUEST FOR ADMISSION NO.3:**

24  ADMIT.  Plaintiff Randy Harris is asserting claims for "inadequate sanitation" against ACSO in

25

1    the Fifth Amended Complaint.

2

3    Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG

4

5                                            By */s/ Yolanda Huang*
                                                Yolanda Huang
6                                               Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**PROOF OF SERVICE**</u>

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

      On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Randy Harris' Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF RANDY HARRIS, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

Case No. 3:19-cv-07423-JSC
PLTF RANDY HARRIS' RESPONSE TO REQ FOR
ADMISSION FROM DEFT DEPUTY IGNONT (1)

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF CEDRIC HENRY'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:    May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff CEDRIC HENRY

**PROPOUNDING PARTY:**        Defendant DEPUTY IGNONT

**SET NO.:**        ONE (1)

1

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY IGNONT hereby serves the following Requests for Admission on Plaintiff CEDRIC HENRY, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff CEDRIC HENRY denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


By /s/ Yolanda Huang_____
Yolanda Huang
Attorney for Plaintiffs

**PROOF OF SERVICE**

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Cedric Henry's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF CEDRIC HENRY, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

4

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass; <br><br> **PLAINTIFFS**, <br><br> v. <br><br> **ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25, <br><br> **DEFENDANTS**. | Case No. 3:19-cv-07423-JSC <br><br> PLAINTIFF MICHAEL LOCKHART'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE <br><br> Judge:   District Judge Jacqueline Scott Corley <br><br> Trial Date:        May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff MICHAEL LOCKHART

**PROPOUNDING PARTY:**        Defendant DEPUTY IGNONT

**SET NO.:**                ONE (1)

1

1    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY

2    IGNONT hereby serves the following Requests for Admission on Plaintiff MICHAEL

3    LOCKHART, to be answered, under oath, within thirty (30) days from the date of service.

4

5                    **RESPONSE TO REQUEST FOR ADMISSION**

6    **REQUEST FOR ADMISSION NO. 1:**

7        Admit that YOU are not asserting any claims in this action against DEFENDANT.

8    **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

9        Plaintiff MICHAEL LOCKHART denies this request for admission on the grounds that

10   plaintiff was not informed of and does not know the name of all deputies he came into contact

11   with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state

12   whether this particular deputy violated any of plaintiff's constitutional rights.

13   **REQUEST FOR ADMISSION NO. 2:**

14       Admit that YOU did not assert any claims for "adequate sanitation" against COUNTY in

15   YOUR Fifth Amended Complaint.

16   **RESPONSE TO REQUEST FOR ADMISSION NO.2:**

17   ADMIT.  Plaintiff Michael Lockhart is asserting claims for "inadequate sanitation" against

18   COUNTY in the Fifth Amended Complaint.

19   **REQUEST FOR ADMISSION NO. 3:**

20       Admit that YOU did not assert any claims for "adequate sanitation" against ACSO in

21   YOUR Fifth Amended Complaint.

22   **RESPONSE TO REQUEST FOR ADMISSION NO.3:**

23   ADMIT.  Plaintiff Michael Lockhart is asserting claims for "inadequate sanitation" against ACSO

24   in the Fifth Amended Complaint.

25

1    Dated:  JULY 19, 2023                  LAW OFFICE OF YOLANDA HUANG

2

3                                                    By */s/ Yolanda Huang*_____
                                                         Yolanda Huang
4                                                        Attorney for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROOF OF SERVICE**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Michael Lockhart's Responses to DEFENDANT DEPUTY JOE'S RFA TO PLAINTIFF MICHAEL LOCKHART, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

| | |
|---|---|
| Gregory B. Thomas (SBN 239870)<br>E-mail: gthomas@bwslaw.com<br>Temitayo O. Peters (SBN 309913)<br>E-mail: tpeters@bwslaw.com<br>Jasper L. Hall (SBN 341113)<br>E-mail: jhall@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1999 Harrison Street, Suite 1650<br>Oakland, California 94612-3520<br>Tel: 510.273.8780    Fax: 510.839.9104 | Charles Reitmeyer<br>Amanda F Lashner<br>Emily S. Kimmelman<br>MORGAN LEWIS AND BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001<br>Email:<br>charles.reitmeyer@morganlewis.com<br>amanda.lashner@morganlewis.com<br>emily.kimmelman@morganlewis.com |
| Peter G. Bertling<br>Jemma S. Parker Saunders<br>BERTLING LAW GROUP, INC.<br>21 East Canon Perdido Street, Suite 204B<br>Santa Barbara, CA 93101-8215<br>Phone: (805) 879-7558  Fax: (805) 869-1597<br>Email: peter@bertlinglawgroup.com<br>      jemma@bertlinglawgroup.com | Peter James Van Zandt<br>Salayha Khaliq Ghoury<br>LEWIS BRISBOIS BISGAARD & SMITH<br>45 Fremont Street, Ste 3000<br>San Francisco, CA 94105<br>Phone: (415) 362-2580<br>Fax: (415) 434-0882<br>Email: peter.vanzandt@lewisbrisbois.com<br>      salayha.ghoury@lewisbrisbois.com |

Case No. 3:19-cv-07423-JSC
PLTF MICHAEL LOCKHART'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY IGNONT (1)

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF JAMES MALLETT'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:   District Judge Jacqueline Scott Corley<br><br>Trial Date:   May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff JAMES MALLETT

**PROPOUNDING PARTY:**        Defendant DEPUTY IGNONT

**SET NO.:**                          ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY IGNONT hereby serves the following Requests for Admission on Plaintiff JAMES MALLETT, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff JAMES MALLETT denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


                                         By */s/ Yolanda Huang*_____
                                            Yolanda Huang
                                            Attorney for Plaintiffs

## PROOF OF SERVICE
### Gonzalez, et al. v. Alameda County Sheriff's Office, et al.
### Case No. 3:19-cv-07423-JSC

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff James Mallett's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF JAMES MALLETT, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS.** | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF DAVID MISCH'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:   District Judge Jacqueline Scott Corley<br><br>Trial Date:        May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff DAVID MISCH

**PROPOUNDING PARTY:**        Defendant DEPUTY IGNONT

**SET NO.:**                              ONE (1)

1

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY IGNONT hereby serves the following Requests for Admission on Plaintiff DAVID MISCH, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff DAVID MISCH denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


By */s/ Yolanda Huang*_____
Yolanda Huang
Attorney for Plaintiffs

## <u>PROOF OF SERVICE</u>

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff David Misch's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF DAVID MISCH, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
         jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
         salayha.ghoury@lewisbrisbois.com

4

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF TIMOTHY PHILLIPS' RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:        May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff TIMOTHY PHILLIPS

**PROPOUNDING PARTY:**      Defendant DEPUTY IGNONT

**SET NO.:**                          ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY IGNONT hereby serves the following Requests for Admission on Plaintiff TIMOTHY PHILLIPS, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff TIMOTHY PHILLIPS denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


By */s/ Yolanda Huang*_____
Yolanda Huang
Attorney for Plaintiffs

### PROOF OF SERVICE
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

    At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

    On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Timothy Phillips' Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF TIMOTHY PHILLIPS, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC
PLTF TIMOTHY PHILLIPS' RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY IGNONT (1)

1

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

2

3   Gregory B. Thomas (SBN 239870)
    E-mail:  gthomas@bwslaw.com
4   Temitayo O. Peters (SBN 309913)
    E-mail:  tpeters@bwslaw.com
5   Jasper L. Hall (SBN 341113)
    E-mail:  jhall@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
6   1999 Harrison Street, Suite 1650
    Oakland, California 94612-3520
7   Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

8

9

10  Peter G. Bertling
    Jemma S. Parker Saunders
11  BERTLING LAW GROUP, INC.
    21 East Canon Perdido Street, Suite 204B
12  Santa Barbara, CA 93101-8215
    Phone: (805) 879-7558  Fax: (805) 869-1597
13  Email: peter@bertlinglawgroup.com
           jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

14

15

16

17

18

19

20

21

22

23

24

25

4

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass; <br><br> **PLAINTIFFS**, <br><br> v. <br><br> **ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25, <br><br> **DEFENDANTS**. | Case No. 3:19-cv-07423-JSC <br><br> PLAINTIFF ERIC RIVERA'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE <br><br> Judge:    District Judge Jacqueline Scott Corley <br><br> Trial Date:         May 6, 2024 |

**RESPONDING PARTY:**            Plaintiff ERIC RIVERA

**PROPOUNDING PARTY:**          Defendant DEPUTY IGNONT

**SET NO.:**                                ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY IGNONT hereby serves the following Requests for Admission on Plaintiff ERIC RIVERA, to be answered, under oath, within thirty (30) days from the date of service.

## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff ERIC RIVERA denies this request for admission on the grounds that plaintiff was not informed of and does not know the name of all deputies he came into contact with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this particular deputy violated any of plaintiff's constitutional rights.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG

By /s/ Yolanda Huang_____
Yolanda Huang
Attorney for Plaintiffs

Case No. 3:19-cv-07423-JSC
PLTF ERIC RIVERA'S RESPONSE TO REQ FOR
ADMISSION FROM DEFT DEPUTY IGNONT (1)

**<u>PROOF OF SERVICE</u>**

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Eric Rivera's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF ERIC RIVERA, SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*

_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC
PLTF ERIC RIVERA'S RESPONSE TO REQ FOR
ADMISSION FROM DEFT DEPUTY IGNONT (1)

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass; <br><br> **PLAINTIFFS**, <br><br> v. <br><br> **ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY**, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25, <br><br> **DEFENDANTS**. | Case No. 3:19-cv-07423-JSC <br><br> PLAINTIFF RASHEED TUCKER'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE <br><br> Judge:    District Judge Jacqueline Scott Corley <br><br> Trial Date:        May 6, 2024 |

**RESPONDING PARTY:**          Plaintiff RASHEED TUCKER

**PROPOUNDING PARTY:**        Defendant DEPUTY IGNONT

**SET NO.:**                              ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY

IGNONT hereby serves the following Requests for Admission on Plaintiff RASHEED TUCKER,

to be answered, under oath, within thirty (30) days from the date of service.


## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff RASHEED TUCKER denies this request for admission on the grounds that

plaintiff was not informed of and does not know the name of all deputies he came into contact

with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state

whether this particular deputy violated any of plaintiff's constitutional rights.


Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG



                                         By /s/ Yolanda Huang_____
                                            Yolanda Huang
                                            Attorney for Plaintiffs

## PROOF OF SERVICE

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Rasheed Tucker's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF RASHEED TUCKER, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC
PLTF RASHEED TUCKER'S RESPONSE TO REQ
FOR ADMISSION FROM DEFT DEPUTY IGNONT (1)

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
       jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
       salayha.ghoury@lewisbrisbois.com

1

2  Yolanda Huang (State Bar No. 104543)
   LAW OFFICES OF YOLANDA HUANG
3  PO Box 5475
   Berkeley, California 94705
4  Telephone: (510) 329-2140
   Facsimile: (510) 580-9410
5  E-Mail: yolanda@yhuanglaw.com

6  Thomas E. Nanney (State Bar No. 214342)
   Law Office of Thomas E. Nanney
7  2217 W. 120th St.
   Leawood, Kansas 66209
8  Phone: (816) 401-0047
   Email: tomnanney@gmail.com
9
   Attorneys for Plaintiffs
10

11              UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13  **ALAMEDA COUNTY MALE PRISONERS**    Case No. 3:19-cv-07423-JSC
    And Former Prisoners, DANIEL GONZALEZ,
14  et al. on behalf of themselves and others   PLAINTIFF TIKISHA UPSHAW'S
    similarly situated, as a Class, and Subclass;   RESPONSE TO INTERROGATORIES
15                                              FROM DEFENDANT DEPUTY IGNONT,
              **PLAINTIFFS,**                   SET ONE
16
          v.                                    Judge:    District Judge Jacqueline Scott
17                                              Corley
    **ALAMEDA COUNTY SHERIFF'S**
18  **OFFICE,** ALAMEDA COUNTY, Deputy Joe,   Trial Date:      May 6, 2024
    Deputy Ignont (sp) John and Jane ROEs, Nos. 1
19  – 25,

20            **DEFENDANTS.**

21

22  **RESPONDING PARTY:**          Plaintiff TIKISHA UPSHAW

23  **PROPOUNDING PARTY:**         Defendant DEPUTY IGNONT

24  **SET NO.:**                   ONE (1)

25                          1              Case No. 3:19-cv-07423-JSC

1

2    Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY

3  IGNONT hereby serves the following Requests for Admission on Plaintiff TIKISHA UPSHAW,

4  to be answered, under oath, within thirty (30) days from the date of service.

5

6                                    **REQUESTS FOR ADMISSION**

7  **REQUEST FOR ADMISSION NO. 1:**

8    Admit that YOU are not asserting any claims in this action against DEFENDANT.

9  **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

10    Plaintiff TIKISHA UPSHAW denies this request for admission on the grounds that

11  plaintiff was not informed of and does not know the name of all deputies she came into contact

12  with while at Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state

13  whether this particular deputy violated any of plaintiff's constitutional rights.

14  **REQUEST FOR ADMISSION NO. 2:**

15    Admit that YOU did not assert any claims for "adequate sanitation" against COUNTY in

16  YOUR Fifth Amended Complaint.

17  **RESPONSE TO REQUEST FOR ADMISSION NO.2:**

18  ADMIT.  Plaintiff Tikisha Upshaw is asserting claims for "inadequate sanitation" against

19  COUNTY in the Fifth Amended Complaint.

20  **REQUEST FOR ADMISSION NO. 3:**

21    Admit that YOU did not assert any claims for "adequate sanitation" against ACSO in

22  YOUR Fifth Amended Complaint.

23  **RESPONSE TO REQUEST FOR ADMISSION NO.3:**

24

25                                    2                          Case No. 3:19-cv-07423-JSC

ADMIT.  Plaintiff Tikisha Upshaw is asserting claims for "inadequate sanitation" against ACSO in the Fifth Amended Complaint.

Dated:  JULY 19, 2023                    LAW OFFICE OF YOLANDA HUANG


By /s/ Yolanda Huang_____
Yolanda Huang
Attorney for Plaintiffs

## **PROOF OF SERVICE**

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Tikisha Upshaw's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF TIKISHA UPSHAW, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

Case No. 3:19-cv-07423-JSC

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
          jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
          salayha.ghoury@lewisbrisbois.com

Case No. 3:19-cv-07423-JSC

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
PO Box 5475
Berkeley, California 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yolanda@yhuanglaw.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Phone: (816) 401-0047
Email: tomnanney@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALAMEDA COUNTY MALE PRISONERS** And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE,** ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) John and Jane ROEs, Nos. 1 – 25,<br><br>**DEFENDANTS**. | Case No. 3:19-cv-07423-JSC<br><br>PLAINTIFF ERIC WAYNE'S RESPONSE TO INTERROGATORIES FROM DEFENDANT DEPUTY IGNONT, SET ONE<br><br>Judge:    District Judge Jacqueline Scott Corley<br><br>Trial Date:       May 6, 2024 |

**RESPONDING PARTY:**        Plaintiff ERIC WAYNE

**PROPOUNDING PARTY:**       Defendant DEPUTY IGNONT

**SET NO.:**                ONE (1)

Pursuant to Federal Rule of Civil Procedure 36 and 26(d)(1), Defendant DEPUTY

IGNONT hereby serves the following Requests for Admission on Plaintiff ERIC WAYNE, to be

answered, under oath, within thirty (30) days from the date of service.


## RESPONSE TO REQUEST FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU are not asserting any claims in this action against DEFENDANT.

**RESPONSE TO REQUEST FOR ADMISSION NO.1:**

Plaintiff ERIC WAYNE denies this request for admission on the grounds that plaintiff was

not informed of and does not know the name of all deputies he came into contact with while at

Santa Rita Jail. And because of this lack of information, Plaintiff is unable to state whether this

particular deputy violated any of plaintiff's constitutional rights.


Dated:  JULY 19, 2023                          LAW OFFICE OF YOLANDA HUANG


                                               By /s/ Yolanda Huang_____
                                                  Yolanda Huang
                                                  Attorney for Plaintiffs

## PROOF OF SERVICE

**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Alameda, State of California.  My business address is 2840 Adeline Street, Suite A, Berkeley, CA 94703

On July 19, 2023, I served true copies of the following document(s) described as **Plaintiff Eric Wayne's Responses to DEFENDANT DEPUTY IGNONT'S RFA TO PLAINTIFF ERIC WAYNE, SET ONE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

- **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address  office@yhuanglaw.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2023, at Berkeley, California.

*Joshua Paiz*
_____
JOSHUA PAIZ

**SERVICE LIST**
**Gonzalez, et al. v. Alameda County Sheriff's Office, et al.**
**Case No. 3:19-cv-07423-JSC**

Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Charles Reitmeyer
Amanda F Lashner
Emily S. Kimmelman
MORGAN LEWIS AND BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
Email:
charles.reitmeyer@morganlewis.com
amanda.lashner@morganlewis.com
emily.kimmelman@morganlewis.com

Peter G. Bertling
Jemma S. Parker Saunders
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101-8215
Phone: (805) 879-7558  Fax: (805) 869-1597
Email: peter@bertlinglawgroup.com
        jemma@bertlinglawgroup.com

Peter James Van Zandt
Salayha Khaliq Ghoury
LEWIS BRISBOIS BISGAARD & SMITH
45 Fremont Street, Ste 3000
San Francisco, CA 94105
Phone: (415) 362-2580
Fax: (415) 434-0882
Email: peter.vanzandt@lewisbrisbois.com
        salayha.ghoury@lewisbrisbois.com

4