UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07423-JSC<br><br>**ORDER RE: DISCOVERY DISPUTE JOINT LETTERS**<br><br>Re: Dkt. Nos. 341, 342, 343 |

Pending before the Court are three discovery dispute joint letters. (Dkt. Nos. 341, 342, 343.)

**1. Docket Nos. 342, 343**

The Court's Civil Standing Order provides regarding discovery dispute joint letters: "the parties shall prepare a joint statement of not more than five pages (12-pont font or greater) . . . . Where necessary, the parties may submit supporting declarations and documentation of up to 12 pages." Docket No. 342 is a 10-page letter with 102 pages of attachments. Docket No. 343 is a 9-page letter with 109 pages of attachments. As these letter briefs violate the Court's Standing Order, and the parties did not receive permission to do so, they are STRICKEN without prejudice to being resubmitted in compliance with the Standing Order. The purpose of these limitations is to force the parties to focus their arguments and submit only those attachments that the Court should read. If more pages are actually required, they must ask for permission and explain why the default limitations are not sufficient.

**2. Docket No. 341**

This letter does not violate the 5-page limitation. The Court will review the first 12 pages of the attachment.

Plaintiff's motion to compel further interrogatory responses is DENIED; however, none of Wellpath's proposed witnesses may testify to their treatment of any plaintiff beyond what is set forth in the medical records given Wellpath's representation that none of the witnesses has an independent recollection of any plaintiff.  The Court will not foreclose a witness from testifying as to policies or procedures the witness follows generally.  Plaintiffs have the medical records and should be able to discern what witnesses are most crucial to meeting their burden of proof or responding to a defense.

This Order disposes of Docket Nos. 341, 342, 343.

**IT IS SO ORDERED.**

Dated: October 20, 2023

JACQUELINE SCOTT CORLEY
United States District Judge