UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GONZALEZ, et al.,

        Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No.  3:19-cv-07423-JSC

**ORDER FOLLOWING NOVEMBER 2, 2023 CASE MANAGEMENT CONFERENCE**

This Order confirms the matters discussed at the November 2, 2023 status conference.

1. By the close of business, November 3, 2023, Plaintiffs shall file the discussed joint discovery letter brief regarding Lt. Joe's deposition.  Plaintiffs shall attach the complete transcript of Lt. Joe's deposition.

2. By the close of business, November 6, 2023, the parties shall file a stipulation regarding the dates for the County's remaining deposition of Plaintiff Randy Harris, and Plaintiffs' top-12 remaining depositions.  These depositions shall be scheduled so as to be complete by December 22, 2023.

3. The Court sets a further case management conference for December 21, 2023 at 1:30 p.m. via Zoom video.  No statement is required; however, if the parties have completed the above referenced depositions, they may file a stipulation continuing the conference to a date in January, 2024.

**IT IS SO ORDERED.**

//

//

//

1    Dated:  November 3, 2023

2

3                                                            JACQUELINE SCOTT CORLEY
                                                             United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2