UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**PRETRIAL ORDER NO. 3:**<br>**AMENDED CASE SCHEDULE** |

 This Order confirms the matters discussed at the December 21, 2023 case management conference.

 The deadline to file any joint discovery letter briefs regarding the matters discussed and set forth in the parties' case management conference statements is January 9, 2024. On or before this same date, the parties shall file a stipulation regarding the outstanding agreed-to deposition dates. As to the remainder of the schedule, the Court AMENDS the pretrial schedule as follows:

**Expert Discovery Schedule**

 **Aramark & Wellpath**

| | |
|---|---|
| Expert Disclosures: | February 15, 2024 |
| Rebuttal Expert Disclosures: | February 29, 2024 |
| Close of Expert Discovery: | March 14, 2024 |

 **County Defendants**

| | |
|---|---|
| Expert Disclosures: | March 7, 2024 |
| Rebuttal Expert Disclosures: | March 21, 2024 |
| Close of Expert Discovery: | April 4, 2024 |

//

**Dispositive Motion Schedule**

Each Defendant may file **one** motion for summary judgment. Because of the number of parties and claims the Court will extend the page-limits for these motions as follows: Aramark—35-page motion, 35-page opposition, 20-page reply; Wellpath—40-page motion, 40-page opposition, and 25-page reply; the County Defendants—40-page motion, 40-page opposition, and 25-page reply. The County's motion for decertification is subject to the standard page limits set forth in Civil Local Rules 7-2 and 7-3.

**Aramark**

| | |
|---|---|
| Motion for Summary Judgment Due: | March 21, 2024 |
| Opposition Due: | April 18, 2024 |
| Reply Due: | May 2, 2024 |
| Hearing Date: | May 23, 2024 at 10:00am (in person) |

**Wellpath**

| | |
|---|---|
| Motion for Summary Judgment Due: | March 21, 2024 |
| Opposition Due: | April 25, 2024 |
| Reply Due: | May 9, 2024 |
| Hearing Date: | May 30, 2024 at 10:00am (in person) |

**County Defendants**

| | |
|---|---|
| Motions for Summary Judgment/Decertification Due: | April 11, 2024 |
| Opposition Due: | May 9, 2024 |
| Reply Due: | May 23, 2024 |
| Hearing Date: | June 13, 2024 at 10:00am (in person) |

**Trial Schedule**

| | |
|---|---|
| Pretrial Conference: | August 8, 2024, at 2:00 pm (in person) |
| Trial Date: | August 19, 2024 |

//

//

//

1  The court sets a further case management conference for January 17, 2024 at 2:30 p.m().
2  via Zoom video.  No joint statement is required.

4  **IT IS SO ORDERED.**

5  Dated:  December 21, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge