Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>    DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br><br>Hon. Jacqueline S. Corley, Presiding |

The Plaintiffs, by and through their attorney, YOLANDA HUANG, hereby make this unopposed motion for Writ of Habeas Corpus Ad Testificandum to secure the attendance of the following persons:

    Lawrence Gerrans, Federal Bureau of Prisons, La Tuna FCI;

    Darryl Geyer, San Francisco County Jail, San Bruno;

    Randy Harris, CDCR; Avenal State Prison;

    James Mallett, CDCR; North Kern State Prison;

    Rasheed Tucker, California Men's Colony; and,

    Tikisha Upshaw, CDCR - Central California Women's Facility;

The Court ordered settlement conference in this matter is scheduled with United States Magistrate Judge Laurel Beeler, for March 6, 2024, beginning at 10 a.m. in Courtroom B, 15th Floor, Federal District Courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs request that all of these individuals participate.

Plaintiffs hereby applie for a Writ of Habeas Corpus Ad Testificandum for:

    Lawrence Gerrans;

    Darryl Geyer;

    Randy Harris;

    James Mallett;

    Rasheed Tucker; and,

    Tikisha Upshaw, to be provided with access to video conferencing, for participation in this Court Ordered mediation, beginning no later than 10 a.m. on March 6, 2024.

Defendants have indicated no opposition.

## RELIEF REQUESTED

For the foregoing reasons, Plaintiff requests that this Court enter a Writ of Habeas Corpus Ad Testificandum for the presence of:

    Lawrence Gerrans;

    Darryl Geyer;

      Randy Harris;

      James Mallett;

      Rasheed Tucker; and,

      Tikisha Upshaw presence at the settlement conference in this matter.

Respectfully submitted,

Dated February 25, 2024                        LAW OFFICE OF YOLANDA HUANG

                                                    By:/s/ Yolanda Huang
                                                         YOLANDA HUANG

                                                      Attorney for Plaintiffs

| | |
|---|---|
| Dated: 2/25/24 | LAW OFFICE OF YOLANDA HUANG |
| | By: */s/ Microsoft Office User* |
| | Microsoft Office User |
| | ATTORNEY FOR PLAINTIFFS |

- 4 -
**APPLICATION FOR WRIT OF HABEAS TESTIFICANDUM-- Case No.: Case No. 3:19-cv-07423  JSC**