Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:        yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF DARRYL GEYER'S PRESENCE AT SETTLEMENT CONFERENCE**<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

TO: San Francisco County Sheriff's Department
    1 Moreland Drive
    San Bruno, CA 94066

The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for DARRYL GEYER, hereby GRANTS the motion.

The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of DARRYL GEYER, via video conferencing, with the following Zoom meeting information:

https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

Meeting ID: 160 464 1326

Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: February __ , 2024

_____
Honorable Judge Laurel Beeler
United States Magistrate Judge

I.  **HEADING 1**

Body Text

    A.  **Heading 2**

        1.  **Heading 3**

            a)  **Heading 4**

Body Text 2

Respectfully Submitted by:

Dated: 2/25/24                             LAW OFFICE OF YOLANDA HUANG

                                        By: */s/ Microsoft Office User*
                                                 Microsoft Office User
                                                 ATTORNEY FOR PLAINTIFFS

**[Proposed] ORDER FOR WRIT OF HABEAS AD TESTIFICANDUM: DARRYL GEYER**
Case No.: Case No. 3:19-cv-07423 JSC