Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:   (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:       yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>   PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>   DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF RASHEED TUCKER'S PRESENCE AT SETTLEMENT CONFERENCE**<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

TO: WARDEN, OR COMMANDING OFFICER
CALIFORNIA MEN'S COLONY
Colony Drive, San Luis Obispo, CA 93409
Litigation Coordinator: (805) 547-7947 fax (805)547-7791,
CDCRCMCLitigationCoordinator@cdcr.ca.gov

The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for RASHEED TUCKER, hereby GRANTS the motion.

The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of RASHEED TUCKER BV0444, via video conferencing, with the following Zoom meeting information:

https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

Meeting ID: 160 464 1326

Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: February __ , 2024

_____
Honorable Judge Laurel Beeler
United States

[Proposed] ORDER FOR WRIT OF HABEAS AD TESTIFICANDUM: RASHEED TUCKER
Case No.: Case No. 3:19-cv-07423 JSC