Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:       yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>    DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Settlement Conference: March 6, 2024<br>Time:  10 a.m. |

- 1 -

**WRIT OF HABEAS AD TESTIFICANDUM**
**Case No.: Case No. 3:19-cv-07423  JSC**

1. It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus and Testificandum for
2. the participation of the following persons:
3.     Lawrence Gerrans, Register Number 25027-111, Federal Bureau of Prisons, La Tuna FCI;
4.     Darryl Geyer, San Francisco County Jail, San Bruno;
5.     Randy Harris, BU7485, CDCR; Avenal State Prison;
6.     James Mallett, BW2214, CDCR; North Kern State Prison;
7.     Rasheed Tucker, BV0444, California Men's Colony; and,
8.     Tikisha Upshaw, WG6670- Central California Women's Facility;
9. via video conferencing, whose places of custody and jailors are set forth in the Writ, attached hereto,
10. as the participation of the said persons will be necessary at the Settlement Conference proceedings
11. on March 6, 2024, at 10:00 a.m., in the above entitled case and thereafter as may be required.

Dated: February __ , 2024

                                                                         Honorable Judge Laurel Beeler
                                                                         United States Magistrate Judge

I.   **HEADING 1**

Body Text

    **A.**   **Heading 2**

        **1.**   **Heading 3**

            **a)**   **Heading 4**

Body Text 2

Respectfully Submitted by:

Dated: 2/25/24                                                         LAW OFFICE OF YOLANDA HUANG

                                                                  By:   */s/ Microsoft Office User*
                                                                          Microsoft Office User
                                                                          ATTORNEY FOR PLAINTIFFS

**WRIT OF HABEAS AD TESTIFICANDUM**
**Case No.: Case No. 3:19-cv-07423  JSC**