Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:           yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>     PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>     DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br><br>Hon. Jacqueline S. Corley, Presiding |

The Plaintiffs, by and through their attorney, YOLANDA HUANG, hereby make this unopposed motion for Writ of Habeas Corpus Ad Testificandum to secure the attendance of the following persons:

Lawrence Gerrans, Federal Bureau of Prisons, La Tuna FCI;

Darryl Geyer, San Francisco County Jail, San Bruno;

Randy Harris, CDCR; Avenal State Prison;

James Mallett, CDCR; North Kern State Prison;

Rasheed Tucker, California Men's Colony; and,

Tikisha Upshaw, CDCR - Central California Women's Facility;

The Court ordered settlement conference in this matter is scheduled with United States Magistrate Judge Laurel Beeler, for March 6, 2024, beginning at 10 a.m. in Courtroom B, 15th Floor, Federal District Courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs request that all of these individuals participate.

Plaintiffs hereby applie for a Writ of Habeas Corpus Ad Testificandum for:

Lawrence Gerrans;

Darryl Geyer;

Randy Harris;

James Mallett;

Rasheed Tucker; and,

Tikisha Upshaw, to be provided with access to video conferencing, for participation in this Court Ordered mediation, beginning no later than 10 a.m. on March 6, 2024.

Defendants have indicated no opposition.

RELIEF REQUESTED

For the foregoing reasons, Plaintiff requests that this Court enter a Writ of Habeas Corpus Ad Testificandum for the presence of:

Lawrence Gerrans;

Darryl Geyer;

Randy Harris;

James Mallett;

Rasheed Tucker; and,

Tikisha Upshaw presence at the settlement conference in this matter.

Respectfully submitted,

Dated February 25, 2024                                    LAW OFFICE OF YOLANDA HUANG


By:/s/ Yolanda Huang
    YOLANDA HUANG

Attorney for Plaintiffs

| | |
|---|---|
| Dated: 2/25/24 | LAW OFFICE OF YOLANDA HUANG |
| | By: */s/ Microsoft Office User* |
| | Microsoft Office User |
| | ATTORNEY FOR PLAINTIFFS |

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:      (510) 580-9410
E-Mail:          yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>      PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>      DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF LAWRENCE GERRAN'S PRESENCE AT SETTLEMENT CONFERENCE<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

- 1 -

TO: WARDEN, LA TUNA FCI
8500 Doniphan Road
Anthony, Tx 79821

Email:   LAT-ExecAssistant-S@bop.gov
Phone:   915-791-9000

The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for LAWRENCE GERRANS, hereby GRANTS the motion.

The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of LAWRENCE GERRANS, Register Number 25027-111, via video conferencing, with the following Zoom meeting information:

https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

Meeting ID: 160 464 1326

Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 4 , 2024                    _____
                                          Honorable Judge Laurel Beeler
                                          United States

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:          yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>     DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>[~~Proposed~~] **ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF DARRYL GEYER'S PRESENCE AT SETTLEMENT CONFERENCE**<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

- 1 -
**[Proposed] ORDER FOR WRIT OF HABEAS AD TESTIFICANDUM: DARRYL GEYER**
Case No.: Case No. 3:19-cv-07423  JSC

TO: San Francisco County Sheriff's Department
    1 Moreland Drive
    San Bruno, CA 94066

    The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for DARRYL GEYER, hereby GRANTS the motion.

    The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of DARRYL GEYER, via video conferencing, with the following Zoom meeting information:

  https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

  Meeting ID: 160 464 1326

  Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 4 , 2024      _____
                                    Honorable Judge Laurel Beeler
                                    United States Magistrate Judge

I.  **HEADING 1**

   Body Text

   A. **Heading 2**

      1. **Heading 3**

         a) **Heading 4**

Body Text 2

Respectfully Submitted by:

Dated: 2/25/24                                              LAW OFFICE OF YOLANDA HUANG

                                                      By:  */s/ Microsoft Office User*
                                                           Microsoft Office User
                                                           ATTORNEY FOR PLAINTIFFS

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:      (510) 580-9410
E-Mail:            yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>      DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF RANDY HARRIS' PRESENCE AT SETTLEMENT CONFERENCE<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

TO: WARDEN, OR COMMANDING OFFICER
   Avenal State Prison
   1 Kings Way, Avenal, CA 93204,
   Litigation Coordinator: Verenice Torres, Verenice.Torres@cdcr.ca.gov,
   P: (559) 386-6074; F: (559) 386-2337

   The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for RANDY HARRIS, hereby GRANTS the motion.

   The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of RANDY HARRIS, BU7485, via video conferencing, with the following Zoom meeting information:

   https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

   Meeting ID: 160 464 1326

   Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 4 , 2024          _____
                               Honorable Judge Laurel Beeler
                               United States

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:         yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>    DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF JAMES MALLETT'S PRESENCE AT SETTLEMENT CONFERENCE<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

- 1 -
[Proposed] ORDER FOR WRIT OF HABEAS AD TESTIFICANDUM: JAMES MALLETT
Case No.: Case No. 3:19-cv-07423  JSC

TO: WARDEN, OR COMMANDING OFFICER
   NORTH KERN STATE PRISON
   2737 West Cecil Avenue, Delano, CA 93215
   Litigation Coordinator: 661) 721-3188 fax (661)721-6205
   CDCRNDSPLitigationCoordinator@cdcr.ca.gov

   The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for JAMES MALLETT, hereby GRANTS the motion.

   The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of JAMES MALLETT BW2214, via video conferencing, with the following Zoom meeting information:

   https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

   Meeting ID: 160 464 1326

   Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 4 , 2024           _____
                                Honorable Judge Laurel Beeler
                                United States

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:      (510) 580-9410
E-Mail:          yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>    DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF RASHEED TUCKER'S PRESENCE AT SETTLEMENT CONFERENCE<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

TO: WARDEN, OR COMMANDING OFFICER
  CALIFORNIA MEN'S COLONY
  Colony Drive, San Luis Obispo, CA 93409
  Litigation Coordinator: (805) 547-7947 fax (805)547-7791,
  CDCRCMCLitigationCoordinator@cdcr.ca.gov

   The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for RASHEED TUCKER, hereby GRANTS the motion.

   The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of RASHEED TUCKER  BV0444, via video conferencing, with the following Zoom meeting information:

  https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

  Meeting ID: 160 464 1326

  Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 4 , 2024                   _____
                                         Honorable Judge Laurel Beeler
                                         United States

**Yolanda Huang (State Bar No. 104543)**
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:       yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>     PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>     DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>[~~Proposed~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF TIKISHA UPSHAW'S PRESENCE AT SETTLEMENT CONFERENCE<br><br>Settlement Conf: March 6, 2024<br>Time:  10 a.m. |

- 1 -

[Proposed] ORDER FOR WRIT OF HABEAS AD TESTIFICANDUM: TIKISHA UPSHAW
Case No.: Case No. 3:19-cv-07423  JSC

TO: WARDEN, OR COMMANDING OFFICER
   Central California women's Facility
   23370 Road 22, Chowchilla, CA 93610
   (559) 665-5531
   Litigation Coordinator: Deidre Garcia, Deidre.Garcia@cdcr.ca.gov

The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for TIKISHA UPSHAW, hereby GRANTS the motion.

The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the Appearance and participation of TIKISHA UPSHAW, WG6670, via video conferencing, with the following Zoom meeting information:

  https://cand-uscourts.zoomgov.com/j/1604641326?pwd=MlBSazlPWU9WUERaYktmaG9OSnZZZz09

  Meeting ID: 160 464 1326

  Passcode: 106809

at the Settlement Conference in this matter on March 6, 2024, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom B, Fifteenth Floor, San Francisco, CA 94102.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: March 4 , 2024                    _____
                                          Honorable Judge Laurel Beeler
                                          United States

[Proposed] ORDER FOR WRIT OF HABEAS AD TESTIFICANDUM: TIKISHA UPSHAW
Case No.: Case No. 3:19-cv-07423  JSC

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:          yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>     DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Settlement Conference: March 6, 2024<br>Time:  10 a.m. |

- 1 -
WRIT OF HABEAS AD TESTIFICANDUM
Case No.: Case No. 3:19-cv-07423  JSC

1  It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus and Testificandum for
2  the participation of the following persons:
3      Lawrence Gerrans, Register Number 25027-111, Federal Bureau of Prisons, La Tuna FCI;
4      Darryl Geyer, San Francisco County Jail, San Bruno;
5      Randy Harris, BU7485, CDCR; Avenal State Prison;
6      James Mallett, BW2214, CDCR; North Kern State Prison;
7      Rasheed Tucker, BV0444, California Men's Colony; and,
8      Tikisha Upshaw, WG6670- Central California Women's Facility;
9  via video conferencing, whose places of custody and jailors are set forth in the Writ, attached hereto,
10 as the participation of the said persons will be necessary at the Settlement Conference proceedings
11 on March 6, 2024, at 10:00 a.m., in the above entitled case and thereafter as may be required.

Dated: March 4 , 2024

                                                              _____
Honorable Judge Laurel Beeler
United States Magistrate Judge

**I.   HEADING 1**

Body Text

    **A.   Heading 2**

        **1.   Heading 3**

            **a)   Heading 4**

Body Text 2

Respectfully Submitted by:

Dated: 2/25/24                                         LAW OFFICE OF YOLANDA HUANG

                                              By:   */s/ Microsoft Office User*
                                                     Microsoft Office User
                                                     ATTORNEY FOR PLAINTIFFS

**WRIT OF HABEAS AD TESTIFICANDUM**
Case No.: Case No. 3:19-cv-07423  JSC