Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:         yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>     DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>**STIPULATION OF THE PARTIES TO MODIFY DISCOVERY AND PLEADING SCHEDULE**<br><br><br>Hon. Jacqueline S. Corley, Presiding |

1  Whereas, County Defendants produced documents potentially responsive to this litigation on
2  February 29, 2024 and March 1, 2024;
3  Whereas Plaintiffs have been unable to review the entirety of the document production, but
4  from a partial document review, have ascertained that the documents do pertain to the subject matter
5  of this litigation;
6  Whereas all parties met and conferred in person on March 6, 2024;
7  Whereas the parties had a settlement conference before Magistrate Judge Laurel Beeler, and
8  settlement negotiations are continuing and the parties have a further conference scheduled for March
9  14;
10 Plaintiffs, County defendants, defendant Aramark and defendant Wellpath stipulate as
11 follows, that subject to the Order of the Court the following currently pending dates will be revised.
12 All pending dates for County defendants, defendant Wellpath, defendant Aramark and
13 plaintiffs shall be continued two weeks as follows:

| Events | Current Deadline | Proposed Date |
|---|---|---|
| Expert Disclosure Re County Defendants | March 7, 2024 | March 21, 2024 |
| Rebuttal Expert Reports Re County Defendants | March 21, 2024 | April 4, 2024 |
| Motion for Summary Judgment – Defendant Wellpath & Aramark | March 21, 2024 | April 4, 2024 |
| Expert Discovery cutoff | April 4, 2024 | April 18, 2024 |
| Opposition to MSJ- Defendant Wellpath & Aramark | April 25, 2024 | May 9, 2024 |
| Defendant Wellpath's & Aramark's Reply | May 9, 2024 | May 23, 2024 |
| Motion for Summary Judgment-County Defendants | April 11, 2024 | April 25, 2024 |
| Opposition to MSJ - County Defendant | May 9, 2024 | May 23, 2024 |
| County Defendants' Reply | May 23, 2024 | June 6, 2024 |
| Hearing on Wellpath & Aramark MSJ | May 23, 2024 | June 13, 2024 |
| Hearing on County Defendants' MSJ | June 13, 2024 | June 13, 2024 |

Defendants' meet and confer focused on continuing deadlines related to the expert discovery deadline by two weeks to permit the parties to review the newly discovered documents. Defendants respectfully ask the Court to continue all deadlines related to the Daubert, motion for summary judgment and motion to decertify the certified class to alternate dates if the parties' proposed dates are not convenient for the Court.

Defendant and Plaintiffs stipulate that the parties waive any objection to submission of a supplemental report by the due date of the reply report, based upon the additional documents produced by County defendants.

County Defendants do not stipulate nor waive any objections they may have to supplemental reports.

The parties have scheduled the following expert depositions:

March 11, 2024 - 9:00 a.m.  Deposition of Dr. Franco-Paredes

March 12, 2024 - 9:00 a.m.  Deposition of Dr. Rosenberg

                                1:00 p.m.  Deposition of Dr. Feachem

March 13, 2024 - 10:00 a.m.  Deposition of Dr. McKnight

March 14, 2024 - Deposition of Ms. Waukeen

The parties agree that all noticed depositions are off calendar, and will be rescheduled within two weeks in the event that settlement negotiations are not successful.

IT IS SO STIPULATED:

DATED: 3/6/24                           LAW OFFICE OF YOLANDA HUANG

                                                     /s/ *Yolanda Huang*
                                                     Yolanda Huang

                                                     ATTORNEY FOR PLAINTIFFS

BERTLING LAW GROUP


By: _____/s/ *Peter Bertling*_____
    Peter Bertling
Attorneys for Defendant Wellpath Management, Inc.


MORGAN LEWIS & BOCKIUS LLP

By: /s/ Charles J. Reitmeyer
CHARLES J. REITMEYER
Attorneys for Defendant
ARAMARK CORRECTIONAL SERVICES LLC

BURKE WILLIAMS & SORENSEN LLP

By:____/s/ Temitayo O. Peters
    Temitayo O. Peters
Attorneys for Defendants, County of Alameda, Alameda County Sheriff's Office, Deputy Joe, and Deputy Ignont

### ATTESTATION PER LOCAL RULE 5-1(h)(3)

    I, Yolanda Huang, attest that concurrence in the filing of this document has been obtained from the other signatories.

                      /s/ *Yolanda Huang*
                      Yolanda Huang

PROPOSED ORDER

The stipulation of the parties having been submitted, and good cause appearing,

IT IS HEREBY ORDERED that the schedule is hereby amended as follows:

| Events | Current Deadline | Proposed Date |
|---|---|---|
| Expert Disclosure Re County Defendants | March 7, 2024 | March 21, 2024 |
| Rebuttal Expert Reports Re County Defendants | March 21, 2024 | April 4, 2024 |
| Motion for Summary Judgment – Defendant Wellpath & Aramark | March 21, 2024 | April 4, 2024 |
| Opposition to MSJ- Defendant Wellpath & Aramark | April 25, 2024 | May 9, 2024 |
| Defendant Wellpath's & Aramark's Reply | May 9, 2024 | May 23, 2024 |
| Motion for Summary Judgment-County Defendants | April 11, 2024 | April 25, 2024 |
| Opposition to MSJ - County Defendant | May 9, 2024 | May 23, 2024 |
| County Defendants' Reply | May 23, 2024 | June 6, 2024 |
| Hearing on Wellpath & Aramark MSJ | May 23, 2024 | June 13, 2024 |
| Hearing on County Defendants' MSJ | June 13, 2024 | June 13, 2024 |

The parties' noticed depositions below are off calendar and the parties shall reschedule these for new dates in the event that the case does not resolve.

March 11, 2024 - 9:00 a.m.  Deposition of Dr. Franco-Paredes

March 12, 2024 - 9:00 a.m.  Deposition of Dr. Rosenberg

1:00 p.m.  Deposition of Dr. Feachem

March 13, 2024 - 10:00 a.m.  Deposition of Dr. McKnight

March 14, 2024 - Deposition of Ms. Waukeen

Dated: _____, 2024

_____
FEDERAL DISTRICT JUDGE