Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail:  kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax:  510.839.9104

Attorneys for Defendants ALAMEDA COUNTY
SHERIFF'S OFFICE, ALAMEDA COUNTY,
DEPUTY JOE, and DEPUTY IGNONT
(collectively "ALAMEDA COUNTY
DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass;<br><br>ALAMEDA COUNTY FEMALE PRISONERS And Former Prisoners, JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, et al on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, Deputy Joe, Deputy Ignont (sp) Jane ROEs, Nos. 1 – 25; WELLPATH MANAGEMENT, INC., a Delaware Corporation (formerly known as California Forensic Medical Group) a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 26-50; ARAMARK CORRECTIONAL SERVICES, LLC, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick & Ruth ROES Nos. 51-75,<br><br>　　　　　Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**PARTIES' JOINT STATUS UPDATE PER DKT. NO. 408**<br><br>Judge:　　District Judge Jacqueline Scott Corley<br><br>Trial Date:　　　　　May 6, 2024 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4894-7586-0142 v1

1

Case No. 3:19-cv-07423-JSC
PARTIES' JOINT STATUS UPDATE PER DKT.
NO. 408

Pursuant to the Court's Order at Dkt. No. 408, the parties hereby provide the following joint status update:

1.      The parties attended a Mandatory Settlement Conference before Magistrate Judge Laurel Beeler on March 6, 2024.  The case did not settle.  Dkt. No. 409.

2.      Since March 6, 2024, the parties have been engaged in productive follow-up settlement meet and confers.  The parties met and conferred as a group on March 14.  During that meeting, each Defendant agreed to schedule a separate follow-up meet and confer with Plaintiffs.

3.      As to the County Defendants, Plaintiffs' counsel and defense counsel met and conferred on March 19 to discuss Plaintiffs' injunctive relief demands.  While the parties have still not yet reached full agreement, they are close and will continue their discussions both independently and with Judge Beeler's assistance.

4.      As to Aramark, Plaintiffs' counsel and defense counsel continue to discuss Plaintiffs' injunctive relief demands.  While the parties have still not yet reached full agreement, they are close and will continue their discussions both independently and with Judge Beeler's assistance.

5.      As to Wellpath, Plaintiffs' counsel and defense counsel continue to discuss possible monetary settlement values and injunctive relief even though there has been no Class Action status granted as to Wellpath and the individually named Plaintiffs are not entitled to injunctive relief against Wellpath.

6.      The parties intend to continue their settlement discussions and have asked Judge Beeler for her availability to meet with the parties during the week of March 25 for a further Mandatory Settlement Conference to assist them with addressing the outstanding settlement issues.

7.      In light of the parties' ongoing settlement discussions, the parties respectfully ask the Court to continue all expert discovery and motion for summary judgment deadlines, as set by Dkt. Nos. 404 and 408, by 2 additional weeks as follows:

/ / /

/ / /

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

4894-7586-0142 v1

2

Case No. 3:19-cv-07423-JSC
PARTIES' JOINT STATUS UPDATE PER DKT.
NO. 408

| | |
|---|---|
| **Expert Disclosures as to County Defendants Due:** | April 4 |
| **Rebuttal Expert Disclosures as to all Defendants Due**: | April 18 |
| **Close of Expert Discovery:** | May 2 |
| **Dispositive Motion/Motion to Decertify Deadlines:** | To be set by Court per Dkt. No. 408 |

The parties will file a further joint update on April 4 to advise the Court if their settlement efforts have been successful or if they intend to move forward with expert discovery and dispositive motions.

8.    The parties also agree to continue all expert depositions for another 2 weeks.

Dated:  March 21, 20234                   BURKE, WILLIAMS & SORENSEN, LLP


By:    _/s/ Temitayo O. Peters_____
        Gregory B. Thomas
        Temitayo O. Peters
        Jasper L. Hall
        Kyle Anne Piasecki
        Attorneys for Defendants ALAMEDA
        COUNTY SHERIFF'S OFFICE,
        ALAMEDA COUNTY, DEPUTY JOE, and
        DEPUTY IGNONT (collectively
        "ALAMEDA COUNTY DEFENDANTS")

Dated: March 21, 2024                   LAW OFFICES OF YOLANDA HUANG


By:_____ _/s/ Yolanda Huang_____
        Yolanda Huang
        Attorneys for Plaintiffs

Dated: March 21, 2024                   LAW OFFICES OF THOMAS E. NANNEY


By:_____ _/s/ Thomas E. Nanney_____
        Thomas E. Nanney
        Attorneys for Plaintiffs

/ / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4894-7586-0142 v1

3

Case No. 3:19-cv-07423-JSC
PARTIES' JOINT STATUS UPDATE PER DKT.
NO. 408

Dated: March 21, 2024

By:_____/s/ Richard A. Brody_____
    Richard A. Brody
    Attorneys for Plaintiffs

Dated:  March 21, 2024               MORGAN LEWIS AND BOCKIUS LLP

By:_____/s/ Charles Reitmeyer_____
    Charles Reitmeyer
    Amanda F Lashner
    Emily S. Kimmelman
    Attorneys for Defendant

Dated:  March 21, 2024               BERTLING LAW GROUP, INC.

By:_____/s/ Peter G. Bertling_____
    Peter G. Bertling
    Attorneys for Defendant
    CALIFORNIA FORENSIC MEDICAL
    GROUP, INC.

## <u>DECLARATION REGARDING AUTHORIZATION</u>

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

By:___/s/ Temitayo O. Peters_____
    Temitayo O. Peters, Esq.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

4894-7586-0142 v1

4

Case No. 3:19-cv-07423-JSC
PARTIES' JOINT STATUS UPDATE PER DKT.
NO. 408

1

## [PROPOSED] ORDER

2        PURSUANT TO the parties' stipulated request, and good cause appearing, all expert

3    discovery and motion for summary judgment deadlines set by Dkt. Nos. 404 and 408 are

4    continued by 2 weeks:

5        **Expert Disclosures as to County Defendants Due:**          April 4

6        **Rebuttal Expert Disclosures as to all Defendants Due**:     April 18

7        **Close of Expert Discovery:**                                May 2

8        **Dispositive Motion/Motion to Decertify Deadlines:**         To be set by Court per Dkt.

9                                                                      No. 408

10   **IT IS SO ORDERED.**

11   DATED:

12

13

14                                      _____
                                        U.S. District Judge Jacqueline Scott Corley

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

4894-7586-0142 v1                              1                    Case No. 3:19-cv-07423-JSC
                                                                   PARTIES' JOINT STATUS UPDATE PER DKT.
                                                                   NO. 408