UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GONZALEZ, et al.,

Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

Defendants.

Case No.  3:19-cv-07423-JSC

**ORDER RE: MARCH 21, 2024 STATUS REPORT**

Re: Dkt. No. 412

In light of the parties' March 21, 2024 status update, the Court continues the stay of expert discovery and dispositive motion deadlines by two weeks to April 4, 2024.  (Dkt. No. 412.)  The parties shall file a further joint status update on April 4, 2024.

**IT IS SO ORDERED.**

Dated: March 21, 2024

JACQUELINE SCOTT CORLEY
United States District Judge