Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
2748 Adeline Street, Suite A
Berkeley, California 94705
Telephone:    (510) 329-2140
Facsimile:     (510) 580-9410
E-Mail:        yhuang.law@gmail.com

Thomas E. Nanney (State Bar No. 214342)
Law Office of Thomas E. Nanney
2217 W. 120th St.
Leawood, Kansas 66209
Telephone: (816) 401-0047
Email: tomnanney@gmail.com

Richard A. Brody, Esq. (State Bar No. 100379)
1206 Beattie Lane
Sebastopol, CA 95472
Telephone: (707) 235-6982
Facsimile: (707) 235-6982
Email:  rick@brodylaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MALE PRISONERS And Former Prisoners, DANIEL GONZALEZ, et al. on behalf of themselves and others similarly situated, as a Class, and Subclass,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al<br>    DEFENDANTS. | No. 3:19-cv-07423 JSC<br><br>**PLAINTIFFS, COUNTY DEFENDANTS AND DEFENDANT ARAMARK'S JOINT STATUS UPDATE PER ECF 429**<br><br>Hon. Jacqueline S. Corley, Presiding |

On April 8, 2024, the Court stayed this case as to Plaintiffs' claims against the County Defendants and Defendant Aramark, and ordered the parties to file a joint status update by May 6, 2024.  ECF 419.

Since April 8, 2024, Plaintiffs and the County Defendants have continued to meet and confer to discuss Plaintiffs' injunctive relief demands, and have reached an agreement in principal.  County Defendants are in the process of drafting the actual language for this portion of the settlement to assist the parties' good faith efforts to reach a global settlement during the upcoming further mandatory settlement conference with Magistrate Judge Laurel Beeler.  Plaintiffs have also agreed to dismiss the individually named County Defendants.

Plaintiffs and Defendant Aramark have also engaged in two meet and confers regarding the injunctive relief portion as to defendant Aramark, and have agreed in principal on the scope of the injunctive relief.  Defendant Aramark is in the process of drafting the actual language for this portion of the settlement.

All three parties have requested a further settlement conference with Magistrate Judge Laurel Beeler to assist the parties with resolving their settlement discussions.  The next settlement session with Magistrate Judge Beeler, an in-person settlement conference, is now set for May 20, 2024.  Plaintiffs will be represented by four in-custody plaintiffs and two out-of-custody plaintiffs.  The in-custody Plaintiffs will be participating via video conferencing.

County Defendants and Defendant Aramark have agreed to have draft settlement language, which will encompass their respective settlement discussions with Plaintiffs' to date, for Plaintiffs' review by May 13, 2024.

The parties will file a further joint status update by July 8, 2024.

| | |
|---|---|
| Dated: May 6, 2024 | LAW OFFICES OF YOLANDA HUANG |
| | By: _____/s/ Yolanda Huang_____<br>Yolanda Huang<br>Attorneys for Plaintiffs |
| Dated:  May 6, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: /s/ *Temitayo Peters*<br>Gregory B. Thomas<br>Temitayo O. Peters<br>Jasper L. Hall<br>Kyle Anne Piasecki<br>Attorneys for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE, ALAMEDA COUNTY, DEPUTY JOE, and DEPUTY IGNONT (collectively "ALAMEDA COUNTY DEFENDANTS") |
| Dated: May 6, 2024 | MORGAN LEWIS AND BOCKIUS LLP |
| | By: _____/s/ Charles Reitmeyer_____<br>Charles Reitmeyer<br>Amanda F Lashner<br>Emily S. Kimmelman<br>Attorneys for Defendant |

**DECLARATION REGARDING AUTHORIZATION**

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

By: */s/ Yolanda Huang*
Yolanda Huang

[PROPOSED]

**ORDER**

PURSUANT TO the parties' stipulated request, and good cause appearing, Plaintiffs, County Defendants and Defendant Aramark shall file a joint update statement on July 8, 2024.

DATED:  May __, 2024

_____
U.S. District Judge Jacqueline Scott Corley