# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **3:19-cv-07423**

Date case was first filed in U.S. District Court: **11/12/2019**

Date of judgment or order you are appealing: **July 12, 2024**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Darryl Geyer, Lawrence Gerrans, DANIEL GONZALEZ, CEDRIC HENRY, Randy Harris, James Mallett, David Misch, Timothy Philips, Eric Rivera, Rasheed Tucker, Eric Wayne, Tikisha Upshaw

Is this a cross-appeal?  ○ Yes   ⊙ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⊙ Yes   ○ No

If Yes, what is the prior appeal case number? **21-15485**

Your mailing address:

**2748 Adeline Street, Suite A, Berkeley, CA 94705**

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Yolanda Huang            **Date** 8/2/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                      Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Darryl Geyer, Lawrence Gerrans, DANIEL GONZALEZ, CEDRIC HENRY, Randy Harris, James Mallett, David Misch, Timothy Philips, Eric Rivera, Rasheed Tucker, Eric Wayne, Tikisha Upshaw

Name(s) of counsel (if any):

Yolanda Huang

Address: 2748 Adeline Street, Berkeley, CA 94705
Telephone number(s): 510-329-2140
Email(s): yhuang.law@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Wellpath Management Inc.

Name(s) of counsel (if any):

Peter Bertling, Jemma Parker Saunders
Bertling Law Group
21 East Canon Perdido Street, Suite 204B,

Address: 21 East Canon Perdido Street, Suite 204B, Santa Barbara, CA 93101
Telephone number(s): 805-879-7558
Email(s): peter@bertlinglawgroup.com jemma@bertlinglawgroup.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    *1*                          *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                   2                            Rev. 12/01/2018