UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07423-JSC<br><br>**ORDER SETTING A FURTHER STATUS CONFERENCE RE: STATUS OF PLAINTIFFS' SETTLEMENT WITH THE COUNTY** |

The only claims remaining in this action are Plaintiffs' individual and Rule 23(b)(2) sanitation-related claims against the County. On May 21, 2024, the parties purportedly reached a full settlement of these claims during a settlement conference with Judge Beeler. (Dkt. No. 440.) Plaintiffs thus filed a motion for preliminary approval of the class action settlement on August 20, 2024. (Dkt. No. 485.) Upon review of the motion, the Court had several concerns, including that the settlement agreement was not attached, and ordered Plaintiffs to submit supplemental briefing. (Dkt. No. 491.) Plaintiffs filed a revised motion, which the Court denied without prejudice following a hearing on December 12, 2024. (Dkt. Nos. 499, 511.) Among other issues, the monetary relief and scope of the release, and the individual plaintiffs' consent to the same, were unclear. (Dkt. No. 511.) Since this time, Plaintiff Geyer has filed a letter indicating he did not agree to settle his individual claims. (Dkt. No 512.) According to the recent joint status report, Plaintiff David Misch was the only plaintiff who "was an actual participant at the end of the settlement conference and assented on the record to the settlement" and "[i]t is possible that some of the remaining plaintiffs will join [] with[] Darryl Geyer's objections." (Dkt. No. 513 at 7.) But the settlement was placed on the record, and Plaintiffs' counsel Ms. Huang represented on that record that that she had full settlement authority at the May 21, 2024 settlement conference. (Dkt.

1 No. 462 at 7:18-8:3.)

2 Accordingly, Plaintiffs' counsel Ms. Huang is ORDERED to contact the 12 individual plaintiffs on whose behalf she negotiated the settlement to determine whether they agree to settle their individual claims against the County on the basis stated in the settlement agreement. (Dkt. No. 500-2.) Plaintiff shall provide a status update by noon February 24, 2025 and the Court sets a further status conference for February 26, 2025 at 2:00 p.m. via videoconference. Plaintiff shall continue to work with the County to finalize the form of the settlement agreements and file any finalized agreements, or at least the finalized form of the agreements, by noon on February 24, 2025.

If Ms. Huang is unable to resolve the issues with Mr. Geyer, on or before January 31, 2025, she shall file a motion with withdraw as counsel for Mr. Geyer.

**IT IS SO ORDERED.**

Dated: January 28, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

2