UNITED STATES DISTRICT COURT

To: Clerk of Court                    6 Feb 2025

From: Keith H. Washington

Re: 3:19-cv-07423-JSC
    Misconduct of Attorney Yolanda Huang

FILED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Dear Clerk, could you please file this declaration with the attached exhibits under the Gonzalez Case: 3:19-cv-07423-JSC. I will be forwarding addendums soon. Could you ask the Court to notify me by mail in advance should I be needed for a future hearing in this matter? Thank you in advance.

Keith H. Washington
aka Malik Washington
Journalist for Davis Vanguard

1.)