Keith H. Washington
#711060
San Francisco County Jail
CJ #3
1 Moreland Dr.
San Bruno, CA 94066

Ronald V. Dellums Federal Building
United States Courthouse
Attn: Clerk of Court - U.S. District Judge Jacqueline Scott Corley
1301 Clay Street, Suite
Oakland, CA 94612

RECEIVED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

