UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GONZALEZ, et al.,

          Plaintiffs,

     v.

COUNTY OF ALAMEDA, et al.,

          Defendants.

Case No.  3:19-cv-07423-JSC

**FINAL JUDGMENT**

The Court previously entered judgment in Wellpath's favor pursuant to Federal Rule of Civil Procedure 54(b).  (Dkt. No. 497.)  The parties having stipulated to dismissal of Plaintiffs' claims against Aramark pursuant to the parties' settlement agreement on July 31, 2024 (Dkt. No. 477), and the Court having granted Plaintiffs' motion for final approval of the class action settlement of their claims against the County by Order filed February 10, 2026 (Dkt. No. 614), the Court enters judgment and dismisses Plaintiffs' remaining claims with prejudice.

     **IT IS SO ORDERED.**

Dated: February 10, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California